In the United States District Court
for the Southern District of Illinois

| | |
|---|---|
| Mohamed R. al-'Owhali, | No. _____ 25-235-NJR |
| Plaintiff, | |
| v. | CIVIL RIGHTS COMPLAINT under 28 U.S.C. § 1331 (Federal Prisoner) |
| Warden Daniel Sproul, and J. Hughes, RN, | |
| Defendants. | Jury Trial Requested |

1. <u>Parties</u>: Plaintiff Mohamed R. Al-'Owhali, #42371-054, is currently incarcerated at USP Florence High, P.O. Box 7000, Florence, Colorado 81226. Defendant Daniel Sproul ("Warden Sproul") is the Warden of FCI Marion[1], P.O. Box 2000, Marion, Illinois 62959. Defendant J. Hughes ("Nurse Hughes") is an RN ("registered nurse") at FCI Marion, P.O. Box 2000, Marion, Illinois 62959.

2. The Defendants are sued in their individual capacities; the relief sought is compensatory, punitive, and nominal damages.

3. <u>Jurisdiction</u>: The Court's subject matter jurisdiction over the allegations in this Complaint is based on 28 USC § 1331, because the claims for relief arise under the Religious Freedom Restoration Act ("RFRA") 42 U.S.C. § 2000bb-1.

4. <u>Venue</u>: Venue is proper in the Southern District of Illinois under 28 USC § 1391(b) because a substantial part of the acts or omissions that give rise to Plaintiff's claims occurred in the Southern District of Illinois.

5. <u>Nature of the Action</u>: Warden Sproul and Nurse Hughes knowingly, intentionally, and maliciously violated my religious rights by forcefully breaking my sacred religious fasts on several occasions,

---

[1] USP Marion was redesignated as FCI Marion on April 4, 2024.

imposing a substantial burden on me and my exercise of my religion, acts prohibited by the RFRA.

## BACKGROUND FACTS

6. Between December 21, 2020, and about late November or early December 2021, I was housed in the Special Housing Unit ("SHU") range of the Communications Management Unit (the "CMU") at USP Marion in Illinois.

7. All the violations alleged below were committed against me at that location, under conditions of restrictive confinement, including the loss of commissary.

8. I am a Muslim prisoner with sincerely held Islamic beliefs. I was born in Liverpool, England.

9. In 2001, I was convicted of terrorism charges related to the 1998 U.S. Embassy Bombings in East Africa. I was sentenced to life imprisonment plus 40 years and sent from MCC New York to the USP Florence Administrative Maximum ("ADX") the supermax prison in Colorado. In October 2015, I was transferred to the CMU at USP Marion. In December 2021, I was transferred back to the ADX again. In December 2023, I was transferred to USP Florence High.

10. When I was in the ADX Florence initially, I was housed in H-Unit with Muslims and non-Muslims, and all of us were subject to the Special Administrative Measures ("SAMs"). The SAMs—severe restrictions on an inmate's communication and conditions of confinement—are imposed by the U.S. Attorney General.

11. Throughout my life in prison, and especially so when I was housed in H Unit at the ADX, I have used various legally allowed means against what by all accounts is harsh and illegal restrictions and practices imposed on me by the government. These include talking and communicating

with various BOP officials, filing administrative remedy complaints, suing the government, and conducting hunger strikes.

12. I only go on hunger strikes after all other means have failed to resolve my problem. Before I begin, several factors generally exist to justify going on a hunger strike, including (a) the high level of the importance to me of the issue involved; (b) my assessment that the issue involves a right of great necessity to me, the deprivation of which is recognized as a violation of the Constitution or the law; (c) the refusal or unreasonable failure of the BOP officials to resolve the issue administratively; and (d) my assessment or strong reasonable belief that without a hunger strike, such violation will continue or even worsen.

13. As a sincere Muslim, I am divinely required to value and respect my life and well-being and am prohibited from intentionally harming myself. I have always tried my best to fulfill that religious requirement. I resort to a hunger strike when it's clearly and completely necessary—always after all other means of resolving my legitimate grievances have failed.

14. I have never engaged in a hunger strike for its own sake or for any another purpose than resolving the issues explained above.

15. A hunger strike is not a prohibited act under 28 C.F.R. § 541.3 or the prohibited acts found in BOP Program Statement 5270.09, *Inmate Discipline Program*.

16. A prisoner's hunger strike is regulated under 28 C.F. R. § 549.60 and by the BOP under Program Statement 5562.05, *Hunger Strikes*.

17. According to the Program Statement, the expected results of this program are:

a. The health and welfare of any inmate on a hunger strike will be monitored.

b. Food and beverages will be offered to inmates regularly.

3

c. When an inmate's life or health is threatened, involuntary medical treatment will be administered.

18. Medical staff shall ordinarily perform the following procedures upon initial referral of an inmate on a hunger strike:

Measure and record height and weight;

Take and record vital signs;

Urinalysis;

Psychological and/or psychiatric evaluation;

General medical evaluation;

Radiographs as clinically indicated; and

Laboratory studies as clinically indicated.

19. When as a result of inadequate intake or abnormal output, a physician determines that the inmate's life or health will be threatened if treatment is not initiated immediately, the physician shall give consideration to involuntary medical treatment of the inmate. The decision to force treatment upon the inmate is a medical decision, preferably by a written physician's order, with potential legal implications.

20. Health Services and Food Service staff may offer alternative beverages, including liquid nutritional supplements, if authorized by the physicians. Any beverages other than drinking water must be documented (e.g. BP-S292) and that information relayed to Health Services staff. Acceptance of liquids alone should not be documented as accepting a meal.

21. When I was housed in H Unit at ADX Florence, occasionally I would agree with medical staff to drink the nutritional supplement to avoid force feeding for various reasons, including religious reasons, for example during the whole month of Ramadan in 2002. The medical staff provided me with the nutritional supplement before dawn and after sunset in order not to interrupt my religious observation of the Ramadan fast.

22. My religion requires me to observe certain acts of worship regardless of my condition. The acts include the five daily obligatory prayers.

23. Besides my daily prayers, I have maintained other acts of worship, such as fasting, in virtually every given period of my life. Apart from fasting the holy month of Ramadan, I join millions of Muslims worldwide, fasting on different days of the week as well as fixed dates determined according to the Islamic lunar calendar.

24. Fasting the 9th day of the 12th month of the Islamic calendar, called the day of Arafah, and the 9th and 10th days of the 1st month of the Islamic calendar (the 10th day is called Ashura) are important examples. Other examples include fasting on Monday and Thursday of each week, and fasting the "White Days," which are the 13th, 14th, and 15th days of each Islamic month.

25. Throughout my entire life, as far back as I can remember, I have kept the fasts of Arafah and Ashura and other sacred days. I have tried to avoid anything that might interrupt my fasts during those sacred days, including during my hunger strikes. However, because I am not in control of conditions of confinement, and because prison authorities are unpredictable in creating their endless restrictions—and their failure to resolve problems with good faith—at times I have been forced into a hunger strike close to those sacred days. That is exactly what happened in 2021.

26. When that happens, as it did in 2021, the medical staff and I agree that I will drink the necessary nutritional supplement and provide the samples that medical staff requires. In return, medical staff agrees to allow me to fulfill my religious duties without interruption.

27. Through the mutual agreement that produced my own as well as the staff's objectives, at the time I've always managed fasting in the religiously sacred days. However, those spiritually and religiously motivated acts of worship were intentionally and maliciously interrupted in 2021 by Warden Sproul and Nurse Hughes. Through that intentional and malicious interruption, they violated my religious rights guaranteed by 42 U.S.C. 2000bb(1)a, as will be further detailed below.

CLAIM ONE: VIOLATION OF MY RIGHTS UNDER THE RFRA BY WARDEN SPROUL BASED ON HIS DECISION TO FORCEFULLY DISRUPT AND BREAK MY FASTING

28. I incorporate here by reference the above facts ¶¶ 1-27.

29. This claim is based on allegations that Warder Sproul knowingly, intentionally, and maliciously violated my religious rights under the RFRA by deciding that he and his staff would forcefully break my fasts on several occasions, imposing a substantial burden on me and my religion, prohibited by the RFRA.

30. In early June 2021, I declared a hunger strike due to my strong belief, supported by several months of serious violations of my rights by staff, that the authorities in USP Marion were conspiring to coercively force me out of my religion or to murder me. In addition, the authorities had also refused to seriously address my legitimate concerns even after I completed the administrative remedy grievance procedure. As a last resort, I found it necessary to begin a hunger strike.

31. On June 12, 2021, I had completed 45 "missed meals" and the first evaluation was conducted on June 13.

32. On June 30, 2021, Clinical Director Dr. Pass, after careful review of the Hunger Strike Guidelines, felt that I was in medical need of refeeding that day, to avoid organ failure and other medical complications. I was force fed 474 mL (two containers of Ensure) on a daily basis from that time on.

33. As the day of Arafah, July 19, 2021, approached, I explained to the medical staff that I wanted to drink the nutritional supplement the evening prior to my fast to avoid breaking my fast during the day of Arafah. Medical staff forwarded my request to the Clinical Director, Dr. Pass to ascertain how it would be medically acceptable to avoid the force feeding during the day of Arafah.

34. The weekend before the day of Arafah, Nurse Moulton showed me the memo Dr. Pass had written authorizing that if I consumed two containers of Ensure during the day before Arafah, and two containers on the evening of the day before Arafah, there would be no need to force feed me during the day of Arafah.

35. The evening before Arafah, I drank the two additional containers of Ensure in front of the nurse.

36. On the early morning of July 19, the day of Arafah, Nurse Moulton took my vital signs and medically assessed me and informed me that because I did drink the Ensure and based on the Clinical Director's order there would be no force feeding for me that day.

37. But later that morning, the Use of Force team arrived at my cell and proceeded to extract me and take me for a force feeding. I was force fed by Nurse Hughes, who knew that he was violating my religious practice. After the procedure, Nurse Hughes explained to me that Dr. Pass

was overruled by Warden Sproul, and that the decision to force feed me was not medical but to create mental distress by leveraging my religious commitment to push me off my hunger strike.

38. Warden Sproul expressed to me on multiple occasions, that he will do whatever works to get things done including violating my religious rights. He said so, as I expressed to him that it is quite obvious that the way they treat Muslims and Islam in the CMU clearly fits the criteria of prejudice and bigotry compared with the way they perceive to be bigotry and prejudice to other religions. For example, I emphasized to him that in the incident report that I received, my religious identity was used against me to label Muslims as a "disruptive and illegal group." Also, I gave him another example with the way they treated Islamic scripture and religious books; I told him that at one time, they banned the Noble Quran and they banned a book of hadith, arguing that the Islamic ancient scripture regulates war and orders society contrary to their modern standards—yet I and other inmates receive by mail the Mishnah Torah. I also showed him the attached Exhibits A and B detailing the nature of the Jewish Halakhah and law as it was summarized by Maimonides, for example:

   a. stabbing the womb to kill the fetus before execution of women, Ex. A, pg. 6

   b. the gruesome punishments of stoning, strangling, burning, decapitation, Ex. A, pg. 7

   c. the death penalty for consensual sex and blasphemous and other speech, Ex. A, pg. 8; cursing one's father and mother, the wayward and rebellious son, and a person who disgraced the Sabbath, id.

   d. the employment of a *kipah*, a narrow place that is his height, where he cannot lay down. He is given meager portions of bread and water until his digestive

tract contracts, and he becomes ill. Afterward, we feed him barley until his
stomach bursts, id. This is the punishment for the person (a repeat offender) who
eats illegal fats, blood, or leavening during Passover or Yom Kippur, or sleeps with
a woman during her menstruation, Ex. A, pg. 9

e.  the court's authority to administer lashes or execute without evidence, Ex. A, pg.
10

f.  A person who has his case adjudicated by a gentile judge is considered
blasphemy, the punishment of which is death by stoning, Ex. A, pg. 11

g.  the prohibition against making or offering mercy to a non-Jew, Ex. A, pg. 12

h.  the prohibition against saving them or rendering assistance when they are in
danger, id.

i.  the commandment to eradicate Jewish traitors, *minnim* and *apikorsim*, and to
cause them to descend to the pit of destruction, since they cause difficulty to the
Jews and sway the people from God. Here Maimonides gave as an example, "as
did Jesus of Nazareth and his students, and Tzadok, Baithos, and their students
…." id.

j.   the commandment to deal with the person who denies the oral law, and the
denial of the divinity of the Torah and those who inform on their fellow Jews and
apostate, Ex. A, pp. 13-14. Maimonides said there is no need for witnesses,
warnings, or a judge for them; instead, whoever kills them, performs a great
commandment. At this point, I emphasized to Warden Sproul that this

commandment is not an abstract commandment, but for individual, immediate use

k.  Ex. A, pg. 16, the commandment of indiscriminate killing of men, women, and children in a war which Israel considers a war of defense. I emphasized to Warden Sproul that this commandment is being used in furthering crimes against the innocent men, women, and children of Palestine and could be used by a prisoner to encourage someone on the outside to do that

l.  the commandment to enslave conquered people after a peaceful settlement and raping women captives, Ex. A, pp. 17-18

m.  the execution of a non-Jewish woman after being raped by a Jewish male, including a toddler of 3 years old or more, as long as the Jewish male is 9 years old or more. Maimonides justified the execution because she caused a Jew to be involved in an unseemly act as in the law with regard to an animal, Ex. A, pg. 20

39. After I showed all of that and emphasized to him that they did not prevent me from receiving these books, in fact, they wouldn't dare to because they would be labeled as antisemitic. He said, you know you are right, we will not prevent them. In fact, more than that, if you renounced your religion, kept your beard, and converted to hard core ultra-orthodox Judaism, believing in all of that and believing in killing Palestinians including women and children, the BOP will consider that a form of rehabilitation, remove your terrorist status and lower your security classification. He said, you don't have to take my word for it, you know what I'm telling you is common sense. So you need to face reality of the awkward position you are in. In the American universe, your religion is perceived as a security threat, and I believe that you agree

with me; this too is common sense.  And because of that, a lot of politicians and influencers

advocate the removal of the Islamic books from the BOP. And advocate for the different

treatment for Muslims, and the Islamic religion, as well as Islamic religious practices. So as

things stand, down the road if remain who you are you will be subject to abuse; you will be set

up around people who want to kill you, and you will be framed.  That is the environment that

you are in. This will also will give me more leverage against you compared to other inmates, and

I will not hesitate to use all the tools available to me to get my job done.  So he said, unlike

other inmates, I could use removing your religious books as a way to force you to cooperate or

stop your religious activity as I stopped the group prayer after the Moon incident[2] .  So I have

the leverage to use your religion to put you in the SHU in the first place because as far as I'm

concerned, you are influential because you lead the prayer so you should learn to prevent such

incidents and if you don't do so, you will be punished for it even if you didn't do it as I know for

sure.  And you need to learn that your hunger strike is disturbing to my operation as far as I am

concerned, and you need to learn from my style that I know how to drive you off your hunger

strike including using your religion, which I know is the important thing to you since I have

known you for quite a long time.

40. Warden Sproul was completely right about knowing me, as he stated above.  Sproul and I had

known each other since he was the Unit Manager in H Unit at the ADX.  From that official

position, Sproul observed my sincere belief and commitment to Islam and its religious practices,

including my regular fasting.

---

[2] The incident was the subject of an Incident Report which landed the plaintiff in the SHU.

41. I reminded Warden Sproul that my hunger strike does not violate any law, BOP regulation, or BOP Program Statement. At the same time, it must be clear, in his position as the Warden, that abusing religious rights for the purpose which he stated is an egregious violation of the Constitution and the law. He stated that he understands that this is a violation "in the law books" but I couldn't stop him and cannot have anything against him in a court of law.

42. After August 19, 2021, the day when they violated my fast, Warden Sproul came to my cell and stated, I told you that I could use your religion against you, now in case you try to exercise your right to fast again, make sure to do what I'm telling to do, which is to stop your hunger strike.

43. Under the direct leadership, instruction, and supervision of Warden Sproul, Nurse Hughes did the actual force feeding that broke my sacred fast. Hughes stated that Warden Sproul ordered the force feeding—overruling Clinical Director Dr. Pass's medical decision—and that the force feeding was not based on a medical judgment or done out of medical necessity.

44. USP Marion authority disrupted, violated my sacred fasting on at least eight to ten different occasions, three of which are among the rarest and most Islamically sacred days. Those three days are the day of 'Arafat, which falls on the 9th day of the 12th month of the Islamic calendar, and the 9th and 10th days of the 1st month of the Islamic calendar. In 2021, the days fell on July 19 and August 17-18. The other days that staff violently violated my fasts were Mondays and Thursdays, the days of each week that I also fast.

45. On all those occasions, staff violently violated my fasts through forced involuntary feedings.

46. Under correct Islamic guidance, one breaks his or her fast by eating or drinking any nutritious substance.

47. Under Islamic guidance, one's fast is broken when such substances enter the mouth, throat, stomach, or blood veins.

48. The force feeding was carried by inserting a feeding tube into my nose, down my throat and into my stomach, delivering the nutritional supplement directly to my stomach. That process violated my sacred fasting.

49. The above force feeding was not carried out due to medical necessity. It was based solely on Warden Sproul's malicious and evil intent—as he had already told me that he was going to violate my religion.

50. That malicious and evil intent was also confirmed by Nurse Hughes, who actually force-fed me on July 19. Hughes said that the order to force feed me when I was on a religious fast (despite the previous agreement to avoid that) came directly from Warden Sproul, who decided to ignore and disregard Dr. Pass's memo stating that if I drank the nutritional supplement the previous evening, there would be no force feeding the next day. Hughes also told me that the force feeding was not based on medical judgment or medical necessity.

51. All my fasts that Warden Sproul and other CMU Marion staff maliciously and violently disrupted and invalidated were highly religious in nature and on each of those occasions, Sproul and his staff imposed a substantial burden on me, my religion, and my ability to follow and practice my sincerely held Islamic belief.

52. Warden Sproul was completely malicious because he'd known me for many years as a serious and sincere Muslim who takes his religion seriously. He intentionally and with premeditation violated my religion and at the same time disregarded the law and regulations he admitted that he was fully aware of.

CLAIM TWO: VIOLATION OF MY RIGHTS UNDER THE RFRA BY NURSE HUGHES BASED ON HIS

DECISION AND ACTIONS TO ACTUALLY CARRY OUT THE FORCE FEEDING

53. I incorporate by reference the facts in ¶¶ 1-52.

54. Claim two is about the violation of my rights under the RFRA by Nurse Hughes, the CMU Marion

staff member who put in practice Warden Sproul's maliciously motivated decision to interrupt

my religiously motivated fasting.  Hughes did so by leading the actual force-feeding act, and

thus, violently violated my fast.

55. Hughes forcefully fed me in the way described earlier at ¶48.

56. Hughes disrupted my fasting with perfect knowledge that such force feeding was not based on

medical judgment or necessity and didn't come from the doctor, but rather from Warden

Sproul.

57. Hughes also told me, upon my complaining to him regarding that unprofessional conduct, that

he knew that it was wrong to violate my religious sacred activity for the sole purpose of

disruption, especially after Dr. Pass, the Clinical Director, concluded that I shouldn't be force-fed.

He said that all he was concerned with is doing what he's asked to do, going home, and

collecting his paycheck.

58. Hughes told me that he understands that the law does not allow him to force feed me except

for medical necessity which was not present on July 19, and that violating my fast is a violation

of the law. Having said that, he acknowledged that the Warden had the leverage against him

when he had the discretion to discipline him for disobeying his order, and there will be no

chance for either one of them to suffer consequences of these violations, and he will not suffer

consciously because he believes my religion is a false religion and a vain endeavor.

59. Nurse Hughes' personal role in the above alleged violation is of highest importance here; even though it was Warden Sproul himself who hatched the above violation. Sproul could only achieve that improper goal through medical staff, such as Nurse Hughes, who disregarded the law and their professional ethics. Had Nurse Hughes declined to perform such a maliciously motivated act, Sproul wouldn't have accomplished his improper desire, unless he prevailed on another medical professional who was ready to abusively use his profession to violate my statutory guaranteed rights.

60. No one forced Hughes to commit the violation he committed against me. He did so willingly and with full knowledge that it was both incorrect legally and improper ethically.

61. For the sake of clarification: My two claims and allegations against Warden Sproul and Nurse Hughes are not about the force feeding itself, per se. Rather, the above allegations are about the purpose of such force feedings on the one hand, and their intended impact on me and my religion on the other hand. As it has been shown above, the force feedings were solely intended to disrupt and violate my religiously motivated fasting. The feedings had nothing to do with medical necessity, medical judgment. Otherwise, I have never previously complained about the mere act of force-feeding me during hunger strikes. I had hundreds of force-feedings before my hunger strike in 2021. But I never complained against them. Because there were at least, to some extent, legitimate medical reasons behind them.

INJURIES

62. Warden Sproul's and Nurse Hughes' malicious acts which resulted in violating my sacred fasting on those sacred, rare days, caused me irreparable spiritual and emotional injury. Spiritually: their maliciously motivated acts disrupted the rare opportunity of fasting on those days,

especially the three days: the Day of Arafah and the 9th and 10th day of the first month of the

Islamic calendar. The days they maliciously violated can never be replaced. In addition, because

this is the first time in my entire life that I missed the fasting of those great days, and hence, the

divine reward from my Creator, the defendants' acts left a deep mark on my heart that forever

will remain irreversible. The defendants' action pushed me into conscious entanglement that I

am incapable of freeing myself from. The defendants' acts extensively increased my existing

depression and depression-related issues; increased my anxiety, lack of concentration,

nightmares, etc.; and subjected me to strong feelings of shame, humiliation, and worthlessness.

## REQUEST FOR RELIEF

Wherefore, I respectfully request that this Court grant the following:

A. Award me compensatory damages jointly and severally against both defendants

B. Award me punitive damages against both defendants

C. Award me nominal damages against both defendants

D. Award me the filing fees as well as other costs including but not limited to mailing, copying, and all other costs

E. In case an attorney is hired or appointed, or otherwise volunteers to assist me in this case, in addition to any other professional for the same purpose, the court should award the appropriate fees or payment for such an attorney or professional

F. All other awards that the Court deems appropriate

## CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

knowledge, information, and belief that this complaint: (1) is not being presented for an

improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost

of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending,

modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if

specifically so identified, will likely have evidentiary support after a reasonable opportunity for

further investigation or discovery; and (4) the complaint otherwise complies with the

requirements of Rule 11.

_____          $2-12$ _____, 2025

Mohamed Rashed al-'Owhali                                    Date
#42371-054
USP Florence High
P.O. Box 7000
Florence, CO 81226



Meroodi et M. Oossan
4237/054
U.S.P. Florence high
PO BOX 7000
Florence Co 81226

Clerk of Court
301 West Main street
Benton, Illinois 62 812

MAIL CLEARED
US MARSHALS

**RECEIVED**

FEB 2 1 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE



U.S. OFFICIAL MAIL
US POSTAGE AND PITNEY BOWES
ZIP 81226
7H
0005951581
$ 000.001
Correction
FEB 10 2025



CERTIFIED MAIL
020 1290 0000 0807 0684



FEDERAL PRISON CAMP
P.O. BOX 6000
FLORENCE, COLORADO 81265

FEB 13 2025

DATE: _____  "SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction or clarification, you may wish to return the material for further information or forwarding to another address. If the writer encloses correspondence for forwarding to another address, please return the enclosed to the above address.

AL-'OWHALI v. SPROUL, ET AL.


EXHIBIT A

**KEY TO QUADRANT LABELS** ......................................................................... **5**

**THE RAMBAM'S INTRODUCTION TO THE MISHNEH TORAH** ................................. **5**

EXHIBIT PAGE 1 QUADRANT C ...... ...... .................................................................. 5
MOSES TRANSCRIBED THE ENTIRE TORAH ................................................................. 5
EXHIBIT PAGE 1 QUADRANT A ............................................................................... 5
MOSES CONVEYED THE EXPLANATION OF THE TORAH, THE MITZVAH, ORALLY ........................... 5
EXHIBIT PAGE 4 QUADRANT B, A .............................................................................. 5
MAIMONIDES DESCRIBES CURRENT SITUATION ................................................................ 5
EXHIBIT PAGE 4 QUADRANT A ............................................................................... 5
MISHNEH TORAH IS A COMPREHENSIVE WORK ENCOMPASSING ENTIRE ORAL LAW ...................... 5
EXHIBIT PAGE 4 QUADRANT D ............................................................................... 6
STUDY OF WRITTEN LAW FOLLOWED BY MISHNEH TORAH SUFFICES TO COMPREHEND ENTIRE ORAL LAW
.............................................................................................................. 6

**SANHEDRIN VEHA`ONASHIN  HAMESURIN LAHEM - CHAPTER 12** ......................... **6**

EXHIBIT PAGE 5 QUADRANT B ............................................................................... 6
EXECUTION OF PREGNANT WOMAN .......................................................................... 6

**SANHEDRIN VEHA`ONASHIN HAMESURIN LAHEM - CHAPTER 14** ......................... **6**

EXHIBIT PAGE 5 QUADRANT C ............................................................................... 6
FOUR TYPES OF EXECUTION ................................................................................... 6
EXHIBIT PAGE 5 QUADRANT D ............................................................................... 6
WITNESSES KILL CONVICTED PERSON WHO FIGHTS FOR HIS LIFE IN ANY MANNER THEY CAN ................ 6

**SANHEDRIN VEHA`ONASHIN HAMESURIN LAHEM - CHAPTER 15** ......................... **7**

EXHIBIT PAGE 6 QUADRANT C ............................................................................... 7
STONING ........................................................................................................ 7
EXHIBIT PAGE 6 QUADRANT D ............................................................................... 7
BURNING, DECAPITATION, STRANGULATION, HANGING .......................................................... 7
EXHIBIT PAGE 7 QUADRANT B ............................................................................... 7
PEOPLE EXECUTED BY STONING, BURNING, DECAPITATION, AND STRANGLING .............................. 7

**SANHEDRIN VEHA`ONASHIN HAMESURIN LAHEM - CHAPTER 18** ......................... **8**

EXHIBIT PAGE 7 QUADRANT D ............................................................................... 8
LASHES, WHO IS COMPELLED TO ENTER A KIPAH .......................................................... 8
EXHIBIT PAGE 8 QUADRANT A ............................................................................... 8
WHEN THE COURT DOES NOT METE OUT PUNISHMENT, INSTEAD THE ZEALOUS SLAY THE PERSON ............. 8

**SANHEDRIN VEHA`ONASHIN HAMESURIN LAHEM – CHAPTER 19** ......................... **8**

EXHIBIT PAGE 8 QUADRANT B ............................................................................... 8
OFFENSES PUNISHABLE BY KERAIT, LASHES .................................................................. 9
EXHIBIT PAGE 8 QUADRANT D --- PAGE 10 QUADRANT B ................................................... 9
168 OFFENSES PUNISHABLE BY LASHES ...................................................................... 9

**SANHEDRIN VEHA`ONASHIN HAMESURIN LAHEM - CHAPTER 24** ......................... **10**

EXHIBIT PAGE 10 QUADRANT D .................................................................................... **10**
COURT'S AUTHORITY TO LASH/EXECUTE ON ITS OWN PEROGATIVE .................................................. 10
EXHIBIT PAGE 11 QUADRANT A, B.................................................................................. **10**
COURT'S AUTHORITY ON ITS OWN PREROGATIVE IN OTHER ISSUES........................................ 10

**SANHEDRIN VEHA`ONASHIN HAMESURIN LAHEM - CHAPTER 26 ................................ 11**

EXHIBIT PAGE 11 QUADRANT D ..................................................................................... **11**
PERSON WHO HAS JUDGMENT ADJUDICATED BY GENTILE JUDGE/COURT........................................ 11
EXHIBIT PAGE 12 QUADRANT A, B.................................................................................. **11**
EXECUTION OF BLASPHEMERS........................................................................................... 11
EXHIBIT PAGE 12 QUADRANT C ...................................................................................... **11**
EXECUTION OF THOSE WHO LEAD INHABITANTS OF JEWISH CITY ASTRAY/THOSE WHO ARE LEAD ASTRAY
.................................................................................................................................. 11

**AVODAT KOCHAVIM - CHAPTER TEN ............................................................................ 11**

EXHIBIT PAGE 13 QUADRANT A, B.................................................................................. **11**
CONDUCT WITH IDOLATERS, TRAITORS, CONVERTS............................................................. 11

**TESHUVAH - CHAPTER THREE ........................................................................................ 12**

EXHIBIT PAGE 13 QUADRANT C, D .................................................................................. **12**
INDIVIDUALS (MINIM & EPICURSIM) OF GREAT WICKEDNESS, NO PORTION IN WORLD TO COME .............. 12

**SANHEDRIN VEHA`ONASHIN HAMESURIN LAHEM - CHAPTER 11 ................................ 13**

EXHIBIT PAGE 14 QUADRANT D ..................................................................................... **13**
LAWS WHICH PERTAIN TO A MESIT .................................................................................. 13

**AVODAT KOCHAVIM - CHAPTER FIVE ........................................................................... 13**

EXHIBIT PAGE 15 QUADRANT A ...................................................................................... **13**
EXECUTION OF A MADIACH AND A MESIT .......................................................................... 13
EXHIBIT PAGE 15 QUADRANT A ...................................................................................... **14**
EXECUTION OF A MESIT ................................................................................................. 14

**AVODAT KOCHAVIM - CHAPTER NINE........................................................................... 14**

EXHIBIT PAGE 15 QUADRANT C....................................................................................... **14**
WHEN TRANSACTIONS ARE FORBIDDEN WITH CANAANITES ................................................. 14

**AVODAT KOCHAVIM - CHAPTER TWO............................................................................ 14**

EXHIBIT PAGE 16 QUADRANT D ..................................................................................... **14**
EXECUTION OF A JEW WHO SERVES FALSE GODS ............................................................... 14

**MAMRIM - CHAPTER 3 ................................................................................................. 15**

EXHIBIT PAGE 17 QUADRANT A ...................................................................................... **15**
EXECUTION OF A PERSON WHO DOES NOT ACKNOWLEDGE VALIDITY OF THE ORAL LAW ............................ 15

**MELACHIM UMILCHAMOT - CHAPTER 5 ....................................................................... 15**

EXHIBIT PAGE 17 QUADRANT C, D .................................................................................. **15**

WAR WHICH IS A MITZVAH .................................................................................................... 15
**EXHIBIT PAGE 18 QUADRANT B** ............................................................................................. **16**
WHEN ONE IS FORBIDDEN/ALLOWED TO LEAVE ERETZ YISRAEL .................................................. 16

**MELACHIM UMILCHAMOT - CHAPTER 6** ....................................................................... **17**

**EXHIBIT PAGE 18 QUADRANT D** ............................................................................................. **17**
SUBJUGATION OF CONQUERED PEOPLES AFTER PEACEFUL SETTLEMENT ........................................ 17
**EXHIBIT PAGE 19 QUADRANT A, B, C** ................................................................................... **17**
IF PEACEFUL SETTLEMENT REFUSED, MALES PAST MAJORITY KILLED, AND WOMEN AND CHILDREN
ENSLAVED ............................................................................................................................ 17

**MELACHIM UMILCHAMOT - CHAPTER 8** ....................................................................... **18**

**EXHIBIT PAGE 19 QUADRANT D** ............................................................................................. **18**
SOLDIER MAY RAPE A GENTILE WOMAN .................................................................................. 18
**EXHIBIT PAGE 20 QUADRANT A, B.** ...................................................................................... **18**
PRIEST MAY HAVE RELATIONS INITIALLY WITH YEFAT TO'AR WHO ACCEPTS SEVEN MITZVOTH; MARRIAGE
FORBIDDEN AFTER CONVERSION ............................................................................................. 18
**EXHIBIT PAGE 20 QUADRANT C.** ........................................................................................... **18**
EXECUTION OF YEFAT TO'AR WHO DOESN'T ABANDON IDOL WORSHIP; LAW ON TREATIES ............ 18

**MELACHIM UMILCHAMOT - CHAPTER 9** ....................................................................... **18**

**EXHIBIT PAGE 21 QUADRANT A** .............................................................................................. **18**
EXECUTION OF GENTILES WHO WORSHIP FALSE GODS ................................................................. 18

**BERACHOT - CHAPTER TEN** ......................................................................................... **18**

**EXHIBIT PAGE 21 QUADRANT C, D** ........................................................................................ **18**
INVOCATIONS IN DIFFERENT SITUATIONS .................................................................................. 19
**EXHIBIT PAGE 22 QUADRANT C, D** ....................................................................................... **19**
INVOCATIONS IN DIFFERENT SITUATIONS .................................................................................. 19

**SEFER KEDUSHAH - ISSUREI BIAH - CHAPTER TWELVE** ............................................. **19**

**EXHIBIT PAGE 23 QUADRANT A, B** ....................................................................................... **19**
EXECUTION OF GENTILE WOMAN AFTER RAPE BY A JEWISH MALE, INCLUDING MINORS OF THREE YEARS OF
AGE, AS LONG AS JEWISH MALE IS NINE YEARS OR OLDER ....................................................... 19

**SEFER KEDUSHAH - ISSUREI BIAH - CHAPTER SEVENTEEN** ...................................... **19**

**EXHIBIT PAGE 23 QUADRANT C** ............................................................................................. **19**
CLASSES OF WOMEN FORBIDDEN TO ALL PRIESTS AND A HIGH PRIEST ......................................... 19

**SEFER KEDUSHAH - ISSUREI BIAH - CHAPTER EIGHTEEN** ........................................ **20**

**EXHIBIT PAGE 23 QUADRANT D** ............................................................................................. **20**
MEANING OF ZONAH .............................................................................................................. 20

**SEFER KEDUSHAH - ISSUREI BIAH - CHAPTER EIGHTEEN** ........................................ **20**

**EXHIBIT PAGE 24 QUADRANT A, B.** ...................................................................................... **20**
MEANING OF ZONAH (DUPLICATE) ........................................................................................... 20

3

**SEFER KEDUSHAH - ISSUREI BIAH - CHAPTER EIGHTEEN** ......................................................**20**

**EXHIBIT PAGE 24 QUADRANT D** ..........................................................................................**20**
NATURE OF INTERCOURSE THAT CAUSES FEMALES OF AT LEAST THREE YEARS OLD TO BECOME A ZONAH
.................................................................................................................................................. 20

**SEFER KEDUSHAH - ISSUREI BIAH - CHAPTER ONE** .............................................................**20**

**EXHIBIT PAGE 25 QUADRANT A** ..........................................................................................**20**
PUNISHMENTS APPLICABLE TO ADULTS AND MINORS (FEMALES AT LEAST THREE YEARS AND A DAY AND
MALES AT LEAST NINE YEARS AND A DAY) ..................................................................................... 20

**SEFER KEDUSHAH - ISSUREI BIAH - CHAPTER ELEVEN** .........................................................**21**

**EXHIBIT PAGE 25 QUADRANT C** ..........................................................................................**21**
IMMERSION REQUIRED FOR WOMAN TO ASCEND FROM RITUAL IMPURITY (MIKVEH) ....................... 21

**SEFER KEDUSHAH - ISSUREI BIAH - CHAPTER FOURTEEN** .....................................................**21**

**EXHIBIT PAGE 25 QUADRANT D** ..........................................................................................**21**
WOMEN CONVERTS SIT IN MIKVEH .............................................................................................. 21

**SEFER KEDUSHAH - ISSUREI BIAH - CHAPTER FOURTEEN** .....................................................**21**

**EXHIBIT PAGE 26 QUADRANT B** ..........................................................................................**21**
SEE PREVIOUS ENTRY................................................................................................................. 21
**EXHIBIT PAGE 26 QUADRANT C, D** ......................................................................................**21**
GENTILE RELATIVES OF CONVERTS NOT CONSIDERED RELATIVES AFTER CONVERSION. CONVERT MAY
MARRY OR HAVE RELATIONS WITH HIS MOTHER OR HIS MATERNAL SISTER........................................ 21

**MISHNEH TORAH - ISHUT - CHAPTER THREE** ....................................................................**21**

**EXHIBIT PAGE 27 QUADRANT A** ..........................................................................................**21**
FATHER'S RIGHTS OVER MINOR FEMALE AT BIRTH AND AT THREE YEARS AND A DAY ......................... 21

**MISHNEH TORAH - ISHUT – CHAPTER FOUR** .....................................................................**22**

**EXHIBIT PAGE 27 QUADRANT B** ..........................................................................................**22**
RULES FOR GIVING FEMALES IN MARRIAGE.................................................................................... 22

**MISHNEH TORAH - ISHUT - CHAPTER TWELVE** .................................................................**22**

**EXHIBIT PAGE 27 QUADRANT C** ..........................................................................................**22**
PRIVILEGES OF THE HUSBAND TO THE DETRIMENT OF HIS WIFE ....................................................... 22

**MISHNEH TORAH - ISHUT - CHAPTER TWENTY-ONE** .........................................................**22**

**EXHIBIT PAGE 28 QUADRANT A** ..........................................................................................**22**
WIFE MUST WORK ON BEHALF OF HER HUSBAND; HE RECEIVES ALL THE PROCEEDS ......................... 23
**EXHIBIT PAGE 28 QUADRANT C** ..........................................................................................**23**
WIVES MAY BE COMPELLED TO PERFORM TASKS WITH A ROD ........................................................ 23

**MISHNEH TORAH - ISHUT - CHAPTER TWENTY-TWO** .........................................................**23**

**EXHIBIT PAGE 22 QUADRANT D** ..........................................................................................**23**
PROPERTY RIGHTS OF HUSBAND OVER WIFE IN LIFE AND AT DEATH ................................................ 23

## Key to Quadrant Labels

| A | B |
|---|---|
| C | D |

# CHAYENU MAGAZINE

## The Rambam's Introduction to the Mishneh Torah

*Exhibit Page 1 Quadrant C*
Moses transcribed the entire Torah
Moses, our teacher, personally transcribed the entire Torah before he died. He gave a Torah scroll to each tribe and placed another scroll in the ark as a testimonial, as [Deuteronomy 31:26] states: "Take this Torah scroll and place it [beside the ark...] and it will be there as a testimonial."

*Exhibit Page 1 Quadrant A*
Moses conveyed the explanation of the Torah, the Mitzvah, orally
"The mitzvah" - i.e., the explanation of the Torah - he did not transcribe. Instead, he commanded it [verbally] to the elders, to Joshua, and to the totality of Israel, as [Deuteronomy 13:1] states: "Be careful to observe everything that I prescribe to you." For this reason, it is called the Oral Law.

Even though the Oral Law was not transcribed, Moses, our teacher, taught it in its entirety in his court to the seventy elders. Elazar, Pinchas, and Joshua received the tradition from Moses.

*Exhibit Page 4 Quadrant B, A*
Maimonides describes current situation
At this time, we have been beset by additional difficulties, everyone feels [financial] pressure, the wisdom of our Sages has become lost, and the comprehension of our men of understanding has become hidden. Therefore, those explanations, laws, and replies which the Geonim composed and considered to be fully explained material have become difficult to grasp in our age, and only a select few comprehend these matters in the proper way.

Needless to say, [there is confusion] with regard to the Talmud itself - both the Jerusalem and Babylonian Talmuds - the *Sifra,* the *Sifre,* and the *Tosefta,* for they require a breadth of knowledge, a spirit of wisdom, and much time, for appreciating the proper path regarding what is permitted and forbidden, and the other laws of the Torah.

*Exhibit Page 4 Quadrant A*
Mishneh Torah is a comprehensive work encompassing entire Oral Law
Therefore, I girded my loins - I, Moses, the son of Maimon, of Spain. I relied upon the Rock, blessed be He. I contemplated all these texts and sought to compose [a work which would include the conclusions] derived from all these texts regarding the forbidden and the permitted, the impure and the pure, and the remainder of the Torah's laws, all in clear and

concise terms, so that the entire Oral Law could be organized in each person's mouth without questions or objections.

To summarize: [The intent of this text is] that a person will not need another text at all with regard to any Jewish law. Rather, this text will be a compilation of the entire Oral Law, including also the ordinances, customs, and decrees that were enacted from the time of Moses, our teacher, until the completion of the Talmud, as were explained by the Geonim in the texts they composed after the Talmud.

*Exhibit Page 4 Quadrant D*
Study of written law followed by Mishneh Torah suffices to comprehend entire Oral Law
Therefore, I have called this text, *Mishneh Torah* ["the second to the Torah with the intent that] a person should first study the Written Law, and then study this text and comprehend the entire Oral Law from it, without having to study any other text between the two.

# Sanhedrin veha`Onashin haMesurin lahem - Chapter 12
*Exhibit Page 5 Quadrant B*
*Execution of pregnant woman*
4. After a defendant has been convicted, we do not delay the matter, but instead execute him immediately. Even if a woman is pregnant, we do not wait until she gives birth. Instead, we give her a blow against the womb so that the fetus will die first. If, by contrast, she is already in the throes of labor, we wait until she gives birth.

# Sanhedrin veha`Onashin haMesurin lahem - Chapter 14
*Exhibit Page 5 Quadrant C*
*Four types of execution*
Four types of execution were given to the court: stoning, burning, decapitation with a sword, and strangulation.

Stoning and burning are explicitly mentioned in the Torah. Moses our teacher taught that whenever the Torah mentions the death sentence without any further description, the intent is strangulation. When a person kills a colleague, he should be decapitated. Similarly, the inhabitants of a city that goes astray are executed by decapitation.

*Exhibit Page 5 Quadrant D*
*Witnesses kill convicted person who fights for his life in any manner they can*
8. When a convicted person fights for his life and it is impossible for the court to have him bound so that he can be executed in the manner in which he is obligated to die, the witnesses should kill him in any manner they can, for he has been sentenced to death. No one else, however, has the right to kill him first.

For this reason, if the hands of the witnesses are cut off, the convicted person is released.

If, however, at the outset, the witnesses did not have hands, the convicted person should be executed by others.

6

# Sanhedrin veha`Onashin haMesurin lahem - Chapter 15

*Exhibit Page 6 Quadrant C*
*Stoning*
1. How is the mitzvah of stoning carried out? Four cubits from the place of execution, we remove the clothes of the person to be stoned; we do, however, cover his sexual organ in front. A woman is not executed naked. Instead, she is allowed to wear one cloak.

The place of execution was two storeys high. The convicted person ascends there with his hands tied, together with his witnesses. One of the witnesses pushes him at his loins from behind, he falls over, landing on his heart on the ground. If he dies because of this, they have fulfilled their obligation, for Exodus 19:13 states: "Or he will be cast down or stoned," creating an equation between a person who has a stone fall upon him with one who himself falls on the earth.

If he does not die after this fall, the witnesses pick up a stone that is so large it requires two people to carry it. The second witness lets go and the first casts the stone on the convicted person's heart. If he dies because of this, they have fulfilled their obligation. If not, he should be stoned by the entire Jewish people, as Deuteronomy 17:7 states: "The hand of the witnesses shall be raised up against him first to execute him, and the hand of the entire nation afterwards."

*Exhibit Page 6 Quadrant D*
*Burning, decapitation, strangulation, hanging*
3. The mitzvah of executing a person by burning is performed as follows: The convicted is placed in fertilizer until his knees. A firm cloth is placed within a soft cloth and they are wound around his neck. The two witnesses are positioned on either side and each pull the cloths toward himself until the convicted opens his mouth. Tin, lead, and the like are melted down and then poured into his mouth. The molten metal descends and burns his innards.

4. The mitzvah of decapitation is performed as follows: We cut of [sic] his head with a sword as the kings do.

5. The mitzvah of executing a person by strangulation is performed as follows: The convicted is placed in fertilizer until his knees. A firm cloth is placed within a soft cloth and they are wound around his neck. Each of the two witnesses pulls the cloths toward himself until the convicted expires.

6. It is a positive commandment to hang a blasphemer and an idolater after they have been executed, as implied by Deuteronomy 21:23: "A person who is hung is cursing God." This refers to the blasphemer. With regard to an idolater, Numbers 15:30 states: "He blasphemes God."

*Exhibit Page 7 Quadrant B*
*People executed by stoning, burning, decapitation, and strangling*
10. The Torah mentions 18 people who are executed by stoning. They are: a) a person who engages in relations with his mother, b) with his father's wife, c) his daughter-in-law, d) a maiden who was consecrated, e) a man involved in homosexual relations, f) a man who sodomizes an animal, g) a woman who has relations with an animal, h) a blasphemer, i) an idolater, j) a person who gives his descendants to *Molech*, k) a person who divines with an *ov*, l) a person who divines with an *yidoni*, m) a person who entices others to worship idols, n) the people who lead a city to idol worship, o) a sorcerer, p) a person who desecrates

7

the Sabbath, q) a person who curses his father or his mother, and r) a wayward and rebellious son.

11. There are 10 people who are executing by burning: a) a priest's daughter who commits adultery, b) a person who has relations with his daughter, c) with his daughter's daughter, d) with his son's daughter, e) with his wife's daughter, f) with the daughter of his wife's daughter, g) with the daughter of his wife's son, h) with his mother-in-law, i) with the mother of his mother-in-law, and j) with the mother of his father-in-law. The latter prohibitions apply if the man has relations with them during his wife's lifetime. After his wife's death, these relations are punishable by *kerait* alone like other incestuous relationships.

12. There are two who are decapitated: a murderer, and the inhabitants of a city enticed to idolatry.

13. There are six who are executed by strangulation: a) an adulterer, b) a person who wounds his father or mother, c) a person who kidnaps a fellow Jew, d) a rebellious elder, e) a false prophet, and f) a person who prophecies in the name of a false deity. Thus the court executes individuals for a totality of 36 prohibitions.

# Sanhedrin veha`Onashin haMesurin lahem - Chapter 18

*Exhibit Page 7 Quadrant D*
*Lashes, who is compelled to enter a kipah*
4. The following rules apply when a person receives lashes in a court because of the violation of a prohibition punishable by *kerait*, and then received lashes a second time for the violation of that same prohibition - e.g., he ate forbidden fat, received lashes for it, and then ate forbidden fat again and received lashes for it. If he eats such fat a third time, he is not given lashes. Instead, he is compelled to enter a *kipah*, a narrow place that is his height where he cannot lie down. He is given meager portions of bread and water until his digestive tract contracts and he becomes ill. Afterwards, we feed him barley until his stomach bursts.

5. When a person violates a prohibition punishable by *kerait* or by execution by the court and received a warning beforehand, if he nodded his head, or remained silent and did not acknowledge the warning, we do not execute him, as explained above, nor do we give him lashes. If he repeats this transgression, receives a warning, nods his head, or remains silent, we neither execute him or give him lashes. If he repeats this transgression a third time, receives a warning, even though he merely nodded his head or remained silent, he is placed in a *kipah* until he dies.

*Exhibit Page 8 Quadrant A*
*When the court does not mete out punishment, instead the zealous slay the person*
6. When a person steals one of the sacrificial vessels from the Temple, curses God's name using the name of a false divinity, or has relations with an idolatrous gentile woman, the court does not deal with this matter. Instead, the zealous strike them. Whoever slays them merits. Similarly, when a priest served in the Temple while ritually impure, his priestly brethren would not bring him to court. Instead, the young priests take him out of the Temple Courtyard and crack his head open with logs.

# Sanhedrin veha`Onashin haMesurin lahem – Chapter 19

*Exhibit Page 8 Quadrant B*

8

*Offenses punishable by kerait, lashes*

1. There are a total of 21 negative commandments that are punishable by *kerait*, but which are not punishable by execution by the court, for which lashes are administered. They are:

i)    a person who has relations with his sister;

ii) ...with his father's sister;

iii) ...with his mother's sister;

iv) ...with the sister of his wife;

v) ...with his brother's wife;

vi) ...with the wife of the brother of his father;

vii) ...with a woman in the *niddah* state;

viii)    a person who eats forbidden fat;

ix) ...blood;

x) ...leaven on Passover;

xi) ...on Yom Kippur;

xii)   a person who performs forbidden labor on Yom Kippur;

xii)   a person who partakes of sacrificial meat after the designated time;

xiv) ...of sacrificial meat disqualified as *piggul*;

xv) ...of sacrificial meat while ritually impure;

xvi) a person who enters the Temple Courtyard while ritually impure;

xvii) a person who slaughters a consecrated animal outside the Temple;

xviii) a person who burns a consecrated animal as a sacrifice outside the Temple;

xix) a person who prepares the anointing oil for personal use;

xx) a person who anoints himself with the anointing oil for his own benefit

xi) a person who prepares the incense offering for his personal use;

2. There are a total of 18 negative commandments that are punishable by death by the hand of heaven, whose transgression involve a deed, for which lashes are administered.

*Exhibit Page 8 Quadrant D --- Page 10 Quadrant B*
*168 offenses punishable by lashes*
2. There are a total of 168 negative commandments that are neither punishable by *kerait*, nor by execution by the court, for which lashes are administered.

(do we want to include relevant excerpts from exhibit pages 9-10?)

# Sanhedrin veha`Onashin haMesurin lahem – Chapter 24

*Exhibit Page 10 Quadrant D*
*Court's authority to lash/execute on its own perogative*
4. A court has the authority to administer lashes to a person who is not required to receive lashes and to execute a person who is not liable to be executed. This license was not granted to overstep the words of the Torah, but rather to create a fence around the words of the Torah.

When the court sees that the people have broken the accepted norms with regard to a matter, they may establish safeguards to strengthen the matter according to what appears necessary to them... .

An incident occurred where they had a man lashed for engaging in relations with his wife under a tree. And an incident occurred concerning a person who rode on a horse on the Sabbath in the era of the Greeks and they brought him to the court and had him stoned to death. And an incident occurred and Shimon ben Shetach hung 80 women on one day in Ashkelon. All of the required processes of questioning, cross-examination, and warnings were not followed, nor was the testimony unequivocal. Instead, their execution was a directive for that immediate time according to what he perceived as necessary.

5. Similarly, at any time, and in any place, a court has the license to give a person lashes if he has a reputation for immorality and people gossip about him, saying that he acts licentiously.

*Exhibit Page 11 Quadrant A, B*
*Court's authority on its own prerogative in other issues*
6. Similarly, at all times, a court has the prerogative to declare money belonging to others as ownerless. It may destroy those funds or give them to whomever they see fit to close any breaches in the faith and to strengthen its observance or to penalize a stubborn and difficult person. The Book of Ezra 10:8 states: "Whoever fails to come in three days according to the advice of the officers and the elders will have all of his property confiscated." From this we learn that when a court declares property ownerless, their declaration is effective.

7. Similarly, a judge may apply a ban of ostracism or excommunication to a person to whom these measures would not ordinarily be applied according to his perception of what is necessary at that time. He should state that he is ostracizing him or excommunicating him on his own conviction and should publicize his transgression in public. This is indicated by Judges 5:23: "'Curse Meroz,' said the angel of G-d. 'Curse him. Those who dwell with him are cursed, because they did not come to the aid of God's people.'"

8. Similarly, a judge may enter into a controversy with a person with whom it is necessary to enter into controversy, cursing him, having him beaten, having his hair pulled out, and compelling him to take an oath to God against his will so that he will not perform or that he did not perform a specific action, as Nechemiah 13:25 states: "I entered into controversy with them; I cursed them; I beat people among them; I tore their hair out, and I made them take an oath to God."

9. Similarly, he may have a person's hands and feet bound. He may imprison him and have him pushed to the ground and dragged, as Ezra 7:26 states: "Judgment will be speedily

administered to him, to be executed, to be uprooted, to be punished by a loss of property, and to be imprisoned."

10. All of the above measures should be applied according to the judge's perception that it is appropriate that the violator be punished in this manner or the situation at large requires it.

All of his deeds should be for the sake of heaven and the honor of people at large should not be light in his eyes. For consideration of their honor overrides the observance of a Rabbinic prohibition... .

## Sanhedrin veha`Onashin haMesurin lahem - Chapter 26

*Exhibit Page 11 Quadrant D*
*Person who has judgment adjudicated by gentile judge/court*
7. When any person has a judgment adjudicated by gentile judges and their courts, he is considered a wicked person. It is as if he disgraced, blasphemed, and lifted up his hand against the Torah of Moses our teacher. This applies even if their laws are the same as the laws of the Jewish people. This is indicated by Exodus 21:1: "These are the judgments that you shall place before them." "Before them" and not before gentiles; "before them" and not before ordinary people.

*Exhibit Page 12 Quadrant A, B*
*Execution of blasphemers*
Therefore, a person who worships false gods is to be hanged, just as one who blasphemes against God is hanged. Both are executed by being stoned to death. Therefore, I have included the laws applying to a blasphemer in *Hilchot Avodat Kochavim*. Both deny the fundamental principle [of Jewish faith].

9. [The fact that] a blasphemer retracts his statements in the midst of speaking is of no consequence. Rather, once he utters blasphemy in the presence of witnesses, he is [liable for execution by] stoning.

Should a person curse God's name with the name of a false god, the zealous may strike him and slay him

*Exhibit Page 12 Quadrant C*
*Execution of those who lead inhabitants of Jewish city astray/those lead astray*
1. Those who lead [the inhabitants of] a Jewish city astray are executed by stoning even though they themselves did not worship a false deity, but [merely] proselytized to the inhabitants of their city until they worshiped it. The inhabitants of the city that has been led astray are executed by decapitation if they worshiped a false deity or accepted it as a god. What is the source that serves as a warning against proselytizing on behalf of a false deity? "Let not [the name of another deity] be heard through your mouth."

## Avodat Kochavim - Chapter Ten

Exhibit Page 13 Quadrant A, B
*Conduct with idolaters, traitors, converts*
1. We may not draw up a covenant with idolaters which will establish peace between them [and us] and yet allow them to worship idols, as [Deuteronomy 7:2] states: "Do not establish a covenant with them." Rather, they must renounce their [idol] worship or be slain.

11

It is forbidden to have mercy upon them, as [Deuteronomy, *ibid.*] states: "Do not be gracious to them." Accordingly, if we see an idolater being swept away or drowning in the river, we should not help him. If we see that his life is in danger, we should not save him.

To whom do the above apply? To gentiles. It is a mitzvah, however, to eradicate Jewish traitors, *minnim*, and *apikorsim*, and to cause them to descend to the pit of destruction, since they cause difficulty to the Jews and sway the people away from God[96].

{As did Jesus of Nazareth and his students, and Tzadok, Baithos, and their students, may the name of the wicked rot.}

Footnote 96: The continuation of the halachah was omitted from the standard published text because of censorship. Hence, we placed it in brackets.

2. From the above, we can infer that it is forbidden to offer medical treatment to an idolater even when offered a wage. If, however, one is afraid of the consequences or fears that ill feeling will be aroused, one may treat them for a wage, but to treat them free is forbidden.

[With regard to] a *ger toshav*, since we are commanded to secure his well-being, he may be given medical treatment at no cost.

3. It is forbidden to sell them homes and fields in *Eretz Yisrael*. In Syria, one may sell them homes, but not fields.

One may rent them homes in *Eretz Yisrael*, provided that a neighborhood [of idolaters] is not established. Fewer than three [homes] does not constitute a neighborhood. It is, however, forbidden to rent them fields. In Syria, one may rent them fields.

# Teshuvah - Chapter Three

*Exhibit Page 13 Quadrant C, D*
*Individuals (Minim & Epicursim) of great wickedness, no portion in world to come*
7. Five individuals are described as *Minim*:

a) one who says there is no God nor ruler of the world;

b) one who accepts the concept of a ruler, but maintains that there are two or more;

c) one who accepts that there is one Master [of the world], but maintains that He has a body or form;

d) one who maintains that He was not the sole First Being and Creator of all existence;

e) one who serves a star, constellation, or other entity so that it will serve as an intermediary between him and the eternal Lord.

Each of these five individuals is a *Min*.

8. Three individuals are described as *Epicursim*:

a) one who denies the existence of prophecy and maintains that there is no knowledge communicated from God to the hearts of men;

12

b) one who disputes the prophecy of Moses, our teacher;

c) one who maintains that the Creator is not aware of the deeds of men.

Each of these three individuals is an *Epicurus*.

## Sanhedrin veha`Onashin haMesurin lahem - Chapter 11

*Exhibit Page 14 Quadrant D*
*Laws which pertain to a mesit*
5. The laws which pertain to a *mesit*, a person who entices others to serve false divinities, differ from those pertaining to others liable for capital punishment. We hide witnesses to observe his act. He does not need a warning as must be given to others who are executed. If he departed from the court after being acquitted, and someone said: "I know a rationale that will lead to his conviction," he is returned and retried. If he was sentenced to death and someone said: "I know a rationale that will lead to his release," he is not retried. The court does not advance arguments in defense of a *mesit*. An elderly person, a eunuch, and a person who does not have sons are placed on the court which judges him, so that they will not have mercy on him. For cruelty to those who sway the people after emptiness brings mercy to the world, as implied by Deuteronomy 13:19: "so that God will turn away from His fierce anger and grant you mercy."

## Avodat Kochavim - Chapter Five

*Exhibit Page 15 Quadrant A*
*Execution of a madiach and a mesit*
2. A person who proselytizes the majority of the inhabitants of a city is called a *madiach* rather than a *mesit*. If the person who leads the majority of a city astray is a prophet, he is executed by stoning, and the people who were led astray are judged as individuals, and are not considered to be inhabitants of an עיר הנדחת. [For the latter laws to be applied,] two people must proselytize them.

If a person says: "A false deity told me: 'Serve me,'" or "The Holy One, blessed be He, told me: 'Serve a false deity'" - he is considered a prophet who leads others astray. If the majority of the city's inhabitants are swayed by his words, he should be stoned to death.

A *mesit* should be stoned to death whether he proselytizes in plural terms or in singular.

What is implied? He is considered a *mesit* if he tells a colleague, "I will worship a false deity. [Follow me.] I will go and worship..." or "Let us go and worship following the particular rite with which that deity is served," "I will slaughter. [Follow me.] I will go and slaughter..." or "Let us go and slaughter," "I will bring a burnt offering. [Follow me.] I will go and bring a burnt offering..." or "Let us go and bring a burnt offering," "I will offer a libation. [Follow me.] I will go and offer a libation..." or "Let us go and offer a libation," or "I will bow down. [Follow me.] I will go and bow down..." or "Let us go and bow down."

When a person proselytizes two individuals, they may serve as witnesses against him. They should summon him to court and testify against him, relating what he told them, and the *mesit* is stoned.

3. A *mesit* does not need a warning.

*Exhibit Page 15 Quadrant A*
*Execution of a mesit*
If one proselytizes a single individual, the latter should tell him, "I have friends who would also be interested in this," and thus he should lure him into proselytizing before two people, so that the *mesit* can be executed.

If the *mesit* refuses to proselytize before two people, it is a mitzvah to set a trap for him. A trap is never set for a person who violates any of the Torah's other prohibitions. This is the only exception.

How is the trap set for him? The *musat* should bring two people and place them in a dark place where they can see the *mesit* and hear what he is saying without his seeing them. He tells the *mesit*: "Repeat what you told me privately."

[When] he does so, the *musat* should reply: "How can we forsake our God in heaven and serve wood and stone?" If [the *mesit*] retracts or remains silent, he is not held liable. If he tells him, "This is our obligation and this is beneficial to us," those who stand far off have him summoned to court and stoned.

4. It is a mitzvah for the *musat* to kill [the *mesit*], as [Deuteronomy 13:10] states: "Your hand must be the first against him to kill him."

It is forbidden for the *musat* to love the *mesit*, as [the previous verse states]: "Do not be attracted to him." Since [Exodus 23:5] states with regard to an enemy: "You must surely help him," [the question arises:] Perhaps you should help a *mesit*? The Torah [Deuteronomy, ibid.] teaches, "Do not... listen to him."

Since [Leviticus 19:16] teaches: "Do not stand idly over your brother's blood," [the question arises:] Perhaps you should not stand idly over a *mesit's* blood? The Torah teaches, [Deuteronomy, ibid.] "Do not let your eyes pity him."

# Avodat Kochavim - Chapter Nine

*Exhibit Page 15 Quadrant C*
*When transactions are forbidden with Canaanites*
4. The Canaanites[77] are idol worshipers, and Sunday is their festival. Accordingly, in *Eretz Yisrael*, it is forbidden to conduct transactions with them on Thursday and Friday each and every week, and, needless to say, on Sunday itself, when transactions with them are forbidden everywhere.

Footnote 77: The term "Canaanite" is a censor's alteration. The original term of the Mishnah Torah was "Roman" or "Christian."

# Avodat Kochavim - Chapter Two

*Exhibit Page 16 Quadrant D*
*Execution of a Jew who serves false gods*
5. A Jew who serves false gods is considered like a gentile in all regards and is not comparable to a Jew who violated another transgression punishable by being stoned to death. An apostate who worships false gods is considered to be an apostate with regard to the entire Torah.

Similarly, Jewish *minnim* are not considered to be Jews with regard to any matter. Their repentance should never be accepted, as [implied by Proverbs 2:19]: "None that go to her repent, nor will they regain the paths of life."

The *minnim* are those who stray after the thoughts of their hearts, concerning themselves with the foolish matters mentioned above, until they ultimately transgress against the body of Torah [law] arrogantly, with scorn, with the intent of provoking God's anger, and yet say that there is no sin involved.

## Mamrim - Chapter 3

*Exhibit Page 17 Quadrant A*
*Execution of a person who does not acknowledge validity of the Oral Law*
1. A person who does not acknowledge validity of the Oral Law is not the rebellious elder mentioned in the Torah. Instead, he is one of the heretics and he should be put to death by any person.[1]

2. Since it has become known that such a person denies the Oral Law, he may be pushed into a pit and may not be helped out. He is like all the rest of the heretics who say that the Torah is not Divine in origin, those who inform on their fellow Jews[2], and the apostates.[2]

All of these are not considered as members of the Jewish people. There is no need for witnesses, a warning, or judges for them to be executed. Instead, whoever kills them performs a great mitzvah and removes an obstacle from people at large.

Footnote 1: As the Rambam continues to explain in the following halacha, a heretic should be slain. Any person may – and should – take the law into his own hands in the regard. There is no need to wait for judicial process.

Footnote 2: People who seek to give gentile authorities control over the lives or property of their fellow Jews. As stated in Hilchot Chovel UMazik 8:9-10, if possible, it is a mitzvah to kill such people, even in the era of exile.

## Melachim uMilchamot - Chapter 5

*Exhibit Page 17 Quadrant C, D*
*War which is a mitzvah*
1. A king should not wage other wars before a *milchemet mitzvah*.[10] What is considered as *milchemet mitzvah*? The war against the seven nations who occupied *Eretz Yisrael*, the war against Amalek, and a war fought to assist Israel from an enemy which attacks them.[11] Afterwards, he may wage a *milchemet hareshut*, i.e. a war fought with other nations in order to expand the borders of Israel or magnify its greatness and reputation.

4. It is a positive commandment to annihilate the seven nations who dwelled in *Eretz Yisrael* as Deuteronomy 20:17 states: 'You shall utterly destroy them.' Anyone who chances upon one of them and does not kill him violates a negative commandment as *ibid*.:16 states: 'Do not allow a soul to live.' The memory of them has already been obliterated.

5. Similarly, it is a positive commandment to destroy the memory of Amalek, as Deuteronomy 25:19 states: 'Obliterate the memory of Amalek.

It is also a positive commandment to constantly remember their evil deeds and their ambush of Israel to arouse our hatred of them, as *ibid.*:17 states: 'Remember what Amalek did to you.' The Oral Tradition teaches: ...Remember' - with your mouths; ...Do not forget' - in your hearts.' For it is forbidden to forget our hatred and enmity for them.

6. All the lands which Israel conquers in wars led by a king and approved by the court are considered as conquered by the people at large. Thus, they have the same status as *Eretz Yisrael* which was conquered by Joshua in every regard. This only applies if they were conquered after the conquest of *Eretz Yisrael* as described in the Torah.

Footnote 10: The words, *milchemet mitzvah,* mean "a war which is a mitzvah." Waging each of the three wars mentioned in this halachah fulfills one of the 613 mizvot of the Torah. Sifri, Ekev, relates that God criticized David for conquering Syria before he conquered the totality of *Eretz Yisrael*. The conquest of *Eretz Yisrael* is a *milchemet mitzvah*, while the conquest of Syria was not. God rebuked him, "You did not drive out the Jebusites living close to your own palace and yet, you found it necessary to conquer Aram."

Footnote 11: Leviticus 19:16 commands "Do not stand still over your neighbor's blood." *Sefer HaMitzvot* (neg. command 297) and *Sefer HaChinuch* (mitzvah 237) interpret this verse as a mitzvah to protect a Jew's life when he is in danger. As an extension of that principle, Number 10:9 obligates us to "go to war against an enemy who attacks you ...," promising that "you will be remembered by God and delivered from your enemies. See also Eruvin 45a.

This principle applies in the Diaspora, as well as in Eretz Yisrael. Accordingly, the *Shulchan Aruch*, *Orach Chayim* 229:6 relates that if gentiles attack Jews, even on the Sabbath, it is a mitzvah to organize a defense force and mount a counter-attack. The Ramah adds that even if the enemy have not mounted their attack, but it is well know that they desire to attack the Jews, war should be raised against them. This concept has contemporary relevance as well. For example, based on this principle, many of the Rabbinic leaders in *Eretz Yisrael* declared the 1982 war in Lebanon a *milchemet mitzvah*, for the Palestinians made no secret of their desire to attack the Jews.

*Exhibit Page 18 Quadrant B*
*When one is forbidden/allowed to leave Eretz Yisrael*
9. It is forbidden to leave *Eretz Yisrael* for the Diaspora at all times except:

to study Torah;

to marry; or

to save one's property from the gentiles.

After accomplishing these objectives, one must return to *Eretz Yisrael*.

Similarly, one may leave *Eretz Yisrael* to conduct commercial enterprises. However, it is forbidden to leave with the intent of settling permanently in the Diaspora unless the famine in *Eretz Yisrael* is so severe that a *dinar's* worth of wheat is sold at two *dinarim*.

When do these conditions apply? When one possesses financial resources and food is expensive. However, if food is inexpensive, but a person cannot find financial resources or employment and has no money available, he may leave and go to any place where he can find relief.

16

Though it is permitted to leave *Eretz Yisrael* under these circumstances, it is not pious behavior. Behold, Machlon and Kilyon were two of the great men of the generation and they left *Eretz Yisrael* only out of great distress. Nevertheless, they were found worthy of death by God.

# Melachim uMilchamot - Chapter 6

*Exhibit Page 18 Quadrant D*
*Subjugation of conquered peoples after peaceful settlement*
1. War, neither a *milchemet hareshut* or a *milchemet mitzvah*, should not be waged against anyone until they are offered the opportunity of peace as Deuteronomy 20:10 states: 'When you approach a city to wage war against it, you should propose a peaceful settlement.' If the enemy accepts the offer of peace and commits itself to the fulfillment of the seven mitzvot that were commanded to Noah's descendants, none of them should be killed. Rather, they should be subjugated as *ibid.*:11 states: 'They shall be your subjects and serve you.'

If they agree to tribute, but do not accept subjugation or if they accept subjugation, but do not agree to tribute, their offer should not be heeded. They must accept both. The subjugation they must accept consists of being on a lower level, scorned and humble. They must never raise their heads against Israel, but must remain subjugated under their rule. They may never be appointed over a Jew in any matter whatsoever.

The tribute they must accept consists of being prepared to support the king's service with their money and with their persons; for example, the building of walls, strengthening the fortresses, building the king's palace, and the like ... . In contrast, Solomon did not make bondsmen out of the children of Israel. They were men of war, his personal servants, his princes, his captains, the officers of his chariots, and his horsemen.

*Exhibit Page 19 Quadrant A, B, C*
*If peaceful settlement refused, males past majority killed, and women and children enslaved*
4. If they do not agree to a peaceful settlement, or if they agree to a peaceful settlement, but refuse to accept the seven mitzvot, war should be waged against them.

All males past majority should be killed. Their money and their children should be taken as spoil, but neither women or children should be killed, as Deuteronomy 20:14 states: 'But the women and the children... take as spoil." 'The children' refer to males below the age of majority.

The above applies to a *milchemet hareshut* fought with other nations. However, if either the seven nations or Amalek refuse to accept a peaceful settlement, not one soul of them may be left alive as *ibid.* 20:15-16 states: 'Do this to all the cities that ... are not the cities of these nations. However, from the cities of these nations,... do not leave a soul alive.' Similarly, in regard to Amalek, Deuteronomy 25:19 states: 'Obliterate the memory of Amalek.'

6. No offer of a peaceful settlement should be made to Ammon and Moav, as Deuteronomy 23:7states: 'Do not seek their peace and welfare for all your days.'

Even though we should not offer them a peaceful settlement, if they sue for peace themselves, we may accept their offer.

17

## Melachim uMilchamot - Chapter 8

*Exhibit Page 19 Quadrant D*
*Soldier may rape a gentile woman*
1. Similarly, [a soldier] may engage in sexual relations with a woman while she is still a gentile if his natural inclination overcomes him. However, he may not engage in sexual relations with her and then, go on his way. Rather, he must bring her into his home as Deuteronomy 21:11 states 'If you see a beautiful woman among the prisoners...You shall bring her into the midst of your home...' It is forbidden for him to engage in sexual relations with her a second time until he marries her.

*Exhibit Page 20 Quadrant A, B*
*Priest may have relations initially with yefat to'ar who accepts seven mitzvoth; marriage forbidden after conversion*
4. A priest is also allowed relations with a *yefat to'ar* initially. For the Torah only permitted relations as a concession to man's natural inclination. However, he is not permitted to marry her afterwards, for she is a convert[68].

Footnote 68: The latter term is a translation of the Hebrew *ger toshav*. As explained in Halachah 10, it refers to a gentile who accepts upon himself the observance of the seven mitzvot. The term is appropriate for such a gentile is entitled to settle in Eretz Yisrael. For when the Jews have undisputed rule over the land, they are forbidden to allow a gentile who has not accepted the serven mitzvoth to dwell there for one moment.

*Exhibit Page 20 Quadrant C*
*Execution of yefat to'ar who doesn't abandon idol worship; law on treaties*
9. A *yefat to'ar* who does not desire to abandon idol worship after twelve months should be executed. Similarly, a treaty cannot be made with a city which desires to accept a peaceful settlement until they deny idol worship, destroy their places of worship, and accept the seven universal laws commanded Noah's descendants. For every gentile who does not accept these commandments must be executed if he is under our undisputed authority.

## Melachim uMilchamot - Chapter 9

*Exhibit Page 21 Quadrant A*
*Execution of gentiles who worship false gods*
2. A gentile who worships false gods is liable provided he worships them in an accepted manner.

A gentile is executed for every type of foreign worship which a Jewish court would consider worthy of capital punishment. [76]

Footnote 76: Every false god has an accepted manner in which its adherents serve it. The idol worshippers established many [different] services for each particular idol and image. The service of one does not resemble the service of another (*Hilchot Avodat Kochavim* 3:2). A person does not incur the death penalty unless he worships a false god in its appropriate manner.

## Berachot - Chapter Ten

*Exhibit Page 21 Quadrant C, D*

18

*Invocations in different situations*
11. The following should be recited when one sees 600,000 people at one time. If they are gentiles, he should recite the verse (Jeremiah 50:12): "Your mother shall be greatly ashamed; she that bore you will be disgraced. Behold, the ultimate fate of the gentiles will be an arid wilderness and a desolate land." If they are Jews and in *Eretz Yisrael*, he should recite the blessing: Blessed are You, God, our Lord, King of the universe, the Wise [who knows] secrets.

12. A person who sees a Negro or a person who has a strange-looking face or an abnormal limb should recite the blessing: Blessed are You, God, our Lord, King of the universe, who has altered His creations. When one sees a blind man, a one-legged person, a person with skin boils or white blotches, or the like, he should recite the blessing "the true Judge." If they were born with these afflictions, he should recite the blessing "who has altered His creations." When one sees an elephant, monkey, or owl, he should recite the blessing: "Blessed... who has altered His creations."

*Exhibit Page 22 Quadrant C, D*
*Invocations in different situations*
19. When a person sees a settlement of gentile homes, he should recite the verse (Proverbs 15:25): "God will pluck up the house of the proud." Should he see a desolate settlement of gentile homes, he should recite the verse (Psalms 94:1): "The Lord is a God of retribution. O God of retribution, reveal Yourself." When one sees gentile graves, he should recite the verse (Jeremiah 50:12): "Your mother shall be greatly ashamed...."

# MISHNEH TORAH

## Sefer Kedushah - Issurei Biah - Chapter Twelve
*Exhibit Page 23 Quadrant A, B*
*Execution of gentile woman after rape by a Jewish male, including minors of three years of age, as long as Jewish male is nine years or older*
10. If, by contrast, a Jewish male enters into relations with a gentile woman, when he does so intentionally, she should be executed.

•••

She is executed because she caused a Jew to be involved in an unseemly transgression, as [is the law with regard to] an animal. [This applies regardless of] whether the gentile women was a minor of three years of age, or an adult, whether she was single or married. And it applies even if [the Jew was a minor of nine years old, [she is executed].

## Sefer Kedushah - Issurei Biah - Chapter Seventeen
*Exhibit Page 23 Quadrant C*
*Classes of women forbidden to all priests and a High Priest*
1. There are three women who are forbidden to all priests [by Scriptural Law]: a divorcee, a *zonah*, and a *challalah*. There are four [forbidden to] a High Priest. These three and a widow.

19

## Sefer Kedushah - Issurei Biah - Chapter Eighteen

*Exhibit Page 23 Quadrant D*
*Meaning of zonah*
1. Based on the Oral Tradition, we learned that the term *zonah*[1] used by the Torah refers to one who is not a nativeborn Jewess, a Jewish woman who engaged in relations with a man she was forbidden to marry, violating a prohibition that is universally applicable, or a woman who engaged in relations with a *challal* even though she is permitted to marry him.

Footnote 1: The term literally means "a promiscuous woman." Halachically, however, it has a specific meaning as the Rambam continues to explain.

## Sefer Kedushah - Issurei Biah - Chapter Eighteen

*Exhibit Page 24 Quadrant A, B*
*Meaning of zonah (duplicate)*
1. Based on the Oral Tradition, we learned that the term *zonah*[1] used by the Torah refers to one who is not a nativeborn Jewess, a Jewish woman who engaged in relations with a man she was forbidden to marry, violating a prohibition that is universally applicable, or a woman who engaged in relations with a *challal* even though she is permitted to marry him.

Footnote 1: The term literally means "a promiscuous woman." Halachically, however, it has a specific meaning as the Rambam continues to explain.

## Sefer Kedushah - Issurei Biah - Chapter Eighteen

*Exhibit Page 24 Quadrant D*
*Nature of intercourse that causes females of at least three years old to become a zonah*
6. Whenever a woman engages in relations that cause her to be deemed a *zonah*, she becomes disqualified as soon as the man's organ enters her whether she engages in relations against her will or willingly, whether in conscious violation or inadvertently, whether through vaginal or anal intercourse. [This applies] provided she is at least three years old and the man with whom she engages in relations is nine years old or more. Therefore when a married woman engages in adultery, whether against her will or willingly, she is disqualified from [marrying into] the priesthood.

## Sefer Kedushah - Issurei Biah - Chapter One

*Exhibit Page 25 Quadrant A*
*Punishments applicable to adults and minors (females at least three years and a day and males at least nine years and a day)*
13. When an adult male enters into relations with any of the women forbidden in connection with the above transgressions who is three years and one day old or more, he is liable for execution, *kerait*, or lashes and she is not liable unless she is past majority. If she is younger than this, both participants are not liable, for the act is not considered as sexual relations. Similarly, when an adult woman enters into sexual relations with a minor, if he is nine years and one day old, she is liable for execution, *kerait*, or lashes and he is not liable. If he is younger than nine years old, they are both free of liability.

## Sefer Kedushah - Issurei Biah - Chapter Eleven

*Exhibit Page 25 Quadrant C*
*Immersion required for woman to ascend from ritual impurity (mikveh)*
16. A woman does not ascend from her state of ritual impurity and cease being considered as an *ervah* until she immerses herself in a mikveh that is halachically acceptable while there are no substances intervening between her flesh and the water. In *Hilchot Mikveot*, we will explain what defines a *mikveh* as acceptable and what disqualifies it, the manner in which one should immerse, and the laws concerning intervening substances.

## Sefer Kedushah - Issurei Biah - Chapter Fourteen

*Exhibit Page 25 Quadrant D*
*Women converts sit in mikveh*
6. Three [judges] stand over him and inform him about some of the easy mitzvot and some of the more severe ones a second time while he stands in the water. If the convert was female, women position her in the water until her neck while the judges are outside. They inform her about some of the easy mitzvot and some of the more severe ones while she is sitting in the water. Then she immerses herself in their presence. Afterwards, they turn their faces away and depart so that they will not see her when she ascends from the water.

## Sefer Kedushah - Issurei Biah - Chapter Fourteen

*Exhibit Page 26 Quadrant B*
*See previous entry*

*Exhibit Page 26 Quadrant C, D*
*Gentile relatives of converts not considered relatives after conversion. Convert may marry or have relations with his mother or his maternal sister*
11. When a gentile converts or a servant is freed, he is like a newborn baby. Any relatives whom he had as a gentile or a servant are no longer considered his relatives. If both he and they convert, he is not obligated for relations with any of them.

12. According to Scriptural Law, a convert may marry his mother or his maternal sister after they convert. Nevertheless, our Sages forbade this so that [the converts] will not say: "We came from a more severe level of holiness to a less severe one. Yesterday, this [relationship] was forbidden and today, it is permitted."

Similarly, when a convert engages in relations with his mother or his sister when they have not converted, it is considered as if he had relations with a woman with whom he was not related.

## Mishneh Torah - Ishut - Chapter Three

*Exhibit Page 27 Quadrant A*
*Father's rights over minor female at birth and at three years and a day*
11. A father may consecrate his daughter without her knowledge while she is a minor. Even when she is a *na'arah*, he still possesses this right, as [implied by Deuteronomy 22:16]: "I gave my daughter to this man."

[The money received as] *kiddushin* belongs to her father. Similarly, he has the right to [any ownerless property] she finds, [the wages she receives for] her labor, and [the money she receives as stipulated in] her *ketubah* if she is divorced or widowed before the marriage bond is consummated. He is entitled to all these until she becomes a *bogeret*.

Therefore, a father is entitled to receive *kiddushin* on behalf of his daughter from the day she was born until she becomes a *bogeret*. Even if she is a deaf mute or intellectually incompetent, if her father consecrates her [to another man], she is his wife.

If a girl is older than three years and one day, she can be consecrated through sexual relations with her father's consent. Should she be below this age, if her father has her consecrated through sexual relations, the marriage bond is not established.

## Mishneh Torah - Ishut – Chapter Four

*Exhibit Page 27 Quadrant B*
*Rules for giving females in marriage*
7. When a minor consecrates [a woman], his *kiddushin* are of no consequence. When, by contrast, a male past the age of majority consecrates a girl below the age of majority who is an orphan, or who has left her father's authority, [different rules apply]: If she is below the age of six, even if she is one who shows deep understanding of secret matters, and can differentiate and discern, she is not married, and there is no need for *mi'un*.

If she is more than ten years old, even when she is very foolish, since she willingly accepted the *kiddushin*, she is consecrated [according to Rabbinic law] and [must perform] *mi'un* [should she desire to nullify the marriage]. If she is between the ages of six and ten, [the rabbis] must evaluate her ability to discern. If she is able to differentiate and discern with regard to matters of marriage and *kiddushin*, [the marriage is binding according to Rabbinic law] and *mi'un* is necessary. If she lacks [this degree of discernment], she is not consecrated [at all], and need not perform *mi'un* [to nullify the marriage].

## Mishneh Torah - Ishut - Chapter Twelve

*Exhibit Page 27 Quadrant C*
*Privileges of the husband to the detriment of his wife*
3. The four privileges that the husband is granted are all Rabbinic in origin. They are:

a) the right to the fruits of her labor;

b) the right to any ownerless object she discovers;

c) the right to benefit from the profits of her property during her lifetime;

d) the right to inherit her [property] if she dies during his lifetime. His rights to her property supersede [the rights of] all others.

## Mishneh Torah - Ishut - Chapter Twenty-One

*Exhibit Page 28 Quadrant A*

*Wife must work on behalf of her husband; he receives all the proceeds*
1. A husband is entitled to [any ownerless objects] discovered by [his] wife, and the proceeds of her labor. What [type of work] must she perform on his behalf? Everything follows the custom of the country. In a place where it is customary for women to weave, she should weave. [In a place where they] embroider, she should embroider. [In a place where they] spin wool or flax, she should spin.

2. If a woman exerts herself and produces more than would be expected of her, her husband is entitled to the extra amount.

*Exhibit Page 28 Quadrant C*
*Wives may be compelled to perform tasks with a rod*
10. Whenever a woman refrains from performing any of the tasks that she is obligated to perform, she may be compelled to do so, even with a rod.


# Mishneh Torah - Ishut - Chapter Twenty-Two

*Exhibit Page 22 Quadrant D*
*Property rights of husband over wife in life and at death*
7. During a woman's lifetime, her husband enjoys the benefits of all the property she owns, regardless of whether it is classified as *nichsei tzon barzel* or *nichsei m'log*. If she dies in her husband's lifetime, her husband inherits everything.

Therefore, if the woman sold property classified as *nichsei m'log* after she married, even if she became the owner of that property before she became consecrated, her husband may expropriate the income from that property from the purchasers throughout his wife's lifetime. He may not, however, expropriate the land itself, for he has no right to the land itself, if it is classified as *nichsei m'log*, until his wife dies.

If she dies in his lifetime, he may expropriate the land from the purchasers without paying them for it.

AL-'OWHALI v. SPROUL, ET AL.


EXHIBIT B

Wednesday, September 27 — יום רביעי, ז' תשרי

# The Rambam's Introduction[1] to the Mishneh Torah

הקדמת הרמב"ם ז"ל

"In the name of God, Lord of the world" (Genesis 21:33)

"Then I will not be ashamed when I gaze at all Your mitzvot"[2] (Psalms 119:6).

The mitzvot given to Moses at Mount Sinai were all given together with their explanations,[3] as [implied by Exodus 24:12]: "And I will give you the tablets of stone, the Torah, and the mitzvah." "The Torah" refers to the written law; "the mitzvah," to its explanation. [God] commanded us to fulfill "the Torah" according to [the instructions of] "the mitzvah." "The mitzvah" is called the Oral Law.

Moses, our teacher, personally transcribed the entire Torah before he died. He gave a Torah scroll to each tribe and placed another scroll in the ark as a testimonial, as [Deuteronomy 31:26] states: "Take this Torah scroll and place it [beside the ark...] and it will be there as a testimonial."

1 The heading "Introduction" is not found in any of the manuscript editions of the *Mishneh Torah* and appears to be a printer's addition. Note *Hilchot Shechitah* 1:4, where the Rambam refers to "... the Oral Law, which is called 'mitzvah,' as we explained in the beginning of this text." By referring to these passages as "the beginning" of the text and not "the introduction to the text," the Rambam implies that the subject matter contained in these passages is an essential part of the *Mishneh Torah* and not merely an author's preamble.

2 The Rambam introduces every one of the books of the *Mishneh Torah* by quoting an appropriate verse from the Bible. It is possible to explain that he chose this verse for the Introduction to the entire text in reply to objections he knew would arise to the *Mishneh Torah*. The Rambam's conception of his work as "a compilation of the entire Oral Law" would not be acceptable to many. Therefore, he begins by emphasizing that his actions were not presumptuous. There is no need for him to be "ashamed" at taking such a step. Since he can "gaze at all Your mitzvot" - i.e., he has the knowledge of the entire Oral Law - he is obligated to try to communicate that knowledge to others, as stated in *Hilchot Talmud Torah* 5:4 (*Yayin Malchut*).

3 By emphasizing that, at the revelation at Sinai, the mitzvot were given "together with their explanations," the Rambam stresses that the Written and Oral Laws cannot be viewed as two separate entities, but rather as two dimensions of a single whole. See also the Rambam's Introduction to his Commentary on the Mishnah, where he elaborates on the same concept.

"The mitzvah" - i.e., the explanation of the Torah - he did not transcribe. Instead, he commanded it [verbally] to the elders, to Joshua, and to the totality of Israel, as [Deuteronomy 13:1] states: "Be careful to observe everything that I prescribe to you." For this reason, it is called the oral law.

Even though the oral law was not transcribed, Moses, our teacher, taught it in its entirety in his court to the seventy elders. Elazar, Pinchas, and Joshua received the tradition from Moses. [In particular, Moses] transmitted the oral law to Joshua, who was his [primary] disciple, and instructed him regarding it. Similarly, throughout his life Joshua taught the oral law. Many elders received the tradition from him. Eli received the tradition from the elders and from Pinchas. Samuel received the tradition from Eli and his court. David received the tradition from Samuel and his court. Achiah of Shiloh was one of those who experienced the exodus from Egypt. He was a Levite and heard [teachings] from Moses. He was, however, of low stature in Moses' age. Afterwards, he received the tradition from David and his court.

Elijah received the tradition from Achiah of Shiloh and his court. Elisha received the tradition from Elijah and his court. Yehoyada, the priest, received the tradition from Elisha and his court. Zechariah received the tradition from Yehoyada and his court. Hoshea received the tradition from Zechariah and his court. Amos received the tradition from Hoshea and his court. Isaiah received the tradition from Amos and his court. Michah received the tradition from Isaiah and his court. Yoel received the tradition from Michah and his court. Nachum received the tradition from Yoel and his court. Chabbakuk received the tradition from Nachum and his court.

Tzefaniah received the tradition from Chabbakuk and his court. Jeremiah received the tradition from Tzefaniah and his court. Baruch ben Neriyah[4] received the tradition from Jeremiah and his court. Ezra and his court received the tradition from Baruch and his court.

[The members of] Ezra's court are referred to as *Anshei K'nesset Hagedolah* (the men of the great assembly). They included Chaggai, Zechariah, Malachi, Daniel, Chananiah, Mishael, Azariah, Nechemiah ben Chakaliah, Mordechai the linguist, Zerubavel and many other sages - 120 elders in all.[5] The last [surviving] member of this group was Shimon the Just. He was included among the 120 elders and received the oral law from all of them. He served as the High Priest after Ezra.

Antignos of Socho and his court received the tradition from Shimon the Just and his court. Yosse ben Yo'ezer of Tzreidah and Yosef ben Yochanan of Jerusalem and their court received the tradition from Antignos and his court. Yehoshua ben Perachiah and Nittai of Arbel and their court received the tradition from Yosse ben Yo'ezer and Yosef ben Perachiah and their court. Yehudah ben Tabbai and Shimon ben Shatach and their court received the tradition from Yehoshua ben Perachiah and Nittai of Arbel and their court. Shemayah and Avtalion, who were righteous converts, and their court received the tradition from Yehudah and Shimon and their court. Hillel and Sharimai and their court received the tradition from Shemayah and Avtalion and their court. Rabban Yochanan ben Zakkai and Rabbi Shimon, the son of Hillel the elder, received the tradition from Hillel [and Shammai] and his [their] court[s].[6]

4 Jeremiah and Baruch witnessed the destruction of the First Temple. After Jeremiah's death, Baruch went to Babylon and taught Torah to the exiles there.

5 The *Anshei K'nesset Hagedolah* presided over the return to Zion at the beginning of the Second Temple period and set the foundations for the reconstruction of the nation.

6 Rabban Yochanan ben Zakkai witnessed the destruction of the Second Temple. Before the fall of Jerusalem he escaped with his students to Yavneh and laid a new foundation for our people's spiritual growth.

Rabban Yochanan ben Zakkai had five students [who were] great sages and received the tradition from him. They were: Rabbi Eleazar the great, Rabbi Yehoshua, Rabbi Yosse the priest, Rabbi Shimon ben Netanel and Rabbi Elazar ben Arach.

Rabbi Akiva ben Yosef received from Rabbi Eleazar the great. Yosef, his father, was a righteous convert. Rabbi Yishmael and Rabbi Meir, a son of righteous converts, received the tradition from Rabbi Akiva. Rabbi Meir and his colleagues also received the tradition from Rabbi Yishmael. The colleagues of Rabbi Meir include Rabbi Yehudah, Rabbi Yosse, Rabbi Shimon, Rabbi Nechemiah, Rabbi Elazar ben Shamu'a, Rabbi Yochanan the shoemaker, Shimon ben Azzai, and Rabbi Chananiah ben Teradion. Similarly, Rabbi Akiva's colleagues also received the tradition from Rabbi Eleazar the great. Rabbi Akiva's colleagues include Rabbi Tarfon - the teacher of Rabbi Yosse of the Galil - Rabbi Shimon ben Elazar, and Rabbi Yochanan ben Nuri.

Rabban Gamliel the elder received the tradition from Rabban Shimon, his father - the son of Hillel the elder. Rabban Shimon, his son, received the tradition from him. Rabban Gamliel, his son, received the tradition from him and Rabban Shimon, his son, received the tradition from him. Rabbi Yehudah, the son of Rabban Shimon and referred to as Rabbenu Hakadosh ("our saintly teacher"), received the tradition from his father, from Rabbi Elazar ben Shamu'a, and from Rabban Shimon and his colleagues.

Rabbenu Hakadosh composed the Mishnah.

From the days of Moses, our teacher, until Rabbenu Hakadosh, no one had composed a text for the purpose of teaching the oral law in public.

18) Shimon the Just [received the tradition from Ezra. 19) Ezra [received the tradition from Baruch. 20) Baruch [received the tradition] from Jeremiah. 21) Jeremiah [received the tradition] from Tzefaniah. 22) Tzefaniah [received the tradition from Chabbakuk. 23) Chabbakuk [received the tradition] from Nachum. 24) Nachum [received the tradition] from Yoel. 25) Yoel [received the tradition] from Michah. 26) Michah [received the tradition] from Isaiah. 27) Isaiah [received the tradition] from Amos. 28) Amos [received the tradition] from Hoshea. 29) Hoshea [received the tradition] from Zechariah. 30) Zechariah [received the tradition] from Yehoyada. 31) Yehoyada [received the tradition] from Elisha. 32) Elisha [received the tradition] from Achiah. 34) Achiah [received the tradition] from Elijah. 33) Elijah [received the tradition] from David. 35) David [received the tradition] from Shemuel. 36) Shemuel [received the tradition] from Eli. 37) Eli [received the tradition] from Pinchas. 38) Pinchas [received the tradition] from Joshua. 39) Joshua [received the tradition] from Moses, our teacher. 40) Moses, our teacher, [received the tradition] from the Almighty.

Thus, the source of all these people's knowledge is God, the Lord of Israel.

*Note: The introduction continues tomorrow.*

---

### Mazal Tov for joining a new cycle of Rambam study

Published by Moznaim Publishing

---

These are the great Sages who were part of the tradition from Rabbenu Hakadosh and who received the tradition from him: His sons, Shimon and Gamliel, Rabbi Effess, Rabbi Chanina ben Chama, Rabbi Chiyya, Rav, Rabbi Yannai, bar Kafra, Shemuel, Rabbi Yochanan, Rabbi Hoshaia. Thousands and myriads of other sages received the tradition from [Rabbenu Hakadosh] together with these great sages.

Even though all of the eleven sages mentioned above received the tradition from Rabbenu Hakadosh and attended his study sessions, there are differences between them. At that time,[8] Rabbi Yochanan was of lesser stature. Afterwards, he became a colleague of Rabbi Yannai and received instruction from him. Similarly, Rav received the tradition from Rabbi Yannai, and Shemuel received the tradition from Rabbi Chanina ben Chama.[8]

Rav composed the *Sifra* and the *Sifre* to explain the sources for the Mishnah. Rabbi Chiyya composed the *Tosefta*[9] to explain the subjects [discussed in] the Mishnah. Rabbi Hoshaia and bar Kafra composed *baraitot* to explain the matters [discussed in] the Mishnah. Rabbi Yochanan composed the Jerusalem Talmud in *Eretz Yisrael* approximately three hundred years after the destruction of the Temple.

Among the great sages who received the tradition from Rav and Shemuel were: Rav Huna, Rav Yehudah, Rav Nachman, and Rav Kahana.

8    Rav and Shemuel represent the first generation of Amoraim, the age in which the c enter of Torah study shifted fr
     *Eretz Yisrael* to Babylonia.
9    In the Introduction to his Commentary on the Mishnah, the Rambam explains Rabbi Chiyya's contribution
     follows: He followed his teacher's Rabbi Yehudah HaNasi's footsteps [in comparing a text for the public] to expr
     the matters he saw to be confusing in his master's work. This was called the *Tosefta*. Its intent was to explain
     Mishnah and expound upon concepts that would require much effort to be derived from the Mishnah.

Published by Moznaim Publishing

---

### Rambam: Wednesday

Among the great sages who received the tradition from Rabbi Yochanan were: Ravvah bar bar Channah, Rav Ami, Rav Assi, Rav Dimi, and Rav Avin. Among the Sages who received the tradition from Rav Huna and Rav Yehudah were Rabbah and Rav Yosef. Among the sages who received the tradition from Rabbah and Rav Yosef were Abbaye and Rava. Both of them received the tradition from Rav Nachman. Among the Sages who received the tradition from Ravva were Rav Ashi and Ravina. Mar bar Rav Ashi received the tradition from Rav Ashi, his father, and from Ravina.

Thus, there were forty generations from Rav Ashi back to Moses, our teacher, of blessed memory. They were: 1) Rav Ashi [received the tradition] from Ravva. 2) Ravva [received the tradition] from Rabbah. 3) Rabbah [received the tradition] from Rav Huna. 4) Rav Huna [received the tradition] from Rabbi Yochanan, Rav, and Shemuel. 5) Rabbi Yochanan, Rav, and Shemuel [received the tradition] from Rabbenu Hakadosh. 6) Rabbenu Hakadosh [received the tradition] from Rabbi Shimon, his father. 7) Rabbi Shimon [received the tradition] from Rabban Gamliel, his father. 8) Rabban Gamliel [received the tradition] from Rabban Shimon, his father. 9) Rabban Shimon [received the tradition] from Rabban Gamliel, the elder, his father. 10) Rabban GamliEl, the elder, [received the tradition] from Rabban Shimon, his father. 11) Rabban Shimon [received the tradition] from Hillel, his father, and Shammai. 12) Hillel and Shammai [received the tradition] from Shemayah and Avtalion. 13) Shemayah and Avtalion [received the tradition] from Yehudah and Shimon [Ben Shatach]. 14) Yehudah and Shimon [received the tradition] from Yehoshua ben Perachiah and Nittai of Arbel. 15) Yehoshua and Nittai [received the tradition] from Yosse ben Yo'ezer and Yosef ben Yochanan. 16) Yosse ben Yo'ezer and Yosef ben Yochanan [received the tradition] from Antignos. 17) Antignos [received the tradition] from Shimon the Just.

---

### Rambam: Wednesday

Instead, in each generation, the head of the court or the prophet of that generation would take notes of the teachings which he received from his masters for himself, and teach them verbally in public.

Similarly, according to his own potential, each individual would write notes for himself of what he heard regarding the explanation of the Torah, its laws, and the new concepts that were deduced in each generation concerning laws that were not communicated by the oral tradition, but rather deduced using one of the thirteen principles of Biblical exegesis and accepted by the high court.

This situation continued until [the age of] Rabbenu Hakadosh. He collected all the teachings, all the laws, and all the explanations and commentaries that were heard from Moses, our teacher, and which were taught by the courts in each generation concerning the entire Torah. From all these, he composed the text of the Mishnah. He taught it to the Sages in public and revealed it to the Jewish people, who all wrote it down. They spread it in all places so that the oral law would not be forgotten by the Jewish people.

Why did Rabbenu Hakadosh make [such an innovation] instead of perpetuating the status quo? Because he saw the students becoming fewer, new difficulties constantly arising, the Roman Empire[7] spreading itself throughout the world and becoming more powerful, and the Jewish people wandering and becoming dispersed to the far ends of the world. [Therefore,] he composed a single text that would be available to everyone, so that it could be studied quickly and would not be forgotten. Throughout his entire life, he and his court taught the Mishnah to the masses.

7    The Roman Empire systematically attempted to suppress the study of Torah in all the lands under its control

Rambam, Introduction to the Mishneh Torah

Tosefta, for they require a breadth of knowledge, a spirit of wisdom, and much time, for appreciating the proper path regarding what is permitted and forbidden, and the other laws of the Torah.

Therefore, I girded my loins - I, Moses, the son of Maimon, of Spain[10] I relied upon the Rock, blessed be He. I contemplated all these texts and sought to compose [a work which would include the conclusions] derived from all these texts regarding the forbidden and the permitted, the impure and the pure, and the remainder of the Torah's laws, all in clear and concise terms, so that the entire Oral Law could be organized in each person's mouth without any questions or objections.

Instead of [arguments], this one claiming such and another such, [this text will allow for] clear and correct statements based on the judgments that result from all the texts and explanations mentioned above, from the days of Rabbenu Hakadosh until the present. [This will make it possible] for all the laws to be revealed to both those of lesser stature and those of greater stature, regarding every single mitzvah, and also all the practices that were ordained by the Sages and the Prophets.

To summarize: [The intent of this text is] that a person will not need another text at all with regard to any Jewish law. Rather, this text will be a compilation of the entire Oral Law, including the ordinances, customs, and decrees that were enacted from the time of Moses, our teacher, until the completion of the Talmud, as were explained by the Geonim in the texts they composed after the Talmud.

10 Though the Rambam mentions his nationality when stating his name in some of his other works as well (see *Igeret HaShmad*), it is possible that he had a specific intention in doing so here. Despite his desire and intention for the *Mishneh Torah* to be universally accepted, he knew that other customs were followed in the Ashkenazic community. By mentioning his country of origin, he could be alluding to the fact that some of the customs he mentioned were specific to Jews of that background (*Dayle Moldust*)

---

The inhabitants of each city would ask many questions of each Gaon who lived in their age, to explain the difficult matters that existed in the Talmud. They would reply to them according to their wisdom. The people who had asked the questions would collect the replies and make texts from them, so that they could consider them in depth.

Also, the Geonim of each generation composed texts to explain the Talmud. Some of them explained certain halachot. Others explained selected chapters that had created difficulty in their age. Still others explained entire tractates and orders.

Also, [the Geonim] composed [texts recording] the decisions of Torah law regarding what is permitted and what is forbidden, when one is liable and when one is free of liability, with regard to subjects that were necessary at the time, so that they would be accessible to the grasp of a person who could not comprehend the depth of the Talmud. This is the work of God, which was performed by all the Geonim of Israel from the completion of the Talmud until the present day, 1108 years after the destruction of the Temple, 4937 years after the creation of the world.

At this time, we have been beset by additional difficulties, everyone feels [financial] pressure. The wisdom of our Sages has become lost, and the comprehension of our men of understanding has become hidden. Therefore, those explanations, laws, and replies which the Geonim composed and considered to be clear matters have become difficult to grasp in our age, and only a select few comprehend these manners in the proper way.

Needless to say, [there is confusion] with regard to the Talmud itself - both the Jerusalem and Babylonian Talmuds - the *Sifra*, the *Sifre*, and the

---

Rambam, The Positive Commandments

## Yom Kippur, September 30

## The Positive Commandments

1 The first of the positive commandments is the mitzvah to know that there is a God, as [Exodus 20:2] states: "I am God, your Lord."

2 To unify Him, as [Deuteronomy 6:4] states: "God is our Lord, God is one."

3 To love Him, as [Deuteronomy 6:5] states: "And you shall love God, your Lord."

4 To fear Him, as [Deuteronomy 6:13] states: "Fear God, your Lord."

5 To pray, as [Exodus 23:25] states: "And you shall serve God, your Lord." This service is prayer.

6 To cling to Him, as [Deuteronomy 10:2] states: "And you shall cling to Him."

7 To swear in His name, as [Deuteronomy 10:20] states: "And you shall swear in His name."

8 To emulate His good and just ways, as [Deuteronomy 28:19] states: "And you shall walk in His ways."

9 To sanctify His name, as [Leviticus 22:32] states: "And I shall be sanctified amidst the children of Israel."

10 To recite the Shema twice daily, as [Deuteronomy 6:2] states: "And you shall speak of them when you lie down and when you arise."

11 To study Torah and to teach it [to others], as [Deuteronomy 6:2] states: "And you shall teach them to your children."

---

Rambam, Finder

Therefore, I have called this text, *Mishneh Torah* ["the second to the Torah," with the intent that] a person should first study the Written Law, and then study this text and comprehend the entire Oral Law from it, without having to study any other text between the two.

I saw fit to divide this text into [separate] halachot pertaining to each [particular] subject, and, within the context of a single subject, to divide those halachot into chapters. Each and every chapter is divided into smaller halachot so that they can be ordered in one's memory.

[Regarding] the halachot which pertain to specific subjects: Some of the halachot contain the laws governing only one mitzvah, this being a mitzvah that has many matters of the tradition [associated with it] and is a subject in its own right. Other halachot contain the laws governing many mitzvot, since they deal with the same subject matter, for I have divided this text according to topics, not according to the number of mitzvot, as will become clear to the reader.

The number of mitzvot which are incumbent on us at all times is 613. 248 are positive commandments an allusion to their [the body's] organs; the number of limbs in the human body[11] 365 are negative commandments (prohibitions); an allusion to their [number], the number of days in a solar year.[12]

*Note: Over the next few days, the Rambam study-cycle follows the enumeration of the 613 Mitzvos, which the Rambam compiled as a preface to the actual detailed Halachos. It is customary to learn/read these too.*

11 *Sefer Hamitzvos*, the Rambam quotes the *Midrash Tanchuma* (*Ki Tetze*), which states that it is as if each limb of the body is saying, "Do a mitzvah with me."

12 Thus, it is as if each day of the year is saying, "do not commit a transgression on me" (*ibid*)

say: 'Why should we be responsible for [shedding the defendant's] blood?' It is already said: 'At the destruction of the wicked, there is joy.'

If they stand by their word, the witness of the greater stature is brought into the court [alone] and he is questioned and cross-examined, as will be explained in *Hilchot Edut*. If his testimony appears to be factual, the second witness is brought into the court, and he is questioned as the first one was. Even if there are 100 witnesses, each one is questioned and cross-examined.

If the testimony of all the witnesses is accurate, we begin the judgment with a statement that tends to acquittal as stated. We tell him: 'If you did not transgress, do not fear their words.' [Then] we judge him. If grounds for acquittal are found, he is released. If they do not find grounds for acquittal, [the defendant] is imprisoned until the following day. On that day, the *Sanhedrin* divides itself into pairs and they examine the judgment. They eat little and do not drink wine throughout that entire day. They debate the matter throughout the night, each one with his comrade or alone.

On the morrow, they come to the court early. [Each of] those who voted for acquittal [yesterday], 'I am the one who voted for acquittal [yesterday], and I still favor that ruling.' [Each of] those who voted for conviction [yesterday], 'I am the one who voted for conviction [yesterday], and I still favor that ruling' or "...I have changed my mind and I vote for acquittal?' If present in that regard, or did not know who voted for conviction or who voted for acquittal on the basis of one rationale and hence are considered only as one, as we explained, the two scribes of the court remind them, for they write down the rationale given by each one of them.

We begin the judgment. If they find a rationale to acquit him, they acquit him. If it is necessary to add judges, they add. If there is a majority of judges who seek to convict him, and he is convicted, he is taken out to be executed [immediately].

The place where the court conducts the execution is outside the court and removed from it, as [implied by Leviticus 24:14]: 'Take the blasphemer outside the camp...' It appears to me that it should be approximately 6 *mil*,[24] the distance between the court of Moses our teacher which was before the entrance of the Tent of Meeting and the extremities of the camp of the Jewish people.[25]

4 After [a defendant] has been convicted, we do not delay [the matter], but instead execute him immediately. Even if [a woman] is pregnant, we do not wait until she gives birth. Instead, we give her a blow against the womb so that the fetus will die first.[26] If, by contrast, she is already in the throes of labor, we wait until she gives birth.[27] Whenever a woman is executed, it is permitted to benefit from her hair.

5 When a person is being taken out to be executed and a sacrifice of his has already been slaughtered, we do not execute him until the blood of his sin offering or guilt offering has been sprinkled [on the altar] for his sake. If, however, he was already convicted and the [animal designated as a] sacrifice has not been slaughtered already, we do not wait until the sacrifice is brought, for we do not prolong his judgment.

24  A *mil* is 2000 cubits, approximately a kilometer in contemporary measure.
25  The camp of the Jewish people was 12 *mil* long and the Tent of Meeting was in the center. Thus the distance from Moses' tent to the camp's periphery was slightly less than 6 *mil*.
26  If the fetus is not killed first, it may emerge after the woman's death and that would result in the denigration of her corpse (Radak, Avodah Zarah).
27  For the fetus has already taken on the status of an independent entity (ibid.).

Friday, July 21

## Chapter fourteen

Four types of execution were given to the court: stoning, burning, decapitation with a sword, and strangulation.

Stoning and burning are explicitly mentioned in the Torah. Moses our teacher taught[34] that whenever the Torah mentions the death sentence without any further description, the intent is strangulation. When a person kills a colleague, he should be decapitated. Similarly, the inhabitants of a city that goes astray[35] are executed by decapitation.

2 Every one of these forms of execution involves a positive commandment for the court to execute a person with the form of death for which he is liable. A king has permission to execute using only one of them - by decapitation.

3 Whenever a person is obligated to be executed and the court did not execute him, [the judges] negated the observance of a positive commandment, but do not transgress a negative commandment. There is one exception: a sorcerer. If they do not kill him, they violate a negative commandment, as [Exodus 22:17] states: 'Do not allow a sorcerer to live.'

4 Stoning to death is a more severe form of execution than burning. Burning is a more severe form than decapitation, and decapitation is more severe than strangulation.

When a person is liable to be executed with two different forms of execution, he should be executed with the more severe form. [This applies] whether he committed two transgressions, one after the other, or he committed one transgression which involved two death penalties.

34  i.e., this was part of the received tradition of the Oral Law.
35  i.e. a city where the majority of the inhabitants worship idols.

Even if he was sentenced to be executed for the less severe form of execution and afterwards, committed a transgression punishable by the more severe form, should be convicted, he is executed in the more severe manner.

5 Both men and women are executed in these four manners.

6 Whenever people who are all liable to be executed are mixed together,[36] each one of them is executed in the less severe manner.

7 When a person who has been sentenced to death becomes mixed together with others and it is impossible to distinguish him from them, and similarly, when a person who was not convicted becomes mixed together with others who have been convicted and sentenced to death and it is impossible to distinguish him from them, they are all released from liability. [The rationale is that] we complete the [judgment of a person] only when he is present.[37]

8 When a convicted person fights for his life and it is impossible for the court to have him bound so that he can be executed in the manner in which he is obligated to die, the witnesses should kill him in any manner they can, for he has been sentenced to death. No one else, however, has the right to kill him first.

For this reason, if the hands of the witnesses are cut off, [the convicted person] is released.

If, however, at the outset, the witnesses did not have hands, [the convicted person] should be executed by others.

When does the above apply? To all people who are liable to be executed by the court with the exception of a murderer.

36  And the court is unable to differentiate the person who was sentenced to be executed in a less sever manner.
37  See the section cannot be identified, it is as if he is not present (Rashi, Sanhedrin 79b).

---

## Right page (English)

gentiles, he should be stoned at the entrance to the court.

**2.** An idolater should be stoned at the gateway to the place where he perpetrated the transgression, the place where he perpetrated that transgression. If the majority of the population of a city are gentiles, he should be stoned at the entrance of the entire entrance afterwards.

heart.

If he dies because of this, they have fulfilled their obligation. If not, all the people should be stoned by the entire Jewish people, as [Deuteronomy 17:7] states: "The hand of the witnesses shall be first to execute him, and the hand of the entire people [afterward]."...

first] casts the stone on the convicted person].

### Chapter Fifteen

#### Shabbos, July 22

**1** How is the mitzvah of stoning carried out?

Four cubits from the place of execution, the convict removes his clothes. [The convicted person] is covered in the front if a man, and in the front and the back if a woman. This was the law in Eretz Yisrael.

...the place of execution was two storeys high.

The convicted person ascends there with his hands tied, together with his witnesses. One of the witnesses pushes him in his loins from behind, he falls over, landing on his heart on the ground.

If he dies because of this, they have fulfilled their obligation. If not...

---

## Left page (English)

...adjudicated only when the Temple is standing. It is adjudicated only when the High Court could hold its sessions in the Chamber of Hewn Stone] in the Temple.

**11** In Cases involving capital punishment are not executed on the same day.

If, however, he is sentenced by strangulation and is an adulterer and the daughter of a priest, since he is to be executed by strangulation of a priest, since he is to be executed...

If, however, the two people committed the same sin and are not punished with the same form of execution, e.g., a man and a woman who committed adultery, one is judged immediately, and the other on the following day.

If they do not, however, judge two [cases] involving capital punishment on the same day. Instead, they wait.

**10** One must be very patient with regard to laws involving capital punishment and ponder the matter without being hasty. Whenever a court executes a person once in seven years, it is considered a savage court. Nevertheless, if it happens once, they must execute a person every day.

When the flesh [of the corpse] decomposes, they should gather the bones and bury them in their [family] plot. The relatives may rejoice and console...

This is a halachah conveyed by the Oral Tradition.

**9** All the people executed by the court should then be buried in two [special] burial plots maintained by the court: one for those stoned... the other for those executed.

When, however, a murderer has been sentenced...

7 How is the mitzvah of hanging carried out? After [the convicted] is stoned, a beam is implanted in the ground with a rafter protruding from it. The two hands of [the corpse] are intercrossed and he is hung close to sunset. He is released immediately.

ז כֵּיצַד מִצְוַת הַנִּתְלִין? אַחַר שֶׁסּוֹקְלִין אוֹתָן מְשַׁקְּעִין אֶת הַקּוֹרָה בָּאָרֶץ, וְהָעֵץ יוֹצֵא מִמֶּנָּה, וּמַקִּיפִין שְׁתֵּי יָדָיו זוֹ לְזוֹ, וְתוֹלִין אוֹתוֹ סָמוּךְ לִשְׁקִיעַת הַחַמָּה, וּמַתִּירִין אוֹתוֹ מִיָּד.

If not, a negative commandment is transgressed, as [*Ibid.*:23] states: "Do not let his corpse tarry overnight on the beam."

וְאִם לָן - עוֹבְרִין עָלָיו בְּלֹא תַעֲשֶׂה, שֶׁנֶּאֱמַר "לֹא תָלִין נִבְלָתוֹ עַל הָעֵץ" (דברים כא, כג).

8 It is a positive mitzvah to bury the persons executed by the court on the day of their execution, as [*Ibid.*] states: "For you shall surely bury him on that day."

ח וּמִצְוַת עֲשֵׂה לִקְבֹּר אֶת כָּל הֲרוּגֵי בֵּית דִּין בְּיוֹם הֲרִיגָה, שֶׁנֶּאֱמַר "כִּי קָבוֹר תִּקְבְּרֶנּוּ בַּיּוֹם הַהוּא" (שם).

Not only those executed by the court, but anyone who leaves a deceased overnight without burying him transgresses a negative commandment.

וְלֹא הֲרוּגֵי בֵּית דִּין בִּלְבַד, אֶלָּא כָּל הַמֵּלִין אֶת מֵתוֹ - עוֹבֵר עָלָיו בְּלֹא תַעֲשֶׂה.

If, however, a burial is delayed overnight to honor [the deceased], [e.g.,] to bring a coffin or shrouds, there is no transgression.

הֱלִינוֹ לִכְבוֹדוֹ, לְהָבִיא לוֹ אָרוֹן וְתַכְרִיכִין - אֵינוֹ עוֹבֵר עָלָיו.

9 We do not hang a person on a tree that is [still] growing from the ground, only from one which has been detached. In this way, [the tree] will not have to be chopped down [before the person's burial]. For the tree on which [the executed] is hung is buried with him, so that it will not be an unfavorable remembrance, [causing people] to say: "This is the tree on which so-and-so was hung."

ט אֵין תּוֹלִין עַל אִילָן הַמְחֻבָּר לַקַּרְקַע, אֶלָּא עַל הַתָּלוּשׁ, כְּדֵי שֶׁלֹּא יִהְיֶה מְחֻסָּר קְצִיצָה. שֶׁהָעֵץ שֶׁנִּתְלָה עָלָיו נִקְבַּר עִמּוֹ, כְּדֵי שֶׁלֹּא יִהְיֶה לוֹ זִכָּרוֹן רַע, וְיֹאמְרוּ זֶה הָעֵץ שֶׁנִּתְלָה עָלָיו פְּלוֹנִי.

Similarly, the stone, the sword, and the cloths used for execution are all buried near the deceased, but not in his actual grave.

וְכֵן הָאֶבֶן שֶׁנִּסְקַל בָּהּ, וְהַסַּיִף שֶׁנֶּהֱרַג בּוֹ הַנֶּהֱרָג, וְהַסּוּדָרִין שֶׁחוֹנְקִין בָּהֶן - הַכֹּל נִקְבָּרִין בִּתְפוּסַת הַנֶּהֱרָג, אֲבָל לֹא בְּקֶבֶר עַצְמוֹ אֶלָּא בְּצִדּוֹ.

10 The Torah [mentions] 18 people who are executed by stoning. They are: a) a person who engages in relations with his mother, b) ...with his father's wife,[40] c) ...his daughter-in-law, d) ...a maiden who was consecrated, e) a man involved in homosexual relations, f) a man who sodomizes an animal, g) a woman who has relations with an animal, h) a blasphemer, i) an idolater, j) a person who gives his descendants to *Molech*, k) a person who divines with an *ov*, l) a person who divines with an *yidoni*, m) a person who entices others to worship idols, n) the people who lead a city to idol worship, o) a sorcerer, p) a person who desecrates the Sabbath, q) a person who curses his father or his mother, and r) a wayward and rebellious son.

י כָּל הַנִּסְקָלִין שֶׁבַּתּוֹרָה - שְׁמוֹנָה עָשָׂר, וְאֵלּוּ הֵן: הַבָּא עַל הָאֵם, וְעַל אֵשֶׁת הָאָב, וְעַל הַכַּלָּה, וְעַל נַעֲרָה מְאֹרָסָה, וְעַל הַזָּכָר, וְהַשּׁוֹכֵב אֶת הַבְּהֵמָה, וְהָאִשָּׁה הַמְּבִיאָה אֶת הַבְּהֵמָה עָלֶיהָ, וְהַמְגַדֵּף, וְהָעוֹבֵד עֲבוֹדָה זָרָה, וְהַנּוֹתֵן מִזַּרְעוֹ לַמֹּלֶךְ, וּבַעַל אוֹב, וּבַעַל יִדְּעוֹנִי, וְהַמֵּסִית, וְהַמַּדִּיחַ, וְהַמְכַשֵּׁף, וְהַמְחַלֵּל אֶת הַשַּׁבָּת, וּמְקַלֵּל אָבִיו וְאִמּוֹ, וּבֵן סוֹרֵר וּמוֹרֶה.

11 There are 10 people who are executed by burning: a) a priest's daughter who commits adultery, b) a person who has relations with his daughter, c) ...with his daughter's daughter, d) ...with his son's daughter, e) ...with his wife's daughter,[41] f) ...with the daughter of his wife's daughter, g) ...with the daughter of his wife's son, h) ...with his mother-in-law, i) ...with the mother of his mother-in-law, and j) ...with the mother of his father-in-law. The latter prohibitions apply if [the man] has relations with them during his wife's lifetime. After his wife's death, these relations are punishable by *karait*[42] alone like other incestuous relationships.

יא כָּל הַנִּשְׂרָפִין - עֲשָׂרָה, וְאֵלּוּ הֵן: בַּת כֹּהֵן שֶׁזִּנְּתָה תַּחַת בַּעְלָהּ, וְהַבָּא עַל בִּתּוֹ, וְעַל בַּת בִּתּוֹ, וְעַל בַּת בְּנוֹ, וְעַל בַּת אִשְׁתּוֹ, וְעַל בַּת בִּתָּהּ, וְעַל בַּת בְּנָהּ, וְעַל חֲמוֹתוֹ, וְעַל אֵם חֲמוֹתוֹ, וְעַל אֵם חָמִיו. וְהוּא שֶׁבָּא עֲלֵיהֶן בְּחַיֵּי אִשְׁתּוֹ; אֲבָל לְאַחַר מִיתַת אִשְׁתּוֹ, הֲרֵי הֵן בִּכְרֵת בִּלְבַד כִּכְלַל הָעֲרָיוֹת.

12 There are two who are decapitated: a murderer, and the inhabitants of a city enticed to idolatry.

יב הַנֶּהֱרָגִין, שְׁנַיִם - הָרוֹצֵחַ, וְהַנִּדָּח.

13 There are six who are executed by strangulation: a) an adulterer, b) a person who wounds his father or mother, c) a person who kidnaps a fellow Jew, d) a rebellious elder, e) a false prophet, and f) a person who prophesies in the name of a false deity. Thus the court executes individuals for a totality of 36 prohibitions.

יג הַנֶּחֱנָקִין, שִׁשָּׁה; וְאֵלּוּ הֵן - הַבָּא עַל אֵשֶׁת אִישׁ, וְהַחוֹבֵל בְּאָבִיו אוֹ בְּאִמּוֹ, וְגוֹנֵב נֶפֶשׁ מִיִּשְׂרָאֵל, וְזָקֵן מַמְרֵא, וּנְבִיא הַשֶּׁקֶר, וְהַמִּתְנַבֵּא בְּשֵׁם עֲבוֹדָה זָרָה. נִמְצְאוּ כָּל הֲרוּגֵי בֵּית דִּין שִׁשָּׁה וּשְׁלֹשִׁים.

40 Even if she is not his mother.
41 Even if she is not his daughter.
42 Premature death at the hand of heaven alone.

[the reaping of] the corners of your field,"[16] it is not punishable by lashes, unless one does not perform the positive commandment. [Similarly,] a prohibition of a general nature is not punishable by lashes. All other Scriptural prohibitions are punishable by lashes.

תַקִּיפוּ פְּאַת רֹאשְׁכֶם ... "לֹא תְכַלֶּה פְּאַת שָׂדְךָ" (ויקרא יט, ט) - אֵין לוֹקִין עָלָיו, אֶלָּא אִם כֵּן לֹא קִיֵּם עֲשֵׂה שֶׁבָּהּ. וְכָל לָאו שֶׁבִּכְלָלוֹת אֵין לוֹקִין עָלָיו. וּשְׁאָר כָּל הַלָּאוִין שֶׁבַּתּוֹרָה, לוֹקִין עֲלֵיהֶן.

3 What is meant by a prohibition of a general nature? A prohibition that includes many matters, e.g., [Leviticus 19:26]: "Do not eat over the blood."[17] Similarly, if [the Torah] states: "Do not do this and this," since a prohibition was not explicitly stated with regard to each deed, [these prohibitions] are not punishable by lashes unless [the Torah] divides them into separate prohibitions or it is conveyed via the Oral Tradition that they have been divided.

ג אֵיזֶה הוּא לָאו שֶׁבִּכְלָלוֹת? זֶה לָאו אֶחָד שֶׁכּוֹלֵל עִנְיָנִים הַרְבֵּה. כְּגוֹן "לֹא תֹאכְלוּ עַל הַדָּם" (ויקרא יט, כו). וְכֵן אִם נֶאֱמַר: לֹא תַעֲשֶׂה דְּבַר פְּלוֹנִי וּפְלוֹנִי - הוֹאִיל וְלֹא יִחֵד לָאו לְכָל אֶחָד וְאֶחָד מֵהֶן, אֵין לוֹקִין עַל כָּל אֶחָד וְאֶחָד, אֶלָּא אִם כֵּן חִלֵּק אוֹתָן בְּלָאוִין אֲחֵרִים, אוֹ נֶאֱמַר מִפִּי הַשְּׁמוּעָה שֶׁנֶּחְלְקוּ.

What is implied? [Exodus 12:9] states: "Do not partake of it[18] partially roasted or cooked." [If a person partakes of a portion of the Paschal sacrifice while it is] partially roasted and [another portion that] has been cooked [at the same time], he does not receive two [sets of] lashes, only one. With regard to *chadash*,[19] [Leviticus 22:14] states: "You shall not partake of bread, roasted grain, or fresh grain...." A violator is liable for three sets of lashes for these three transgressions. According to the Oral Tradition, we learned that a distinction is to be made. It is also written: "There shall not be found among you one who passes his son or daughter through the fire, one who divines...." Even though all the matters[20] are included in one prohibition, [in other places, the Torah] distinguishes them as separate prohibitions, as [Leviticus 19:26] states: "Do not augur and do not read omens." This teaches that each one is a separate prohibition. Similar principles apply in all analogous situations.

כֵּיצַד? כְּגוֹן זֶה שֶׁנֶּאֱמַר "אַל תֹּאכְלוּ מִמֶּנּוּ נָא וּבָשֵׁל מְבֻשָּׁל" (שמות יב, ט) - אֵינוֹ לוֹקֶה עַל הַנָּא וְעַל הַמְבֻשָּׁל שְׁתַּיִם, אֶלָּא אַחַת. וּבֶחָדָשׁ הוּא אוֹמֵר: "וְלֶחֶם וְקָלִי וְכַרְמֶל לֹא תֹאכְלוּ" (ויקרא כג, יד), וְחַיָּב עַל שְׁלָשְׁתָּן שָׁלֹשׁ מַלְקִיּוֹת, מִפִּי הַשְּׁמוּעָה לָמְדוּ שֶׁזֶּה לְחִלּוּק. הֲרֵי נֶאֱמַר "לֹא יִמָּצֵא בְךָ מַעֲבִיר בְּנוֹ וּבִתּוֹ בָּאֵשׁ קֹסֵם קְסָמִים מְעוֹנֵן וּמְנַחֵשׁ וּמְכַשֵּׁף" (דברים יח, י). אַף עַל פִּי שֶׁכָּלַל כָּל הָעִנְיָנִים הָאֵלּוּ בְּלָאו אֶחָד, הֲרֵי חִלֵּק אוֹתָן בְּלָאוִין אֲחֵרִים, וְאָמַר "לֹא תְנַחֲשׁוּ וְלֹא תְעוֹנֵנוּ" (ויקרא יט, כו) - לְלַמֵּד שֶׁכָּל אֶחָד מֵהֶן בְּלָאו בִּפְנֵי עַצְמוֹ, וְכֵן כָּל כַּיּוֹצֵא בָּזֶה.

16 After stating that prohibition, Leviticus 19:9 continues: "Leave them for the poor and the stranger." This also is not merely advice to be fulfilled at the outset, but a means of compensating and atoning for transgression.
17 This prohibition forbids several unconnected matters, including: a) not to partake of the meat of an animal until it is dead; b) not to partake of the meat of a sacrifice before its blood was offered on the altar; c) not to bring the meal of consolation to the relatives of a person who was executed; d) that a court who condemned a person to die should not eat on the day of his execution; e) that a "wayward and rebellious son" should not partake of the food purchased from the money he stole from his parents (see *Sanhedrin* 63a).
18 The Paschal sacrifice.
19 Fresh grain that may not be eaten before the offering of the *Omer* on the sixteenth of Nisan. See *Hilchot Ma'achalot Assurot*, Ch. 10.
20 The various different prohibitions against black magic and occult arts mentioned in the verse.

4 [The following rules apply when a person] receives lashes in a court because of [the violation of] a prohibition punishable by *Karait*, and then received lashes a second time for [the violation of] that same prohibition - e.g., he ate forbidden fat, received lashes for it, and then ate forbidden fat again and received lashes for it. If he eats [such fat] a third time, he is not given lashes. Instead, he is compelled to enter a *kipah*,[21] a narrow place of his own height where he cannot lie down. He is given meager portions of bread and water until his digestive tract contracts and he becomes ill. Afterwards, we feed him barley until his stomach bursts.

ד מִי שֶׁלָּקָה בְּבֵית דִּין עַל אִסּוּר כָּרֵת, וְלָקָה פַּעַם שְׁנִיָּה עַל אוֹתוֹ כָּרֵת עַצְמוֹ - כְּגוֹן שֶׁאָכַל חֵלֶב וְלָקָה עָלָיו, וְאָכַל חֵלֶב פַּעַם שְׁנִיָּה וְלָקָה עָלָיו - אִם אָכַל פַּעַם שְׁלִישִׁית, אֵין מַלְקִין אוֹתוֹ. אֶלָּא מַכְנִיסִין אוֹתוֹ לְכִיפָּה, וְהוּא מָקוֹם צַר כְּפִי קוֹמָתוֹ וְאֵינוֹ יָכוֹל לִשְׁכַּב בּוֹ, וְנוֹתְנִין לוֹ לֶחֶם צַר וּמַיִם לַחַץ, עַד שֶׁיֵּצְרוּ מֵעָיו וְיֶחֱלֶה. וְאַחַר כָּךְ מַאֲכִילִין אוֹתוֹ שְׂעוֹרִים, עַד שֶׁכְּרֵסוֹ נִבְקַעַת.

5 When a person violates a prohibition punishable by *Karait* or by execution by the court and received a warning beforehand, if he nodded his head, or remained silent and did not acknowledge the warning, we do not execute him, as explained above,[22] nor do we give him lashes. If he repeats this transgression, receives a warning, nods his head, or remains silent, we neither execute him or give him lashes. If he repeats this transgression a third time, receives a warning, even though he [merely] nodded his head or remained silent,[23] he is placed in a *kipah* until he dies. All these individuals who did not acknowledge the warning [they received] are given "stripes for rebellious behavior" for they did at least commit a sin. Even a person who violates a Rabbinic prohibition is given "stripes for rebellious behavior."

ה מִי שֶׁעָבַר עַל אִסּוּר כָּרֵת אוֹ מִיתַת בֵּית דִּין, וְהִתְרוּ בּוֹ, וְהִרְכִּין בְּרֹאשׁוֹ, אוֹ שָׁתַק וְלֹא קִבֵּל עָלָיו הַהַתְרָאָה - אֵין הוֹרְגִין אוֹתוֹ כְּמוֹ שֶׁבֵּאַרְנוּ, וְאֵין מַלְקִין אוֹתוֹ. חָזַר וְעָשָׂה כֵּן, וְהִתְרוּ בּוֹ וְהִרְכִּין בְּרֹאשׁוֹ אוֹ שָׁתַק - אֵין מְמִיתִין אוֹתוֹ וְאֵין מַלְקִין אוֹתוֹ. חָזַר פַּעַם שְׁלִישִׁית וְעָבַר, וְהִתְרוּ בּוֹ, אַף עַל פִּי שֶׁהִרְכִּין בְּרֹאשׁוֹ אוֹ שָׁתַק - כּוֹנְסִין אוֹתוֹ לְכִיפָּה עַד שֶׁיָּמוּת. וְכָל אֵלּוּ שֶׁלֹּא קִבְּלוּ עֲלֵיהֶן הַהַתְרָאָה - מַכִּין אוֹתָן מַכַּת מַרְדּוּת, הוֹאִיל וְחָטְאוּ מִכָּל מָקוֹם. אֲפִלּוּ עַל אִסּוּר שֶׁל דִּבְרֵי סוֹפְרִים מַכִּין אוֹתָן מַכַּת מַרְדּוּת.

21 The word *kipah* literally means "dome," i.e., a small room with a dome.
22 See Chapter 12, Halachah 2; see also Chapter 16, Halachah 4 with regard to lashes.
23 And thus he is not considered as having accepted the warning.

Case 3:25-cv-00235-NJR    Document 1    Filed 02/21/25    Page 52 of 72    Page ID #52

6  When a person steals one of the sacrificial vessels from the Temple, curses God's name using the name of a false divinity,[34] or has relations with an idolatrous gentile woman, the court does not deal with this matter. Instead, the "zealous strike-them. Whoever slays them is worthy of merit. Similarly, when a priest served [in the Temple] while ritually impure, his priestly brethren would not bring him to court. Instead, the young priests take him out of the Temple Courtyard and crack his head open with logs.

It is a Scriptural decree that the court does not execute a person or have him lashed because of his own admission. Instead, the punishments are given on the basis of the testimony of two witnesses. Joshua's execution of Achan[35] and David's execution of the Amalekite[36] convert because of their own statements was a directive of immediate relevance only[37] or was by royal fiat.[38] The Sanhedrin, however, may not execute or lash a person who admits committing a transgression, lest he have become crazed concerning this matter. Perhaps he is one of those embittered people who are anxious to die and pierce their reins with swords or throw themselves from the rooftops. [Similarly, we fear] that such a person may come and admit committing an act that he did not perform, so that he will be executed. The general principle is [the disqualification of a person's own testimony] is a decree of the King.[39]

---

## Wednesday, July 26

### Chapter nineteen

1  There are a total of 21 negative commandments that are punishable by Karait, but which are not punishable by execution by the court, for which lashes are administered. They are: 1) a person who has relations with his sister; 2) ...with his father's sister; 3) ...with his mother's sister; 4) ...with the sister of his wife; 5) ...with his brother's wife; 6) ...with the wife of the brother of his father; 7) ...with a woman in the niddah state; 8) a person who eats forbidden fat 9) ...blood; 10) ...leaven on Passover; 11) ...on Yom Kippur; 12) a person who performs forbidden labor on Yom Kippur; 13) a person who partakes of sacrificial meat after the designated time; 14) ...of sacrificial meat disqualified as pigul; 15) ...of sacrificial meat while ritually impure; 16) a person who enters the Temple Courtyard while ritually impure; 17) a person who slaughters a consecrated animal outside the Temple; 18) a person who offers a consecrated animal as a sacrifice outside the Temple; 19) a person who prepares the [anointing] oil [for personal use]; 20) a person who anoints himself with the anointing oil [for his own benefit]; 21) a person who prepares the incense offering [for his personal use].

2  There are a total of 18 negative commandments that are punishable by death by the hand of heaven,[30a] whose transgression involves a deed, for which lashes are administered. They are: 1) a person than a priest who partakes of primary terumah whether it was ritually pure or ritually impure; 2) a person other than a priest who partakes of terumat maaser; 3) a person other than a priest who partakes of the first fruits after they entered Jerusalem; 4) a person other than a priest who partakes of challah; 5) a person who partakes of terumah before the primary terumah and terumat maaser were separated from it;

---

6) a person who partakes [of the product of] dough from which challah was not separated; 7) a priest who partakes of terumah that was ritually pure while he was in a state of ritual impurity; 8) a priest who entered the Holy of Holies for a purpose other than sacrificial worship; 9) a priest who departed from the Temple in the midst of the sacrificial worship; 10) a Levite who performed the service of the priests;

11) a person other than a priest who performs service in the Temple; 12) a person who does not wear all the priestly garments; he is considered as if he is not a priest and receives lashes [in the Temple]; 13) a priest who serves [in the Temple] while in a state of ritual impurity;[14] 14) a person who was intoxicated from wine who served [in the Temple]; 15) a person who immersed himself [to emerge from a state of ritual impurity] but must still wait until the end of the day [to attain a state of purity] who served [in the Temple]; 16 [a priest] who served [in the Temple] although he did not yet bring the required sacrifices to attain atonement; 17) a person who let his hair grow long who served [in the Temple]; 18) a person whose clothes are ripped who served [in the Temple];

3  When, however, a person serves [in the Temple] without sanctifying his hands and feet, although he is worthy of death, he does not receive lashes, because [he has violated] only a positive commandment. Similarly, the [following] three – a prophet who withheld his prophecy or transgressed his own [prophecy] and a person who violated the words of a prophet – although they all are worthy of death, they do not receive lashes. For their transgression stems from a positive commandment, as [Deuteronomy 18:15] states: "And you shall listen to him." [In all contexts,] a prohibition that stems from a positive commandment has the status of a positive commandment and lashes are not administered because of it.[31]

---

4  There are a total of 168 negative commandments that are neither punishable by Karait, nor by execution by the court, for which lashes are administered. They are: 1) a person who fashions an idol; 2) a person who makes an image for artistic purposes; 3) a person who turns to idolatry with any deed; 4) a person who erects a monument; 5) a person who plants a tree in the Temple; 6) a person who places down an engraved stone [on which to prostrate himself]; 7) a person who takes a vow in the name of a false divinity; 8) a person who takes an oath in the name of a false divinity;[8] 9) a person who derives benefit from [a false divinity]; 10) a person who rebuilds a city [destroyed because] it was swayed [to idolatry]; 11) a person who benefits from [the property of such] a city; 12) a person who follows the statutes of the gentiles; 13) a diviner; 14) an augur; 15) a reader of omens; 16) a person who casts spells; 17) a necromancer; 18) a person who erases [God's] name, or the like, or, he destroys a stone from the altar or destroys wood [consecrated to the Sanctuary];

19) a person who extinguishes fire from the altar; 20) a person who ascends [the altar] with steps; 21) a person who enters the Temple Courtyard with impure garments; 22) a zav[38] and the like[38] who enters the Temple Mount; 23) a person who removes the staves of the ark; 24) a person who removes the [High Priest's] breastplate from his ephod; 25) a person who tears the collar of the [High Priest's] cloak; 26) a person who offers [anything else than the commanded offerings][32] on the golden altar; 27) a priest who enters the Sanctuary while not in the midst of sacrificial worship; 28) [a priest with] a physical deformity who enters [the Sanctuary]; 29) [a priest with] who enters [the Sanctuary] while intoxicated; 30) [a priest with] a physical deformity who performs sacrificial worship;

31) an uncircumcised [priest] who performs sacrificial worship; 32) a priest who performs the tasks of the Levites; 33) a priest who enters [the Sanctuary] with uncut hair; 34) a priest who enters [the Sanctuary] with torn clothes;

(לא) ערל ששימש, (לב) כהן שעבד בעבודת הלוים, (לג) כהן שנכנס למקדש פרוע ראש, (לד) כהן שנכנס למקדש קרוע בגדים,

35) a person who consecrates an animal with a physical deformity; 36) a person who slaughters [such an animal as an offering]; 37) a person who sprinkles the blood [of such animals on the altar]; 38) a person who burns the fats [of such animals on the altar]; 39) a person who offers an animal with a physical deformity on behalf of gentile; 40) a person who produces a blemish in a consecrated animal at the time the Temple is standing; 41) a person who performs labor with consecrated animals; 42) a person who shears [consecrated animals]; 43) a person who makes a fire-offering of yeast or honey; 44) a person who allows the remainder of the meal-offerings to leaven; 45) a person who offers a sacrifice without salt; 46) a person who offers a present [given to a prostitute] or an animal given in exchange for a dog; 47) a person who adds oil to the meal-offering of a sinner; 48) a person who adds frankincense to such an offering; 49) a person who adds oil to the meal-offering of a *sotah*; 50) a person who adds frankincense to such an offering;

(לה) המקדיש בעלי מומין, (לו) השוחטן, (לז) הזורק דמיהן, (לח) המקטיר אמוריהן, (לט) המקריב קרבנות עובדי כוכבים בעלי מומין, (מ) המטיל מום בקדשים בזמן המקדש, (מא) העובד בקדשים, (מב) הגוזז אותן, (מג) המקטיר שאור או דבש, (מד) העושה שירי מנחות חמץ, (מה) המקריב בלא מלח, (מו) המקריב אתנן או מחיר, (מז) הנותן שמן על מנחת חוטא, (מח) הנותן עליה לבונה, (מט) הנותן שמן בקרבן סוטה, (נ) הנותן עליו לבונה,

51) a person who separates [the head of] a bird brought as a sin offering [from its trunk]; 52) a person who transfers the holiness of one animal to another; 53) a person who partakes of sacrificial meat after it became ritually impure; 54) a person who partakes of sacrifices that have been disqualified; 55) a priest who partakes of the meat of sacrifices of the most sacred order outside the Temple courtyard; 56) a non-priest who partakes of the meat of sacrifices of the most sacred order after their blood has been sprinkled on the altar; 57) a non-priest who partakes of the meat of a firstborn animal;[36] 58) a daughter of a priest who married a non-priest who partakes of the breast and the foreleg [given to the priests]; [this applies] even after the death of her husband;

(נא) המבדיל בחטאת העוף, (נב) הממר בקדשי מזבח, (נג) האוכל בשר קודש שנטמא, (נד) האוכל מפסולי המוקדשין, (נה) כהן שאכל בשר קדשי הקדשים חוץ לעזרה, (נו) זר שאכל בשר קדשי קדשים, אחר מתן דמים, (נז) זר שאכל בשר בכור, (נח) כוהנת שנשאת לזר שאכלה חזה ושוק, אפילו לאחר מיתת בעלה,

36 Such animals must be offered as sacrifices and their meat given to the priests. The prohibition is stated in Deuteronomy 12:17; *Hilchot Bechorot* 1:16.

59) a *chalalah*[37] who partakes of *terumah*; 60) a person who partakes of sacrifices of lesser sanctity outside of Jerusalem; 61) a person who partakes of sacrifices of lesser sanctity before their blood is sprinkled [on the altar]; 62) a person who partakes of an [unblemished] firstborn animal outside of Jerusalem; 63) a person who partakes of the second tithe after it had entered Jerusalem [once it had been taken] outside Jerusalem [again];

(נט) חללה שאכלה תרומה, (ס) האוכל קדשים קלים חוץ לירושלים, (סא) האוכל קדשים קלים קודם זריקת דמים, (סב) האוכל בכור חוץ לירושלים, (סג) האוכל מעשר שני אחר שראה פני הבית, חוץ לירושלים,

64) a priest who partakes of the first fruits after they entered Jerusalem, [but] before they were placed down in the Temple Courtyard; 65) a priest who partakes of the first fruits after they were placed down in the Temple Courtyard and [were then taken] outside Jerusalem [again]; 66) a person who partakes of *ma'aser sheni* in Jerusalem after it became impure, before it was redeemed; 67) a person who is ritually impure who partakes of *ma'aser sheni* which was pure in Jerusalem; 68) a person who partakes of *ma'aser sheni* - and similarly, any other consecrated food - while in a state of acute mourning; 69) an uncircumcised person who partakes of sacrificial meal or *terumot*; 70) a person who partakes of a meal offering brought by a priest or any other sacrifice that should be totally consumed by the fire [of the altar]; 71) a person who partakes of the meat of the sin-offerings that are burned and any other [sacrifices] that must be burnt;

(סד) כהן שאכל בכורים משנכנסו לירושלים קודם הנחה בעזרה, (סה) כהן שאכל בכורים חוץ לירושלים אחר שהנחו בעזרה, (סו) האוכל בירושלים מעשר שני שנטמא קודם שיפדה, (סז) טמא שאכל מעשר שני הטהור בירושלים, (סח) האוכל מעשר שני באנינות, וכן כל הקדשים, (סט) ערל שאכל בשר קודש או תרומות, (ע) האוכל ממנחת כהן, וכן מכל דבר שהוא כליל לאשים, (עא) האוכל מבשר חטאות הנשרפות, וכן מכל הטעון שרפה,

72) a person who slaughters the Paschal sacrifice while [he possesses] *chametz*; 73) a person who breaks a bone [from the Paschal sacrifice]; this applies with regard to the first [sacrifice] or the second [sacrifice];[38] 74) a person who removes meat from [the Paschal sacrifice] outside the company [of people partaking of it]; 75) a person who partakes of meat from [the Paschal sacrifice] outside of that company; 76) a person who partakes of meat from [the Paschal sacrifice] partially roasted or cooked; 77) a person who purposely derives benefit from consecrated property;

(עב) השוחט פסח על החמץ, (עג) השובר בו עצם, בין בראשון בין בשני, (עד) המוציא מבשרו חוץ לחבורתו, (עה) האוכל מבשרו חוץ לחבורתו, (עו) האוכל מבשרו נא או מבושל, (עז) הנהנה מן ההקדש במזיד,

37 A woman born from relations forbidden to a priest, or a woman who is forbidden to a priest who has relations with one.

38 Brought on the fourteenth of Iyar by a person who did not bring a sacrifice in Nisan.

78) a person who partakes of *tevel* from which the tithes, even the tithe for the poor, has not been separated, even though the *terumot* have been separated; 79) a person who partakes of the meat of an animal that was condemned to be stoned to death, even if [the condemned animal] was slaughtered [correctly];

(עח) האוכל טבל שעדין לא הפרש ממנו מעשר, אפילו מעשר עני, אף על פי שהורמו תרומותיו, (עט) האוכל מבשר נפש חיה שנגמר דינה לסקילה, אף על פי שנשחטה,

80) a person who eats [meat from] a non-kosher animal; 81) ...a non-kosher fowl; 82) ...a non-kosher fish; 83) a person who partakes of a flying teeming animal;[39] 84) ...an earthbound teeming animal;[40] 85) ...an aquatic teeming animal; 86) ...an animal that crawls on the earth even though it does not reproduce; 87) ...worms from fruit after they emerged [from the fruit]; 88) a person who eats carrion; 89) ...an animal that was critically injured; 90) ...a limb from a living animal; 91) ...the sciatic nerve; 92) ...meat [cooked] with milk; 93) a person who cooks meat with milk;

(פ) האוכל בהמה טמאה, (פא) האוכל עוף טמא, (פב) האוכל דג טמא, (פג) האוכל שרץ העוף, (פד) האוכל שרץ הארץ, (פה) האוכל שרץ המים, (פו) האוכל רמש האדמה, אף על פי שאינו רבה, (פז) האוכל תולעים שבפירות, אחר שפירשו, (פח) האוכל נבלה, (פט) האוכל טרפה, (צ) האוכל אבר מן החי, (צא) האוכל גיד הנשה, (צב) האוכל בשר בחלב, (צג) המבשל בשר בחלב,

94) a person who partakes of fresh grain before the bringing of the *omer*; 95) a person who partakes of *orlah*; 96) a person who partakes of *kilai hakerem*;[41] 97) a person who partakes of *chametz* in a mixture on Pesach; 98) ...after midday [on the fourteenth of Nissan]; 99) a person who maintains possession of *chametz* [on Pesach], e.g., he causes his dough to leaven;[42] 100) a person who drinks wine used as a libation for false deities; 101) a nazarite who partakes of the products of the vine; 102) ...cuts his hair, 103) ...who contracts impurity imparted by a corpse; 104) a person who shaves [the hair] next to a blemish [of *tzara'at*] 105) a person who cuts off signs of *tzara'at* or removes them with fire; 106) a person who tills a wadi where the neck of a calf was broken [to atone for an unsolved murder];

(צד) האוכל מתבואה חדשה קודם הבאת העומר, (צה) האוכל ערלה, (צו) האוכל כלאי הכרם, (צז) האוכל תערובת חמץ בפסח, (צח) האוכל חמץ אחר חצות, (צט) המקיים חמץ בפסח ברשותו, כגון שחימץ עיסתו, (ק) השותה יין נסך, (קא) נזיר שאכל מגפן היין, (קב) נזיר שגלח, (קג) נזיר שנטמא למת, (קד) המגלח את הנתק, (קה) החותך סימני צרעת או שכואן באש, (קו) העובד בנחל שנערפה בו העגלה,

39 E.g., a fly or a mosquito, as forbidden by Deuteronomy 14:19.

40 E.g., snakes, scorpions as forbidden by Leviticus 11:29, 41.

41 Grain or vegetables that grow in a vineyard as forbidden by Deuteronomy 22:9.

42 This refers to grain products that we caused to leaven on Pesach itself. If, however, a person leaves *chametz* in his possession before the beginning of the holiday, he violates these prohibitions, but is not punished by lashes.

107) a person who sows [in] *Eretz Yisrael* in the Sabbatical year; 108) a person who trims a tree in the Sabbatical year; 109) a person who reaps freely growing produce [in the Sabbatical year] without deviating from his ordinary pattern; 110) a person who harvests fruit [in the Sabbatical year] without deviating from his ordinary pattern; 111) a person who sows in the Jubilee year; 112) a person who reaps in the Jubilee year without deviating from his ordinary pattern; 113) a person who harvests fruit in the Jubilee year without deviating from his ordinary pattern; 114) a person who destroys [the produce from] the corners of his harvest without giving it to a poor person;[43]

(קז) הזורע ארץ ישראל בשביעית, (קח) הזומר את האילן בשביעית, (קט) הקוצר ספיח בלא שינוי, (קי) הבוצר בלא שינוי, (קיא) הזורע בשנת היובל, (קיב) הקוצר בה בלא שינוי, (קיג) הבוצר בה בלא שינוי, (קיד) המכלה פאת שדה ולא נתנה לעני,

115) a person who collects the grapes that grow individually in his vineyard and does not give them to a poor person; 116) a person who collects the grain that falls from the reapers and does not give it to a poor person; 117) a person who collects the grapes that grow in underdeveloped clusters in his vineyard and does not give them to a poor person; 118) a person who takes a forgotten sheaf and does not give it to a poor person; 119) a person who takes a mother bird together with her young and does not send away the mother bird; 120) a person who sows mixed species of seeds together [while] sowing in *Eretz* [*Yisrael*]; 121) a person who sows mixed species in a vineyard in *Eretz* [*Yisrael*];

(קטו) המעולל כרמו ולא נתנו לעני, (קטז) המלקט לקט ולא נתנו לעני, (קיז) המלקט פרט כרמו ולא נתנו לעני, (קיח) הלוקח עומר השכחה ולא נתנו לעני, (קיט) הלוקח אם על הבנים ולא שלח האם, (קכ) הזורע כלאים בארץ בזרעים, (קכא) הזורע כלאי הכרם בארץ,

122) a person who grafts mixed species of trees; [this prohibition applies] in every place; 123) a person who mates mixed species of animals; [this prohibition applies] in every place; 124) a person who leads mixed species of animals; [this prohibition applies] in every place; 125) a person who muzzles an animal while it is working; [this prohibition applies] in every place; 126) a person who slaughters an animal and its offspring [on the same day]; [this prohibition applies] in every place; 127) a person who takes security from a colleague and does not return it to him [when he requires it];

(קכב) המרכיב אילנות כלאים בכל מקום, (קכג) המרביע בהמה כלאים בכל מקום, (קכד) המנהיג בכלאים בכל מקום, (קכה) החוסם בהמה בעת מלאכה בכל מקום, (קכו) השוחט אותו ואת בנו בכל מקום, (קכז) הממשכן חברו בידו ולא החזיר העבוט,

43 As forbidden by Leviticus 23:22; *Hilchot Matanot Aniyim* 1:3. If, however, the produce is not destroyed, the violator may correct his transgression and avoid lashes by giving that produce to the poor, as stated in Chapter 18, Halachah 2. Similar concepts apply with regard to the next six transgressions the Rambam mentions.

128) a person who takes security from a widow and does not return it to her; 129) a person who takes utensils used in the preparation of food as security; 130) a lying witness who is not penalized financially;[44] 131) a person who strikes a colleague with a blow that does not require a *p'rutah* to be paid as compensation; 132) a wayward and rebellious son after the first testimony was delivered against him;

(קכח) הַחוֹבֵל אַלְמָנָה וְלֹא הֶחֱזִיר הַמַּשְׁכּוֹן, (קכט) הַחוֹבֵל כֵּלִים שֶׁעוֹשִׂין בָּהֶן אֹכֶל נֶפֶשׁ וְלֹא הֶחֱזִיר, (קל) עֵד זוֹמֵם שֶׁאֵין בּוֹ תַּשְׁלוּמִין, (קלא) הַמַּכֶּה חֲבֵרוֹ הַכָּאָה שֶׁאֵין בָּהּ שָׁוֶה פְּרוּטָה, (קלב) בֵּן סוֹרֵר וּמוֹרֶה בְּעֵדוּת רִאשׁוֹנָה.

133) a person who spreads a libelous report about his wife who is discovered to have lied; 134) a person who curses a colleague using God's name; 135) a person who takes a false oath 136) a person who takes an unnecessary oath 137) a person who abrogates his vow; 138) a person who goes beyond the Sabbath limits on the Sabbath; 139) a person who performs a forbidden labor on a festival; 140) a person who [removes the hair] at the corner of his head; 141) a person who [removes the hair] at the corner of his beard; 142) a person who gouges [his flesh] because of a person's death; 143) a person who shaves [his head] because of a person's death; 144) a person who tattoos himself; 145) a person who wears *shaatnez*; 146) a person who chops down a fruit tree for a destructive purpose; 147) a man who wears the garments of a woman; 148) a woman who wears the garments of a man; 149) a priest who contracts impurity because of contact with a corpse;

(קלג) הַמּוֹצִיא שֵׁם רַע שֶׁנִּמְצְאוּ דְּבָרָיו שֶׁקֶר, (קלד) הַמְקַלֵּל חֲבֵרוֹ בַּשֵּׁם, (קלה) הַנִּשְׁבָּע לַשָּׁוְא, (קלו) הַנִּשְׁבָּע לַשֶּׁקֶר, (קלז) הַמְחַלֵּל נִדְרוֹ, (קלח) הַיּוֹצֵא חוּץ לַתְּחוּם בְּשַׁבָּת, (קלט) הָעוֹשֶׂה מְלָאכָה בְּיוֹם טוֹב, (קמ) הַמַּקִּיף פְּאַת רֹאשׁ, (קמא) המקיף פְּאַת זָקָן, (קמב) הַשּׂוֹרֵט עַל מֵת, (קמג) הַקּוֹרֵחַ רֹאשׁוֹ עַל מֵת, (קמד) הַכּוֹתֵב כְּתֹבֶת קַעֲקַע, (קמה) הַלּוֹבֵשׁ שַׁעַטְנֵז, (קמו) הַקּוֹצֵץ אִילָנֵי מַאֲכָל דֶּרֶךְ הַשְׁחָתָה, (קמז) אִישׁ שֶׁלָּבַשׁ מַלְבּוּשֵׁי אִשָּׁה, (קמח) אִשָּׁה שֶׁלָּבְשָׁה מַלְבּוּשֵׁי אִישׁ, (קמט) כֹּהֵן שֶׁנִּטְמָא לְמֵת,

150) a priest who consecrates a woman classified as a *zonah*[45] and has relations with her; 151) a priest who consecrates a divorcee and has relations with her; 152) a priest who consecrates a woman classified as a *challalah*[46] and has relations with her; 153) a High Priest who had relations with a widow even though he did not consecrate her;

(קנ) כֹּהֵן שֶׁקִּדֵּשׁ זוֹנָה וּבְעָלָהּ, (קנא) כֹּהֵן שֶׁקִּדֵּשׁ גְּרוּשָׁה וּבְעָלָהּ, (קנב) כֹּהֵן שֶׁקִּדֵּשׁ חֲלָלָה וּבְעָלָהּ, (קנג) כֹּהֵן גָּדוֹל שֶׁבָּעַל אַלְמָנָה, אַף עַל פִּי שֶׁלֹּא קִדְּשָׁהּ.

44 If, however, there is a financial penalty, he is required to make financial reimbursement and does not receive lashes. This applies with regard to the following halachah as well. See Chapter 18, Halachah 2.

45 This term is defined as referring to any woman who is not a native-born Jewess or who has engaged in sexual relations with a man whom she is forbidden to marry.

46 This term is defined as referring to any woman who was forbidden to a priest and afterwards had relations with a priest or a woman fathered by a priest through relations that are forbidden to him.

154) a person who remarries his divorcee after she has been consecrated [by another man]; 155) a person who marries a woman who is obligated to perform *yibbum*;[47] 156) a man who has relations with a woman outside the context of marriage; 157) a *mamzer*[48] who marries a native-born Jewess and has relations with her; 158) a person with crushed testicles who marries a native-born Jewess and has relations with her; 159) a person who castrates another man, or a male animal, beast, or fowl; 160) a rapist who divorces his victim and does not remarry her; 161) a person who spreads a libelous report about his wife, divorces her without remarrying her;

(קנד) הַמַּחֲזִיר גְּרוּשָׁתוֹ אַחַר שֶׁנִּתְקַדְּשָׁה, (קנה) הַנּוֹשֵׂא זְקוּקָה לְיָבָם, (קנו) הַבָּא עַל הַקְּדֵשָׁה, (קנז) מַמְזֵר שֶׁנָּשָׂא בַּת יִשְׂרָאֵל וּבָעַל, (קנח) פְּצוּעַ דַּכָּא שֶׁנָּשָׂא בַּת יִשְׂרָאֵל וּבָעַל, (קנט) הַמְסָרֵס אִישׁ, וְכֵן שְׁאָר זִכְרֵי בְּהֵמָה חַיָּה וָעוֹף, (קס) אוֹנֵס שֶׁגֵּרַשׁ אֲנוּסָתוֹ וְלֹא הֶחֱזִירָהּ, (קסא) מוֹצִיא שֵׁם רַע שֶׁגֵּרַשׁ אִשְׁתּוֹ וְלֹא הֶחֱזִירָהּ,

162) a person who enjoys intimacy with a woman forbidden him even though he did not engage in sexual relations; such a person is suspect of forbidden sexual activity; 163) a person who marries out of the faith; 164) an Ammonite convert who marries a native-born Jewess and had relations with her; 165) a Moabite convert who marries a native-born Jewess and had relations with her; 166) a king who takes more wives [than allowed by the Torah]; 167) a king who acquires more horses [than allowed by the Torah]; 168) a king who acquires more wealth than necessary;

(קסב) הַקָּרֵב אֶל הָעֲרָיוֹת בְּדֶרֶךְ מִדַּרְכֵי הַזְּנוּת, אַף עַל פִּי שֶׁלֹּא גִּלָּה עֶרְוָה, וְזֶהוּ הֶחָשׁוּד עַל הָעֲרָיוֹת, (קסג) הַמִּתְחַתֵּן בְּעוֹבְדֵי כוֹכָבִים, (קסד) גֵּר עַמּוֹנִי שֶׁנָּשָׂא בַּת יִשְׂרָאֵל וּבָעַל, (קסה) גֵּר מוֹאָבִי שֶׁנָּשָׂא בַּת יִשְׂרָאֵל וּבָעַל, (קסו) מֶלֶךְ שֶׁהִרְבָּה נָשִׁים, (קסז) מֶלֶךְ שֶׁהִרְבָּה סוּסִים, (קסח) מֶלֶךְ שֶׁהִרְבָּה כֶּסֶף וְזָהָב.

Thus there are a total of 207 violations which are punishable by lashes. An acronym for them is ילקו זדים [The strangers will be lashed.]

נִמְצְאוּ כָּל הַלּוֹקִים מָאתַיִם וְשִׁבְעָה, סִימָן לָהֶם: יִלְקוּ זֵדִים.

47 As forbidden by Deuteronomy 25:5; *Hilchot Yibbum* 1:18. *Yibbum* refers to a person's marriage to the childless widow of his deceased brother.

48 A person born from an adulterous or incestuous relationship.

Similarly, we do not expropriate [property] from orphans unless there is clear proof. [We] do not [rely on] the judge's opinion, the evaluation of the deceased's [financial capacity], or that of the claimant. Even though a trustworthy person delivered testimony concerned a certain matter and the mind of the judge was inclined to believe that he was telling the truth, he should hesitate in judgment.[7] He should not reject his testimony. Instead, he should mediate between the litigants until they accept the testimony of the witness or agree to a compromise. [Alternatively,] the judge may withdraw from the case.

וְכֵן אֵין מוֹצִיאִין מִן הַיְתוֹמִים אֶלָּא בִּרְאָיָה בְּרוּרָה - לֹא בְּדַעַת הַדַּיָּן, וְלֹא בְּאֻמְדַּן הַמֵּת אוֹ הַטּוֹעֵן. וְאַף עַל פִּי כֵן, אִם הֵעִיד אָדָם נֶאֱמָן בְּדָבָר מִכָּל הַדְּבָרִים, וְנָטְתָה דַּעַת הַדַּיָּן שֶׁאֱמֶת הוּא אוֹמֵר - מַמְתִּין בַּדִּין, וְאֵינוֹ דּוֹחֶה עֵדוּתוֹ; וְנוֹשֵׂא וְנוֹתֵן עִם בַּעֲלֵי דִּינִין עַד שֶׁיּוֹדוּ לְדִבְרֵי הָעֵד, אוֹ יַעֲשׂוּ פְּשָׁרָה, אוֹ יִסְתַּלֵּק מִן הַדִּין.

3 What is the source which teaches that a judge who knows that a claim is contrived should not say: "I will deliver a judgment and the responsibility will lie with the witnesses"? It is written [Exodus 23:7]: "Keep distant from words of falsehood."

ג וּמִנַּיִן לְדַיָּן שֶׁהוּא יוֹדֵעַ בַּדִּין שֶׁהוּא מְרֻמֶּה, שֶׁלֹּא יֹאמַר "אֶחְתְּכֶנּוּ, וְיִהְיֶה הַקּוֹלָר תָּלוּי בְּצַוְּארֵי הָעֵדִים"? תַּלְמוּד לוֹמַר "מִדְּבַר שֶׁקֶר תִּרְחָק" (שמות כג, ז).

What shall he do? He should question and cross-examine the witnesses exceedingly, following [the cross-examination] process employed in cases involving capital punishment. If it appears to him according to his understanding that there is no deception, he should deliver a judgment. If, however, a) he [still] has hesitations [because he feels that] deception is involved, b) he does not rely on the testimony of the witnesses although he cannot disqualify them, c) he feels that [one of] the litigants is a deceiver and a beguiler and misled the witnesses even though they are fit to testify and testified honestly, it is only that [the litigant] led them astray, or d) that from the things that were said, he feels that there are hidden factors which they do not desire to reveal, in these and in all similar matters, it is forbidden for him to deliver a ruling. Instead, he should withdraw from this judgment and allow it to be decided by someone whose heart is at peace with the matter.

כֵּיצַד יַעֲשֶׂה כּוֹ? יִדְרֹשׁ וְיַחְקֹר הַרְבֵּה, כִּדְרִישָׁה וַחֲקִירָה שֶׁל דִּינֵי נְפָשׁוֹת: אִם נִרְאָה לוֹ לְפִי דַּעְתּוֹ שֶׁאֵין בּוֹ רַמָּאוּת, חוֹתֵךְ הַדִּין עַל פִּי הָעֵדוּת. אֲבָל אִם הָיָה לִבּוֹ נוֹקְפוֹ, שֶׁיֵּשׁ בּוֹ רַמָּאוּת; אוֹ שֶׁאֵין דַּעְתּוֹ סוֹמֶכֶת עַל דִּבְרֵי הָעֵדִים, אַף עַל פִּי שֶׁאֵינוֹ יָכוֹל לְפָסְלָן; אוֹ שֶׁדַּעְתּוֹ נוֹטָה שֶׁבַּעַל דִּין זֶה רַמַּאי וּבַעַל עָרְמָה וְהִשִּׂיא אֶת הָעֵדִים, אַף עַל פִּי שֶׁהֵן כְּשֵׁרִים וּלְפִי תֻּמָּם הֵעִידוּ, וְזֶה הִטְעָם; אוֹ שֶׁנִּרְאָה לוֹ מִכְּלַל הַדְּבָרִים שֶׁיֵּשׁ שָׁם דְּבָרִים אֲחֵרִים מְסֻתָּרִין, וְאֵינָן רוֹצִים לְגַלּוֹתָם - כָּל אֵלּוּ הַדְּבָרִים וְכַיּוֹצֵא בָּהֶן אָסוּר לוֹ לַחְתֹּךְ אוֹתוֹ הַדִּין, אֶלָּא יְסַלֵּק עַצְמוֹ מִדִּין זֶה, וְיְדִינֶנּוּ מִי שֶׁלִּבּוֹ שָׁלֵם כַּדָּבָר.

7 I.e., because he is only one witness, the judge could not decide the case according to his testimony unless he used the license mentioned in the previous halachah and, as stated above, this is not the practice at present. Hence, the judge should follow one of the courses of action mentioned by the Rambam.

These matters are given over to [a person's] heart. Concerning these [Deuteronomy 1:17] states: "Judgment is God's."[8]

וַהֲרֵי הַדְּבָרִים מְסוּרִים לַלֵּב, וְהַכָּתוּב אוֹמֵר "כִּי הַמִּשְׁפָּט לֵאלֹהִים הוּא" (דברים א, יז).

4 A court has the authority to administer lashes to a person who is not required to receive lashes and to execute a person who is not liable to be executed. [This license was] not [granted] to overstep the words of the Torah, but rather to create a fence around the words of the Torah.

ד יֵשׁ לְבֵית דִּין לְהַלְקוֹת מִי שֶׁאֵינוֹ מְחֻיָּב מַלְקוֹת, וְלַהֲרֹג מִי שֶׁאֵינוֹ מְחֻיָּב מִיתָה, לֹא לַעֲבֹר עַל דִּבְרֵי תוֹרָה, אֶלָּא לַעֲשׂוֹת סְיָג לַתּוֹרָה.

When the court sees that the people have broken the accepted norms with regard to a matter, they may establish safeguards to strengthen the matter according to what appears [necessary] to them. All [the above] applies with regard to establishing directives for the immediate time, and not with regard to the establishment of halachah for all time.

וְכֵיוָן שֶׁרוֹאִין בֵּית דִּין שֶׁפָּרְצוּ הָעָם בַּדָּבָר - יֵשׁ לָהֶן לִגְדֹּר וּלְחַזֵּק הַדָּבָר כְּפִי מַה שֶּׁיֵּרָאֶה לָהֶם. הַכֹּל הוֹרָאַת שָׁעָה, לֹא שֶׁיִּקָּבַע הֲלָכָה לְדוֹרוֹת.

An incident occurred where they had a man lashed for engaging in relations with his wife under a tree.[9] And an incident occurred concerning a person who rode on a horse on the Sabbath in the era of the Greeks[10] and they brought him to the court and had him stoned to death. And an incident occurred and Shimon ben Shetach hung 80 women[11] on one day in Ashkelon. All of the required processes of questioning, cross-examination, and warnings were not followed, nor was the testimony unequivocal. Instead, [their execution] was a directive for that immediate time according to what he perceived as [necessary].

מַעֲשֶׂה וְהִלְקוּ אָדָם שֶׁבָּעַל אִשְׁתּוֹ תַּחַת אִילָן. וּמַעֲשֶׂה בְּאֶחָד שֶׁרָכַב עַל הַסּוּס בְּשַׁבָּת בִּימֵי יְוָנִים, וֶהֱבִיאוּהוּ לְבֵית דִּין וּסְקָלוּהוּ. וּמַעֲשֶׂה וְתָלָה שִׁמְעוֹן בֶּן שָׁטַח שְׁמוֹנִים בְּיוֹם אֶחָד בְּאַשְׁקְלוֹן. וְלֹא הָיוּ שָׁם כָּל דַּרְכֵי הַדְּרִישָׁה וְהַחֲקִירָה וְהַהַתְרָאָה, וְלֹא עֵדוּת בְּרוּרָה, אֶלָּא הוֹרָאַת שָׁעָה כְּפִי מַה שֶּׁרָאָה.

5 Similarly, at any time, and in any place, a court has the license to give a person lashes if he has a reputation for immorality and people gossip about him, [saying] that he acts licentiously.

ה וְכֵן יֵשׁ לְבֵית דִּין בְּכָל מָקוֹם וּבְכָל זְמַן לְהַלְקוֹת לָאָדָם שֶׁשְּׁמוּעָתוֹ רָעָה, וְהָעָם מְרַנְּנִין אַחֲרָיו שֶׁהוּא עוֹבֵר עַל הָעֲרָיוֹת.

8 The *Sefer Me'irat Einayim* 15:11 offers two interpretations of this conclusion: a) God will assist him in delivering a just judgment and perceiving whether or not deception is involved. b) God sees into the person's heart. Therefore he cannot excuse himself by saying: "I did not perceive any injustice" when in fact he did.

9 Allowing such licentious behavior would lead to immorality (*Hilchot Issurei Bi'ah* 21:14).

10 The Greeks forbade the observance of the Sabbath. Our Sages feared that any laxity in its observance might have widespread repercussions among the people.

11 Who practiced witchcraft.

[This applies] provided the rumor is heard continuously, as we explained, and he does not have any known enemies who would spread this unfavorable report.

וְהוּא שֶׁיִּהְיֶה קוֹל שֶׁאֵינוֹ פּוֹסֵק כְּמוֹ שֶׁבֵּאַרְנוּ, וְלֹא יִהְיוּ לוֹ אוֹיְבִים יְדוּעִים שֶׁמּוֹצִיאִין עָלָיו שְׁמוּעָה רָעָה.

Similarly, a person with such an unsavory reputation may be humiliated and scorn may be heaped on his mother in his presence.

וְכֵן מְבַזִּין אֶת זֶה שֶׁשְּׁמוּעָתוֹ רָעָה, וּמְחָרְפִין אֶת יוֹלַדְתּוֹ בְּפָנָיו.

6 Similarly, at all times, a court has the prerogative to declare money belonging to others as ownerless. It may destroy [those funds] or give them to whomever they see fit so as to close any breaches in the faith and to strengthen its observance or to penalize a stubborn and difficult person. The Book of Ezra [10:8] states: "Whoever fails to come in three days according to the advice of the officers and the elders will have all of his property confiscated." From this we learn that when a court declares property ownerless, [their declaration is effective].

ו וְכֵן יֵשׁ לְדַיָּן תָּמִיד לְהַפְקִיר מָמוֹן שֶׁיֵּשׁ לוֹ בְּעָלִים, וּמְאַבֵּד וְנוֹתֵן כְּפִי מַה שֶּׁיִּרְאֶה לִגְדֹּר פִּרְצוֹת הַדָּת וּלְחַזֵּק הַבֶּדֶק, אוֹ לִקְנֹס אָלָם זֶה. וַהֲרֵי הוּא אוֹמֵר בְּעֶזְרָא "וְכֹל אֲשֶׁר לֹא יָבוֹא לִשְׁלֹשֶׁת הַיָּמִים כַּעֲצַת הַשָּׂרִים וְהַזְּקֵנִים יָחֳרַם כָּל רְכוּשׁוֹ" (עזרא י, ח) - מִכָּאן שֶׁהֶפְקֵר בֵּית דִּין הֶפְקֵר.

7 Similarly, a judge may apply a ban of ostracism or excommunication to a person to whom these measures would not ordinarily be applied, according to his perception of what is necessary at that time. He should state that he is ostracizing him or excommunicating him on his own conviction[12] and should publicize his transgression in public. [This is indicated by Judges 5:23]: "'Curse Meraz,' said the angel of G-d. 'Curse [him]. Those who dwell with him are cursed, because they did not come to the aid of God['s people].'"[13]

ז וְכֵן יֵשׁ לְדַיָּן לְנַדּוֹת וּלְהַחֲרִים מִי שֶׁאֵינוֹ בֶּן נִדּוּי, כְּדֵי לִגְדֹּר פֶּרֶץ, כְּפִי מַה שֶּׁיִּרְאֶה לוֹ שֶׁהַשָּׁעָה צְרִיכָה לְכָךְ. וְיֹאמַר, שֶׁנִּדָּהוּ וְהֶחֱרִימָהוּ עַל דַּעְתּוֹ, וִיפַרְסֵם חֶטְאוֹ בָּרַבִּים, שֶׁנֶּאֱמַר "אוֹרוּ מֵרוֹז אָמַר מַלְאַךְ ה', אֹרוּ אָרוֹר יֹשְׁבֶיהָ, כִּי לֹא בָאוּ לְעֶזְרַת ה'" (שופטים ה, כג).

8 Similarly, a judge may enter into a controversy with a person with whom it is necessary to enter into controversy, cursing him, having him beaten, having his hair pulled out, and compelling him to

ח וְכֵן יֵשׁ לְדַיָּן לַעֲשׂוֹת מְרִיבָה עִם הָרָאוּי לָרִיב עִמּוֹ, וּלְקַלְּלוֹ וּלְהַכּוֹתוֹ וְלִתְלֹשׁ שְׂעָרוֹ, וּלְהַשְׁבִּיעוֹ

12 The court attendant should convey this message to the person being ostracized or being excommunicated, so that he will realize that the action was taken by a judge of stature and hence, he will hurry to amend his conduct (*Kessef Mishneh*).

13 This malediction was pronounced by the prophetess Deborah in her song of victory after the defeat of the Canaanites. She cursed Meroz, an important personage of that time, because although he lived near the battlefield, he did not join Barak's troops (Radak). The Rambam cites this (quoting *Mo'ed Kattan* 16a) as an example of the fact that the transgression performed by the person must be publicized.

take an oath to God against his will so that he will not perform or that he did not perform a specific action, as [Nechemiah 13:25] states: "I entered into controversy with them; I cursed them; I beat people among them; I tore their hair out, and I made them take an oath to God."

בֵּאלֹהִים עַל כָּרְחוֹ שֶׁלֹּא יַעֲשֶׂה אוֹ שֶׁלֹּא עָשָׂה, שֶׁנֶּאֱמַר "וָאָרִיב עִמָּם וָאֲקַלְלֵם וָאַכֶּה מֵהֶם אֲנָשִׁים וָאֶמְרְטֵם וָאַשְׁבִּיעֵם בֵּאלֹהִים" (נחמיה יג, כה).

9 Similarly, he may have a person's hands and feet bound. He may imprison him and have him pushed to the ground and dragged, as [Ezra 7:26] states: "[Judgment will be speedily administered to him,] to be executed, to be uprooted, to be punished by [a loss of] property, and to be imprisoned."

ט וְכֵן יֵשׁ לוֹ לִכְפּוֹת יָדַיִם וְרַגְלַיִם, וְלֶאֱסֹר בְּבֵית הָאֲסוּרִים, וְלִדְחֹף וְלִסְחֹב עַל הָאָרֶץ, שֶׁנֶּאֱמַר "הֵן לְמוֹת הֵן לִשְׁרֹשִׁי, הֵן לַעֲנָשׁ נִכְסִין וְלֶאֱסוּרִין" (עזרא ז, כו).

10 All of the above measures should be applied according to the judge's perception that it is appropriate that the violator be punished in this manner or the situation at large requires it.

י כָּל אֵלּוּ הַדְּבָרִים, כְּפִי מַה שֶּׁיִּרְאֶה הַדַּיָּן שֶׁזֶּה רָאוּי לְכָךְ, וְשֶׁהַשָּׁעָה צְרִיכָה לְכָךְ.

All of his deeds should be for the sake of heaven and the honor of people at large should be precious in his eyes. For [consideration of their honor] overrides [the observance of] a Rabbinic prohibition.[14] Certainly, this applies with regard to the descendants of Abraham, Isaac, and Jacob who uphold the Torah. He must take care not to ruin their honor and act only to increase the honor of the Omnipresent.

וּבַכֹּל יִהְיוּ מַעֲשָׂיו לְשֵׁם שָׁמַיִם, וְאַל יְהִי כְּבוֹד הַבְּרִיּוֹת קַל בְּעֵינָיו, שֶׁהֲרֵי הוּא דּוֹחֶה לֹא תַעֲשֶׂה שֶׁל דִּבְרֵיהֶם, וְכָל שֶׁכֵּן כְּבוֹד בְּנֵי אַבְרָהָם יִצְחָק וְיַעֲקֹב הַמַּחֲזִיקִים בְּדַת הָאֱמֶת - שֶׁיִּהְיֶה זָהִיר שֶׁלֹּא יַהֲרֹס כְּבוֹדָם, אֶלָּא לְהוֹסִיף בִּכְבוֹד הַמָּקוֹם בִּלְבַד.

For whenever a person debases the Torah, his person will be degraded for people at large. [Conversely,] when a person honors the Torah, his person will be honored by people at large. And there is no other honor for the Torah except to follow its statutes and judgments.

שֶׁכָּל הַמְבַזֶּה אֶת הַתּוֹרָה, גּוּפוֹ מְחֻלָּל עַל הַבְּרִיּוֹת; וְהַמְכַבֵּד אֶת הַתּוֹרָה, גּוּפוֹ מְכֻבָּד עַל הַבְּרִיּוֹת, וְאֵין כְּבוֹד הַתּוֹרָה אֶלָּא לַעֲשׂוֹת עַל פִּי חֻקֶּיהָ וּמִשְׁפָּטֶיהָ.

14 For example, see *Hilchot Evel* 3:14 which states that in order to show honor to people at large, a priest is granted license to enter into an area which is ordinarily forbidden for him according to Rabbinic Law as a safeguard to the prohibitions involving ritual impurity. See also *Hilchot Kilayim* 10:29.

Whether a person curses himself, a colleague, a *nasi*, or a judge, he does not receive lashes unless he curses using one of God's names: *Yaw, Elohim, Shaddai*, or the like, or with one of the descriptive terms used to characterize [God], e.g., the Merciful One, the Vengeful One, or the like.[24] Since a person is liable if he cursed [a colleague] with any of these descriptive terms, he is also liable if he cursed him in any other language. For the names with which the gentiles refer to the Holy One, blessed be He, are comparable to all of these descriptive terms.

וְאֶחָד הַמְקַלֵּל עַצְמוֹ אוֹ חֲבֵרוֹ אוֹ דַּיָּן אוֹ נָשִׂיא - אֵינוֹ לוֹקֶה עַד שֶׁיְּקַלֵּל בְּשֵׁם מִן הַשֵּׁמוֹת, כְּגוֹן יָהּ אוֹ אֱלֹהִים וְשַׁדַּי וְכַיּוֹצֵא בָּהֶן, אוֹ בְּכִנּוּי מִן הַכִּנּוּיִין, כְּגוֹן חַנּוּן וְקַנָּא וְכַיּוֹצֵא בָּהֶן. וְהוֹאִיל וְהוּא חַיָּב אִם קִלֵּל בְּכָל הַכִּנּוּיִין, כָּךְ אִם קִלֵּל בְּכָל לָשׁוֹן - חַיָּב; שֶׁהַשֵּׁמוֹת שֶׁקּוֹרְאִין בָּהֶן הַגּוֹיִים לְהַקָּדוֹשׁ בָּרוּךְ הוּא, הֲרֵי הֵן כְּכָל הַכִּנּוּיִין.

The term *arur* ("cursed") can imply an oath, a curse, and a ban of ostracism.[25]

וְאָרוּר - בּוֹ שְׁבוּעָה, וּבוֹ קְלָלָה, וּבוֹ נִדּוּי.

4 A person is not punished by lashing unless he is given a warning in the presence of two witnesses as applies with regard to the transgression of any other negative commandment. If, however, a warning was not issued, a curse was uttered without mentioning God's name or a descriptive term, e.g., he said [merely]: "Cursed be so-and-so," the curse was uttered indirectly, e.g., he said: "May so-and-so not be blessed unto God," or "May God not bless so-and-so," or the like, he is not lashed.

ד אֵינוֹ לוֹקֶה עַד שֶׁיַּתְרוּ בּוֹ בִּפְנֵי עֵדִים, כִּשְׁאָר כָּל חַיָּבֵי לָאוִין. אֲבָל אִם לֹא הָיְתָה שָׁם הַתְרָאָה, אוֹ שֶׁקִּלֵּל בְּלֹא שֵׁם וְלֹא כִּנּוּי כְּגוֹן אָרוּר פְּלוֹנִי, אוֹ שֶׁהָיְתָה הַקְּלָלָה בָּאָה מִכְּלַל הַדְּבָרִים כְּגוֹן שֶׁאָמַר אַל יְהִי פְּלוֹנִי בָּרוּךְ לַה', אוֹ אַל יְבָרְכֵהוּ ה', וְכַיּוֹצֵא בִּדְבָרִים אֵלּוּ - אֵינוֹ לוֹקֶה.

5 Even though he is not lashed, a person who curses a Torah scholar is placed under a ban of ostracism. And if the judges desire to have "stripes for rebellious conduct" administered to him, they can have him beaten and punished as they see fit, for he disgraced a learned elder. If he denounces a common person, the judges may punish him as they see necessary according to the needs of the situation, depending on the person who gave the verbal abuse and the one who receives it.

ה אַף עַל פִּי שֶׁאֵינוֹ לוֹקֶה - אִם חֵרֵף תַּלְמִיד חָכָם, מְנַדִּין אוֹתוֹ. וְאִם רָצוּ הַדַּיָּנִים לְהַכּוֹתוֹ מַכַּת מַרְדּוּת, מַכִּין; וְעוֹנְשִׁין אוֹתוֹ כְּפִי מַה שֶּׁיִּרְאוּ, שֶׁהֲרֵי בִּזָּה אֶת הַזָּקֵן. וְאִם חֵרֵף עַם הָאָרֶץ - עוֹנְשִׁין הַדַּיָּנִים בַּדָּבָר כְּפִי מַה שֶּׁהַשָּׁעָה צְרִיכָה לוֹ, לְפִי הַמְחָרֵף וּלְפִי זֶה שֶׁנִּתְחָרֵף.

6 Although a judge or a *nasi*[26] has the right to overlook [affronts to] his honor, he cannot overlook being cursed.

ו אַף עַל פִּי שֶׁיֵּשׁ לְדַיָּן אוֹ לְנָשִׂיא לִמְחֹל עַל כְּבוֹדוֹ, אֵינוֹ יָכוֹל לִמְחֹל עַל קִלְלָתוֹ.

24 Although lashes are not given, it is forbidden to curse a colleague even without using God's name (*Shulchan Aruch*).

25 I.e., depending on the circumstance it is used.

26 This refers to a *nasi* who is the head of the Talmudic academy (see *Hilchot Talmud Torah* 6:6).

Similarly, with regard to other people, even though the person who was cursed is prepared to overlook the matter, the person who uttered the curse is lashed, for he committed a transgression and incurred liability.

וְכֵן שְׁאָר הָעָם, אַף עַל פִּי שֶׁמָּחַל עַל קִלְלָתוֹ - מַכִּין אֶת הַמְקַלֵּל, שֶׁכְּבָר חָטָא וְנִתְחַיֵּב.

If, however, a person is obligated to be placed under a ban of ostracism, because he conducted himself in an unbridled manner in court, and the judges desire to overlook [the affront to] their honor and not impose a ban of ostracism, they have that license, provided it will not lead to a decline in the honor of the Creator. For example, people at large were repudiating the words of the Torah and the judges. Since the people overstepped the bounds, the court must act firmly and punish as they see necessary.

אֲבָל מִי שֶׁנִּתְחַיֵּב נִדּוּי מִפְּנֵי שֶׁהִפְקִיר בְּבֵית דִּין, וְרָצוּ בֵּית דִּין לִמְחֹל עַל כְּבוֹדָן, וְלֹא נִדּוּהוּ - הָרְשׁוּת בְּיָדָם. וְהוּא שֶׁלֹּא יִהְיֶה בַּדָּבָר הֶפְסֵד בִּכְבוֹד הַבּוֹרֵא - כְּגוֹן שֶׁהָיָה הָעָם מְבַעֲטִין בְּדִינֵי תּוֹרָה וּבַדַּיָּנִים, הוֹאִיל וּפָקְרוּ הָעָם בַּדָּבָר - צְרִיכִין לְחַזֵּק וְלַעֲנֹשׁ כְּפִי מַה שֶּׁיִּרְאֶה לָהֶם.

7 When any person has a judgment adjudicated by gentile judges and their courts, he is considered a wicked person. It is as if he disgraced, blasphemed, and lifted up his hand against the Torah of Moses, our teacher. [This applies] even if their laws are the same as the laws of the Jewish people. [This is indicated by Exodus 21:1]: "These are the judgments that you shall place before them." "Before them" and not before gentiles; "before them" and not before ordinary people.

ז כָּל הַדָּן בְּדַיָּנֵי עוֹבְדֵי כּוֹכָבִים וּבְעַרְכָּאוֹת שֶׁלָּהֶם, אַף עַל פִּי שֶׁהָיוּ דִּינֵיהֶם כְּדִינֵי יִשְׂרָאֵל - הֲרֵי זֶה רָשָׁע, וּכְאִלּוּ חֵרֵף וְגִדֵּף וְהֵרִים יָד בְּתוֹרַת מֹשֶׁה רַבֵּנוּ, שֶׁנֶּאֱמַר "וְאֵלֶּה הַמִּשְׁפָּטִים אֲשֶׁר תָּשִׂים לִפְנֵיהֶם" (שמות כא, א) - 'לִפְנֵיהֶם' וְלֹא לִפְנֵי עוֹבְדֵי כּוֹכָבִים, 'לִפְנֵיהֶם' וְלֹא לִפְנֵי הֶדְיוֹטוֹת.

[The following procedure should be carried out] if the gentiles have a powerful law enforcement system and the opposing litigant is a stubborn and powerful person from whom one cannot expropriate property through the judicial system of the Jewish people. One should summon him before the Jewish judges first. If he did not desire to come, one may receive license from the court and salvage [one's property] from the litigant by having the case tried in a gentile court.

הָיְתָה יַד הָעוֹבְדֵי כּוֹכָבִים תַּקִּיפָה, וּבַעַל דִּינוֹ אַלָּם וְאֵינוֹ יָכוֹל לְהוֹצִיא מִמֶּנּוּ בְּדִינֵי יִשְׂרָאֵל - יִתְבָּעֶנּוּ לְדִינֵי יִשְׂרָאֵל תְּחִלָּה. אִם לֹא רָצָה לָבוֹא - נוֹטֵל רְשׁוּת מִבֵּית דִּין, וּמַצִּיל בְּדִינֵי עוֹבְדֵי כּוֹכָבִים מִיַּד בַּעַל דִּינוֹ.

Blessed be God who provides assistance.

בְּרִיךְ רַחֲמָנָא דְּסַיְּעָן

It is forbidden to talk to them or to reply to them at all, as [Proverbs 5:8] states: "Do not come close to her door." [It can be assumed that] a *min's* thoughts are concerned with false gods.[100]

ואסור לספר עמהן ולהשיב עליהן תשובה כלל, שנאמר: "ואל תקרב אל פתח ביתה". ומחשבה של מין - לעבודת כוכבים.

6 Whoever accepts a false god as true, even when he does not actually worship it, disgraces and blasphemes [God's] glorious and awesome name.

ו כל המודה בעבודת כוכבים שהיא אמת, אף על פי שלא עבדה הרי זה מחרף ומגדף את השם הנכבד והנורא.

This applies both to one who worships false gods and to one who curses God's name [as is obvious from Numbers 15:30]: "If a person commits [an act of idolatry] highhandedly, whether he be a native born [Jew] or a convert, he is blaspheming God."

ואחד העובד עבודת כוכבים ואחד המגדף את ה', שנאמר: "והנפש אשר תעשה ביד רמה מן האזרח ומן הגר את ה' הוא מגדף".

Therefore, a person who worships false gods is to be hanged, just as one who blasphemes against God is hanged. Both are executed by being stoned to death.

לפיכך תולין עובד עבודת כוכבים כמו שתולין את המגדף, ושניהם נסקלין.

Therefore, I have included the laws applying to a blasphemer in *Hilchot Avodat Kochavim*. Both deny the fundamental principle [of Jewish faith].

ומפני זה כללתי דין המגדף בהלכות עבודת כוכבים, ששניהם כופרים בעקר הם.

7 These are the laws which govern a blasphemer: A blasphemer is not liable to be stoned to death until he states God's unique name, which possesses four letters: י-ה-ו-ה, and curses that name with one of the names[101] of God which are forbidden to be erased, as [Leviticus 24:16] states: "One who blasphemes God's name...."

ז ואלו הם דיני המגדף: אין המגדף חיב סקילה עד שיפרש את השם המיחד של ארבע אותיות שהוא: אל"ף דל"ת נו"ן יו"ד, ויברך אותו בשם מן השמות שאינם נמחקים, שנאמר: "ונקב שם ה'".

100 I.e., he cannot be relied upon to perform an act for the sake of God. Therefore, a Torah scroll which he writes must be burned (*Hilchot Yesodei HaTorah* 6:8). We assume that when he wrote God's name, he intended that it refer to his false god.

101 I.e., the person must say: May ---- curse ----, mentioning one of God's names first and either the name י-ה-ו-ה or the name א-ד-נ-י last.

12

One is obligated to be stoned to death for blaspheming God's unique name. [Should he blaspheme] the other names for God, he [transgresses] a prohibition.[102] There are those who state that one is liable [for execution] only when one blasphemes the name י-ה-ו-ה, however, maintain that one should be stoned to death in both instances.

על השם המיחד חיב סקילה, ועל שאר הכנויים באזהרה. ויש מי שמפרש שאינו חיב אלא על שם יו"ד ה"א וא"ו ה"א; ואני אומר שעל שניהם הוא נסקל.

8 Which verse serves as the warning prohibiting blasphemy? [Exodus 22:27]: "Do not curse God."

ח אזהרה של מגדף מנין? שנאמר: "אלהים לא תקלל".

[The procedure for the trial of a blasphemer is as follows:] Each day [when] the witnesses are questioned, [they use] other terms for God's name, [stating,] "May Yosse strike Yosse."[103] At the conclusion of the judgment, all bystanders are removed [from the courtroom]. The judges question the witness of greatest stature and tell him, "Tell us what you heard explicitly." He relates [the curse].

בכל יום ויום בודקין את העדים בכנויים: יכה יוסי את יוסי. נגמר הדין - מוציאין את כל אדם לחוץ ושואלים את הגדול שבעדים ואומרים לו 'אמר מה ששמעת בפרוש!' והוא אומר.

The judges stand upright and rend their garments. They may not mend them [afterwards].

והדינים עומדים על רגליהם וקורעין ולא מאחין.

The second witness states: "I also heard as he did." If there are many witnesses, they must all say, "I heard the same."

והעד השני אומר 'אף אני כמותו שמעתי'. ואם היו עדים רבים צריך כל אחד ואחד מהן לומר 'כזה שמעתי'.

9 [The fact that] a blasphemer retracts his statements in the midst of speaking[104] is of no consequence. Rather, once he utters blasphemy in the presence of witnesses, he should be [punished by] stoning.

ט מגדף שחזר בו בתוך כדי דבור, אינו כלום; אלא כיון שגדף בעדים נסקל.

Should a person curse God's name with the name of a false god, the zealous may strike him and slay him.

מי שגדף את השם בשם עבודת כוכבים, קנאים פוגעים בו והורגים אותו.

102 But is not executed by the court.

103 The Hebrew name יוסי is used by the witnesses instead of God's name because it has four letters, as does God's unique name. Also, its numerical equivalent is 86, the numerical equivalent of God's name, אלהים (Rashi, *San.* 56a).

104 Directly after uttering it. The phrase, תוך כדי דבור, rendered as "in the midst of speaking," has a specific halachic meaning: "the time it takes to recite the words, שלום עליך רבי, *Shalom Alecha, rabbi*, (Peace unto you, my teacher)."

Sunday, November 5 — יום ראשון, ט"ז חשון

## Chapter four

פרק רביעי

1 Those who lead [the inhabitants of] a Jewish city astray are executed by stoning, even though they themselves did not worship a false deity, but [merely] proselytized to the inhabitants of their city until they worshiped it. The inhabitants of the city that has been led astray (עיר הנדחת) are executed by decapitation if they worshiped a false deity or accepted it as a god. What is the source that serves as a warning against proselytizing on behalf of a false deity? "Let not [the name of another deity] be heard through your mouth."

א מדיחי עיר מישראל הרי אלו נסקלין, אף על פי שלא עבדו עבודה זרה אלא הדיחו את יושבי עירם עד שעבדוה. ואנשי העיר הנדחת נהרגין בסיף; והוא שעבדו עבודת כוכבים או שקבלוה עליהם באלוה. ואזהרה למדיח, שנאמר: "לא ישמע על פיך".

2 A city is not condemned as a עיר הנדחת until two or more individuals attempt to lead its inhabitants astray, as [Deuteronomy 13:14] states: "Unfaithful people[1] have emerged...." The people who lead them astray must be from that tribe and from that city, as [the verse continues]: "from your midst." Those led astray must be the majority [of the city's inhabitants]. They must number from [at least] 100 to the majority of the tribe. If, however, the majority of the tribe is led astray, they are judged as individuals, as implied by [the phrase in the following verse]: "the inhabitants of the city;" neither a small village nor a large metropolis. If there are fewer than 100, it is considered a small village. If the majority of the tribe is involved, it is considered to be a large metropolis.

ב אין העיר נעשית עיר הנדחת עד שיהיו מדיחיה מתוכה ומאותו שבט, שנאמר: "מקרבך וידיחו את יושבי עירם", ועד שיהיו מדיחיה שנים או יתר על שנים, שנאמר: "יצאו אנשים בני בליעל וידיחו את יושבי עירם", ועד שידיחו רבה. ויהיו המדחין ממאה ועד רבו של שבט. אבל אם הדחו רבו של שבט דנין אותם כיחידים, שנאמר: "יושבי העיר" - לא כפר קטן ולא כרך גדול וכל פחות ממאה - כפר קטן. ורבו של שבט - כרך גדול.

Similarly, the laws applying to a עיר הנדחת are not enforced if: the people who led them astray were women or minors,[2] they were led astray by a single individual, a minority of the city were led astray,[3] they turned to idols on their own initiative,[4] or if those who led them astray came from outside the city.

וכן אם הדיחוה נשים או קטנים או שהדיחה יחיד או שהדחה מעוטה או שהדחו מאליהן או שהיו מדיחיה חוצה לה - אין דנין בה דין עיר הנדחת.

1 The use of the plural form in the verse implies that at least two people must be involved (*Sanhedrin* 111b).

2 Though we have translated אנשים as "people," its literal meaning is "men" - i.e., adult males (*Sanhedrin* 111b).

3 The expression "the inhabitants of their city" would be appropriate only if the majority of the city was involved.

4 *Sanhedrin* 112a states this limitation because the passage obviously describes a proselytizing effort.

Instead, [the violators] are considered to be individuals who worshiped false deities. All those who worshiped are executed by stoning, and their estate is given to their heirs like all others executed by a court.

אלא הרי הן כיחידים שעבדו עבודת כוכבים; וסוקלין כל מי שעבד וממונן ליורשיהן כשאר הרוגי בית דין.

3 The laws of a עיר הנדחת are enforced only by a court of 71 judges, as [implied by Deuteronomy 17:5]: "And you shall take the man or woman who did that wicked thing to your gates." [This can be interpreted to mean:] Individuals are executed by the courts which are found at the gates [of every city]. A multitude are only executed by the supreme court.

ג אין דנין דין עיר הנדחת אלא בבית דין של אחד ושבעים, שנאמר: "והוצאת את האיש ההוא או את האשה ההיא אשר עשו את הדבר הרע הזה אל שעריך" - יחידים נהרגים בבית דין של כל שער ושער, ואין המרבים נהרגין אלא בבית דין הגדול.

4 None of the cities of refuge can ever be condemned as a עיר הנדחת, as [implied by Deuteronomy 13:13]: "one of your cities."[5] [Similarly,] Jerusalem can never be condemned as a עיר הנדחת, because it was not divided among the tribes. A border city is never condemned as a עיר הנדחת, so that gentiles will not enter and destroy *Eretz Yisrael*.

ד אין אחת מערי מקלט נעשית עיר הנדחת, שנאמר: [באחת עריך] (באחד שעריך). ולא ירושלים נעשית עיר הנדחת לפי שלא נתחלקה לשבטים. ואין עושין עיר הנדחת בספר כדי שלא יכנסו עובדי כוכבים ויחריבו את ארץ ישראל.

One court should not condemn three cities located next to each other as עיר הנדחת. If [the cities] are separated from each other, they may condemn them.

ואין בית דין אחד עושה שלש עירות הנדחות זו בצד זו, אבל אם היו מרחקות - עושה.

5 [A city] is not condemned as a עיר הנדחת unless those who proselytize [the inhabitants] address them in the plural, telling them, "Let us go and worship," "Let us go and sacrifice," "Let us go and bring a burnt offering," "Let us go and offer a libation," "Let us go and bow down," or "Let us go and accept [the deity] as a god."

ה אין עושין עיר הנדחת עד שידיחוה מדיחיה בלשון רבים, ויאמרו להן: 'נלך ונעבד'; או 'נלך ונזבח'; או 'נלך ונקטיר'; או 'נלך ונסך'; או 'נלך ונשתחוה'; או 'נלך ונקבל באלוה'.

[The inhabitants] must listen and then worship [the deity] with its accepted mode of worship, or through one of the four modes of worship [mentioned in Chapter 3, Halachah 3], or accept it as a god.

והם שומעים ועבדו אותה דרך עבודתה, או באחת מארבע עבודות או שקבלוה באלוה.

5 I.e., a city belonging to a specific tribe. In contrast, the cities of refuge are the property of the entire Jewish people as a whole.

Shabbos, November 11 | שבת קודש, כ"ב חשון

## Chapter Ten

פרק עשירי

1 We may not draw up a covenant with idolaters which will establish peace between them [and us] and yet allow them to worship idols, as [Deuteronomy 7:2] states: "Do not establish a covenant with them." Rather, they must renounce their [idol] worship[91] or be slain.[92]

א אין כורתין ברית לעובדי כוכבים ומזלות כדי שנעשה עמהן שלום ונניח אותם לעבדם, שנאמר: "לא תכרת להם ברית", אלא יחזרו מעבודתם או יהרגו.

It is forbidden to have mercy upon them, as [Deuteronomy, ibid.] states: "Do not be gracious to them." Accordingly, if we see an idolater being swept away or drowning in the river, we should not help him. If we see that his life is in danger, we should not save him.

ואסור לרחם עליהם, שנאמר: "ולא תחנם". לפיכך אם ראה מהם אובד או טובע בנהר לא יעלנו; ראהו נטוי למות לא יצילנו;

It is, however, forbidden to cause one of them to sink or push him into a pit or the like, since he is not waging war against us.

אבל לאבדו בידו או לדחפו לבור וכיוצא בזה - אסור מפני שאינו עושה עמנו מלחמה.

To whom do the above apply? To gentiles. It is a mitzvah, however, to eradicate Jewish traitors,[93] minnim, and apikorsim,[94] and to cause them to descend to the pit of destruction, since[95] they cause difficulty to the Jews and sway the people away from God,[96] {as did Jesus of Nazareth and his students,[97] and Tzadok, Baithos, and their students;[98] may the name of the wicked rot.}

במה דברים אמורים? בעובדי כוכבים. אבל המוסרים והמינים והאפיקורוסין מישראל - מצוה לאבדן ביד ולהורידן עד באר שחת, מפני שהן מצרים לישראל ומסירין את העם מאחרי ה'.

91 And accept the remainder of the seven universal laws given to Noah and his descendants.

92 Hilchot Melachim 8:10 states that any gentile who does not accept the seven universal laws commanded to Noah and his descendants should be slain.

93 This refers to a person who betrays either Jewish lives or Jewish property to gentiles, (a moseir).

94 See the notes to Chapter 2, Halachah 5, for a definition of these terms. (See also Hilchot Teshuvah 3:7-8.)

95 See Hilchot Rotzeach UShemirat HaNefesh 4:10, which states that: If one has the potential to slay them with a sword in public, one should. If not, one should trick them into a situation where one can kill them.

96 The continuation of the halachah was omitted from the standard published text because of censorship. Hence, we have placed it in brackets.

97 An example of a min.

98 Examples of apikorsim. In his commentary to Avot 1:3, the Rambam writes that Tzadok and Baithos were students of Antigonus of Socho. When they heard their teacher declare, "Do not serve the master for the sake of receiving a reward," they were upset, since they thought that he was implying that no reward would be given for the performance of mitzvot. They spoke about the matter between themselves and decided to reject the Torah. They began splinter groups which rejected the core of Jewish practice and coveted material wealth. They found that they could not convince the majority of the people to reject the Torah entirely, so they adopted a different tactic. They claimed that

2 From the above, we can infer that it is forbidden to offer medical treatment to an idolater even when offered remuneration.

ב מכאן אתה למד, שאסור לרפאת עובדי כוכבים אפלו בשכר.

If, however, one is afraid of the consequences or fears that ill feeling will be aroused, one may treat them for remuneration, but to treat them free is forbidden.

ואם היה מתירא מהן או שהיה חושש משום איבה - מרפא בשכר; אבל בחנם - אסור.

[Regarding] a ger toshav,[99] since we are commanded to secure his well-being, he may be given medical treatment at no cost.

וגר תושב, הואיל ואתה מצוה להחיותו - מרפאים אותו בחנם.

3 It is forbidden to sell them homes and fields in Eretz Yisrael. In Syria,[100] one may sell them homes,[101] but not fields.[102]

ג אין מוכרין להם בתים ושדות בארץ ישראל; ובסוריא - מוכרין להם בתים, אבל לא שדות.

One may rent them homes in Eretz Yisrael, provided that a neighborhood [of gentiles] is not established. Fewer than three [homes] does not constitute a neighborhood.

ומשכירין להם בתים בארץ ישראל, ובלבד שלא יעשו שכונה. ואין שכונה פחות משלשה.

It is, however, forbidden to rent them fields. In Syria, one may rent them fields.

ואין משכירין להם שדות, ובסוריא משכירין להם שדות.

Why did [the Rabbis issue] more stringent laws regarding fields? Because two difficulties are involved: One removes the obligation of tithes [from these fields],[103] and one gives them a dwelling place in our land.[104]

ומפני מה החמירו בשדה? מפני שיש בה שתים: מפקיעה מן המעשרות ונותן להם חניה בקרקע.

they were true to Torah, but the only Torah that was Divine was the written law. The oral law was merely a human invention. This thesis was only a ruse to sway the people from the performance of the mitzvot. Accordingly, the Sages would frequently refer to all those who deny the Torah and its tradition as Sadducees ("followers of Tzadok") or Baithosees ("followers of Baithos").

99 A gentile who accepts the seven universal laws commanded to Noah and his descendants.

100 In Hilchot Terumot 1:3-4, the Rambam describes the lands which the Sages labeled as Syria: The lands which David conquered outside of the land of Canaan... Why were they given a lesser status than Eretz Yisrael, because David conquered them before he conquered all of Eretz Yisrael... In Halachah 9 of that chapter, the Rambam defines Syria as the area between Eretz Yisrael and the Euphrates River.

101 Since it is not actually Eretz Yisrael

102 For the reasons mentioned below.

103 And thus, removes a source of support for the priests and the needy and prevents the mitzvot associated with the produce of Eretz Yisrael from being observed.

104 Which, as explained in the following halachah, is included in the Biblical prohibition against being gracious to gentiles.

6 The following individuals do not have a portion in the world to come.[127] Rather, their [souls] are cut off and they are judged for their great wickedness and sins, forever: the Minim, the Epicursim, those who deny the Torah, those who deny the resurrection of the dead[128] and the coming of the [Messianic] redeemer, those who rebel [against God], those who cause the many to sin, those who separate themselves from the community, those who proudly commit sins in public as Yehoyakim did,[129] those who betray Jews to gentile authorities, those who cast fear upon the people for reasons other than the service of God, murderers, slanderers, one who extends his foreskin [so as not to appear circumcised].

ו ואלו הן שאין להם חלק לעולם הבא, אלא נכרתים ואובדין ונדונין על גדל רשעם וחטאתם לעולם ולעולמי עולמים: המינים והאפיקורוסין, והכופרים בתורה, והכופרים בתחית המתים, ובביאת הגואל, המורדים, ומחטיאי הרבים, והפורשין מדרכי צבור, והעושה עברות ביד רמה בפרהסיא כיהויקים, והמוסרים ומטילי אימה על הצבור שלא לשם שמים, ושופכי דמים ובעלי לשון הרע, והמושך ערלתו.

7 Five individuals are described as Minim: a) one who says there is no God, nor ruler of the world; b) one who accepts the concept of a ruler, but maintains that there are two or more; c) one who accepts that there is one Master [of the world], but maintains that He has a body or form; d) one who maintains that He was not the sole First Being and Creator of all existence; e) one who serves a star, constellation, or other entity so that it will serve as an intermediary between him and the eternal Lord. Each of these five individuals is a Min.

ז חמשה הן הנקראים 'מינים': האומר שאין שם אלוה ואין לעולם מנהיג; והאומר שיש שם מנהיג אבל הם שנים או יותר; והאומר שיש שם רבון אחד אבל שהוא גוף ובעל תמונה; וכן האומר שאינו לבדו הראשון וצור לכל; וכן העובד כוכב או מזל, וזולתו, כדי להיות מליץ בינו ובין רבון העולמים. כל אחד מחמשת אלו הוא מין.

8 Three individuals are described as Epicursim:[130]

ח שלשה הן הנקראים 'אפיקורוסין':

127 Though the previous halachah states, "All Israel have a portion in the world to come," there are exceptions to that principle. Certain individuals are denied that privilege because of the severe nature of the sins they committed.

128 God's punishments are "measure for measure." An individual who does not believe in the resurrection of the dead lacks belief in the eternality of the soul. Hence, his soul is denied that eternal good.

129 II Chronicles 36:8 mentions "the acts of Yehoyakim and his abominations which he carried out." Sanhedrin 104b relates that Yehoyakim boasted: "My predecessors (the evil kings, Amon, Achaz, and Menasheh) did not know how to arouse God's anger. I will show you how to provoke Him."

130 In his Commentary to the Mishnah, Sanhedrin 10:1, the Rambam defines the term Epicurus as: "An Aramaic term, implying the lack of appreciation of authority, the scorning of the Torah or its students."

a) one who denies the existence of prophecy and maintains that there is no knowledge communicated from God to the hearts of men; b) one who disputes the prophecy of Moses, our teacher;[131] c) one who maintains that the Creator is not aware of the deeds of men. Each of these three individuals is an Epicurus.[132]

האומר שאין שם נבואה כלל, ואין שם מדע שמגיע מהבורא ללב בני האדם; והמכחיש נבואתו של משה רבנו; והאומר שאין הבורא יודע מעשה בני האדם. כל אחד משלשה אלו הן אפיקורוסים.

There are three individuals who are considered as one "who denies the Torah": a) one who says Torah, even one verse or one word, is not from God. If he says: "Moses made these statements independently," he is denying the Torah. b) one who denies the Torah's interpretation, the oral law, or disputes [the authority of] its spokesmen as did Tzadok and Beitus.[133] c) one who says that though the Torah came from God, the Creator has replaced one mitzvah with another one and nullified the original Torah, [like the Arabs and the Christians].[134] Each of these three individuals is considered as one who denies the Torah.[135]

שלשה הן 'הכופרים בתורה': האומר שאין התורה מעם ה'; אפלו פסוק אחד, אפלו תבה אחת, אם אמר 'משה אמרו מפי עצמו' - הרי זה כופר בתורה. וכן הכופר בפרושה והוא תורה שבעל פה, והמכחיש מגידיה כגון צדוק וביתוס; והאומר שהבורא החליף מצוה זו במצוה אחרת, וכבר בטלה תורה זו', אף על פי שהיא היתה מעם ה'. כל אחד משלשה אלו - כופר בתורה.

9 Among Israel, there are two categories of apostates:[136] an apostate with regard to a single mitzvah and an apostate with regard to the entire Torah.[137]

ט שנים הם המומרים מישראל: המומר לעברה אחת, והמומר לכל התורה כלה.

131 In addition to the acceptance of the general principle of prophecy, the Jewish faith revolves around the principle of the supremacy of the prophecy of Moses.

132 The common denominator between these three is that they do not accept the basic principle that God is concerned with man's behavior and has granted him a means of relating to Him.

133 Avot D'Rabbi Natan 5:2 relates that Antigonus of Socho had two talented students, Tzadok and Beitus. When Antigonus taught: "Do not be like students serving a master in order to receive a reward," they turned away in disgust, commenting "Is it proper for a worker to toil the entire day without receiving any recompense?" They began splinter groups which rejected the core of Jewish practice and coveted material wealth. They found that they could not convince the majority of the people to reject the Torah entirely, so they adopted a different tactic. They claimed that they were true to Torah, but the only Torah that was Godly was the Written Law. The Oral Law, they maintained, was merely a human invention. This thesis was only a ruse to sway the people from the performance of the mitzvot. Accordingly, the Sages would refer to all those who deny the Torah and its tradition as Sadducees (from Tzadok) or Beitusees (from Beitus) (Commentary to the Mishnah, Avot 1:3)

134 These bracketed words were included in the original text of the Mishneh Torah, but omitted in most published editions due to censorship.

135 For, regardless of which argument is advanced, the ultimate result of such an approach is the negation of Torah practice.

136 Mumar in Hebrew.

137 In most aspects of Torah law, there are no differences between the two categories. However, certain distinctions do exist. For example, a mumar with regard to the entire Torah is prevented from bringing sacrifices to the Temple.

An apostate with regard to a single mitzvah is someone who has made a practice of willfully committing a particular sin [to the point where] he is accustomed to committing it and his deeds are public knowledge. [This applies] even though [the sin] is one of the minor ones.[138] For example, someone who has made a practice of constantly wearing *shaatnez* or cutting off his sideburns[139] so that it appears that, with regard to him, it is as if this mitzvah has been nullified entirely. Such a person is considered an apostate with regard to that matter. This applies [only] if he [commits the sin] with the intent of angering God.

מוּמָר לַעֲבֵרָה אַחַת - זֶה שֶׁהֶחֱזִיק עַצְמוֹ לַעֲשׂוֹת אוֹתָהּ עֲבֵרָה בְּזָדוֹן, וְהֻרְגַּל וְנִתְפַּרְסֵם בָּהּ. אֲפִלּוּ הָיְתָה מִן הַקַּלּוֹת, כְּגוֹן שֶׁהֻחְזַק תָּמִיד לִלְבֹּשׁ שַׁעַטְנֵז אוֹ לְהַקִּיף פֵּאָה, וְנִמְצָא כְּאִלּוּ בָּטְלָה מִצְוָה זוֹ מִן הָעוֹלָם אֶצְלוֹ - הֲרֵי זֶה מוּמָר לְאוֹתוֹ דָּבָר. וְהוּא שֶׁיַּעֲשֶׂה לְהַכְעִיס.

An example of an apostate with regard to the entire Torah is one who turns to the faith of the gentiles when they enact [harsh] decrees [against the Jews] and clings to them, saying: "What value do I have in clinging to Israel while they are debased and pursued? It's better to cling to those who have the upper hand." Such an individual is an apostate with regard to the entire Torah.

מוּמָר לְכָל הַתּוֹרָה כֻּלָּהּ - כְּגוֹן הַחוֹזְרִים לְדָתֵי הָעוֹבְדֵי כּוֹכָבִים בְּשָׁעָה שֶׁגּוֹזְרִין גְּזֵרָה וְיִדָּבֵק בָּהֶם, וְיֹאמַר 'מַה בֶּצַע לִי לְהִדָּבֵק בְּיִשְׂרָאֵל שֶׁהֵם שְׁפָלִים וְנִרְדָּפִים, טוֹב לִי שֶׁאֶדָּבֵק בְּאֵלּוּ שֶׁיָּדָם תַּקִּיפָה' - הֲרֵי זֶה מוּמָר לְכָל הַתּוֹרָה כֻּלָּהּ.

10 [The category of] "those who cause the many to sin" includes those who cause them to commit a severe sin like Jeroboam,[140] Tzadok, or Beitus; and also, those who cause them to commit a slight sin, even the nullification of a positive command. It includes [both] those who force others to sin like Menasheh who would kill the Jews if they did not worship idols[141] and those who entice others and lead them astray.

י 'מַחֲטִיאֵי הָרַבִּים' כֵּיצַד? אֶחָד שֶׁהֶחֱטִיא בְּדָבָר גָּדוֹל כְּגוֹן יָרָבְעָם וְצָדוֹק וּבַיְתוֹס; וְאֶחָד שֶׁהֶחֱטִיא בְּדָבָר קַל אֲפִלּוּ לְבַטֵּל מִצְוַת עֲשֵׂה; וְאֶחָד הָאוֹנֵס אֲחֵרִים עַד שֶׁיֶּחֶטְאוּ, כִּמְנַשֶּׁה שֶׁהָיָה הוֹרֵג אֶת יִשְׂרָאֵל עַד שֶׁיַּעַבְדוּ עֲבוֹדַת כּוֹכָבִים; אוֹ שֶׁהִטְעָה אֲחֵרִים וְהִדִּיחָם.

11 A person who separates himself from the community [may be placed in this category] even though he has not transgressed any sins. A person who separates himself from the congregation of

יא 'הַפּוֹרֵשׁ מִדַּרְכֵי צִבּוּר', וְאַף עַל פִּי שֶׁלֹּא עָבַר עֲבֵרוֹת, אֶלָּא נִבְדָּל מֵעֲדַת יִשְׂרָאֵל, וְאֵינוֹ עוֹשֶׂה מִצְוֹת בִּכְלָלָן, וְלֹא נִכְנָס בְּצָרָתָן וְלֹא

However, if his apostasy is limited to a particular mitzvah, his sacrifices may be accepted (*Chullin* 5a).

138 I.e., it does not involve the punishment of *kores*.

139 There is no tangible benefit that can be gained from such practices.

140 Who caused the people to worship idols and prevented them from making pilgrimages to the Temple.

141 As implied by the II Kings 21:16: "Menasheh shed much innocent blood until he filled Jerusalem [with blood] from one end to the other, in addition to his sin of making Judah sin...."

Israel and does not fulfill mitzvot together with them, does not take part in their hardships, or join in their [communal] fasts, but rather goes on his own individual path[142] as if he is from another nation and not [Israel], does not have a portion in the world to come.

מִתְעַנֶּה בְּתַעֲנִיתָן; אֶלָּא הוֹלֵךְ בְּדַרְכּוֹ כְּאֶחָד מִגּוֹיֵי הָאָרֶץ וּכְאִלּוּ אֵינוֹ מֵהֶן - אֵין לוֹ חֵלֶק לָעוֹלָם הַבָּא.

"Those who proudly commit sins in public as Yehoyakim did," whether they commit slight sins or severe ones, have no portion in the world to come.

'הָעוֹשֶׂה עֲבֵרוֹת בְּיָד רָמָה' כִּיהוֹיָקִים, בֵּין שֶׁעָשָׂה קַלּוֹת בֵּין שֶׁעָשָׂה חֲמוּרוֹת - אֵין לוֹ חֵלֶק לָעוֹלָם הַבָּא.

Such behavior is referred to as "acting brazenfacedly against the Torah," for he acted insolently, in open [defiance], without feeling any shame despite the Torah's words.

וְזֶהוּ הַנִּקְרָא 'מְגַלֶּה פָּנִים בַּתּוֹרָה', מִפְּנֵי שֶׁהֵעֵז מִצְחוֹ וְגִלָּה פָּנָיו וְלֹא בוֹשׁ מִדִּבְרֵי תּוֹרָה.

12 There are two categories of "those who betray Jews to gentiles": one who betrays another person to the gentiles so that they may kill him or beat him; and one who gives over the money of another person to gentiles or to a person who commandeers property and is, therefore, considered like a gentile. Neither of the two has a portion in the world to come.

יב שְׁנַיִם הֵם 'הַמּוֹסְרִין': הַמּוֹסֵר חֲבֵרוֹ בְּיַד עוֹבְדֵי כּוֹכָבִים לְהָרְגוֹ אוֹ לְהַכּוֹתוֹ; וְהַמּוֹסֵר מָמוֹן חֲבֵרוֹ בְּיַד עוֹבְדֵי כּוֹכָבִים אוֹ בְּיַד אַנָּס שֶׁהוּא כְּעוֹבֵד כּוֹכָבִים - וּשְׁנֵיהֶם אֵין לָהֶם חֵלֶק לָעוֹלָם הַבָּא.

13 "Those who cast fear upon the people for reasons other than the service of God" - This refers to one who rules the community with a strong hand and [causes] them to revere and fear him. His intent is only for his own honor and none of his desires are for God's honor;[143] for example, the gentile kings.

יג 'מַטִּילֵי אֵימָה עַל הַצִּבּוּר שֶׁלֹּא לְשֵׁם שָׁמַיִם' - זֶה הָרוֹדֶה צִבּוּר בְּחָזְקָה, וְהֵם יְרֵאִים וּמְפַחֲדִים מִמֶּנּוּ הַרְבֵּה; וְכַוָּנָתוֹ לִכְבוֹד עַצְמוֹ וְכָל חֲפָצָיו שֶׁלֹּא לִכְבוֹד שָׁמַיִם, כְּגוֹן מַלְכֵי עוֹבְדֵי כּוֹכָבִים.

14 All the twenty four individuals listed above will not receive a portion in the world to come even though they are Jewish.

יד כָּל אֶחָד וְאֶחָד מֵעֶשְׂרִים וְאַרְבָּעָה אֲנָשִׁים אֵלּוּ שֶׁמָּנִינוּ, אַף עַל פִּי שֶׁהֵן מִיִּשְׂרָאֵל - אֵין לָהֶם חֵלֶק לָעוֹלָם הַבָּא.

142 *Ta'anit* 11a states: One who separates himself from the community will not merit to see the comfort of the community.... When the community is in difficult straits, a person should not say, "I will go home, eat, drink, and carry out my affairs with peace of mind...." Rather, he should suffer together with the community.

143 Were the ruler's intent to be for the sake of heaven, his deeds would be excusable. Indeed, we find many of the righteous kings and sages who were granted authority used the power with which they were vested in order to influence the people to Torah practice.

4 All of the same laws that apply to cases involving capital punishment apply also to cases involving lashes and exile, except that cases involving lashes are adjudicated by three judges.[16] None of these [distinctions] are made with regard to the judgment of an ox that is stoned except for one, that the judgment is adjudicated by 23 [judges].

ד אֶחָד דִּינֵי נְפָשׁוֹת וְאֶחָד דִּינֵי מַלְקִיּוֹת וְאֶחָד דִּינֵי גָּלוּת - הַדִּינִים הָאֵלּוּ שָׁוִים בָּהֶן, אֶלָּא שֶׁהַמַּלְקוֹת בִּשְׁלֹשָׁה. וְאֵין אֶחָד מֵהֶן בְּשׁוֹר הַנִּסְקָל, חוּץ מִדָּבָר אֶחָד: שֶׁדִּינוֹ בְּעֶשְׂרִים וּשְׁלֹשָׁה.

5 The laws which pertain to a *mesit*, a person who entices others [to serve false divinities], differ from those pertaining to others liable for capital punishment. We hide witnesses [to observe his act].[17] He does not need a warning as [must be given] to others who are executed.

ה הַמֵּסִית, אֵין דִּינָיו כִּשְׁאָר דִּינֵי נְפָשׁוֹת: מַכְמִינִין לוֹ הָעֵדִים, וְאֵינוֹ צָרִיךְ הַתְרָאָה כִּשְׁאָר הַנֶּהֱרָגִין.

If he departed from the court after being acquitted, and someone said: "I know a rationale that will lead to his conviction," he is returned [and retried]. If he was sentenced [to death] and someone said: "I know a rationale that will lead to his release," he is not retried. [The court does not] advance arguments in defense of a *mesit*.[18]

וְאִם יָצָא מִבֵּית דִּין זַכַּאי, וְאָמַר אֶחָד 'יֵשׁ לִי לְלַמֵּד עָלָיו חוֹבָה' - מַחֲזִירִין אוֹתוֹ; יָצָא חַיָּב, וְאָמַר אֶחָד 'יֵשׁ לִי לְלַמֵּד עָלָיו זְכוּת' - אֵין מַחֲזִירִין אוֹתוֹ. וְאֵין טוֹעֲנִין לַמֵּסִית.

An elderly person, a eunuch, and a person who does not have sons are placed on the court which judges him, so that they will not have mercy on him. For cruelty to those who sway the people after emptiness [brings] mercy to the world, as [implied by Deuteronomy 13:19]: "so that God will turn away from His fierce anger and grant you mercy."

וּמוֹשִׁיבִין בְּדִינוֹ סָרִיס וְזָקֵן וּמִי שֶׁאֵין לוֹ בָּנִים, כְּדֵי שֶׁלֹּא יְרַחֲמוּ עָלָיו. שֶׁהָאַכְזָרִיּוּת עַל אֵלּוּ שֶׁמַּטְעִין אֶת הָעָם אַחַר הַהֶבֶל - רַחֲמִים הִיא בָּעוֹלָם, שֶׁנֶּאֱמַר "לְמַעַן יָשׁוּב ה' מֵחֲרוֹן אַפּוֹ וְנָתַן לְךָ רַחֲמִים" (דברים יג, יח).

6 [With regard to] cases involving monetary matters and similarly [questions of] ritual purity and impurity, the judge of the greatest stature gives his ruling first and [the other judges] hear his ruling. With regard to laws involving capital punishment, we begin from the side.[19] The words [of the judge] of the highest stature are not heard until the end.

ו דִּינֵי מָמוֹנוֹת, וְהַטֻּמְאוֹת וְהַטָּהֳרוֹת - מַתְחִילִין מִן הַגָּדוֹל שֶׁבַּדַּיָּנִין, וְשׁוֹמְעִין אֶת דְּבָרָיו; וְדִינֵי נְפָשׁוֹת - מַתְחִילִין מִן הַצַּד, וְאֵין שׁוֹמְעִין דִּבְרֵי הַגָּדוֹל אֶלָּא בָּאַחֲרוֹנָה.

16 And not 23 as is the case with regard to laws involving capital punishment.

17 I.e., the person who he has been enticed should inform the court. Together they contrive a plan so that the mesit will make his statements in the presence of witnesses who can see and hear him even though he cannot see them. See *Hilchot Avodat Kochavim* 5:3.

18 Instead, he must offer his own defense.

19 As stated in Chapter 1, Halachah 3, the judges are seated in a semi-circle and the judges of the highest stature are seated in the center. Beginning from the side means asking the judge of the lowest stature to state his opinion first.

7 [With regard to] cases involving monetary matters and similarly [questions of] ritual purity and impurity, a father and his son and a teacher and his student are counted as two judges. With regard to cases involving capital punishment, lashes, the sanctification of the moon and the declaration of a leap year, a father and his son and a teacher and his student are counted as one.

ז דִּינֵי מָמוֹנוֹת, וְכֵן הַטֻּמְאוֹת וְהַטָּהֳרוֹת - אָב וּבְנוֹ, הָרַב וְתַלְמִידוֹ מוֹנִין אוֹתָן בִּשְׁנַיִם. וְדִינֵי נְפָשׁוֹת, וּמַכּוֹת, וְקִדּוּשׁ הַחֹדֶשׁ, וְעִבּוּר הַשָּׁנָה - אָב וּבְנוֹ, הָרַב וְתַלְמִידוֹ מוֹנִין אוֹתָן בְּאֶחָד.

8 The concept that a father and a son are counted as one or as two applies when one is a member of the *Sanhedrin* and the other was one of the students [attending the court who] said: "I can contribute a rationale that will lead to his vindication," or "... to his being held liable." We listen to his words and enable him to participate in the debate, and he is counted [in the polling of the judges].

ח זֶה שֶׁאָנוּ מוֹנִין הָאָב עִם הַבֵּן, בֵּין בְּאֶחָד בֵּין בִּשְׁנַיִם, כְּגוֹן שֶׁהָיָה אֶחָד מֵהֶן בְּסַנְהֶדְרִין, וְהַשֵּׁנִי הָיָה מִן הַתַּלְמִידִים שֶׁאָמַר 'יֵשׁ לִי לְלַמֵּד זְכוּת' אוֹ 'חוֹבָה' - שׁוֹמְעִין דְּבָרָיו, וּמוֹשִׁיבִין וְנוֹתְנִין עִמּוֹ וְנִמְנִין עִמּוֹ.

9 At the time of the final judgment, relatives are not included. For judges who are related to each other are not acceptable to rule [together], as will be explained.

ט וּבִשְׁעַת גְּמַר דִּין, אֵין גּוֹמְרִין אֶת דִּינוֹ בִּקְרוֹבִים, שֶׁהַדַּיָּנִין הַקְּרוֹבִים פְּסוּלִין לָדִין, כְּמוֹ שֶׁיִּתְבָּאֵר.

10 When a student was wise and understanding but is lacking [sufficient] knowledge of the tradition,[20] his master may convey to him the tradition which he requires with regard to these laws and then he may serve as a judge [even] in cases regarding capital punishment.

י תַּלְמִיד שֶׁהָיָה חָכָם וּמֵבִין, וְהָיָה מְחֻסָּר קַבָּלָה - הֲרֵי רַבּוֹ מוֹסֵר לוֹ הַקַּבָּלָה שֶׁהוּא צָרִיךְ לָהּ בְּדִין זֶה, וְהוּא דָּן עִמּוֹ בְּדִינֵי נְפָשׁוֹת.

11 All individuals are acceptable to judge cases involving financial laws, even a convert, provided his mother is a native-born Jewess. A convert may judge a fellow convert even if his mother is not a native-born Jewess. Similarly, a *mamzer* and a person who is blind in one eye are acceptable to adjudicate financial disputes. Cases involving capital punishment, however, may be judged only by priests, Levites, and Israelites with [lineage acceptable to] marry into the priesthood. Not one of them may be blind even in one of his eyes, as we explained.

יא הַכֹּל כְּשֵׁרִים לָדוּן דִּינֵי מָמוֹנוֹת, אֲפִלּוּ גֵּר - וְהוּא, שֶׁתִּהְיֶה אִמּוֹ מִיִּשְׂרָאֵל. וְגֵר דָּן אֶת חֲבֵרוֹ הַגֵּר, אַף עַל פִּי שֶׁאֵין אִמּוֹ מִיִּשְׂרָאֵל. וְכֵן הַמַּמְזֵר וְהַסּוּמָא בְּאַחַת מֵעֵינָיו - כָּשֵׁר לָדוּן דִּינֵי מָמוֹנוֹת. אֲבָל בְּדִינֵי נְפָשׁוֹת - אֵין דָּנִין אוֹתָן אֶלָּא כֹּהֲנִים לְוִיִּם וְיִשְׂרְאֵלִים הַמַּשִּׂיאִין לַכְּהֻנָּה, וְלֹא יִהְיֶה אֶחָד מֵהֶן סוּמָא אֲפִלּוּ בְּאַחַת מֵעֵינָיו כְּמוֹ שֶׁבֵּאַרְנוּ.

20 I.e., the laws received from the previous generation regarding a particular issue.

2 A person who proselytizes the majority of the inhabitants of a city is called a *madiach*[18] rather than a *mesit*.

ב המסית את רב אנשי העיר - הרי זה מדיח ואינו נקרא מסית.

If the person who leads the majority of a city astray is a prophet, he is executed by stoning, and the people who were led astray are judged as individuals, and are not considered to be inhabitants of an עיר הנדחת. [For the latter laws to be applied,] two people must proselytize them.

היה זה שהדיח רב העיר נביא - מיתתו בסקילה; והנדחים הרי הן כיחידים ואינם כאנשי עיר הנדחת, עד שיהיו המדיחים שנים.

If a person says: "A false deity told me: 'Serve me,'" or "The Holy One, blessed be He, told me: 'Serve a false deity'" - he is considered a prophet who leads others astray. If the majority of the city's inhabitants are swayed by his words, he should be stoned to death.

ואחד האומר 'אמרה לי עבודת כוכבים עבדוה!' או שאמר 'אמר לי הקדוש ברוך הוא עבדו עבודת כוכבים' - הרי זה נביא שהדיח; ואם הדיח אחריו רב העיר - נסקל.

A *mesit* should be stoned to death whether he proselytizes in plural terms or in singular.

המסית שהסית בין בלשון רבים בין בלשון יחיד - הרי זה נסקל.

What is implied? He is considered a *mesit* if he tells a colleague, "I will worship a false deity. [Follow me.] I will go and worship..." or "Let us go and worship following the particular rite with which that deity is served," "I will slaughter. [Follow me.] I will go and slaughter..." or "Let us go and slaughter," "I will bring a burnt offering. [Follow me.] I will go and bring a burnt offering..." or "Let us go and bring a burnt offering," "I will offer a libation. [Follow me.] I will go and offer a libation..." or "Let us go and offer a libation," or "I will bow down. [Follow me.] I will go and bow down..." or "Let us go and bow down."

כיצד? האומר לחברו 'אעבד כוכבים', 'אלך ואעבד', 'נלך ונעבד בעבודה פלונית שדרך אותה עבודת כוכבים להעבד בה'; 'אזבח', 'אלך ואזבח', 'נלך ונזבח'; 'אקטר', 'אלך ואקטר', 'נלך ונקטר'; 'אנסך', 'אלך ואנסך', 'נלך וננסך'; 'אשתחוה', 'אלך ואשתחוה', 'נלך ונשתחוה' - הרי זה מסית.

When a person proselytizes two individuals, they may serve as witnesses against him. They should summon him to court and testify against him, relating what he told them, and the *mesit* is stoned.

הסית לשנים - הרי הן עדיו והן מביאין אותו לבית דין ומעידין עליו שכך אמר להן וסוקלים אותו.

3 A *mesit* does not need a warning.[19]

ג ואין המסית צריך התראה.

18 He is governed by different laws, as explained in the previous chapter.

19 Generally, a person must be warned before he is punished for committing a transgression. In this instance, however, *Sanhedrin* 89b states that an exception is made and no warning is required. (See *Hilchot Sanhedrin* 11:5.)

If one proselytizes a single individual,[20] the latter should tell him, "I have friends who would also be interested in this," and thus he should lure him into proselytizing before two people, so that the *mesit* can be executed. If the *mesit* refuses to proselytize before two people, it is a mitzvah to set a trap for him.

אמר לאחד - הוא אומר 'יש לי חברים רוצים בכך', ומערים עליו עד שיסית בפני שנים כדי להרגו. אם לא רצה המסית להסית לשנים - מצוה להכמין לו.

A trap is never set for a person who violates any of the Torah's other prohibitions. This is the only exception.

כל חייבי מיתות שבתורה אין מכמינין עליהן - חוץ מזה.

How is the trap set for him? The *musat* should bring two people and place them in a dark place where they can see the *mesit* and hear what he is saying without his seeing them. He tells the *mesit*: "Repeat what you told me privately." [When] he does so, the *musat* should reply: "How can we forsake our God in heaven and serve wood and stone?" If [the *mesit*] retracts or remains silent, he is not held liable. If he tells him, "This is our obligation and this is beneficial to us," those who stand far off have him summoned to court and stoned.

כיצד מכמינין לו? המוסת מביא שנים ומעמידן במקום אפל כדי שיראו המסית וישמעו דבריו והוא לא יראה אותם. והוא אומר למסית 'אמור מה שאמרת לי ביחוד!' והוא אומר לו. והמוסת משיבו 'היאך נניח את אלהינו שבשמים ונלך ונעבד את העצים ואת האבנים?!' אם חזר בו או שתק - פטור; ואם אמר לו 'כך היא חובתנו וכך יפה לנו' - העומדים שם ברחוק מביאין אותו לבית דין וסוקלים אותו.

4 It is a mitzvah for the *musat* to kill [the *mesit*], as [Deuteronomy 13:10] states: "Your hand must be the first against him to kill him."

ד מצוה ביד המוסת להרגו, שנאמר: "ידך תהיה בו בראשונה להמיתו וגו'".

It is forbidden for the *musat* to love the *mesit*, as [the previous verse states]: "Do not be attracted to him." Since [Exodus 23:5] states with regard to an enemy: "You must surely help him," [the question arises:] Perhaps you should help a *mesit*? The Torah [Deuteronomy, ibid.] teaches, "Do not ... listen to him."

ואסור למוסת לאהב את המסית, שנאמר: "לא תאבה לו". ולפי שנאמר בשונא: "עזב תעזב עמו" יכול אתה עוזב לזה? תלמוד לומר "ולא תשמע אליו".

Since [Leviticus 19:16] teaches: "Do not stand idly over your brother's blood," [the question arises:] Perhaps you should not stand idly over a *mesit's* blood? The Torah teaches, [Deuteronomy, ibid.] "Do not let your eyes pity him."

ולפי שנאמר: "לא תעמד על דם רעך", יכול אי אתה עומד על דמו של זה - תלמוד לומר "ולא תחוס עינך עליו".

20 The testimony of a single witness is not sufficient to convict a transgressor. Hence, the *musat* must seek to have the *mesit* repeat his statements in the presence of others.

If, however, there is the possibility of ill-feeling arising, he should take it from him. Nevertheless, he should not derive any benefit from it until he finds out that the gentile does not acknowledge or worship idols.

ואם חשש לאיבה - נוטלו בפניו, ואינו נהנה בו עד שיודע לו שזה הנכרי אינו עובד כוכבים ואינו מודה בה.

3 If the gentiles' festival lasts several days - whether three, four, or ten - all the days [of the festival] are considered as a single day. [Carrying out transactions] on any of these days, or on the three days preceding them, is forbidden.

ג היה אידן של אותן עובדי כוכבים ימים הרבה: שלשה או ארבעה או עשרה - כל אותן הימים כיום אחד הן, וכלן אסורים עם שלשה ימים לפניהן.

4 The Canaanites[77] are idol worshipers, and Sunday is their festival. Accordingly, in *Eretz Yisrael*, it is forbidden to conduct transactions with them on Thursday and Friday[78] each and every week, and, needless to say, on Sunday itself, when transactions with them are forbidden everywhere.

ד אדומים - עובדי כוכבים הם ויום ראשון הוא יום אידם, לפיכך אסור לשאת ולתת עמהם בארץ ישראל יום חמישי ויום ששי שבכל שבת ושבת; ואין צריך לומר יום ראשון עצמו שהוא אסור בכל מקום. וכן נוהגים עמהם בכל אידיהם.

5 The day on which the gentiles gather together to crown a king and offer sacrifice and praise to their false deities is considered to be one of their holidays, since it is comparable to their other holidays.

ה יום שמתכנסין בו עובדי כוכבים להעמיד להן מלך, ומקריבין ומקלסים לאלהיהם - יום חגם הוא; והרי הוא כשאר חגיהם.

In contrast, on a day which is celebrated by an individual gentile as a festival on which he gives thanks and praise to the star he [worships] - for example, his birthday, the day on which he shaves his beard or hair,[79] the day on which he returns from a sea-voyage, the day on which he leaves prison, the day on which he makes a [wedding] feast for his son, and the like - it is forbidden [to do business] on that particular day only with that individual person.

אבל עובד כוכבים שעושה הוא חג לעצמו ומודה לכוכב שלו ומקלסו: כיום שנולד בו ויום תגלחת זקנו או בלוריתו ויום שעלה בו מן הים ושיצא מבית האסורים ויום שעשה בו משתה לבנו וכיוצא באלו - אינו אסור אלא אותו היום ואותו האיש בלבד.

77 The term "Canaanites" is a censor's alteration. The original texts of the Mishneh Torah state "Romans" or "Christians".

78 The Rambam does not mention the prohibition against doing business on Shabbat here, since that is forbidden in all cases independent of any connection to idol worship.

79 In his Commentary to the Mishnah (Avodah Zarah 1:3), the Rambam describes the shaving of the head as a pagan rite in which the sides of the head are shaved and a streak of hair is left in the middle. He associates this with the forbidden shaving of the corner of the head mentioned in Chapter 12, Halachot 1-6.

Similarly, when [it is customary] to mark the day on which one of them dies with festivities, it is forbidden [to do business] with those individuals on that day.

וכן יום שימות להן בו מת ויעשוהו חג - אותם העושים אסורין אותו היום.

Whenever [a person's] death is marked by the burning of his utensils[80] and the offering of incense, we can assume that idol worship is [involved in the ritual].

וכל מיתה ששורפין בה כלים ומקטרים קטרת, בידוע שיש בה עבודת כוכבים.

The [above] prohibition applies only to those who worship [the false deity]. In contrast, it is permitted to do business with those who join in the celebrations by eating, drinking, and observing it as a matter of custom or in deference to the king, but do not believe in it.

אין יום החג אסור אלא לעובדיה בלבד; אבל אותם ששמחים בו ואוכלין ושותין ומשמרין אותו מפני מנהג או מפני כבוד המלך, אבל הם אין מודין בו - הרי אלו מותרין לשאת ולתת עמהן.

6 Articles which are distinguished by their use [in the worship] of one of the false deities in a particular locale may never be sold to the worshipers of that deity in that locale. Articles which are not characterized by such uniqueness may be sold to them without enquiring [about the purpose for which they will be used].

ו דברים שהן מיחדים למין ממיני עבודת כוכבים שבאותו מקום - אסור למכר לעובדי אותה עבודת כוכבים שבאותו המקום לעולם; ודברים שאינן מיחדים לה - מוכרים אותם סתם.

If, however, an idolater specifically states that he is purchasing the article for the sake of idol worship, it is forbidden to sell it to him unless one blemishes it in a manner which disqualifies it for use as an offering to the idol. An animal lacking a limb is not offered as a sacrifice to an idol.

ואם פרש העובד כוכבים שהוא קונה אותם לעבודת כוכבים - אסור למכר לו, אלא אם כן פסלו מלהקריבו לעבודת כוכבים, לפי שאין מקריבין חסר לעבודת כוכבים.

7 It is permitted to sell articles which are distinguished [by their use in the worship of a false deity] that are mixed together with articles that are not used for such purposes - e.g., pure frankincense with black frankincense - without enquiring [about the purpose for which they will be used]. We do not suspect that [the purchaser] will separate the pure frankincense to use for idol worship. The same applies in other similar situations.

ז היו מערבים דברים המיחדין עם דברים שאין מיחדין, כגון: לבונה זכה בכלל לבונה שחורה - מוכר הכל סתם, ואין חוששין שמא ילקט הזכה לבדה לעבודת כוכבים. וכן כל כיוצא בזה.

80 Rabbenu Nissim, commenting on Avodah Zarah 11a, explains that this custom was instituted as an expression of honor to the deceased, as if to say: no one else is fit to use your utensils.

Case 3:25-cv-00235-NJR    Document 1    Filed 02/21/25    Page 60 of 72    Page ID #60

# Chapter two

1 The essence of the commandment [forbidding] the worship of false gods is not to serve any of the creations, not an angel, a sphere, or a star, none of the four fundamental elements, nor any entity created from them.

Even if the person worshiping knows that it is the [true] God and serves the creation in the manner in which Enosh and the people of his generation worshiped [the stars] originally, he is considered to be an idol worshiper.

The Torah warns us about this, saying [Deuteronomy 4:19]: "Lest you lift your eyes heavenward and see the sun, the moon, and the stars... [and bow down and worship them], the entities which God apportioned to all the nations." This implies that you might inquire with "the eye of the heart" and it might appear to you that these entities control the world, having been apportioned by God to all the nations to be alive, to exist, and not to cease existence, as is the pattern of [the other creations with] the world. Therefore, you might say that it is worthy to bow down to them and worship them. For this reason, [Deuteronomy 11:16] commanded: "Be very careful that your heart not be tempted [to go astray and worship other gods]." This implies that the thoughts of your heart should not lead you astray to worship these and make them an intermediary between you and the Creator.

2 The worshipers of false gods have composed many texts concerning their service, [describing] what is the essence of their service, what practices are involved, and what are its statutes. The Holy One, blessed be He, has commanded us not to read those books at all, nor to think about them or any matters involved with them.

It is even forbidden to look at the image of an idol, as [Leviticus 19:4] states: "Do not turn to the idols."

In this regard, [Deuteronomy 12:30] states: "[Be careful]... lest you seek to find out about their gods, saying, 'How did they serve them.'" This prohibits enquiring about the nature of their service even if you, yourself, do not serve them. This matter will ultimately cause you to turn to [the false god] and worship it as they do, as [the above verse continues]: "so that I will do the same."

3 All these prohibitions have one common thrust: that one should not pay attention to idol worship. Whoever performs a deed that reflects his concern with [idol worship] receives lashes [as punishment].

The worship of false gods is not the only subject to which we are forbidden to pay attention; rather, we are warned not to consider any thought which will cause us to uproot one of the fundamentals of the Torah. We should not turn our minds to these matters, think about them, or be drawn after the thoughts of our hearts.

In general, people have limited powers of understanding, and not all minds are capable of appreciating the truth in its fullness. [Accordingly,] were a person to follow the thoughts of his heart, it is possible that he would destroy the world because of his limited understanding.

What is implied? There are times when a person will stray after star worship, and times when he will wonder about God's oneness: Perhaps He is one, perhaps He is not? [He might also wonder:] What exists above the heavenly realms? What exists below them? What will be after time? Similarly, [one might wonder about] prophecy: Perhaps it is true, perhaps it is not?

And [one may also wonder] about the Torah: Perhaps it emanates from God, perhaps it does not? Since he may not know the guidelines with which to evaluate [ideas that will lead him] to the truth in its fullness, he may come to heresy.[94]

The Torah has warned about this matter, saying [Numbers 15:39]: "Do not stray after your hearts and eyes, which have led you to immorality" - i.e., each one of you should not follow his limited powers of understanding and think that he has comprehended the truth. Our Sages [interpreted this warning]: "After your hearts," this refers to heresy; "after your eyes," this refers to immorality.

This prohibition - though [severe,] causing a person to be prevented [from attaining a portion] in the world to come - is not punishable by lashes.[95]

4 The commandment [forbidding] the worship of false gods is equivalent to all the mitzvot, as [implied by Numbers 15:22]: "Lest you err and not perform all the mitzvot..."[96] The oral tradition teaches that the verse refers to the worship of false gods. Thus, we learn that anyone who acknowledges a false god denies the entire Torah in its totality, all the works of the prophets, and everything that has been commanded to the prophets from Adam, [the first man,] until eternity, as [Numbers 15:23] continues: "...from the day God issued His commandments and afterwards, for your future generations."

[Conversely,] anyone who denies the worship of false gods acknowledges the entire Torah in its totality, all the works of the prophets, and everything that has been commanded to the prophets from Adam, [the first man,] until eternity. [This acknowledgement] is fundamental to all of the mitzvot.

5 A Jew who serves false gods is considered like a gentile in all regards and is not comparable to a Jew who violated another transgression punishable by being stoned to death. An apostate who worships false gods is considered to be an apostate with regard to the entire Torah.[98]

Similarly, Jewish minnim[99] are not considered to be Jews with regard to any matter. Their repentance should never be accepted, as [implied by Proverbs 2:19]: "None that go to her return, nor will they regain the paths of life."

The minnim are those who stray after the thoughts of their hearts, concerning themselves with the foolish matters mentioned above, until they ultimately transgress against the body of Torah [law] arrogantly, with scorn, with the intent of provoking God's anger, and yet say that there is no sin involved.

17

Sunday, August 27 — יום ראשון, ו' אלול

## Chapter three

פרק ג

1 A person who does not acknowledge [the validity of] the Oral Law is not the rebellious elder mentioned in the Torah. Instead, he is one of the heretics and he should be put to death by any person.[1]

א מי שאינו מאמין בתורה שבעל פה, אינו זקן ממרא האמור בתורה, אלא הרי הוא בכלל המינים, ומיתתו בכל אדם.

2 Since it has become known that such a person denies the Oral Law, he may be pushed into a pit and may not be helped out. He is like all the rest of the heretics who say that the Torah is not Divine in origin, those who inform [on their fellow Jews],[2] and the apostates.[3]

ב מאחר שנתפרסם שהוא כופר בתורה שבעל פה - מורידין ולא מעלין; והרי הוא כשאר האפיקורוסין, והאומרין אין תורה מן השמים והמוסרים והמומרים.

All of these are not considered as members of the Jewish people. There is no need for witnesses, a warning, or judges [for them to be executed]. Instead, whoever kills them performs a great mitzvah and removes an obstacle [from people at large].

שכל אלו אינם בכלל ישראל, ואין צריכין לא עדים ולא התראה ולא דיינים, אלא כל ההורג אחד מהן, עשה מצוה גדולה והסיר המכשול.

3 To whom does the above apply? To a person who denied the Oral Law consciously, according to his perception of things. He follows after his frivolous thoughts and his capricious heart and denies the Oral Law first, as did Tzadok and Beitus[4] and those who erred in following them.

ג במה דברים אמורים? באיש שכפר בתורה שבעל פה במחשבתו, ובדברים שנראו לו, והלך אחר דעתו הקלה, ואחר שרירות לבו, וכפר בתורה שבעל פה תחלה, כצדוק ובייתוס וכן כל הטועים אחריו.

1 As the Rambam continues to explain in the following halachah, a heretic should be slain. Any person may - and should - take the law into his own hands in this regard. There is no need to wait for judicial process.

2 People who seek to give gentile authorities control over the lives or the property of their fellow Jews. As stated in *Hilchot Chovel UMazik* 8:9-10, if possible, it is a mitzvah to kill such people, even in the era of exile.

3 As evident from the *Shulchan Aruch* (*Choshen Mishpat* 425:5), this terms refers to people who transgress with the intent of angering God. If, however, a person transgresses because he cannot control his desires, these severe measures do not apply.

4 These were two of the greatest students of Antigunus of Socho. As the Rambam states in his Commentary to the Mishnah (*Avot* 1:3), after they heard Antigonus teach: "Do not be as servants who serve their master for the sake of receiving a reward," they forsook Jewish practice, saying: "Is it just that we labor without receiving a reward?" They began splinter sects with the intent of swaying the people after them. At first, they sought to abandon Jewish practice entirely. They saw, however, the people would not accept this and so they focused their complaints on the Oral Law, arguing that although the Written Law was of Divine origin, the Oral Law was not. Their intent, however, was to deny the entire Torah. Similarly, the individuals mentioned by the Rambam deny "the Oral Law *first*," i.e., their intent is to deny the entire connection with God and the Torah.

[Different laws apply to] the children of these errant people and their grandchildren whose parents led them astray and they were born among these Karaities[5] and raised according to their conception. They are considered as children captured and raised by them.[6] [Such a child] may not be eager [to follow] the path of mitzvot, for it is as if he was compelled not to.

אבל בני אותן הטועים ובני בניהם, שהדיחו אותם אבותם ונולדו בין הקראים וגדלו אותם על דעתם - הרי הן כתינוק שנשבה ביניהם וגדלוהו, ואינו זריז לאחוז בדרכי המצוות, שהרי הוא כאנוס.

Even if later, he hears that he is Jewish and sees Jews and their faith, he is still considered as one who was compelled [against observance], for he was raised according to their mistaken [path].

ואף על פי ששמע אחר כך שהוא יהודי, וראה היהודים ודתם - הרי הוא כאנוס, שהרי גדלוהו על טעותם.

This applies to those whom we mentioned who follow the erroneous Karaite path of their ancestors.

כך אלו שאמרנו, האוחזים בדרכי אבותיהם שטעו.

Therefore it is appropriate to motivate them to repent and draw them to the power of the Torah with words of peace.

לפיכך ראוי להחזירן בתשובה, ולמשכם בדברי שלום, עד שיחזרו לאיתן התורה.

4 The "rebellious elder" mentioned in the Torah, by contrast, is one of the sages of Israel who has received the tradition [from previous sages] and who analyzes[7] and issues a ruling with regard to the words of Torah as do all the sages of Israel. [His rebellion involves an instance when] he has a difference of opinion in one of [the Torah's] laws with the Supreme *Sanhedrin* and did not accept their views, but instead issued a ruling to act in a different manner. The Torah decreed that he should be executed.

ד אבל זקן ממרא האמור בתורה הוא חכם אחד מחכמי ישראל שיש בידו קבלה, ודן ומורה בדיני תורה כמו שידונו ויורו כל חכמי ישראל, שבאת לו מחלקת בדין מן הדינין עם בית דין הגדול, ולא חזר לדבריהם אלא חלק עליהם והורה לעשות שלא כהוראתן - גזרה תורה עליו מיתה.

5 The Karaites represented a sect of deviant Jews who followed the approach of Tzadok and Baitus, rejecting the observance of the Oral Law although maintaining a certain amount of deference to Jewish tradition. In the Rambam's era, they had won the allegiance of many of the Jews in Egypt and North Africa. Their belief, however, was not perpetuated and after a brief epoch in history, they ceased to exist in significant numbers.

6 The concept of a child captured and raised by gentiles is found in *Shabbat* 68b. It is explained that when such a child comes of age and later desires to atone for his conduct, he is required to bring only one sin offering for each transgression which he performed no matter how often he repeated it (in contrast to an ordinary person who must bring a sin offering for every act of transgression he performs). He is judged more leniently and not held fully responsible for his deeds, because he was raised in a non-Jewish environment.

Similarly, the Rambam is postulating, the descendants of the Karaites should not be held responsible for their transgressions, for they were brought up in an environment that drew them away from the Torah and its mitzvot.

7 I.e., derives concepts using the accepted principles of Biblical exegesis.

Tuesday, September 19 — יום שלישי, כ"ח אלול

## Chapter five

פרק ה

1 A king should not wage [any other wars] before a *milchemet mitzvah*.[10] What is considered as *milchemet mitzvah*? The war against the seven nations [who occupied *Eretz Yisrael*,] the war against Amalek, and [a war] fought to assist Israel from an enemy which attacks them.[11] Afterwards, he may wage a *milchemet hareshut*, i.e. a war fought with other nations in order to expand the borders of Israel or magnify its greatness and reputation.

א אין המלך נלחם תחלה אלא מלחמת מצוה. ואי זו היא מלחמת מצוה? זו מלחמת שבעה עממים, ומלחמת עמלק, ועזרת ישראל מצר שבא עליהם. ואחר כך נלחם במלחמת הרשות - והיא המלחמה שנלחם עם שאר העמים כדי להרחיב גבול ישראל ולהרבות בגדלתו ושמעו.

2 There is no need to seek the permission of the court to wage a *milchemet mitzvah*. Rather, [the king] may go out on his own volition and force the nation to go out [with him.] In contrast, he may not lead the nation out [to wage] a *milchemet hareshut* unless the court of seventy-one judges [approves].

ב מלחמת מצוה, אינו צריך לטל בה רשות בית דין, אלא יוצא מעצמו בכל עת וכופה העם לצאת. אבל מלחמת הרשות, אינו מוציא העם בה אלא על פי בית דין של שבעים ואחד.

3 [The king] may burst through [the fences surrounding fields or vineyards] to make a road[12] and no one can take issue with him. There is no limit to the road the king [may make]. Rather, it may be [as wide] as necessary. He need not make his road crooked because of an individual's vineyard or field. Rather, he may proceed on a straight path and carry out his war.

ג ופורץ לעשות לו דרך ואין מוחין בידו. ודרך המלך אין לה שעור, אלא כפי מה שהוא צריך. אינו מעקם הדרכים מפני כרמו של זה או מפני שדהו של זה, אלא הולך בשוה ועושה מלחמתו.

10 The words, *milchemet mitzvah*, mean "a war which is a mitzvah." Waging each of the three wars mentioned in this halachah fulfills one of the 613 mitzvot of the Torah. *Sifri*, *Ekev*, relates that God criticized David for conquering Syria before he conquered the totality of *Eretz Yisrael*. The conquest of *Eretz Yisrael* is a *milchemet mitzvah*, while the conquest of Syria was not. God rebuked him, "You did not drive out the Jebusites living close to your own palace and yet, you found it necessary to conquer Aram."

11 Leviticus 19:16 commands "Do not stand still over your neighbor's blood." *Sefer HaMitzvot* (neg. command 297) and *Sefer HaChinuch* (mitzvah 237) interpret this verse as a mitzvah to protect a Jew's life when he is in danger. As an extension of that principle, Numbers 10:9 obligates us to "go to war against an enemy who attacks you...," promising that "you will be remembered by God and delivered from your enemies." See also *Eruvin* 45a.

This principle applies in the Diaspora, as well as in *Eretz Yisrael*. Accordingly, the *Shulchan Aruch*, *Orach Chayim* 229:6, relates that if gentiles attack Jews, even on the Sabbath, it is a mitzvah to organize a defense force and mount a counter-attack. The Ramah adds that even if the enemy have not mounted their attack, but it is well known that they desire to attack the Jews, war should be waged against them. This concept has contemporary relevance as well. For example, based on this principle, many of the Rabbinic leaders in *Eretz Yisrael* declared the 1982 war in Lebanon a *milchemet mitzvah*, for the Palestinians made no secret of their desire to attack the Jews.

12 To allow for passage of his troops.

4 It is a positive commandment to annihilate the seven nations [who dwelled in *Eretz Yisrael*] as [Deuteronomy 20:17] states: "You shall utterly destroy them."[13] Anyone who chances upon one of them and does not kill him violates a negative commandment as [*ibid.*:16] states: "Do not allow a soul to live." The memory of them has already been obliterated.

ד מצות עשה להחרים שבעה עממין, שנאמר "החרם תחרימם" (דברים כ, יז). וכל שבא לידו אחד מהן ולא הרגו - עובר בלא תעשה, שנאמר "לא תחיה כל נשמה" (דברים כ, טז). וכבר אבד זכרם.

5 Similarly, it is a positive commandment to destroy the memory of Amalek, as [Deuteronomy 25:19] states: "Obliterate the memory of Amalek." It is also a positive commandment to constantly remember their evil deeds and their ambush [of Israel] to arouse our hatred of them, as [*ibid.*:17] states: "Remember what Amalek did to you." The Oral Tradition teaches: "'Remember' - with your mouths;" "'Do not forget' - in your hearts." For it is forbidden to forget our hatred and enmity for them.

ה וכן מצות עשה לאבד זרע עמלק, שנאמר "תמחה את זכר עמלק" (דברים כה, יט). ומצות עשה לזכר תמיד מעשיו הרעים ואריבתו, כדי לעורר איבתו, שנאמר "זכור את אשר עשה לך עמלק" (דברים כה, יז). מפי השמועה למדו, "זכור" - בפה, "לא תשכח" (דברים כה, יט) - בלב, שאסור לשכח איבתו ושנאתו.

6 All the lands which Israel conquers [in wars led by] a king [and approved] by the court are considered as conquered by the people at large. Thus, they have the same status as *Eretz Yisrael* which was conquered by Joshua in every regard. This only applies if they were conquered after the conquest of *Eretz Yisrael* as described in the Torah.

ו כל הארצות שכובשין ישראל במלך על פי בית דין - הרי זה כבוש רבים, והרי היא כארץ ישראל שכבש יהושע לכל דבר. והוא שכבשו אחר כבוש כל ארץ ישראל האמורה בתורה.

7 It is permitted to dwell [anywhere] in the entire world with the exception of the land of Egypt. [Its territory includes a square of] 400 *parsah*[14] by 400 *parsah* from the Mediterranean Sea proceeding westward, bordering on the land of Kush[15] and the desert.[16] It is forbidden to dwell in this entire territory.

ז ומתר לשכן בכל העולם, חוץ מארץ מצרים. מן הים הגדול ועד המערב, ארבע מאות פרסה על ארבע מאות פרסה, כנגד ארץ כוש וכנגד המדבר - הכל אסור להתישב בה.

13 In *Sefer HaMitzvot* (*ibid.*), the Rambam explains that these nations were to be destroyed because they were "the essence of idol-worship." Otherwise, God feared that Israel would learn from their behavior. As related frequently in the Book of Judges, Israel's hesitation in fulfilling this command showed how well-founded these fears were.

14 A *parsah* is a Persian measure of distance (parsang) approximately 4 kilometers in modern measure.

15 Modern day Ethiopia, according to most commentaries. Similarly, Ezekiel 29:10 places Kush as Egypt's southern border.

16 The Sahara. Its eastern border is the lake of Alexandria (*Sefer HaMitzvot*, negative commandment 46).

In three places, the Torah warned against returning to Egypt: a) "God has told you, you must never again return on that path" (Deuteronomy 17:16); b) "You shall not see it again" (Deuteronomy 28:68); c) "You shall never see them again forever" (Exodus 14:13). Alexandria is included in this prohibition.

בשלושה מקומות הזהירה תורה שלא לשוב למצרים - "לא תספון לשוב בדרך הזה עוד" (דברים יז, טז), "לא תסיף עוד לראתה" (דברים כח, סח), "לא תספו לראתם עוד עד עולם" (שמות יד, יג). ואלכסנדריא בכלל האסור.

8 It is permitted to return to Egypt for the purpose of trade and commerce and to [pass through] while conquering other nations. The prohibition consists of settling there.[17] Lashes are not given [as punishment for the violation] of this prohibition because at the time one enters, there is no prohibition. Should he decide to settle there, there is no deed involved. It appears to me that if a king of Israel would conquer the land of Egypt with the approval of the court, it would be permissible to settle there. The prohibition against returning was only given to individuals or to dwell there while it is under the rule of the gentiles for their behavior is more depraved than that of [the peoples of] other lands as [can be inferred from Leviticus 18:3]: "[Do not follow] the ways of Egypt...."

ח מתר לחזר לארץ מצרים לסחורה ולפרקמטיא ולכבש ארצות אחרות, ואין אסור אלא להשתקע שם. ואין לוקין על לאו זה - שבעת הכניסה מתר הוא; ואם יחשב לישב ולהשתקע שם, אין בו מעשה. ויראה לי שאם כבש מלך ישראל ארץ מצרים על פי בית דין, שהיא מתרת; ולא הזהירה תורה אלא לשוב לה יחידים, או לשכן בה והיא ביד נכרים, מפני שמעשיה מקלקלין יותר מכל הארצות, שנאמר "כמעשה ארץ מצרים..." (ויקרא יח, ג).

17 The *Hagahot Maimoniot* notes that throughout the ages, Jews have settled in Egypt. Frequently, the Egyptian Jewish community was large, wealthy, and influential. Even the Rambam himself lived there.

The Radbaz offers a number of explanations for this phenomenon. Firstly, he mentions the opinion of the *Yereim* (309), although he rejects it as insufficient, that the prohibition consists of "returning on this way," i.e. from *Eretz Yisrael* to Egypt. Secondly, he mentions that most of the people who settled in Egypt did not originally come for the purpose of settling there. Rather, they came to engage in trade, but economic and social pressures elsewhere caused them to make their stay permanent. Hence, their initial entry was not forbidden. In regard to the continuance of their stay, it is possible that their Torah authorities had a more lenient view than the Rambam. In regard to the Rambam himself, the Radbaz explain that he was forced to stay in Egypt by the Sultan who appointed him as his personal physician and would not let him leave.

In the same statement, the Radbaz explains that he personally lived in Egypt for many years. He originally came for the purpose of studying Torah. He stayed to teach others and ultimately, made *aliyah* to Jerusalem.

The Kabbalistic Sage, Rabbi Isaac Luria, who also lived in Egypt, explains the concept from a mystical perspective (*Pri Etz Chayim*, Section 8, Chapter 3). Every aspect of creation possesses a Godly spark which gives it life and maintains its existence. However, the material nature of the world conceals this inner Godliness and prevents its expression. The purpose of a Jew's life is to elevate and refine the environment in which he lives, revealing the Godliness concealed in the world's physical substance. When the Jews left Egypt after the years of bondage, they took with it all her material wealth, leaving it "as a granary without wheat, a net without fish" (*Berachot* 9b). Together with the country's material assets, they also removed her spiritual possessions, the Godly sparks allotted to that land. A Jew was forbidden to go back to Egypt because there was nothing for him to do there. All the Godliness had already been elevated. However, with the passage of centuries, people came to Egypt from other lands, bringing with them Godly sparks from their native countries. Accordingly, there was a need for Jews to elevate these Godly sparks and hence, the Egyptian Jewish community was renewed.

9 It is forbidden to leave *Eretz Yisrael* for the Diaspora at all times except: to study Torah; to marry; or to save [one's property] from the gentiles. [After accomplishing these objectives,] one must return to *Eretz Yisrael*. Similarly, one may leave *Eretz Yisrael* to conduct commercial enterprises. However, it is forbidden [to leave with the intent] of settling permanently in the Diaspora unless the famine in [*Eretz Yisrael*] is so severe that a dinar's worth of wheat is sold at two *dinarim*.[18]

ט אסור לצאת מארץ ישראל לחוצה לארץ לעולם - אלא ללמד תורה, או לשא אשה, או להציל מיד העובדי כוכבים, ויחזר לארץ. וכן יוצא הוא לסחורה. אבל לשכן בחוצה לארץ - אסור, אלא אם כן חזק שם הרעב עד שנעשה שוה דינר חטין בשני דינרין.

When do these conditions apply? When one possesses financial resources and food is expensive. However, if food is inexpensive, but a person cannot find financial resources or employment and has no money available, he may leave and go to any place where he can find relief. Though it is permitted to leave [*Eretz Yisrael* under these circumstances], it is not pious behavior. Behold, Machlon and Kilyon[19] were two of the great men of the generation and they left [*Eretz Yisrael*] only out of great distress. Nevertheless, they were found worthy of death by God.[20]

במה דברים אמורים? כשהיו המעות מצויות והפרות ביקר. אבל אם היו הפרות בזול, ולא ימצא מעות ולא במה ישתכר, ואבדה פרוטה מן הכיס - יצא לכל מקום שימצא בו רוח. ואף על פי שמתר לצאת, אינה מדת חסידות, שהרי מחלון וכליון שני גדולי הדור היו, ומפני צרה גדולה יצאו, ונתחיבו כליה למקום.

10 Great sages would kiss the borders of *Eretz Yisrael*, kiss its stones, and roll in its dust. Similarly, [Psalms 102:15] declares: "Behold, your servants' hold her stones dear and cherish her dust."

י גדולי החכמים היו מנשקין על תחומי ארץ ישראל, ומנשקין אבניה ומתגלגלין על עפרה. וכן הוא אומר "כי רצו עבדיך את אבניה ואת עפרה יחננו" (תהלים קב, טו).

11 The Sages commented: "Whoever dwells in *Eretz Yisrael* will have his sins forgiven as [Isaiah 33:24] states: "The inhabitant shall not say 'I am sick.' The people who dwell there shall be forgiven their sins." Even one who walks four cubits there will merit the world to come.

יא אמרו חכמים: כל השוכן בארץ ישראל - עונותיו מחולין, שנאמר "ובל יאמר שכן חליתי, העם הישב בה נשא עון" (ישעיהו לג, כד). אפלו הלך בה ארבע אמות, זוכה לחיי העולם הבא.

18 When inflation has reached the point that basic living necessities are being sold at double their normal price, one can permanently leave *Eretz Yisrael*. It can possibly be inferred that one may leave temporarily under less severe conditions.

19 The husband and brother-in-law of Ruth.

20 Though they left in a year of severe famine (Ruth 1:1), they were punished by death for abandoning *Eretz Yisrael*. The Alshich explains that they were punished because they were the only family that left. Though the rest of Israel also suffered severely from the famine, none considered leaving *Eretz Yisrael*.

And one who is buried there receives atonement as if the place in which he is [buried] is an altar of atonement as [Deuteronomy 32:43] states: "His land will atone for His people." [In contrast, the prophet, Amos [7:17], used the expression] "You shall die in an impure land" [as] a prophecy of retribution. There is no comparison between [the merit of] a person who lives in *Eretz Yisrael* [and ultimately, is buried there] and one [whose body is] brought there after his death. Nevertheless, great Sages would bring their dead there. Take an example, from our Patriarch, Jacob,[21] and Joseph, the righteous.[22]

וכל הקבור בה, נתכפר לו, וכאלו המקום שהוא בו מזבח כפרה, שנאמר "וכפר אדמתו עמו" (דברים לב, מג). ובפרענות הוא אומר "על אדמה טמאה תמות" (עמוס ז, יז). ואינו דומה קולטתו מחיים לקולטתו לאחר מיתה. ואף על פי כן גדולי החכמים היו מוליכין את מתיהן לשם. צא ולמד מיעקב אבינו ויוסף הצדיק.

12 At all times,[23] a person should dwell in *Eretz Yisrael* even in a city whose population is primarily gentile, rather than dwell in the Diaspora, even in a city whose population is primarily Jewish. [This applies] because whoever leaves [*Eretz Yisrael*] for the Diaspora is [considered as] if he worships idols as [I Samuel 26:19] states "They have driven me out today from dwelling in the heritage of God, saying 'Go, serve other gods.'"[24] Similarly, [Ezekiel's 13:9 prophecies of] retribution state: "They shall not come to the land of Israel."[25]

יב לעולם ידור אדם בארץ ישראל, אפלו בעיר שרבה עובדי כוכבים, ואל ידור בחוצה לארץ, ואפלו בעיר שרבה ישראל; שכל היוצא לחוצה לארץ, כאלו עובד עבודה זרה, שנאמר "כי גרשוני היום מהסתפח בנחלת ה' לאמר לך עבד אלהים אחרים" (שמואל א כו, יט). ובפרענות הוא אומר "ואל אדמת ישראל לא יבאו" (יחזקאל יג, ט).

Just as it is forbidden to leave the [chosen] land for the Diaspora, it is also forbidden to leave Babylon for other lands as [Jeremiah 27:22] states: "They shall be brought to Babylon and there they shall be [until I take heed of them... and restore them to this place.]"

כשם שאסור לצאת מהארץ לחוצה לארץ - כך אסור לצאת מבבל לשאר ארצות, שנאמר "בבלה יובאו ושמה יהיו" (ירמיהו כז, כב).

21 Who commanded Joseph to bury him in *Eretz Yisrael* (Genesis 47:30).

22 Who made the Jews swear to take his coffin with them from Egypt to *Eretz Yisrael* when they would be redeemed (Genesis 50,25).

23 Certain authorities maintain that living in *Eretz Yisrael* is only significant when the Temple is standing. *Tosafot*, *Ketubot* 110b explains that at present, when we are unsure of how to fulfill many of the agricultural laws of *Eretz Yisrael*, there is no obligation to live there. With the expression, "at all times," the Rambam negates both these views.

24 These statements were made by David to King Saul. He asked the king if his decision to pursue him was inspired by God or if men had urged him to that step. He continued: If they be men: "Cursed be they..., because they have driven me out..." The commentaries declare: Saul's advisors would never have thought of having David worship idols. However, his forced departure from *Eretz Yisrael* could be equated to that sin.

25 Ezekiel prophesied against the false prophets who consoled Israel with vain visions of grandeur rather than warn them to repent and return to God. Among his curses was: "They shall not come...." When Rav Eliezar made *aliyah*, he offered thanks to God for preventing this curse from befalling him (*Ketubot* 112a).

**Wednesday, September 20** יום רביעי, כ"ט אלול

# Chapter six

פרק ו

1 War, neither a *milchemet hareshut* or a *milchemet mitzvah*, should not be waged against anyone until they are offered the opportunity of peace as [Deuteronomy 20:10] states: "When you approach a city to wage war against it, you should propose a peaceful settlement." If [the enemy] accepts the offer of peace and commits itself to the fulfillment of the seven mitzvot that were commanded to Noah's descendants, none of them should be killed. Rather, they should be subjugated as [*ibid.*:11] states: "They shall be your subjects and serve you."

א אין עושין מלחמה עם אדם בעולם עד שקוראין לו לשלום - אחד מלחמת הרשות, ואחד מלחמת מצוה, שנאמר "כי תקרב אל עיר להלחם עליה וקראת אליה לשלום" (דברים כ, י). אם השלימו וקבלו שבע מצות שנצטוו בני נח עליהן - אין הורגין מהן נשמה, והרי הן למס, שנאמר "יהיו לך למס ועבדוך" (דברים כ, יא).

If they agree to tribute, but do not accept subjugation or if they accept subjugation, but do not agree to tribute, their offer should not be heeded. [They must] accept both. The subjugation they must accept consists of being on a lower level, scorned and humble. They must never raise their heads against Israel, but must remain subjugated under their [rule.] They may never be appointed over a Jew in any matter whatsoever.

קבלו עליהן המס ולא קבלו העבדות, או שקבלו העבדות ולא קבלו המס - אין שומעין להם, עד שיקבלו שניהם. והעבדות שיקבלו הוא, שיהיו נבזים ושפלים למטה, ולא ירימו ראש בישראל, אלא יהיו כבושים תחת ידם; ולא יתמנו על ישראל לשום דבר בעולם.

The tribute they must accept consists of being prepared to support the king's service with their money and with their persons; for example, the building of walls, strengthening the fortresses, building the king's palace, and the like as [I Kings 9:15-22] relates: "This is the tribute which Solomon raised to build the House of God, his own palace, the Milo, the wall of Jerusalem,... and all the store-cities which Solomon had.... All the people that remained from the Amorites... upon them did Solomon lay a tribute of bond-service until this day." In contrast, Solomon did not make bondsmen out of the children of Israel. They were men of war, his [personal] servants, his princes, his captains, the officers of his chariots, and his horsemen.

והמס שיקבלו - הוא שיהיו מוכנים לעבודת המלך בגופם וממונם, כגון בנין החומות וחזוק המצודות ובנין ארמון המלך וכיוצא בו, שנאמר "וזה דבר המס אשר העלה המלך שלמה לבנות את בית ה' ואת ביתו ואת המלוא ואת חומת ירושלם... ואת כל ערי המסכנות אשר היו לשלמה... ויעלם שלמה למס עבד עד היום הזה. ומבני ישראל לא נתן שלמה עבד כי הם אנשי המלחמה ועבדיו ושריו ושלישיו ושרי רכבו ופרשיו" (מלכים א ט, טו-כב).

## Chapter eight

1 When the army's troops enter the territory of idolaters, conquering them and taking them captive, they are permitted to eat meat from animals that died without being ritually slaughtered or which were forbidden [...]

61

[A number of laws are derived from the exegesis of the verse from Deuteronomy quoted above:] "And you desire" - even though she is not beautiful. "Her" - and not another. He may not engage in sexual relations with two [women]. "You may take her as a wife" - He may not take two [women as captives with the intention of] engaging in relations with one and saving the other for his father or brother. What is the source which teaches that he may not pressure her in the midst of the war? [Deuteronomy 21:12] states: "You shall bring her into the midst of your home..." Thus, he must bring her into an vacant place and then, engage in relations with her.

"וְחָשַׁקְתָּ" (דברים כא, יא) - אַף עַל פִּי שֶׁאֵינָהּ יָפָה. "בָּהּ" - וְלֹא בַּחֲבֶרְתָּהּ, שֶׁלֹּא יִבְעֹל שְׁתַּיִם. "וְלָקַחְתָּ לְךָ לְאִשָּׁה" (שם) - שֶׁלֹּא יִקַּח שְׁתַּיִם וְיִבְעַל אַחַת, וְיַנִּיחַ אַחַת לְאָבִיו אוֹ לְאָחִיו. וּמִנַּיִן שֶׁלֹּא יִלְחָצֶנָּה בַּמִּלְחָמָה? שֶׁנֶּאֱמַר "וַהֲבֵאתָהּ" (דברים כא, יב) - יַכְנִיסֶנָּה לְמָקוֹם פָּנוּי וְאַחַר כָּךְ יִבְעֹל.

4 A priest is [also] allowed relations with a *yefat toar* initially. For the Torah [only permitted relations as a concession] to [man's] natural inclination. However, he is not permitted to marry her afterwards, for she is a convert.[66]

ד הַכֹּהֵן מֻתָּר בִּיפַת תֹּאַר בְּבִיאָה רִאשׁוֹנָה, שֶׁלֹּא דִבְּרָה תוֹרָה אֶלָּא כְּנֶגֶד הַיֵּצֶר; אֲבָל אֵינוֹ יָכוֹל לִשָּׂא אוֹתָהּ אַחַר כָּךְ, לְפִי שֶׁהִיא גִּיֹּרֶת.

5 What is the procedure which a Jew must follow regarding a *yefat toar* after he had relations with her once while she is still a gentile? If she desires to enter under the wings of the *Shechinah*, he may have her immersed [in a *mikveh*] for the purpose of conversion immediately. If she does not accept [the Jewish faith], she should dwell in his house for thirty days, as [*ibid.* 21:13] states: "She shall mourn her father and mother for thirty days." Similarly, she should mourn [the abandonment of] her faith. [Her captor] should not prevent her [from crying.]

ה וְכֵיצַד דִּין יִשְׂרָאֵל בִּיפַת תֹּאַר אַחַר שֶׁיִּבְעָלֶנָּה בִּיאָה רִאשׁוֹנָה וְהִיא בְּגֵיוּתָהּ? אִם קִבְּלָה עָלֶיהָ לְהִכָּנֵס תַּחַת כַּנְפֵי הַשְּׁכִינָה - מַטְבִּילָהּ לְשֵׁם גֵּרוּת מִיָּד. וְאִם לֹא קִבְּלָה - תֵּשֵׁב בְּבֵיתוֹ שְׁלֹשִׁים יוֹם, שֶׁנֶּאֱמַר "וּבָכְתָה אֶת אָבִיהָ וְאֶת אִמָּהּ יֶרַח יָמִים" (דברים כא, יג). וְכֵן בּוֹכָה עַל דָּתָהּ; וְאֵינוֹ מוֹנְעָהּ.

She must let her nails grow and shave her head so that she will not appear attractive to him. She must be together with him at home. Thus, when he enters, he sees her; when he leaves, he sees her, so that he becomes disgusted with her. He must be patient with her so that she will accept [the Jewish faith]. If she accepts [Judaism] and he desires her, she may convert and immerse herself [in the *mikveh* for that purpose,] like other converts.

וּמְגַדֶּלֶת אֶת צִפָּרְנֶיהָ וּמְגַלַּחַת אֶת רֹאשָׁהּ, כְּדֵי שֶׁתִּתְגַּנֶּה בְּעֵינָיו. וְתִהְיֶה עִמּוֹ בַּבַּיִת. נִכְנָס וְרוֹאֶה אוֹתָהּ, יוֹצֵא וְרוֹאֶה אוֹתָהּ, כְּדֵי שֶׁיָּקוּץ בָּהּ. וּמְגַלְגֵּל עִמָּהּ כָּל שְׁלֹשִׁים יוֹם כְּדֵי שֶׁתְּקַבֵּל. אִם קִבְּלָה וְרָצָה בָּהּ - הֲרֵי זוֹ מִתְגַּיֶּרֶת וְטוֹבֶלֶת כְּכָל הַגֵּרִים.

66 As mentioned in *Hilchot Issurei Biah* 18:3, a priest may not marry a convert

6 [A captor] must wait three months [before marrying his captive]: the month of mourning and two months following it.[67] When he marries her, [he must give her] *kiddushin* and a *ketubah*. If he does not desire her, he must set her free. If he sells her, he violates a negative commandment, as [Deuteronomy 21:14] states: "You may not sell her for money." Should [a captor] sell [his captive], the sale is invalidated and he must return the money. Similarly, if after having relations with her, he forces her to become a servant, he violates a negative commandment from the time he makes use of her as [*ibid.*] states: *lo titamir boh*. [That phrase means] "he should not make use of her.".

צְרִיכָה לְהַמְתִּין שְׁלֹשָׁה חֳדָשִׁים: שׁ שֶׁל בְּכִיָּה, וּשְׁנֵי חֳדָשִׁים אַחֲרָיו. שָׂא אוֹתָהּ בִּכְתֻבָּה וְקִדּוּשִׁין. וְאִם חָפֵץ בָּהּ, מְשַׁלְּחָהּ לְנַפְשָׁהּ. וְאִם ר אוֹתָהּ - עוֹבֵר בְּלֹא תַעֲשֶׂה, אֱמַר "וּמָכֹר לֹא תִמְכְּרֶנָּה בַּכָּסֶף תִתְעַמֵּר בָּהּ תַּחַת אֲשֶׁר עִנִּיתָהּ" :רִים כא, יד); וְאִם מְכָרָהּ - אֵינָהּ וּרָה, וּמַחֲזִיר הַדָּמִים. וְכֵן אִם שׁ אוֹתָהּ אַחַר שֶׁנִּבְעֲלָה, לְשֵׁם זְחָה - מִשֶּׁיִּשְׁתַּמֵּשׁ בָּהּ, עוֹבֵר א תַעֲשֶׂה, שֶׁנֶּאֱמַר "לֹא תִתְעַמֵּר ", שֶׁלֹּא יִשְׁתַּמֵּשׁ בָּהּ.

7 Her captor must be patient with her for twelve months if she refuses to convert. If she [still] refuses [after this interval has passed], she must agree to accept the seven universal laws commanded to Noah's descendants and then, she is set free. Her status is the same as all other resident aliens.[68] [Her captor] may not marry her, for it is forbidden to marry a woman who has not converted.

לֹא רָצְתָה לְהִתְגַּיֵּר, מְגַלְגְּלִין עִמָּהּ שָׁנִים עָשָׂר חֹדֶשׁ. לֹא רָצְתָה - קַבָּלַת שֶׁבַע מִצְוֹת שֶׁנִּצְטַוּוּ בְּנֵי , וּמְשַׁלְּחָהּ לְנַפְשָׁהּ, וַהֲרֵי הִיא ל הַגֵּרִים הַתּוֹשָׁבִים. וְאֵינוֹ נוֹשֵׂא תָהּ, שֶׁאָסוּר לִשָּׂא אִשָּׁה שֶׁלֹּא גִּיֹּרֶת.

8 If she conceives after the initial relations [with her captor], the child has the status of a convert.[69] In no regard is he considered as [the captor's] son, for his mother is a gentile. Rather, the court immerses him [in the *mikveh*] and takes responsibility for him.

נִתְעַבְּרָה מִבִּיאָה רִאשׁוֹנָה - י הַוָּלָד גֵּר, וְאֵינוֹ בְּנוֹ לְדָבָר מִן בָרִים, מִפְּנֵי שֶׁהוּא מִן הַגּוֹיָה; 'א שֶׁבֵּית דִּין מַטְבִּילִין אוֹתוֹ עַל תָם.

67 This three month waiting period is not instituted because of the particular circumstances associated with a ye tohr, but rather, is a condition imposed on every woman who converts to Judaism. It would take three months a woman to realize whether she was pregnant. Thus, the Sages instituted this waiting period in order to determ the pedigree of lineage of any children born to female converts. *Hilchot Gerushin* 11:21 relates that even if a gen couple convert together, they are forced to separate for three months to differentiate between children conceiv before their entry into Judaism and those conceived afterwards. Similarly, in this instance, the captive woman m wait three months to determine when a child born to her was conceived.

68 The latter term is a translation of the Hebrew, *ger toshav*. As explained in Halachah 10, it refers to a gentile w accepts upon himself the observance of the seven mitzvot. The term is appropriate for such a gentile is entitled settle in *Eretz Yisrael*. For when the Jews have undisputed rule over the land, they are forbidden to allow a gen who has not accepted the seven mitzvot to dwell there for one moment.

69 The child only receives the status of a convert after he undergoes the conversion process. Before then, he is a gen as any child born from relations between a Jew and a gentile woman.

Tamar was [conceived] from [King David's] initial relations with a *yefat toar*,[70] but Avshalom was conceived after marriage. Thus, Tamar was [only] Avshalom's maternal sister and thus, would have been permitted to Amnon.[71] This can be inferred from the statement [II Samuel 13:13]: "Speak to the king, for he will not withhold me from you."

וְתָמָר מִבִּיאָה רִאשׁוֹנָה שֶׁל יְפַת תֹּאַר הָיְתָה; אֲבָל אַבְשָׁלוֹם נוֹלַד מֵאַחַר הַנִּשּׂוּאִין. נִמְצֵאת תָּמָר אֲחוֹת אַבְשָׁלוֹם מֵאִמּוֹ, וּמֻתֶּרֶת לְהִנָּשֵׂא לְאַמְנוֹן. וְכֵן הוּא אוֹמֵר "דַּבֶּר נָא אֶל הַמֶּלֶךְ כִּי לֹא יִמְנָעֵנִי מִמֶּךָּ" (שמואל ב יג, יג).

9 A *yefat toar* who does not desire to abandon idol worship after twelve months should be executed.[72] Similarly, a treaty cannot be made with a city which [desires to] accept a peaceful settlement until they deny idol worship, destroy their places of worship, and accept the seven universal laws commanded Noah's descendants. For every gentile who does not accept these commandments must be executed if he is under our [undisputed] authority.

ט יְפַת תֹּאַר שֶׁלֹּא רָצְתָה לְהַנִּיחַ עֲבוֹדָה זָרָה לְאַחַר הַשְּׁנֵים עָשָׂר חֹדֶשׁ, הוֹרְגִין אוֹתָהּ. וְכֵן עִיר שֶׁהִשְׁלִימָה - אֵין כּוֹרְתִין לָהֶן בְּרִית, עַד שֶׁיִּכְפְּרוּ בַּעֲבוֹדָה זָרָה וִיאַבְּדוּ כָּל מְקוֹמוֹתֶיהָ וִיקַבְּלוּ שְׁאָר הַמִּצְוֹת שֶׁנִּצְטַוּוּ בְּנֵי נֹחַ, שֶׁכָּל גּוֹי שֶׁלֹּא קִבֵּל מִצְוֹת שֶׁנִּצְטַוּוּ בְּנֵי נֹחַ - הוֹרְגִין אוֹתוֹ אִם יֶשְׁנוֹ תַּחַת יָדֵינוּ.

10 Moses only gave the Torah and mitzvot as an inheritance to Israel, as [Deuteronomy 33:4] states: "[The Torah...] is the inheritance of the congregation of Jacob," and to all those who desire to convert from among the other nations, as [Numbers 15:15] states "The convert shall be the same as you." However, someone who does not desire to accept Torah and mitzvot, should not be forced to. By the same regard, Moses was commanded by the Almighty to compel all the inhabitants of the world to accept the commandments given to Noah's descendants.[73]

י מֹשֶׁה רַבֵּנוּ לֹא הִנְחִיל הַתּוֹרָה וְהַמִּצְוֹת אֶלָּא לְיִשְׂרָאֵל, שֶׁנֶּאֱמַר "מוֹרָשָׁה קְהִלַּת יַעֲקֹב" (דברים לג, ד), וּלְכָל הָרוֹצֶה לְהִתְגַּיֵּר מִשְּׁאָר הָאֻמּוֹת, שֶׁנֶּאֱמַר "כָּכֶם כַּגֵּר" (במדבר טו, טו). אֲבָל מִי שֶׁלֹּא רָצָה, אֵין כּוֹפִין אוֹתוֹ לְקַבֵּל תּוֹרָה וּמִצְוֹת. וְכֵן צִוָּה מֹשֶׁה רַבֵּנוּ מִפִּי הַגְּבוּרָה לָכֹף אֶת כָּל הָעוֹלָם לְקַבֵּל כָּל מִצְוֹת שֶׁנִּצְטַוּוּ נֹחַ.

70 While David ruled as King of Judah in Hebron, he conquered Talmai, king of Geshur, and took his daughter, Ma'aka, as a *yefat toar* (See commentaries, II Samuel 3:3). Ma'aka conceived from those relations and bore a daughter, Tamar. Tamar was extremely beautiful and Amnon, David's eldest son fell in love with her. He literally fell sick with love. His friends noticed him wasting away and helped him contrive a scheme to rape her.

Amnon feigned to be seriously ill and when David came to visit him, he requested that his father have Tamar prepare food for him. Unaware of Amnon's intent, David consented and sent his daughter to him. When she came, Amnon ordered all his servants to leave and took hold of the girl. She protested, begging him to marry her: "Speak to the king, for he will not withhold me from you." Amnon refused, wanting to only to fulfill his desires. After consummating his passion, Amnon became obsessed with hate for Tamar. His despise for her exceeded his previous attraction. He sent her away rudely and paid no further attention to her. Avshalom, Tamar's brother, was enraged at the episode. He bided his time and when he had an opportunity, slew Amnon in revenge (II Samuel, Chapter 13).

71 For there was no relation between them.

72 Regarding the captive woman's release, Deuteronomy 21:14 states: *vishilachta linafsha* which literally meaning: "You shall send her to herself." On this phrase, the Midrash HaGadol comments, "Send her to herself, but not to her gods."

If one does not accept these commands, he should be executed. A person who [formally] accepts these [commands] is called a resident alien. [This applies] in any place. This acceptance must be made in the presence of three Torah scholars. Anyone who agrees to circumcise himself and [allows] twelve months to pass without circumcising himself is considered as one of the nations.

מִי שֶׁלֹּא יְקַבֵּל, יֵהָרֵג. וְהַמְקַבֵּל ם - הוּא הַנִּקְרָא 'גֵּר תּוֹשָׁב' מָקוֹם; וְצָרִיךְ לְקַבֵּל עָלָיו בִּפְנֵי שֶׁת חֲבֵרִים. וְכָל הַמְקַבֵּל עָלָיו ל, וְעָבְרוּ עָלָיו שְׁנֵים עָשָׂר חֹדֶשׁ מָל - הֲרֵי זֶה כְּמִין הָאֻמּוֹת.

11 Anyone who accepts upon himself the fulfillment of these seven mitzvot and is precise in their observance is considered one of "the pious among the gentiles" and will merit a share in the world to come. This applies only when he accepts them and fulfills them because the Holy One, blessed be He, commanded them in the Torah and informed us through Moses, our teacher, that Noah's descendants had been commanded to fulfill them previously. However, if he fulfills them out of intellectual conviction, he is not a resident alien, nor of "the pious among the gentiles," nor of their wise men.[74]

כָּל הַמְקַבֵּל שֶׁבַע מִצְוֹת וְנִזְהָר זוֹתָן - הֲרֵי זֶה מֵחֲסִידֵי אֻמּוֹת לָם, וְיֵשׁ לוֹ חֵלֶק לָעוֹלָם הַבָּא. ג, שֶׁיְּקַבֵּל אוֹתָן וְיַעֲשֶׂה אוֹתָן י שֶׁצִּוָּה בָהֶן הַקָּדוֹשׁ בָּרוּךְ הוּא רָה, וְהוֹדִיעָנוּ עַל יְדֵי מֹשֶׁה רַבֵּנוּ, י נֹחַ מִקֹּדֶם נִצְטַוּוּ בָהֶן. אֲבָל אִם ן מִפְּנֵי הֶכְרֵעַ הַדַּעַת - אֵין זֶה גֵּר יב, וְאֵינוֹ מֵחֲסִידֵי אֻמּוֹת הָעוֹלָם (אֶלָּא) מֵחַכְמֵיהֶם.

73 This obligation is dependent upon every individual in every era. The *Tosafot Yom Tov* (*Avot* 3:14) relates: A Rambam writes, we were commanded by Moses [to compel the gentiles to accept the seven commands]. I applies to compulsion at the point of the sword, with threats of execution.... it surely applies regarding compu through persuasion, to lead their hearts to the will of their Creator."

The Jews must serve as "a light unto the nations" (Isaiah 42:6) teaching them the seven mitzvot and instru them in proper behavior (See the commentary of the Radak on the above verse). Similarly, the *Chatam* (*Choshen Mishpat*, Responsum #5) writes that it is a mitzvah to guide the gentiles in the service of God.

This particularly applies in the present age, when there is far greater communication between Jews and ge than ever before. The Jews should take advantage of this phenomenon. Rather than be influenced by the ger they should utilize this freedom of communication to convince the gentiles to accept their seven mitzvot. this halachah, the Rambam begins a different section of *Hilchot Melachim*. These two halachot, and, similarl following two chapters, deal with the seven mitzvot the gentiles are obligated to perform. Afterwards, the fina chapters deal with the coming of Mashiach.

An important principle is implied by this sequence. Jewish thought relates that God rewards our behavior "me for measure." One of the fundamental achievements of Mashiach will be the refinement of the gentile natior the prophet Tzephaniah 3:9 declares: "I will transform the peoples to a purer language that they all will call upo name of God and serve Him with one purpose" (see Halachah 11:4). As a preparatory step to merit these rew we must involve ourselves in the refinement of the gentiles by motivating their acceptance of the seven mitzv

74 The Yemenite manuscripts of the Mishneh Torah substitute "but rather, of their wise men" for this phrase difference between these two texts revolves around the extent in which a gentile is required to perceive his r creation. According to the Yemenite texts, a wise man can perceive how the fulfillment of the seven mitzvo lead to a stable society. Hence, he will commit himself to their fulfillment. However, it is piety, not wisdom, v will motivate an individual to carry them out for the sake of God and Torah. According to the standard publ text, the gentiles themselves must realize that their existence is only "for the sake of Israel and for the sake of T Anyone who does not understand that concept has not reached complete wisdom.

Shabbos, September 23 — שבת קודש, ג׳ תשרי

## Chapter nine

פרק ט

Six precepts were commanded to Adam: a) [the prohibition against] worship of false gods; b) [the prohibition against] cursing God; c) [the prohibition against] murder; d) [the prohibition against] incest and adultery; e) [the prohibition against] theft; f) [the command to establish] laws and courts of justice. Even though we have received all of these commands from Moses and, [furthermore, they are concepts] which intellect itself tends to accept], it appears from the Torah's words that [Adam] was commanded concerning them.

א על ששה דברים נצטוה אדם הראשון: על עבודה זרה, ועל ברכת השם, ועל שפיכות דמים, ועל גלוי עריות, ועל הגזל, ועל הדינים. אף על פי שכלן קבלה הן בידינו ממשה רבנו, והדעת נוטה להן - מכלל דברי התורה יראה, שעל אלו נצטוה.

[The prohibition against eating] flesh from a living animal was added for Noah, as [Genesis 9:4] states: "Nevertheless, you may not eat flesh with its life, which is its blood." Thus there are seven mitzvot.

הוסיף לנח אבר מן החי, שנאמר "אך בשר בנפשו דמו לא תאכלו" (בראשית ט, ד); נמצאו שבע מצות.

These matters remained the same throughout the world until Abraham. When Abraham arose, in addition to these, he was commanded regarding circumcision. He also [ordained] the morning prayers. Isaac separated tithes and ordained an additional prayer service before sunset. Jacob added [the prohibition against eating] the sciatic nerve. He also ordained the evening prayers. In Egypt, Amram was commanded regarding other mitzvot. Ultimately, Moses came and the Torah was completed by him.

וכן היה הדבר בכל העולם עד אברהם. בא אברהם ונצטוה יתר על אלו במילה, והוא התפלל שחרית, ויצחק הפריש מעשר והוסיף תפלה אחרת לפנות היום, ויעקב הוסיף גיד הנשה, והתפלל ערבית. ובמצרים נצטוה עמרם במצות יתרות, עד שבא משה רבנו ונשלמה תורה על ידו.

2 A gentile who worships false gods is liable provided he worships them in an accepted manner.[75]

ב בן נח שעבד עבודה זרה - הרי זה חיב, והוא, שיעבד כדרכה.

A gentile is executed for every type of foreign worship which a Jewish court would consider worthy of capital punishment.[76]

וכל עבודה זרה שבית דין של ישראל ממיתין עליה, בן נח נהרג עליה.

75 Every false god has an accepted manner in which its adherents serve it. The idol worshippers established many [different] services for each particular idol and image. The service of one does not resemble the service of another (*Hilchot Avodat Kochavim* 3:2). A person does not incur the death penalty unless he worships a false god in its appropriate manner.

76 In addition to the sin of serving an idol in its appropriate manner, the death penalty is also given for bowing to

How does one give thanks and what blessing should one recite? One should stand in the midst of the [abovementioned] company and say: "Blessed are You, God, our Lord, King of the universe, Who bestows benefits upon the culpable, Who has bestowed all goodness upon me."[35]

כיצד מודה וכיצד מברך? עומד בינהן ומברך "ברוך אתה ה' אלהינו מלך העולם הגומל לחיבים טובות שגמלני כל טוב".

Those who hear should respond: "May He Who granted you beneficence continue to bestow good upon you forever."

כל השומעין אומרים: "שגמלך כל טוב - הוא יגמלך סלה".

9 A person who sees a place where miracles were wrought for the Jewish people - for example, the Red Sea or the crossings of the Jordan - should recite the blessing: "Blessed are You, God, our Lord, King of the universe, Who wrought miracles for our ancestors in this place." This blessing is recited wherever miracles were performed for many people.

ט הרואה מקום שנעשו נסים לישראל, כגון ים סוף ומעברות הירדן, אומר "ברוך אתה ה' אלהינו מלך העולם שעשה נסים לאבותינו במקום הזה". וכן כל מקום שנעשו בו נסים לרבים.

In contrast, in a place where a miracle was performed for an individual, that individual, his son, and his grandson should recite the blessing: "Blessed are You, God, our Lord, King of the universe, Who wrought a miracle for me in this place," or "...Who wrought a miracle for my ancestors in this place."

אבל מקום שנעשה בו נס ליחיד - אותו היחיד ובנו ובן בנו מברך "ברוך אתה ה' אלהינו מלך העולם שעשה לי נס במקום הזה" או "שעשה נס לאבותי במקום הזה".

A person who sees the den of lions [into which Daniel was thrown][36] or the fiery furnace into which Chananiah, Mishael, and Azariah were thrown should recite the blessing: "Blessed are You, God, our Lord, King of the universe, Who wrought miracles for the righteous in this place."

הרואה גוב אריות וכבשן האש שהשלך בו חנניה מישאל ועזריה, מברך "ברוך אתה ה' אלהינו מלך העולם שעשה נס לצדיקים במקום הזה".

A person who sees a place in which false gods are worshiped should recite the blessing: "Blessed are You, God, our Lord, King of the universe, Who grants patience to those who transgress His will."[37]

הרואה מקום שעובדין בו עבודה זרה, מברך "ברוך אתה ה' אלהינו מלך העולם שנתן ארך אפים לעוברי רצונו".

35 I.e., the person acknowledges that he is not worthy of God's kindness and expresses his thanks for God's generosity and beneficence.

36 Although the miracle involved only a single individual, since God's name was sanctified through it, every Jew should recite this blessing. The story of Daniel's salvation is related in Daniel, Chapter 6.

37 This blessing praises God for His patience in allowing the worship of false gods to continue, despite the fact that it is against His will. The Rama (*Orach Chayim* 224:1) states that, at present, it is not customary to recite this blessing, since houses of worship for false gods are prevalent wherever we live.

[When a person sees] a place from which the worship of false gods has been uprooted in *Eretz Yisrael*, he should recite the blessing: "[Blessed are You, God, our Lord, King of the universe,] Who uproots foreign worship from our land." In the Diaspora, he should recite the blessing: "...Who uproots foreign worship from this place." In both instances, he should say: "As You have uprooted [foreign worship] from this place, so may it be uprooted from all places. And may You turn the hearts of its worshipers to serve You."

מקום שנעקרה ממנו עבודה זרה: אם בארץ ישראל הוא - מברך "[ברוך אתה ה' אלהינו מלך העולם] שעקר עבודה זרה מארצנו"; ואם בחוץ לארץ הוא - מברך "שעקר עבודה זרה ממקום הזה". ואומר בשתיהן: "כשם שעקרת ממקום זה, כן תעקר מכל מקומות ותשיב לב עובדיהם לעבדך".

10 A person who sees a settlement of Jewish homes[38] should recite the blessing: "Blessed are You, God, our Lord, King of the universe, Who establishes the border of the widow."[39] [One who sees Jewish homes that are] destroyed should recite the blessing, "...the true Judge."

י הרואה בתי ישראל בישובן, מברך "ברוך אתה ה' אלהינו מלך העולם מציב גבול אלמנה". בחרבנן - אומר "ברוך [ברוך אתה ה' אלהינו מלך העולם] דין האמת".

A person who sees Jewish graves should recite the blessing: Blessed are You, God, our Lord, King of the universe, Who created you with justice, judged you with justice, sustained you with justice, took your lives with justice, and ultimately, will lift you up with justice to the life of the world to come. Blessed are You, God, Who resurrects the dead.

הרואה קברי ישראל, מברך "ברוך אתה ה' אלהינו מלך העולם אשר יצר אתכם בדין וזן אתכם בדין וכלכל אתכם בדין והמית אתכם בדין והוא עתיד להקים אתכם בדין לחיי העולם הבא, ברוך אתה ה' מחיה המתים".

11 The following should be recited when one sees 600,000 people at one time. If they are gentiles, one should recite the verse (Jeremiah 50:12): "Your mother shall be greatly ashamed; she that bore you will be disgraced. Behold, the ultimate fate of the gentiles will be an arid wilderness and a desolate land." If they are Jews and in *Eretz Yisrael*, he should recite the blessing: "Blessed are You, God, our Lord, King of the universe, the Wise [Who knows] secrets."[40]

יא הרואה שש מאות אלף אדם כאחד: אם גוים הם, אומר "בושה אמכם מאד חפרה יולדתכם, הנה אחרית גוים מדבר ציה וערבה" (ירמיה נ, יב); ואם ישראל הם ובארץ ישראל, אומר "ברוך אתה ה' אלהינו מלך העולם חכם הרזים".

38 The *Magen Avraham* 224:8 interprets this to mean beautiful, stately mansions. The *Beis Yosef* (O"C 224) questions whether this blessing should be recited outside *Eretz Yisrael*, or in the present era. Rabbenu Yitzchak Alfasi maintains that this blessing should be recited only when seeing synagogues. This is the accepted practice.

39 Rav David Avudraham explains that in the time of exile, the Jews are compared to a widow, for our marriage relationship with God is not openly revealed.

40 *Berachot* interprets this to mean, "Who knows the secrets of these people's hearts." Although each of these 600,000

One who sees a gentile wise man[41] should recite the blessing: "Blessed are You, God, our Lord, King of the universe, Who has given of His wisdom to flesh and blood." [When one sees] Jewish wise men, one should recite the blessing: "Blessed are You, God, our Lord, King of the universe, Who has given of His wisdom to those who fear Him." [When one sees] a Jewish king, one should recite the blessing: "Blessed are You, God, our Lord, King of the universe, Who has given of His glory and might to those who fear Him." [When one sees] a gentile king, one should recite the blessing: "Blessed are You, God, our Lord, King of the universe, Who has given of His glory to flesh and blood."

רואה חכמי אמות העולם אומר "ברוך אתה ה' אלהינו מלך העולם שנתן מחכמתו לבשר ודם". חכמי ישראל, מברך "שנתן מחכמתו ליראיו". מלכי ישראל, אומר "שנתן מכבודו ומגבורתו ליראיו"; מלכי אמות העולם, מברך "שנתן מכבודו לבשר ודם".

12 A person who sees a Negro or a person who has a strange-looking face or an abnormal limb should recite the blessing: "Blessed are You, God, our Lord, King of the universe, Who has altered His creations." When one sees a blind man, a one-legged person, a person with skin boils or white blotches, or the like, should recite the blessing "the true Judge." If they were born with these afflictions, one should recite the blessing "Who has altered His creations." When one sees an elephant, monkey, or owl, he should recite the blessing: "Blessed... Who has altered His creations."

יב הרואה את הכושי ואת המשנה בצורת פניו או באבריו - מברך "ברוך אתה ה' אלהינו מלך העולם משנה את הבריות". הרואה סומא או קטע ובעל שחין ובהקנין וכיוצא בהן - מברך "ברוך אתה ה' אלהינו מלך העולם דין האמת". ואם נולדו כן ממעי אמן, מברך "משנה את הבריות". הרואה את הפיל ואת הקוף ואת הקיפוף - אומר "ברוך משנה הבריות".

13 A person who sees beautiful and well-formed creations or pleasant-looking trees should recite the blessing: "[Blessed are You, God, our Lord, King of the universe,] Whose world is like this." A person who goes out to the fields or gardens in the month of Nisan[42] and sees flowering trees sprouting branches should recite the blessing: "Blessed are You, God, our Lord, King of the universe, Who did not leave anything lacking in His world and created within it fine creations and beautiful and fine trees so that they would give pleasure to men."

יג הרואה בריות נאות ומתקנות ביותר ואילנות טובות - מברך "שככה לו בעולמו". היוצא לשדות או לגנות בימי ניסן, וראה אילנות פורחות ונצנים עולים - מברך "ברוך אתה ה' אלהינו מלך העולם שלא חסר בעולמו כלום וברא בו בריות טובות ואילנות טובות ונאות כדי להנות בהן בני אדם".

people has a different perspective, God understands them all and brings them all together.

41 Based on the *Shulchan Aruch* (loc. cit.:7), we can infer that this applies to a gentile scholar, but not to a churchman.

42 The intention is the first budding of the trees. Generally, this takes place in the month of Nisan. If, however, the trees bud earlier or later, the blessing should be recited at that time.

One who sees a gentile wise man[41] should recite the blessing: "Blessed are You, God, our Lord, King of the universe, Who has given of His wisdom to flesh and blood." [When one sees] Jewish wise men, one should recite the blessing: "Blessed are You, God, our Lord, King of the universe, Who has given of His wisdom to those who fear Him." [When one sees] a Jewish king, one should recite the blessing: "Blessed are You, God, our Lord, King of the universe, Who has given of His glory and might to those who fear Him." [When one sees] a gentile king, one should recite the blessing: "Blessed are You, God, our Lord, King of the universe, Who has given of His glory to flesh and blood."

הרואה מחכמי אמות העולם אומר 'ברוך אתה יי אלהינו מלך העולם שנתן מחכמתו לבשר ודם'; חכמי ישראל, מברך 'שנתן מחכמתו ליראיו'. מלכי ישראל, אומר 'שנתן מכבודו ומגבורתו ליראיו'; מלכי אמות העולם, 'מברך שנתן מכבודו לבשר ודם'.

12 A person who sees a Negro or a person who has a strange-looking face or an abnormal limb should recite the blessing: "Blessed are You, God, our Lord, King of the universe, Who has altered His creations." When one sees a blind man, a one-legged person, a person with skin boils or white blotches, or the like, should recite the blessing "the true Judge." If they were born with these afflictions, one should recite the blessing "Who has altered His creations." When one sees an elephant, monkey, or owl, he should recite the blessing: "Blessed... Who has altered His creations."

יב הרואה את הכושי ואת המשנה בצורת פניהן או באבריהם - מברך: ברוך אתה יי אלהינו מלך העולם משנה את הבריות. הרואה סומא או קטע ומכה שחין ובוהקין וכיוצא בהן - מברך ברוך אתה יי אלהינו מלך העולם דין האמת. ואם נולדו כן ממעי אמן מברך: משנה את הבריות. הרואה את הפיל ואת הקוף ואת הקיפוף - אומר ברוך משנה הבריות.

13 A person who sees beautiful and well-formed creations or pleasant-looking trees should recite the blessing: "[Blessed are You, God, our Lord, King of the universe,] Whose world is like this." A person who goes out to the fields or gardens in the month of Nisan[42] and sees flowering trees sprouting branches should recite the blessing: "Blessed are You, God, our Lord, King of the universe, Who did not leave anything lacking in His world and created within it fine creations and beautiful and fine trees so that they would give pleasure to men."

יג הרואה בריות נאות ומתקנות ביותר ואילנות טובות - מברך: שככה לו בעולמו. היוצא לשדות או לגנות בימי ניסן, וראה אילנות פורחות ונצנים עולים - מברך ברוך אתה יי אלהינו מלך העולם שלא חסר בעולמו כלום וברא בו בריות טובות ואילנות טובות ונאות כדי להנות בהן בני אדם.

people has a different perspective, God understands them all and brings them all together.

41 Based on the *Shulchan Aruch* (loc. cit.?), we can infer that this applies to a gentile scholar, but not to a churchman.

42 The intention is the first budding of the trees. Generally, this takes place in the month of Nisan. If, however, the trees bud earlier or later, the blessing should be recited at that time.

14 [When one perceives] any of the following: winds that blow extremely powerfully, lightning, thunder, loud rumblings that sound like large mills when they are heard on the earth, shooting stars, or comets, one should recite the blessing: "[Blessed are You, God, our Lord, King of the universe,] Whose power and might fill up the world." If one desires, one may recite the blessing: "[Blessed are You, God, our Lord, King of the universe,] Who performs the [work of] creation."

יד על הרוחות שנשבו בזעף; ועל הברקים ועל הרעמים; ועל קול הברה שתשמע בארץ כמו רחים גדולים; ועל האור שבאויר שיראו כאלו הם כוכבים נופלים ורצים ממקום למקום, או כמו כוכבים שיש להם זנב - על כל אחד מאלו מברך 'ברוך שכחו וגבורתו מלא עולם'. ואם רצה מברך 'עושה בראשית'.

15 Whenever one sees mountains, hills, seas, deserts, or rivers after a thirty day interval, one should recite the blessing "Who performs the [work of] of creation." A person Who sees the ocean after an interval of thirty days or more should recite the blessing: "[Blessed are You, God, our Lord, King of the universe,] Who created the ocean."

טו על ההרים ועל הגבעות על הימים ועל המדברות ועל הנהרות, אם ראה אחת מהן משלשים יום לשלשים יום, מברך 'עושה בראשית'. הרואה את הים הגדול משלשים יום לשלשים יום או יותר - מברך 'ברוך אתה יי אלהינו מלך העולם שעשה את הים הגדול'.

16 A person who sees a rainbow should recite the blessing: "Blessed are You, God, our Lord, King of the universe, Who remembers the covenant,[43] is faithful to His covenant, and maintains His word."

טז הרואה קשת בענן, מברך 'ברוך אתה יי אלהינו מלך העולם זוכר הברית ונאמן בבריתו וקים במאמרו'.

When a person sees the moon after it is renewed, he should recite the blessing: Blessed are You, God, our Lord, King of the universe, Who created the heavens with His word and all their hosts with the breath of His mouth. He granted them a fixed law and schedule so that they should not alter their tasks. They rejoice and are glad to carry out the will of their Creator. They are faithful servants whose work is righteous. And He instructed the moon to renew itself as a crown of glory to those who are borne [by Him] from the womb, who are destined to be similarly renewed and to glorify their Creator for the name of the glory of His kingdom and for all He has created. Blessed are You, God, Who renews the months.

הרואה לבנה בחדושה, מברך 'ברוך אתה יי אלהינו מלך העולם אשר במאמרו ברא שחקים וברוח פיו כל צבאם חק וזמן נתן להם שלא ישנו את תפקידם ששים ושמחים לעשות רצון קוניהם פועלי אמת ופעולתם צדק וללבנה אמר שתתחדש עטרת תפארת לעמוסי בטן שהם עתידין להתחדש כמותה ולפאר ליוצרם על כבוד מלכותו ועל כל מה שברא, ברוך אתה יי מחדש החדשים'.

43 The covenant made with Noah not to destroy the world with a flood again (Genesis 9:9-17).

17 This blessing should be recited while standing, for whoever recites the blessing on the new moon at its appropriate time is considered as if he greeted the Divine Presence.[44]

יז וצריך לברך ברכה זו מעמד, וכל המברך על החדש בזמנו כאלו מקביל פני השכינה.

If a person did not recite the blessing on the first night,[45] he may recite the blessing until the sixteenth of the month, until the moon becomes full.[46]

אם לא ברך עליה בליל הראשון - מברך עליה עד ששה עשר יום בחדש, עד שתמלא פגימתה.

18 A person who sees the sun on the day of the spring equinox at the beginning of the twenty-eight year cycle that begins on Wednesday night[47] [must recite a blessing]. When he sees the sun on Wednesday morning, he should recite the blessing "Who performs the [work of] creation."

יח הרואה את החמה ביום תקופת ניסן של תחלת המחזור של שמנה ועשרים שנה, שהתקופה בתחלת ליל רביעי - כשרואה אותה ביום רביעי בבקר, מברך 'ברוך עושה בראשית'.

Similarly, the blessing "Who performs the [work of] creation" should be recited when the moon reaches the beginning of the zodiac constellation *taleh* at the beginning of the month[48] when it is not pointing to the north or the south, when any of the other five stars [that revolve in separate spheres] arrive at the beginning of the constellation *taleh* and do not point to the north or the south, and when one sees the constellation *taleh* ascend to the eastern corner [of the sky].

וכן כשתחזור הלבנה לתחלת מזל טלה בתחלת החדש ולא תהיה נוטה לא לצפון ולא לדרום; וכן כשיחזור כל כוכב וכוכב מחמשת הכוכבים הנשארים לתחלת מזל טלה ולא יהיה נוטה לא לצפון ולא לדרום; וכן בכל עת שיראה מזל טלה עולה מקצה המזרח - על כל אחד מאלו מברך 'עושה בראשית'.

19 When a person sees a settlement of gentile homes, he should recite the verse (Proverbs 15:25): "God will pluck up the house of the proud." Should he see a desolate settlement of gentile homes, he should recite the verse (Psalms 94:1): "The Lord is a God of retribution. O God of retribution, reveal Yourself."

יט הרואה בתי אמות העולם בישובן, אומר: 'בית גאים יסח יי' (משלי טו, כה); בחרבנן, אומר 'אל נקמות יי אל נקמות הופיע' (תהלים צד, א).

44 The shining of the moon after its light was hidden alludes to the revelation of the Divine Presence, which is presently hidden from us (Rabbenu Yonah).

45 The Rambam's wording implies that it is preferable to bless the moon on the first night. According to *Kabbalah*, the blessing should not be recited until seven nights have passed (*Beis Yosef, Orach Chayim* 426).

46 According to the published text of *Soferim* 20:1, this blessing should be recited on Saturday night, while everyone is dressed in their Sabbath clothing. If it is possible, this custom should be followed.

47 The sun's revolution in its orbit causes it to change positions in the sky, and twenty-eight years are necessary for it to return to the same place in the sky on a particular date. Thus, according to the opinion that the world was created in Nisan (see *Hilchot Kiddush HaChodesh* 10:3 and commentaries), every 28 years, on the first Wednesday after the spring equinox (the anniversary of the sun's creation), the sun returns to its original position at the time of creation. When we witness this, it is appropriate to praise God for "performing the work of creation."

48 At present, it is not customary to recite the blessing on such occasions (*Mishnah Berurah* 229:9).

When one sees gentile graves, one should recite the verse (Jeremiah 50:12): "Your mother shall be greatly ashamed...."

ראה קברי אמות העולם, אומר 'בושה אמכם מאד וגו'' (ירמיה נ, יב).

20 A person who enters a bathhouse should say: "May it be Your will, God, our Lord, to allow me to enter in peace and leave in peace, and may You save me from this and the like in the future." When one leaves the bath, one should say, "I give thanks to You, God, our Lord, for saving me from fire."[49]

כ הנכנס למרחץ, אומר 'יהי רצון מלפניך יי אלהי שתכניסני לשלום ותוציאני לשלום ותצילני מזה ומכיוצא בזה לעתיד לבא'. וכשיצא מן המרחץ אומר 'מודה אני לפניך יי אלהי שהצלתני מן האור (וכו') [הזה]'.

21 A person who goes to let blood should say, "May it be Your will, God, our Lord, that this activity bring me a recovery, for You are a generous healer." Afterward, one should recite the blessing, "Blessed are You, God... Healer of the sick."

כא הנכנס להקיז דם, אומר 'יהי רצון מלפניך יי אלהי שיהא עסק זה לי לרפואה כי רופא חנם אתה'. וכשיצא אומר 'ברוך אתה יי רופא חולים'.

22 A person who goes to measure his silo should say, "May it be Your will, God, our Lord, that You send blessing to the work of my hands." When he begins to measure, he should say, "Blessed be He Who sends blessings to this heap of grain." If he asks for mercy after measuring [his grain], his prayer is considered to be in vain. [Similarly,] whoever calls out [to God] over events that have already happened is considered to have uttered a prayer in vain.

כב ההולך למד גרנו, אומר 'יהי רצון מלפניך יי אלהי שתשלח ברכה במעשה ידי'. התחיל למד אומר 'ברוך השולח ברכה בכרי זה'. מדד ואחר כך בקש רחמים - הרי זו תפלת שוא. וכל הצועק לשעבר הרי זו תפלת שוא.

23 When a person enters a house of study, he should say: May it be Your will, God, our Lord, that I not stumble regarding a point of law, that I not call something that is pure, impure, nor something that is impure, pure, nor call something that is permitted, forbidden, nor something that is forbidden, permitted, and that I not err regarding a point of Torah law and cause my colleagues to laugh at me, nor my colleagues to err and I laugh at them.

כג הנכנס לבית המדרש אומר 'יהי רצון מלפניך יי אלהי שלא אכשל בדבר הלכה שלא אומר על טהור טמא ועל טמא טהור ולא על מתר אסור ולא על אסור מתר ולא אכשל בדבר הלכה וישמחו בי חברי ואל יכשלו חברי ואשמח בהם'.

49 The *Mishnah Berurah* 230:5 states that it is not customary to make either of these statements at present. In Talmudic times, the construction of the bathhouses presented a real danger of fire. At present, however, that danger has been drastically reduced.

23

19. [The following rules apply if] a rumor begins to circulate: "So-and-so, the priest wrote..." or "...gave a *get* for his wife," and she lives with him and serves him.[64] She is not forced to be divorced from her husband.[65] If she married another priest,[66] she should be forced to be divorced.[67]

20. If a rumor circulated in a city[68] that a woman was consecrated and then divorced after consecration, her [status] becomes suspect, as explained in *Hilchot Gerushin*.[69] If, however, a rumor is circulated that she is a *chalutzah*, her [status] does not become suspect.[70]

21. If a rumor is circulated that a virgin has engaged in relation, her [status] does not become suspect and she may marry a High Priest. If a rumor is circulated that she is a maid-servant, her [status] does not become suspect and she may marry a priest.[71]

If a rumor[72] circulates in a city that she is acting promiscuously,[73] her [status] does not become suspect. Even if her husband separated from her because she violated [the practices of modesty required by] the Jewish faith[74] or because [of the testimony] of witnesses [concerning] unseemly conduct,[75] but he died before giving her a *get*, she is permitted [to marry] a priest. For a woman like the above should not be forbidden [to a priest] unless there is definite testimony [that she acted promiscuously] or she admits [doing so] herself.[76]

## CHAPTER EIGHTEEN

1. Based on the Oral Tradition, we learned that the term *zonah*[1] used by the Torah refers to one who is not a nativeborn Jewess,[2] a Jewish woman who engaged in relations[3] with a man she was forbidden to marry, violating a prohibition that is universally applicable,[4] or a woman who engaged in relations with a *challal*[5] even though she is permitted to marry him.[6]

64. In the case of an Israelite, there would be no difficulty, for it is possible that he remarried his divorcee. In the case of a priest, however, this would be forbidden, for a priest is forbidden to marry any divorcee, even his own.
65. For a rumor that follows a marriage is not sufficient grounds to require a divorce.
66. After being widowed from her first husband.
67. Since the rumor preceded the second marriage, the second priest should not have married her, because of the doubt regarding the validity of the marriage that the rumor caused. And since he married her in possible violation of the law, he is forced to divorce her.
68. As stated in *Hilchot Ishut* 9:22, we are speaking about a rumor that has been substantiated by a court. It is not conclusive evidence that a woman has been consecrated, but it is far from mere hearsay. If a rumor has not been substantiated in a court, it is of no substance.
69. Chapter 10, Halachah 20.
24 70. Since a *chalutzah* is forbidden only because of a Rabbinic ordinance, when we are not certain the woman performed this rite, there is no prohibition, as stated in Halachah 7. The Ra'avad, however, rules stringently and maintains that since we are speaking about a rumor with substance, even a rumor that she is a *chalutzah* can cause her to be forbidden.
71. We do not disqualify a woman when there is a question about her lineage unless there is explicit testimony that she is not acceptable (*Maggid Mishneh*).

יט יצא עליה קול: איש פלוני כהן כתב גט לאשתו או נתן גט לאשתו, והרי היא יושבת תחתיו ומשמשתו — אין מוציאין אותה מתחת בעלה. ואם נשאת לכהן אחר — תצא מן השני.

כ יצא שמה בעיר שנתקדשה ונתגרשה מן הקידושין — חוששין לה, כמו שבארנו בהלכות גרושין. אבל אם יצא עליה קול שהיא חלוצה — אין חוששין לה.

כא יצא קול על הבתולה שהיא בעולה — אין חוששין לה, ותנשא לכהן גדול. יצא עליה קול שהיא שפחה — אין חוששין לה, ותנשא אפלו לכהן. יצא לה שם מזנה בעיר — אין חוששין לה. ואפלו הוציאה בעלה משום שעברה על דת יהודית או בעדי דבר מכער, ומת קדם שיתן לה גט — הרי זו מתרת לכהן. שאין אוסרין אשה מאלו אלא בעדות ברורה או בהודאת פיה.

## פרק שמונה עשר

א מפי השמועה למדנו, שהזונה האמורה בתורה היא כל שאינה בת ישראל; או בת ישראל שנבעלה לאדם שהיא אסורה להנשא לו אסור השוה לכל; או שנבעלה לחלל, אף על פי שהיא מתרת להנשא לו. לפיכך, הנרבעת לבהמה, אף על פי שהיא

72. This refers even to a rumor substantiated in court (*Beit Shmuel* 6:30).
73. And committed adultery or engaged in relations that would cause her to be forbidden to the priesthood, as explained in the following chapter.
74. E.g., going out to the marketplace with her hair uncovered, spinning flax in the marketplace in a manner that shows her arms to men, playing frivolously with youths, as stated in *Hilchot Ishut* 24:12.
75. I.e., testimony regarding conduct that leads to the conclusion that she committed adultery although the adulterous relations themselves were not observed, as mentioned in *Ibid.*:15.
76. For in such an instance, the woman accepts the prohibition upon herself, as will be stated in Chapter 18, Halachah 9.
1. The term literally means "a promiscuous woman." Halachically, however, it has a specific meaning as the Rambam continues to explain. This concept is relevant because a priest is forbidden to marry a *zonah* as mentioned at the beginning of the previous chapter.
2. Even if she is a virgin, and even if she converts (Halachah 3).
3. Even against her will. It is the fact of the relations, not her intent, that causes her to be placed in this category. See Halachot 5-6.
4. This applies even with regard to a prohibition that stems from a positive commandment, as mentioned in Halachah 3.
5. A child born from a relationship forbidden to a priest, as mentioned in Chapter 19, Halachot 5-6. As mentioned in the notes to the following halachah, the Ra'avad differs with the Rambam's view.
6. There is no prohibition against a *challal* marrying any Jewish woman, even the daughter of a priest (see Chapter 19, Halachah 11).

Accordingly, a woman who engages in relations with an animal, even though she is liable for execution by stoning is not deemed as a *zonah*, nor is she disqualified from marrying into the priesthood,[7] for she did not engage in relations with a man. [Similarly, when] a man engages in relations with a woman in the *niddah* state even though she is liable for *karet*, she is not deemed as a *zonah*, nor is she disqualified from marrying into the priesthood, for she is not forbidden to marry him.

2. Whenever a person has relations with an unmarried woman, even if she is a harlot who wantonly makes herself available to everyone, despite being liable for lashes,[8] she is not deemed as a *zonah*, nor is she disqualified from [marrying] into the priesthood. For she is not forbidden to marry [the people with whom she engaged in relations].

[When, by contrast, a woman] engages in relations with a man with whom relations are forbidden by a negative commandment that is universally applicable - the transgression is not specific to priests - or with whom they are forbidden by a positive commandment, she is forbidden to marry him, she is a *zonah*.[9] Needless to say, [this applies if she engages in relations with a man] who is forbidden to her as an *ervah*, a gentile, or a servant.

3. Similarly, a female convert or a freed [maid-servant] - even if she was converted or freed when she was less than three years old[10] - since she is not a native-born Jewess, she is deemed a *zonah* and is forbidden to [marry] a priest.

On this basis, [our Sages said: A woman who has relations with] a gentile, a *netin*,[11] a *mamzer*,[12] an Ammonite or Moabite convert, a first- or second-generation Egyptian or Edomite convert,[13] a man with maimed testicles or a severed member,[14] or a *challal* who has relations with a [nativeborn] Jewess causes her to be considered as a *zonah* and to be forbidden to [marry into] the priesthood. If she was a priest's daughter, she is disqualified from [partaking of] *terumah*.[15] Similarly, a *yevamah* who engaged in relations with a man other than her *yevam* becomes a *zonah*.[16]

An *aylonit*[17] is permitted to [marry] a priest. She is not a *zonah*.

4. When a man engages in relations with one of the *shniyot*[18] or the like, e.g., a man who engages in relations with a relative of the woman with whom he performed *chalitzah* or with the woman he performed *chalitzah*, he does not

7. She may even marry a High Priest (if she engaged in anal intercourse with an animal), as stated in Chapter 17, Halachah 14.
8. As stated in *Hilchot Ishut* 1:4.
9. The Ra'avad differs with the Rambam's ruling, offering a more lenient view, explaining that although a woman who enters into relations with any of the above individuals is forbidden to marry into the priesthood, these relations do not cause her to be considered as a *zonah* and she and a priest are not punished by lashes if they engage in relations. The *Shulchan Aruch* (*Even HaEzer* 6:8) quotes the Rambam's view.
10. At that age, even if she had engaged in relations, her hymen would regenerate and she would be considered as a virgin (*Ketubot* 11b). Nevertheless, she is not considered as a native-born Jewess. The Ra'avad rules that such a woman is not considered as a *zonah*.

caused her to be deemed a *zonah*. For she is not forbidden to him according to Scriptural Law, as we explained in *Hilchot Yibbum*.[19]

5. We thus learned that a woman's being deemed as a *zonah* is not dependent on her engaging in forbidden relations, for when a man engages in relations with a *niddah* or a harlot or when a woman engages in relations with an animal, the woman has engaged in forbidden relations and yet she is not deemed a *zonah*. When, by contrast, [a woman] marries a *challal*, she engages in relations that are permitted, as will be explained,[20] and yet she is deemed a *zonah*. Thus the matter is dependent on the spiritual blemish alone. According to the Oral Tradition, we learned that the spiritual blemish comes only from a man who is forbidden to her or a *challal*, as we explained.

6. Whenever a woman engages in relations that cause her to be deemed a *zonah*, she becomes disqualified as soon as the man's organ enters her[21] whether she engages in relations against her will or willingly, whether in conscious violation or inadvertently, whether through vaginal or anal intercourse. [This applies] provided she is at least three years old and the man with whom she engages in relations is nine years old or more.[22] Therefore when a married woman engages in adultery, whether against her will or willingly, she is disqualified from [marrying into] the priesthood.[23]

7. When the wife of a priest is raped, [if her husband engages in relations with her afterwards,] he is punished by lashes because of her defilement. [This is derived from Deuteronomy 24:4]: "Her first husband who sent her away cannot return and take her as a wife after she has been defiled."[24] All [women] were governed by the general principle: If they engaged in [adulterous] relations, they are forbidden to their husbands. The Torah singles out an exception: the wife of an Israelite who was raped.[25] She is permitted to her husband, as [implied by Numbers 5:13]: "And she was not seized." The wife of a priest remains forbidden, because she is a *zonah*.[26]

8. When the wife of an Israelite is raped, although she is permitted to her husband,[27] she is forbidden to [marry into] the prietshood.[28]

When the wife of a priest tells her husband: "I was raped" or "Inadvertently, I engaged in relations with another man," or one witness testifies against her that she committed adultery whether willingly or unwillingly, she is not forbidden to him.[29] [The rationale is that we suspect] that perhaps she set her

19. See *Hilchot Yibbum* 1:12-13 which explains that once a woman is obligated to undergo *chalitzah*, there is no Scriptural prohibition against engaging in relations with her or her relatives. Nevertheless, our Sages instituted these prohibitions as safeguards.
20. Chapter 19, Halachah 16.
21. We are translating the term *heara*; see Chapter 1, Halachah 10.
22. For below these ages, any sexual contact in which these individuals engage is not significant, as stated in Chapter 1, Halachot 13-14.

he is not liable for *karet* or lashes. Needless to say, he is not liable for execution. For this is not considered sexual intercourse. Nevertheless, [such an act] disqualifies a woman from partaking of *terumah*.33 And the court subjects both of them to stripes for rebellious conduct.

**12.** When a person enters into sexual relations with one of the *arayot* as a casual act,34 although he did not intend to do so, he is liable.35 Similar concepts apply with regard to one who enters into relations with women forbidden by a negative commandment alone or with one of the *shniyot*.36

When, however, a man has relations with one of the *arayot* after she died, he is not liable at all.37 Needless to say, this applies with regard to those women with whom relations are forbidden by a negative commandment alone. When, by contrast, one has relations with a person who is *treifah*38 or who has relations with an animal which is *treifah*, he is liable. [The person or the animal] is [now] alive even though he will ultimately die from this illness. Even when the animal is making its last movements, if one enters into relations with [her or it], he is liable until he or it dies or is decapitated.

**13.** When an adult male enters into relations with any of the women forbidden in connection with the above transgressions who is three years and one day old or more,39 he is liable for execution, *karet*, or lashes and he is not liable40 unless she is past majority. If she is younger than this, both participants are not liable, for the act is not considered as sexual relations.41

Similarly, when an adult woman enters into sexual relations with a minor, if he is nine years and one day old, she is liable for execution, *karet*,42 or lashes and he is not liable. If he is younger than nine years old, they are both free of liability.44

32. I.e., if a priest's daughter or a priest's wife is involved in such a sexual act, she is forbidden to partake of *terumah* just as if she would be forbidden to do so had she engaged in ordinary relations (see *Hilchot Terumah* 6:6).
33. 'Stripes for rebellious conduct' is a punishment which is not dependent on the Torah's binding laws, but rather is left to the court's jurisdiction based on its conception of what is appropriate for the moral standards of the persons involved and the community. Although such an act is not formally considered as sexual relations, chastisement is necessary to prevent such behavior from continuing.
34. The Hebrew term *kimtaseik* literally means "as one was going about his business," i.e., he was performing other actions and without any intent, the forbidden act was performed.
35. Since he derived pleasure from the physical act, he is liable even though originally he had no intent (*Yevamot* 53b).
This refers only to liability for a sin offering for inadvertent transgression. Needless to say, he is not liable for punishment by the court, because in such instances, he must acknowledge a warning (*Maggid Mishneh*).
The commentaries question how sexual relations can be performed "as one was going about his business." With regard to the Sabbath prohibitions, we can appreciate the use of

**14.** When a man enters into relations with a male or has a male enter into relations with him, once the corona is inserted [into the anus], they should both be stoned if they are both adults. As [Leviticus 18:22] states: 'Do not lie with a man.' [Holding one liable for the act, whether] he is the active or passive partner.

If a minor of nine years and a day or more is involved, the man who enters into relations or has the minor enter into relations with him should be stoned and the minor is not liable. If the male [minor] was less than nine years old, they are both free of liability.45 It is, however, appropriate for the court to subject the adult to stripes for rebellious conduct for homosexual relations46 although his companions was less than nine years old.

**15.** One is liable for anal intercourse with an *androgynus*47 just as one is liable for relations with another male. One who engages in vaginal intercourse with [an *androgynus*] is not liable.48

There is a doubt concerning the gender of a *tumtum*.49 Therefore a person who has relations with a *tumtum* or vaginal intercourse with an *androgynus* should be given stripes for rebellious conduct.50

An *androgynus* may marry a woman.51

**16.** When a person sodomizes an animal or has an animal insert its organ in him [or her], both the person and the animal should be stoned to death,52 as [Leviticus 18:23] states: 'Do not lie down with any animal,' prohibiting [such relations] whether he sodomizes the animal or has the animal enter him. All [living creatures] animals, beasts, and fowl should be stoned to death.53 The Torah did not make any distinction with regard to the age of an animal whether it is young or old. 'Any animal' implies a prohibition on the day of its birth. Whether the person enters into vaginal or anal intercourse with the animal, when he inserts the corona or the animal inserts the corona within him, they are liable.

**17.** When a boy nine years old sodomizes an animal or has an animal engage in relations with him, the animal should be stoned, but he is not liable.54 If the boy was less than nine years old, the animal is not stoned. Similarly, when a girl three years old or more causes an animal or a beast to have relations with her, whether it is an older animal or a younger animal, once the corona of the animal is inserted into her vagina or anus, the animal is stoned to death and

45. For sexual relations with a male below the age of nine are not of consequence. Nevertheless, it is forbidden for a male to enter into such relations (the Rambam's Commentary to the Mishnah, *Sanhedrin* 7:4).
46. Although he is not liable according to Scriptural Law, his act certainly warrants punishment that will discourage him from continuing this pattern of conduct.
47. A person with male and female sexual characteristics.

after these seven, she must count [a further] seven "spotless" days. This is not a [proper] custom.30 Instead, it is an error on the part of the one who ruled in this manner and is not worthy of being given any consideration.31 Instead, [the law is that if a woman experiences] one day of menstrual bleeding, she should count seven "spotless" days afterwards and immerse on the night [following] the eighth day,32 which is the second day after her [days of] *niddah*.' She is [then] permitted to her husband.

**15.** Similarly, in certain places, the practice is - and support for this is found in the responsa of some of the Geonim - for a woman who gives birth to a male not to engage in relations until the conclusion of forty days and for one who gives birth to a female [to refrain] until after eighty days33 even though they discovered bleeding only during the [first] seven days. This is not a [proper] custom. Instead, these responsa are in error and indeed [the observance of this practice] in these places is of a heretical nature.34 They learned this interpretation from the Sadducees.35 It is a mitzvah to compel [these people] to remove [this improper custom] from their hearts and to return them to [the observance of] the words of the Sages who require only the counting of seven "spotless" days as explained.

**16.** A woman does not ascend from her state of ritual impurity and cease being considered as an *orvah* until she immerses herself in a *mikveh* that is halachically acceptable while there are no substances intervening between her flesh and the water.36 In *Hilchot Mikvaot*, we will explain what defines a *mikveh* as acceptable, what disqualifies it, the manner in which one should immerse, and the laws concerning intervening substances.

If, by contrast, she washes in a bath - even if all the water in the world passes over her - her state is the same after washing as before washing [and a man who engages in relations with her is liable] for *karet*. There is no way of ascending from a state of ritual impurity to one of purity except through immersing in the waters of a *mikveh*, a spring, or a sea which is like a spring, as will be explained in *Hilchot Mikvaot*.

**17.** In the present age, although the seven "spotless" days [are observed only because of] doubt,37 if a woman immerses herself during them, it is as if she did not [immerse herself].38 If she immerses herself on the seventh day,39 the immersion is valid even though it is forbidden to do so at the outset, lest one engage in relations on the seventh day after the immersion.40 [The rationale is

30. The Rama (*Yoreh De'ah* 196:11) also mentions the practice cited by the Rambam. He also negates it saying: 'There is no reason for the practice.... A person who is lenient earns a reward and hastens his [involvement in] the mitzvah.'
31. Although the halachic authorities are unanimous in their support of the Rambam's ruling, the custom he quotes has a Rabbinic source in *Midrash Tanchuma, Parshat Mezora*, sec. 7.

in this world [reflects] the good that is hidden away for them. For they cannot receive an abundance of good in this world; as the gentiles do. For their hearts may become haughty and they will err and lose the reward of the World to Come, as [Deuteronomy 32:15] states: 'Jeshurun became fat and kicked.'11

**5.'** ''The Holy One, blessed be He, brings upon them an abundance of retribution solely so that they will not perish. For all the other nations will perish and they will prevail.''

We elaborate on this concept to make them feel cherished. If [the prospective convert] retracts and does not want to accept [the mitzvot], he goes on his way. If he accepts [their observance], we do not have him wait, but instead circumcise him immediately.12 If he was [already] circumcised, we draw the blood of circumcision from him.13 We wait until he heals entirely14 and then immerse him.

**6.** Three [judges] stand over him and inform him about some of the easy mitzvot and some of the more severe ones a second time while he stands in the water. If the convert was female,16 women position her in the water until about some of the easy mitzvot and some of the more severe ones while she is sitting in the water. Then she immerses herself in their presence. Afterwards, they turn their faces away and depart so that they will not see her when she ascends from the water.

**7.** What is meant by a resident alien? A gentile who makes a commitment not to worship false deities and to observe the other [six] universal laws commanded to Noah's descendants. He does not circumcise himself nor immerse. We accept this commitment and he is considered one of the pious gentiles.

Why is he called a resident? Because we are permitted to allow him to dwell among us in *Eretz Yisrael*, as explained in *Hilchot Avodah Zarah*.15

a share in the World to Come. Among the resolutions offered is that 'All of Israel have a share in the World to Come' (*Sanhedrin* 10:1). By virtue of the essential Godliness of the Jewish soul, they are inherently worthy of a portion in this eternal good. A gentile must, however, earn his portion through his deeds. It is not 'hidden away' for him.
11. Lo, the outcome of prosperity was not increased observance, but the opposite: rebellion against God's will.
12. For we do not postpone the performance of a mitzvah.
13. I.e., a small wound is made on his male organ to draw blood for the sake of the covenant. The expression 'the blood of the covenant' is derived from Exodus 24:8. See also Zechariah 9:11.

172   MISHNEH TORAH                                Chapter 14

# CHAPTER FOURTEEN

**1.** What is the procedure when accepting a righteous convert? When one of the gentiles comes to convert, we inspect his background.[1] If an ulterior motive for conversion is not found,[2] we ask him:[3] "Why did you choose to convert? Don't you know that in the present era, the Jews are afflicted, crushed, subjugated, strained, and suffering comes upon them?"

If he answers: "I know. Would it be that I be able to be part of them,"[3] we accept him immediately.

**2.** We inform him of the fundamentals of the faith, i.e., the unity of God and the prohibition against the worship of false deities. We elaborate on this matter.[4] We inform him about some of the easy mitzvot and some of the more severe ones. We do not elaborate on this matter.[5] We inform him of the transgressions of [not leaving] *leket, shichachah, pe'ah*,[6] and the second tithe.[7] And we inform him of the punishment given for [violating] the mitzvot.

What is implied? We tell him: "Before you came to our faith, if you partook of fat, you were not liable for your soul to be cut off. If you desecrated the Sabbath, you were not liable to be stoned to death. Now, after you convert, if you partake of fat, you are liable for your soul to be cut off. If you desecrate the Sabbath, you are liable to be stoned to death."

We do not teach him all the particulars lest this cause him concern and turn him away from a good path to a bad path. For at the outset, we draw a person forth with soft and appealing words, as [Hoshea 11:4] states: "With cords of man, I drew them forth,"[8] and then continues: "with bonds of love."[9]

**3.** Just as he is informed of the punishment [for disobeying] the commandments; so, too, he is informed about the reward for [their observance]. We tell him that by observing these mitzvot, he will merit the life of the World to Come. For there is no completely righteous man other than a master of wisdom who observes these mitzvot and knows them.

**4.** We tell him: "Know that the World to Come is hidden away only for the righteous; they are the Jews.[10] The fact that you see Israel suffering difficulty

1. See Chapter 13, Halachah 14.
2. The halachah is quoted from *Yevamot* 47a. As early as the Talmudic era, potential converts were dissuaded in this manner.
3. Our translation is based on Rashi's commentary to *Yevamot, loc. cit.*
4. Because they are the fundamentals of our faith (*Maggid Mishneh*).
5. This law, quoted by the *Shulchan Aruch* (*Yoreh De'ah* 268:2) indicates that even the opinions which require a convert to accept the observance of the mitzvot do not require

---

174   MISHNEH TORAH                                Chapter 14

in this world [reflects] the good that is hidden away for them. For they cannot receive an abundance of good in this world as the gentiles do. For their hearts may become haughty and they will err and lose the reward of the World to Come, as [Deuteronomy 32:15] states: "Jeshurun became fat and rebelled."[11]

**5.** "The Holy One, blessed be He, brings upon them an abundance of retribution solely so that they will not perish. For all the other nations will perish and they will prevail."

We elaborate on this concept to make them feel cherished. If [the prospective convert] retracts and does not want to accept [the mitzvot], he goes on his way. If he accepts [their observance], we do not have him wait, but instead circumcise him immediately.[12] If he was [already] circumcised, we draw the blood of circumcision from him.[13] We wait until he heals entirely[14] and then immerse him.

**6.** Three [judges] stand over him and inform him about some of the easy mitzvot and some of the more severe ones a second time while he stands in the water.[15] If the convert was female,[16] women position her in the water until her neck while the judges are outside. [The judges then enter and] inform her about some of the easy mitzvot and some of the more severe ones while she is sitting in the water. Then she immerses herself in their presence. Afterwards, they turn their faces away and depart so that they will not see her when she ascends from the water.

**7.** What is meant by a resident alien? A gentile who make a commitment not to worship false deities and to observe the other [six] universal laws commanded to Noah's descendant. He does not circumcise himself nor immerse. We accept this commitment and he is considered one of the pious gentiles.

Why is he called a resident? Because we are permitted to allow him to dwell among us in *Eretz Yisrael*, as explained in *Hilchot Avodah Zarah*.[17]

a share in the World to Come. Among the resolutions offered is that "All of Israel have a share in the World to Come" (*Sanhedrin* 10:1). By virtue of the essential Godliness of the Jewish soul, they can inherently worthy of a portion in this eternal good. A gentile must, however, earn his portion through his deeds. It is not "hidden away" for him.
11. I.e., the outcome of prosperity was not increased observance, but the opposite, rebellion against God's will.
12. For we do not postpone the performance of a mitzvah.
13. I.e., a small wound is made on his male organ to draw blood for the sake of the covenant. The expression "the blood of the covenant" is derived from Exodus 24:8. See also Zechariah 9:11.

---

176   MISHNEH TORAH                                Chapter 14

**8.** We accept resident aliens only during the era when the Jubilee year is observed.[18] In the present era, even if a gentile makes a commitment to observe the entire Torah with the exception of one minor point,[19] he is not accepted.[20]

**9.** When a servant is purchased from the gentiles, we do not say: "Why did you choose to convert?"[21] Instead, we say to him: "Do you desire to enter the category of Jewish servants and become one of the upright among them?" If he agrees, he is informed about the fundamentals of the faith, about some of the easy mitzvot and some of the more severe ones, and the punishments and rewards [associated with them] as we notify a convert. [Then] we immerse him[22] as we immerse a convert and inform him [of the mitzvot] while he is in the water.

If he does not desire to accept [the status of a servant], we are patient with him for twelve months. Afterwards, we sell him to a gentile. It is forbidden to maintain him for a longer period.[23] If at the outset, he established a condition that he would not be circumcised or immersed, but instead would be a resident alien, it is permissible to maintain him in that status.[24] A servant may be maintained in this status only during the era when the Jubilee is observed.

**10.** The only sexual woman with whom a gentile forbidden to engage in relations are: his mother, his father's wife, his maternal sister, a married woman, a male, and an animal, as will be explained in *Hilchot Melachim* U*Milchamoteihem*.[25] Other [incestuous] relations forbidden the Jews' are permitted to them.

**11.** When a gentile converts or a servant is freed,[26] he is like a newborn baby.

Me." Since gentiles may turn into a negative spiritual influence, they should be prevented from dwelling in the land. If, however, a gentile has made a commitment to the observance of those seven laws, he will not lower the moral climate of the land.

As explained by the commentaries to *Hilchot Avodat Kochavim*, the Rambam's opinion is not universally accepted. The Ra'avad interprets the prooftext as referring to the seven Canaanite nations alone. Never, he claims, were other gentiles prohibited from living among us.

18. The Jubilee must be observed only when the entire Jewish people are dwelling in *Eretz Yisrael*. Therefore when the tribes of Reuven and Gad, and half the tribe of Menasheh were exiled by the kingdom of Assyria (this took place approximately 150 years before the destruction of the First Temple), the laws of the Jubilee ceased to be observed according to Scriptural Law (*Hilchot Shemitah V'Yovel* 10:8).
19. The Rambam's source (*Bechorot* 30b) states: "one minor point of Rabbinic Law." The commentaries question why the Rambam omits this point.
20. As the Rambam states in *Hilchot Avodat Kochavim, loc. cit.*, in the present era, we accept only full converts. Implied is that in the present era, were we to have the authority, we should prevent gentiles from living in *Eretz Yisrael*.

The Ra'avad differs with the Rambam concerning this point, explaining that with regard

---

178   MISHNEH TORAH                                Chapter 14

Any relatives whom he had as a gentile or a servant are no longer considered his relatives. If both he and they convert, he is not liable for relations with any of them.[20]

**12.** According to Scriptural Law, a convert may marry his mother or his maternal sister after they convert. Nevertheless, our Sages forbade this so that [the converts] will not say: "We came from a more severe level of holiness to a less severe one. Yesterday, this [relationship] was forbidden and today, it is permitted."[27]

Similarly, when a convert engages in relations with his mother or his sister when they have not converted, it is considered as if he had relations with a woman with whom he was not related.

**13.** What is the law that applies to converts with regard to relations with their relatives? As we explained, if one was married while a gentile to his mother or his sister and they converted, we separate them as explained [above]. If he was married to any one of the other forbidden relations and he and his wife converted, they are not forced to separate.[28]

A convert is forbidden to marry his maternal relatives after they convert according to Rabbinic Law. He may, however, marry his paternal relatives. [This applies] even when he certainly knows that these persons are his paternal relatives,[29] for example, twins, in which instance it is clear that the father of one is the father of the other. Nevertheless, our Sages did not enforce a decree with regard to one's paternal relatives.

Accordingly, a convert may marry the wife of his paternal brother, the wife of his father's brother, his father's wife,[30] and his son's wife. [This applies] even if they married his brother, his father's brother, his father, or his son after they converted.[31] Similarly, his mother's paternal sister, his paternal sister, and his daughter who converted are permitted to him. He may not, however, marry his maternal sister, his mother's maternal sister, nor a woman who married his maternal brother after he converted. If, however, a woman married his brother while he was a gentile,[32] she is permitted to him.

**14.** When two twin brothers were not conceived in a state of holiness, but were born in a state of holiness,[33] each one is liable [for relations with the other's wife] because of the prohibition against relations with a brother's wife.[34]

27. I.e., it would appear that he was bound by more severe prohibitions before conversion.
28. This applies even to maternal relatives. Since they were married before, we do not force them to separate (*Sifrei Chdim* 269:2). We do not fear that this marriage will say that they entered a lower level of holiness, because there are relations - a mother and a sister - which they are forbidden. This makes it obvious that the distinction in the laws results from their change in status (*Kessef Mishneh*).
29. I.e., one might say that the reason for the prohibition is that one is certain that he is

# CHAPTER TWELVE

If, however, her brothers had not ceased providing her with her sustenance (although) she reached *bagrut*, she is not considered to have forfeited her dowry as long as they continue to provide her with her sustenance, even though she did not protest. For the can claim that she did not demand her dowry because [her brothers] are supporting her although they are not obligated to do so,28 and she has not yet married.29

14. [The following rules apply when a man] stated — whether while making an oral will before death or while healthy — that his daughter should be given a specific sum of money as a dowry, and that this sum should be used to purchase a landed property, and [then] died [afterwards].

When the money to the wife possession of a third party and the daughter states: "Give the money to my husband and let him do with it as he desires," [the third party should do as follows]. If the daughter has reached the age of majority and has married, she is granted the prerogative.32 If she is [past majority, but given,]33 And if she is a minor, even if she is already married, her request is not heeded.34 Instead, the third party should carry out her father's instructions.35

## CHAPTER TWENTY-ONE

1. A husband is entitled to [any coworkless objects] discovered by [his] wife,1 and the proceeds of her labor.2 What [type of work] must she perform on his behalf? Everything follows the custom of the country. In a place where it is customary [for women] to weave, she should weave. [In a place where they] embroider, she should embroider. [In a place where they] spin wool or flax, she should spin.

If it is not customary in that place to perform these labors, he may compel her only to spin wool; [wool, but not flax,] because flax damages [a woman's] mouth and lips. [This occupation is chosen because] spinning is [a women [sic] that their hands to spinning....3

2. If a woman exerts herself and produces more than would be expected of her,5 her husband is entitled to the extra amount.4

24. Hence, she is ashamed to come to them with this request (*Ketubot* 68b).
25. Implied is that once a *bogeret* marries without demanding her dowry, she has forfeited it even though her brothers continue to provide her with her sustenance (*Maggid Mishneh*). In practice, Rav Yosef Caro writes that [if the brothers of a woman continue to provide her with her sustenance...]

Even when her husband is very wealthy and even when the woman has several maids, she may not sit idle, without work. For idleness leads to lewdness. [Her husband] may not, however, compel her to work for the entire day. Instead, according to the extent of his wealth, her obligation to work is minimized.

3. When a man takes a vow that prevents his wife from doing any work at all, he is obligated to divorce her and pay her [the money due her by virtue of her] *ketubah*. [The rationale is that] idleness leads to lewdness.6

Every wife is obligated [to perform the following household tasks] on behalf of her husband: to wash his face, feet and hands, to pour him beverages, to make his bed,7 and to do his bidding — e.g., to bring him water or a utensil, to remove an article from his presence, or to perform similar tasks. She is not, however, required to do the bidding of his father or his son.

4. These tasks should be performed only by a man's wife. Even if she possesses several maids, these tasks are performed for a man only by his wife.

5. There are other tasks that a woman performs for her husband when they are poor, [among] them, to bake bread in an oven.8 Ezra ordained that a woman get up early and bake bread so that there will be bread available to give the poor.

She should cook food, wash clothes, nurse her child, place straw before her husband's beast10 — but not before his cattle — and grind [flour].

What does grinding [flour] involve? [That the woman actually operates the mill herself,] but that she stays at the mill, sifts11 the flour and prods the animal [who turns the mill], so that [the operation of] the mill will not be hampered. If it is the [local] custom, [for women to grind [flour] using a hand mill, [a woman] should grind [flour in this manner].

6. When does the above apply? With regard to a poor [couple]. If, however, a woman brings a maid to [this household] or property with which she could be purchased, or if the man possesses a maid or funds with which a maid could be purchased, she will not be required to grind [flour], to bake, to do laundry or to place straw before her husband's beast.

worked overtime, more hours than common custom requires, b) that she performed several tasks at one time.
4. There are authorities who maintain that a woman performs for her husband in order to keep the additional amount she earns. The *Beit Chadash* (*Even HaEzer* 80) states that it is not Ashkenazic custom to require a woman to give her husband any of her additional earnings.
5. Literally, "he is." Many manuscript copies and early printings of the *Mishneh Torah* state "he and she are," instead of "he is."
6. Hence, rather than compel a woman to follow a course of conduct that will lead to wanton behavior, *Ketubot* 59b requires the husband to divorce his wife.

If the wife brings two maids to [the household] or property with which two maids could be purchased, or if the man possesses two maids or is [wealthy] enough to purchase two maids, the wife is not required to cook or to nurse her child. Instead, she gives him to a maid to nurse.12

7. Thus, there are five tasks that every woman must perform on behalf of her husband: to spin [thread], to wash his face, hands and feet, to pour beverages for him, to make his bed and to do his bidding. And there are six tasks that some women perform and some women do not perform. They are: to grind [flour], to cook, to bake, to do laundry, to nurse, and to place straw before her husband's beast.

8. All the tasks that a woman must perform on behalf of her husband must also be performed by a woman while she is in the *niddah* state, with the exception of pouring beverages, making his bed and washing his face, hands and feet. [The rationale for the exceptions is that] this is a decree. [enacted] lest [sexual] thoughts arise, and the husband be prompted to engage in relations.

Therefore, when she is in the *niddah* state, she should make his bed when he is not present. When pouring a beverage for him, she should not place it in his hand as is her usual practice, but rather leave it on the ground, on a utensil or on a table, and he will take it.13

9. When a woman breaks utensils while performing household tasks,14 she is not held liable. This ruling does not reflect the dictates of the law, but is instead an enactment [of our Sages]. For if this were not the case, there would never be peace in a household. For a woman would be overly cautious and would refrain from performing many tasks, and there would thus be strife between [the couple].15

10. Whenever a woman refrains from performing any of the tasks that she is obligated to perform, she may be compelled to do so, even with a rod.16 When a husband complains that [his wife] does not perform [her required tasks], and [the wife] claims that she does, [the dispute should be clarified by having] a [neutral] woman dwell with them or [by asking] the neighbors.17 The judges should clarify the matter in the best way they see fit.

11. During the time a woman nurses her child, she is not compelled to perform as many tasks [as usual], and wine and foods that are beneficial to nursing are added to her support.

12. The commentaries mention the importance of selecting a Jewish nursemaid: For milk that comes from non-kosher food will nurture undesirable tendencies in the son's character.
13. The Rambam does not mention washing her husband, because his wife is forbidden to touch him while in the *niddah* state. (See *Hilchot Issurei Bi'ah* 11:18-19.)
14. The *Chelkat Mechokek* 80:20 states that based on the *Jerusalem Talmud*, the law applies even when she breaks household articles while she is not in the midst of her household chores.

When, by contrast, a mentally capable man marries a deaf-mute, he is not entitled to inherit her estate when she dies.9 When, however, a deaf-mute marries a mentally capable woman and dies, he should inherit her estate. For she is capable of understanding and married him voluntarily. [In doing so,] she gave him a right to her property.10

5. When a *k'tanah* was consecrated with her father's consent, but married without his consent — whether in his presence or outside his presence — her father has a right to object, as we have explained.12 [In such a situation,] if the girl dies, her husband should not inherit her estate, even if the father remains silent, unless he expressed his consent to her marriage.

6. The *geonim* ruled that when a woman tells sick and asks her husband to divorce her so that he will not inherit her estate, her words are of no consequence, [even if] she [agrees to] forfeit her *ketubah*. Even if she says: "I hate him and no longer desire to live with him," her words are not heeded, and she is not judged as a woman who rebels against her husband.13 This is a desirable ruling.

7. During a woman's lifetime, her husband enjoys the benefits of all the property she owns, regardless of whether it is classified as *nichsei tzon barzel* or *nichsei m'log*. If she dies in her husband's lifetime, her husband inherits everything.

Therefore, if the woman sold property classified as *nichsei m'log* after she married, even if she became the owner of that property before she became consecrated, her husband may expropriate the income from that property from the purchasers throughout his wife's lifetime. He may not, however, expropriate the land itself, for he has no right to the land itself, if it is classified as *nichsei m'log*, until his wife dies.14

If she dies in his lifetime, he may expropriate the land from the purchasers15 without paying them for it.16 If for the actual money that [the woman] took from the purchasers still exists, however, it must be returned to the purchasers. The husband cannot say: "Perhaps this money was found [by my wife]" [and on that basis take it as his own].17

8. When does the above apply? With regard to property about which the husband knew.18 When, however, a woman inherits property in another

10. The rationale is that she is not entitled to a *ketubah* (Chapter 11, Halachah 4). Moreover, since she is not responsible for her actions, she has no right to transfer her property.
11. Although the Ra'avad objects to this ruling, the *Shulchan Aruch* (*Even HaEzer* 90:3) quotes the Rambam's view.
12. Chapter 3, Halachah 13.
13. See Chapter 14, Halachah 8.
14. The advantage in the purchaser's continuing to own the land itself is that if the husband dies before his wife, her sale is binding, and the land becomes the purchaser's property. From this time onward, he is entitled to benefit from the land as well