CLERK
UNITED STATES DISTRICT COURT
750 MISSOURI AVE.
EAST ST. LOUIS, ILLINOIS 62201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Doc 5
25-235-NJR

"SPECIAL MAIL" - Open Only in The Presence Of The Inmate.

SAINT LOUIS MO 630
18 MAR 2025PM 8 L

quadient
FIRST-CLASS MAIL
IMI
$000.69
03/17/2025 ZIP 62201
043M31248728
US POSTAGE

MAIL CLEARED
US MARSHALS

Mohamed R. al-'Owhali, #42371-054
USP - MARION
U.S. PENIT
P.O. BOX 1
MARION,

NIXIE        631   FE 1        0004/08/25
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD

UTF    BC: 62201295499    *1316-06365-08-22

RECEIVED
APR 11 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE