Dear Clerk of
The Southern District of Illinois,

I am the plaintiff in al-'Owhali v. Sproul, 3:25-CV-00235.

Please update my address on the docket:

Mohamed R. al-'Owhali

Reg. No. 42371054

P.O. Box 7000

Florence, Co. 81226

Thank you,

*[signature]*

_____
Mohamed R. al-'Owhali

Mohamed R. al-Owhali
42371/054
U.S.P Florence High
PO BOX 7000
Florence Co 81226

Clerk of the Court
301 west main street
Benton, Illinois 62812

4-18-25

MAIL CLEARED
US MARSHALS

29 APR 2025 PM 6 L

62812-136201

FED[...]
P.O. B[...]
FLORENCE, COLORADO [...]

DATE: APR 2 5 2025

*SPECIAL/LEGAL MAIL*

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Legal Mail

RECEIVED

MAY -2 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE