UNITED STATES POSTAL SERVICE
SAINT LOUIS MO 630
2 JUN 2025 PM 9 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
750 Missouri Avenue
East St. Louis, IL  62201

RECEIVED
JUN 04 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Attn. Megan
Case

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X [signature]   ☑ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery: 6-2

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

USAO
Nine Executive Drive
Suite 100
Fairview Heights, IL 62208

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7015 0640 0001 4040 7397

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540