# Notice of Change of Address

Case: AL'-Owhali v. Sproul et al

No: 3:25-CV-00235-NJR

To: the clerk of Court,

I would like to inform the court that my adress have been change to:

United State penitentiary, Big sandy
Po BOX 2068
~~Inez~~
    Inez, KY 41224



Thank you

Mohamed Al'-Owhali

INMATE NAME: Mohamed Al-Owhali
REGISTER # _____
UNITED STATES PENITENTIARY, BIG SANDY
P.O. BOX 2068
INEZ, KY  41224

MAIL CLEARED
US MARSHALS

Legal Mail

25 NOV 2025 PM 2 L

UNITED STATES
OF AMERICA
FOREVER/USA

U.S. District Court
Clerk Office
750 Missouri Avenue
East St. Louis, IL 62201

62201-295429

RECEIVED

DEC 0 4 2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
EAST ST. LOUIS OFFICE