# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MOHAMED R. AL-'OWHALI,     )
    )
    Plaintiff,     )
    )
    v.     )     Case No. 3:25-cv-00235-NJR
    )
DANIEL SPROUL and JOHN HUGHES,     )
    )
    Defendants.     )

## DECLARATION OF DANIELLE MATZ

In accordance with the provisions of 28 U.S.C. § 1746, I, Danielle Matz, make the following unsworn declaration, under penalty of perjury, pertinent to the above-styled and numbered cause:

1.     I am employed by the Federal Bureau of Prisons ("BOP") as Administrative Officer at the BOP's North Central Regional Office. I have held this position since February 2024. I also serve as Administrative Remedy Clerk at the BOP's North Central Regional Office and have done so since February 2024. I have been employed by the BOP since September 2007.

2.     I am familiar with BOP policies about the administrative remedy program. In my position as Administrative Officer and Administrative Remedy Clerk, I have access to records created in the regular course of business of the BOP. This includes records maintained in the BOP's electronic database (called SENTRY) and hard copy records maintained at various BOP facilities. All records attached to this Declaration are true and accurate copies of BOP records kept in the regular course of business.

3.     As set forth in 28 C.F.R. §§ 542.10-542.19, the BOP makes available to its inmates a three-level administrative remedy process if informal resolution procedures fail. This administrative remedy system has been implemented at all BOP institutions, including FCI

1

Marion, and was in effect at all relevant times. The purpose of this administrative remedy process is to permit inmates to seek formal review of an issue relating to any aspect of his own confinement and to permit the agency an opportunity to employ its expertise to redress grievances concerning the BOP.

4.      Administrative remedy filing procedures are outlined and explained to inmates each time they arrive at a federal prison as part of the Admission and Orientation process. All unrestricted BOP Program Statements are available for inmate access via their respective institution's law library. Inmates are instructed where to find BOP Policy and Institution Supplements, as well as how to access the inmate Electronic Law Library. Inmates are informed that if they have an issue or question for staff, they can ask in person or submit an Inmate Request to Staff by hard copy or electronically to a staff resource mailbox.

5.      An inmate must first attempt resolution of an issue with prison staff by submitting an informal resolution form (BP-8) listing their efforts to resolve the problem. Once an inmate has attempted to informally resolve the issue, the administrative remedy process is commenced by filing a Request for Administrative Remedy (BP-9) at the institution where the inmate is incarcerated within 20 days of the occurrence. 28 C.F.R. § 542.13-14. The Warden must respond within 20 days. 28 C.F.R. § 542.18. If an inmate is not satisfied with the response at the institution level, he may appeal by filing a Regional Administrative Remedy Appeal (BP-10) with the Regional Office within twenty days. *Id.* § 542.15(a). This is the second step in the process. The Regional Office then has thirty days to answer the claim. 28 C.F.R. § 542.18. If the inmate is not satisfied with the Regional response, he may file a final appeal with the Central Office in Washington, D.C. within thirty days (BP-11). The Central Office has forty days to respond. 28 C.F.R. § 542.18.

6. To properly exhaust all administrative remedies, an inmate must timely and properly present a claim to each level, have that remedy request accepted, and receive an actual response to that request.

7. Mohamed Al-'Owhali is an inmate currently in BOP custody and is serving an aggregate sentence of life imprisonment for multiple convictions, including conspiracy to murder U.S. nationals, conspiracy to use weapons of mass destruction, conspiracy to damage or destroy U.S. property, bombing a U.S. embassy, use and attempted use of weapons of mass destruction, murder and attempted murder, using and carrying an explosive during commission of a felony, and using and carrying a dangerous device during the bombing of the U.S. embassy in Nairobi, Kenya. *See* **Attachment D**, Judgment in a Criminal Case, USA v. Al-'Owhali, Case No. S(7) 98 Cr. 1023-04 (LBS). I am aware that Mohamed Al-'Owhali, Reg. No. 42371-054, filed the above-captioned lawsuit on or about February 21, 2025, and sets forth allegations related to a series of involuntary feedings he underwent from approximately June 2021 through September 2021 while at FCI Marion.

8. I searched the BOP's SENTRY system for administrative remedies filed by inmate Al-'Owhali. The SENTRY report reflecting all of Al-'Owhali's administrative remedies is submitted here as **Attachment A**, which shows Al-'Owhali has submitted a total of 175 administrative remedy requests while incarcerated by the BOP. The date each administrative remedy request was received by BOP is noted in the section labeled "DATE RCV".[1] The subject of each administrative remedy request is summarized in the section labeled "ABSTRACT".

9. Based on a review of Attachment A, it appears there is one remedy series submitted by Al-'Owhali concerning his medical treatment at FCI Marion since 2021. Al-

---

[1] I am familiar with the codes that BOP uses to record the reasons for its actions on administrative remedy requests.

'Owhali, however, did not complete the entire administrative remedy process for his remedy series, as discussed below.

10. Al-'Owhali submitted an institution-level request (BP-9) to FCI Marion, which was received on September 13, 2021, and assigned Remedy ID 1096088-F1.[23] Attachment A at 78; *see also* Attachment B. The subject of the remedy was "medical care". A response to this remedy by the Warden was provided on November 8, 2021, and it was closed. The response was for informational or explanation purposes only as indicated by the status reason "XPL". *Id.*

11. Al-'Owhali appealed Remedy ID 1096088-F1 to the BOP's North Central Regional Office, where it was received on or about December 3, 2021, and assigned Remedy ID 1096088-R1. Attachment A at 83; *see also* Attachment B. Again, the subject of the remedy was "medical care". The appeal was closed on January 7, 2022, and a response for information or explanation purposes was provided, as indicated by the status reason "XPL".

12. Al-'Owhali appealed Remedy ID 1096088-A1 to the BOP's Central Office, where it was received on March 3, 2022, and assigned Remedy ID 1096088-A1. Attachment A at 85. The subject of the remedy was again "medical care". The Central Office rejected the remedy on March 17, 2022. The rejection notice in this instance included the following explanations:

- You did not provide a copy of your ___ institution Administrative Remedy

---

[2] In the automated Administrative Remedy index system, every case submitted by an inmate is entered into the system regardless whether it accepted or rejected. Under the automated system, Administrative Remedies and Appeals are identified by a SENTRY-generated number known as the "Remedy ID". The Remedy ID has two parts. The first part is a "case number" generated automatically by SENTRY. The second part of the number is the "Submission ID", which is the suffix attached to the end of the "case number". This suffix is generated by SENTRY and consists of a letter (F, R, or A) followed by a sequential numeral. This Submission ID indicates the management level ("F" for institution, "R" for Region, or "A" for Central Office) where a particular remedy was logged into the index at that level. For example, "-F1" indicates this is the first time this case number was logged in at the institution level. If a case with the suffix "-F1" was rejected, returned to the inmate, and later resubmitted at the institution, the Clerk would enter it under the same "case number," and SENTRY would change the submission suffix to "-F2".

[3] All documents relating to Remedy ID 1096088 are attached hereto as **Attachment B**.

Request (BP-9) form or ___ a copy of the (BP-9) response from the Warden (as evidenced by rejection code "IRQ"); and

- You may resubmit your appeal in proper form within 15 days of the date of this rejection notice (as evidenced by rejection code "RSA").

*Id.* Remedy requests that are rejected are not maintained by the institution, region, or central office as they are returned to the inmate along with the rejection notice.

13. There is no other reference or documentation in the BOP's SENTRY system concerning Remedy 1096088-F1, -R1, or -A1.

14. Al-'Owhali also submitted an institution-level request (BP-9) to FCI Marion, which was received on July 15, 2021, and assigned Remedy ID 1087950-F1.[4] Attachment A at 78; *see also* Attachment C. The subject of the remedy was "punishment for religious beliefs". In this Remedy, Al-'Owhali complained he was being referred to the Special Management Unit as punishment for his religious beliefs, which he asserts, were being improperly considered as a gang affiliation. A response to this remedy by the Warden was provided on October 26, 2021, and it was closed. The response was for informational or explanation purposes only as indicated by the status reason "XPL". *Id.*

15. Al-'Owhali appealed Remedy ID 1087950-F1 to the BOP's North Central Regional Office, where it was received on December 3, 2021, and assigned Remedy ID 1087950-R1. Attachment A at 82. Again, the subject of the remedy was "punishment for religious beliefs". The Remedy was rejected on December 6, 2021. The rejection notice included the following explanation:

- Your appeal is untimely. Regional appeals must be received within 20

---

[4] All documents relating to Remedy ID 1087950 are attached hereto as **Attachment C**.

5

days of the Warden's or CCM's response. This time limit includes mail time (as evidenced by rejection code "UTR").

*Id.*

16.    There is no other reference or documentation in the BOP's SENTRY system concerning Remedy 1087950-F1 or -R1.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Executed this ____7th____ day of April 2026.

Danielle Matz
Federal Bureau of Prisons

# ATTACHMENT A

```
      FUNCTION: L-P SCOPE: REG   EQ 42371-054     OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _              RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV OFC : EQ ____      ____      ____      ____      ____      ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ___       ___       ___       ___       ___       ___
        TYPE: ___       ___       ___       ___       ___       ___
EVNT FACL: EQ ____      ____      ____      ____      ____      ____
RCV FACL.: EQ ____      ____      ____      ____      ____      ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____      ____      ____      ____      ____      ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 270063-F1     SUB1: 13HM SUB2:      DATE RCV:   06-12-2002
UNT  RCV..:B            QTR RCV.: Z03-205LAD    FACL RCV: FLM
UNT  ORG..:B            QTR ORG.: Z03-205LAD    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                          RESP DUE:
ABSTRACT.: UNKNOWN REQUEST/TEXT WRITTEN IN ARABIC/NOT LEGIBLE
STATUS DT: 06-12-2002  STATUS CODE: REJ STATUS REASON: OTH CON INF RSF
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 06-12-2002
REMARKS..: PLEASE SUBMIT YOUR REQUEST IN ENGLISH.



REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 275501-F1     SUB1: 21AM SUB2:      DATE RCV:   08-16-2002
UNT  RCV..:H            QTR RCV.: H03-105L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H03-105L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                  RESP DUE:  THU  09-05-2002
ABSTRACT.: APPEALS INCIDENT REPORT
STATUS DT: 08-30-2002  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: 1017860   RCT: P EXT:   DATE ENTD: 08-16-2002
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 276821-F1     SUB1: 21AM SUB2:       DATE RCV:   09-03-2002
UNT  RCV..:H             QTR RCV.: H03-106L     FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H03-106L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                RESP DUE:  MON  09-23-2002
ABSTRACT.: APPEALS INCIDENT REPORT;CLMS HE NEEDS INTERPRETER
STATUS DT: 09-12-2002  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: 1023023   RCT: P EXT:   DATE ENTD: 09-04-2002
REMARKS..:




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 276822-F1     SUB1: 21AM SUB2:       DATE RCV:   09-03-2002
UNT  RCV..:H             QTR RCV.: H03-106L     FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H03-106L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                RESP DUE:  MON  09-23-2002
ABSTRACT.: APPEALS INCIDENT REPORT;CLMS HE NEEDS INTERPRETER
STATUS DT: 09-12-2002  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: 1023027   RCT: P EXT:   DATE ENTD: 09-04-2002
REMARKS..:
```

G0002      MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 276824-F1     SUB1: 21AM SUB2:       DATE RCV:   09-03-2002
UNT  RCV..:H           QTR RCV.: H03-106L       FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-106L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                   RESP DUE:  MON  09-23-2002
ABSTRACT.: APPEALS INCIDENT REPORT;CLMS HE NEEDS INTERPRETER
STATUS DT: 09-12-2002  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: 1018537   RCT: P EXT:   DATE ENTD: 09-04-2002
REMARKS..:



REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 276826-F1     SUB1: 21AM SUB2:       DATE RCV:   09-03-2002
UNT  RCV..:H           QTR RCV.: H03-106L       FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-106L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                   RESP DUE:  MON  09-23-2002
ABSTRACT.: APPEALS INCIDENT REPORT;CLMS HE NEEDS INTERPRETER
STATUS DT: 09-12-2002  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: 1022676   RCT: P EXT:   DATE ENTD: 09-04-2002
REMARKS..:
```

```
    REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
    RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: FLM
    REMEDY ID: 276827-F1      SUB1: 21AM SUB2:      DATE RCV:   09-03-2002
    UNT  RCV..:H           QTR RCV.: H03-106L       FACL RCV: FLM
    UNT  ORG..:H           QTR ORG.: H03-106L       FACL ORG: FLM
    EVT FACL.: FLM    ACC LEV:  FLM  1                  RESP DUE:  MON  09-23-2002
    ABSTRACT.: APPEALS INCIDENT REPORT;CLMS HE NEEDS INTERPRETER
    STATUS DT: 09-16-2002  STATUS CODE: CLO STATUS REASON: XPL
    INCRPTNO.: 1021658   RCT: P EXT:   DATE ENTD: 09-04-2002
    REMARKS..:
```

```
    REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
    RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: FLM
    REMEDY ID: 276828-F1      SUB1: 21AM SUB2:      DATE RCV:   09-03-2002
    UNT  RCV..:H           QTR RCV.: H03-106L       FACL RCV: FLM
    UNT  ORG..:H           QTR ORG.: H03-106L       FACL ORG: FLM
    EVT FACL.: FLM    ACC LEV:  FLM  1                  RESP DUE:  MON  09-23-2002
    ABSTRACT.: APPEALS INCIDENT REPORT;CLMS HE NEEDS INTERPRETER
    STATUS DT: 09-12-2002  STATUS CODE: CLO STATUS REASON: XPL
    INCRPTNO.: 1019073   RCT: P EXT:   DATE ENTD: 09-04-2002
    REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 293902-F1     SUB1: 16ZM SUB2:      DATE RCV:   03-21-2003
UNT  RCV..:H             QTR RCV.: H03-106L    FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H03-106L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                          RESP DUE:
ABSTRACT.: CLMS DID NOT RECEIVE MAIL FOR (?) 2002 & 1-2003
STATUS DT: 03-21-2003  STATUS CODE: REJ STATUS REASON: UTF
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 03-21-2003
REMARKS..:



REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 295782-F1      SUB1: 16ZM SUB2:     DATE RCV:   04-10-2003
UNT  RCV..:H             QTR RCV.: H04-204L    FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H04-204L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                  RESP DUE:  WED  04-30-2003
ABSTRACT.: INMATE CLAIMS HE IS NOT RECEIVING HIS MAIL
STATUS DT: 04-23-2003  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 04-10-2003
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL           QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 295782-R1     SUB1: 16ZM SUB2:    DATE RCV:   07-28-2003
UNT  RCV..:H           QTR RCV.: H04-203L    FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H04-204L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                RESP DUE:
ABSTRACT.: INMATE CLAIMS HE IS NOT RECEIVING HIS MAIL
STATUS DT: 07-28-2003  STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 07-30-2003
REMARKS..: RESUBMIT YOUR APPEAL IN ENGLISH.


REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL           QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 295782-A1     SUB1: 16ZM SUB2:    DATE RCV:   09-22-2003
UNT  RCV..:H           QTR RCV.: H04-201L    FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H04-204L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                RESP DUE:
ABSTRACT.: INMATE CLAIMS HE IS NOT RECEIVING HIS MAIL
STATUS DT: 09-22-2003  STATUS CODE: REJ STATUS REASON: OTH UTA
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 09-25-2003
REMARKS..: CONCUR WITH REGION FOR REJECTING YOUR APPEAL(FILED
           FILED IN ARABIC). ALSO, YOUR APPEAL TO THIS OFFICE
           OFFICE IS UNTIMELY. (PM 09-03-03)
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 315632-F1     SUB1: 33HM SUB2:       DATE RCV:   11-04-2003
UNT  RCV..:H             QTR RCV.: H04-201L     FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H04-201L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1       RESP DUE:  MON  11-24-2003
ABSTRACT.: CLMS HE CAN'T WRITE COMPLAINTS IN ENGLISH
STATUS DT: 11-10-2003  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 11-04-2003
REMARKS..:




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 317754-F1     SUB1: 26DM SUB2:       DATE RCV:   11-26-2003
UNT  RCV..:H             QTR RCV.: H04-206L     FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H04-206L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE:  TUE  12-16-2003
ABSTRACT.: CLMS DR. STOPPED DEPRESSION MEDICATION
STATUS DT: 12-05-2003  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 11-26-2003
REMARKS..:
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 315632-R1     SUB1: 33HM SUB2:       DATE RCV:  12-08-2003
UNT  RCV..:H           QTR RCV.: H04-206L       FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H04-201L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1       RESP DUE:  WED  01-07-2004
ABSTRACT.: CLMS HE CAN'T WRITE COMPLAINTS IN ENGLISH
STATUS DT: 12-18-2003  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:  DATE ENTD: 12-11-2003
REMARKS..:


              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
TUE 12-30-2003    LGL SVC            12-11-2003     INV       12-18-2003




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 319730-F1     SUB1: 13HM SUB2:       DATE RCV:  12-17-2003
UNT  RCV..:H           QTR RCV.: H04-201L       FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H04-201L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE:  TUE  01-06-2004
ABSTRACT.: CLMS HOUSING STATUS IS TOO RESTRICTIVE
STATUS DT: 12-23-2003  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:  DATE ENTD: 12-17-2003
REMARKS..:

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL          QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 320547-F1    SUB1: 17AM SUB2:    DATE RCV:   12-30-2003
UNT  RCV..:H           QTR RCV.: H04-201L   FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H04-201L   FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  2 NCR  1 BOP  1   RESP DUE:
ABSTRACT.: WANTS TO ADD GRANDPARENTS TO APPROVED PHONE LIST
STATUS DT: 12-30-2003  STATUS CODE: REJ STATUS REASON: SIG RSF
INCRPTNO.:          RCT:  EXT:  DATE ENTD: 12-30-2003
REMARKS..:



REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL          QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 317754-R1    SUB1: 26DM SUB2:    DATE RCV:   01-09-2004
UNT  RCV..:H           QTR RCV.: H04-205L   FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H04-206L   FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: TUE  03-09-2004
ABSTRACT.: CLMS DR. STOPPED DEPRESSION MEDICATION
STATUS DT: 03-15-2004  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 01-20-2004
REMARKS..:


                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
SUN 02-01-2004     MED SVC            01-20-2004     INV       03-15-2004
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 320547-F2     SUB1: 17AM SUB2:        DATE RCV:   01-12-2004
UNT  RCV..:H            QTR RCV.: H04-205L       FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-201L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM 2 NCR  1 BOP  1   RESP DUE:  SUN 02-01-2004
ABSTRACT.: WANTS TO ADD GRANDPARENTS TO APPROVED PHONE LIST
STATUS DT: 01-21-2004  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 01-12-2004
REMARKS..:




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 319730-R1     SUB1: 13HM SUB2:        DATE RCV:   01-12-2004
UNT  RCV..:H            QTR RCV.: H04-205L       FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-201L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM 1 NCR  1 BOP  1   RESP DUE:  WED 02-11-2004
ABSTRACT.: CLMS HOUSING STATUS IS TOO RESTRICTIVE
STATUS DT: 02-04-2004  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 01-21-2004
REMARKS..:


                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
WED 02-04-2004     LGL SVC              01-21-2004      INV         02-04-2004
```

G0002      MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 315632-A1     SUB1: 33HM SUB2:        DATE RCV:   01-13-2004
UNT  RCV..:H             QTR RCV.: H04-205L       FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H04-201L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1          RESP DUE:
ABSTRACT.: CLMS HE CAN'T WRITE COMPLAINTS IN ENGLISH
STATUS DT: 01-13-2004  STATUS CODE: REJ STATUS REASON: RAP RSA
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 01-15-2004
REMARKS..:




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 320547-R1     SUB1: 17AM SUB2:        DATE RCV:   02-12-2004
UNT  RCV..:H             QTR RCV.: H04-204L       FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H04-201L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  2 NCR  1 BOP  1  RESP DUE: SAT  03-13-2004
ABSTRACT.: WANTS TO ADD GRANDPARENTS TO APPROVED PHONE LIST
STATUS DT: 02-27-2004  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 02-19-2004
REMARKS..:


                   CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
SAT 03-06-2004    CORR PGM              02-19-2004      INV        02-27-2004




G0002      MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 319730-A1     SUB1: 13HM SUB2:      DATE RCV:   03-10-2004
UNT  RCV..:H            QTR RCV.: H04-206L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-201L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  SUN  05-09-2004
ABSTRACT.: CLMS HOUSING STATUS IS TOO RESTRICTIVE
STATUS DT: 05-18-2004  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 03-17-2004
REMARKS..: 05-07-2004:  TO D. RAIA, LCI, FOR REVIEW
           05-18-2004:  RETURNED BY D. RAIA


REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 320547-A1     SUB1: 17AM SUB2:      DATE RCV:   04-13-2004
UNT  RCV..:H            QTR RCV.: H04-203L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-201L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  2 NCR  1 BOP  1   RESP DUE:  SAT  06-12-2004
ABSTRACT.: WANTS TO ADD GRANDPARENTS TO APPROVED PHONE LIST
STATUS DT: 10-25-2004  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 04-19-2004
REMARKS..: 6-15-2004:  TAKEN TO D. RAIA, LCI, FOR REVIEW.


G0002      MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L    RCV OFC: BOP
REMEDY ID: 317754-A1      SUB1: 23BM SUB2:        DATE RCV:   04-13-2004
UNT  RCV..:H            QTR RCV.: H04-203L        FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-206L        FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1   RESP DUE: SAT  06-12-2004
ABSTRACT.: CLMS STRIP SEARCH WAS NOT LEGAL
STATUS DT: 06-14-2004  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 04-21-2004
REMARKS..:


REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L    RCV OFC: FLM
REMEDY ID: 355311-F1      SUB1: 17AM SUB2:        DATE RCV:   10-18-2004
UNT  RCV..:H            QTR RCV.: H04-201L        FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-201L        FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1                 RESP DUE: SUN  11-07-2004
ABSTRACT.: COMPLAINS OF NOT COMPLETING MONTHLY PHONE CALL
STATUS DT: 10-28-2004  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT:  DATE ENTD: 10-18-2004
REMARKS..:


G0002       MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L    RCV OFC: FLM
REMEDY ID: 358077-F1      SUB1: 16ZM SUB2:        DATE RCV:   11-10-2004
UNT  RCV..:H              QTR RCV.: H04-201L       FACL RCV: FLM
UNT  ORG..:H              QTR ORG.: H04-201L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                    RESP DUE:  TUE  11-30-2004
ABSTRACT.: CLMS INCOMING & OUTGOING MAIL TAKING TOO LONG
STATUS DT: 11-23-2004  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 11-10-2004
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L    RCV OFC: FLM
REMEDY ID: 366978-F1      SUB1: 13ZM SUB2:        DATE RCV:   02-11-2005
UNT  RCV..:H              QTR RCV.: H04-206L       FACL RCV: FLM
UNT  ORG..:H              QTR ORG.: H04-206L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE:  THU  03-03-2005
ABSTRACT.: OBJECTS TO SAM RESTRICTIONS
STATUS DT: 02-22-2005  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 02-11-2005
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L    RCV OFC: NCR
REMEDY ID: 366978-R1     SUB1: 13ZM SUB2:       DATE RCV:   03-14-2005
UNT  RCV..:H            QTR RCV.: H04-203L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-206L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  WED  04-13-2005
ABSTRACT.: OBJECTS TO SAM RESTRICTIONS
STATUS DT: 03-30-2005  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 03-15-2005
REMARKS..:


                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
THU 03-31-2005    LGL SVC             03-15-2005     INV        03-30-2005




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L    RCV OFC: BOP
REMEDY ID: 366978-A1     SUB1: 13ZM SUB2:       DATE RCV:   05-02-2005
UNT  RCV..:H            QTR RCV.: H04-203L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-206L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  FRI  07-01-2005
ABSTRACT.: OBJECTS TO SAM RESTRICTIONS
STATUS DT: 07-13-2005  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 05-25-2005
REMARKS..:


G0002       MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 376129-F1     SUB1: 16EM SUB2:      DATE RCV:  05-13-2005
UNT  RCV..:H             QTR RCV.: H04-203L     FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H04-203L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1  RESP DUE:  THU  06-02-2005
ABSTRACT.: CLMS MAIL IS HELD LONGER THAN SAM TIME LIMIT
STATUS DT: 05-23-2005  STATUS CODE: CLG STATUS REASON: GRT
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 05-13-2005
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 376129-R1     SUB1: 16EM SUB2:      DATE RCV:  06-07-2005
UNT  RCV..:H             QTR RCV.: H04-203L     FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H04-203L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1  RESP DUE:  THU  07-07-2005
ABSTRACT.: CLMS MAIL IS HELD LONGER THAN SAM TIME LIMIT
STATUS DT: 07-03-2005  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 06-16-2005
REMARKS..:
```

```
                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
MON 06-27-2005    CORR PGM            06-16-2005     INV        07-03-2005
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL           QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 382124-F1     SUB1: 13ZM SUB2:     DATE RCV:   07-12-2005
UNT  RCV..:H          QTR RCV.: H04-204L     FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H04-204L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1           RESP DUE:  MON  08-01-2005
ABSTRACT.: COMPLAINS OF SAMS RESTRICTIONS
STATUS DT: 07-25-2005  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 07-12-2005
REMARKS..:




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL           QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 376129-A1     SUB1: 16EM SUB2:     DATE RCV:   08-02-2005
UNT  RCV..:H          QTR RCV.: H04-204L     FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H04-203L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE:  SAT  10-01-2005
ABSTRACT.: CLMS MAIL IS HELD LONGER THAN SAM TIME LIMIT
STATUS DT: 10-11-2005  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 08-05-2005
REMARKS..:

   NCRBI        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     03-17-2026
PAGE 019 OF      *        FULL SCREEN FORMAT            *      10:02:12
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 404563-F1     SUB1: 25DM SUB2:     DATE RCV:   02-24-2006
UNT  RCV..:H           QTR RCV.: H03-110L     FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-110L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1               RESP DUE:  WED  04-05-2006
ABSTRACT.: WANTS PERSONAL PROPERTY RETURNED
STATUS DT: 03-16-2006  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 02-24-2006
REMARKS..:




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 406191-F1     SUB1: 15BM SUB2:     DATE RCV:   03-09-2006
UNT  RCV..:H           QTR RCV.: H03-110L     FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-110L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1               RESP DUE:  TUE  04-18-2006
ABSTRACT.: CMPLNS OF CLOCK BEING REMOVED FROM IN FRONT OF CELL
STATUS DT: 05-05-2006  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 03-09-2006
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL             QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 406799-F1     SUB1: 33GM SUB2:      DATE RCV:  03-15-2006
UNT  RCV..:H           QTR RCV.: H03-110L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H03-110L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                RESP DUE:  TUE  04-04-2006
ABSTRACT.: CMPLNS OF LEGAL MATERIAL BEING REMOVED
STATUS DT: 03-28-2006  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 03-15-2006
REMARKS..:




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL             QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 434234-F1     SUB1: 16ZM SUB2:      DATE RCV:  11-20-2006
UNT  RCV..:H           QTR RCV.: H04-210L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H04-210L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  2  RESP DUE:  SUN  12-10-2006
ABSTRACT.: CMPLNS OF UNREASONABLE DELAY OF MAIL
STATUS DT: 12-04-2006  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 11-20-2006
REMARKS..:
```

G0002      MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 434640-F1     SUB1: 11GM SUB2:     DATE RCV:   11-24-2006
UNT  RCV..:H            QTR RCV.: H04-210L    FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1        RESP DUE:  THU  12-14-2006
ABSTRACT.: CMPLNS OF LACK OF RECREATION
STATUS DT: 11-30-2006  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 11-24-2006
REMARKS..:




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 434640-R1     SUB1: 11GM SUB2:     DATE RCV:   12-18-2006
UNT  RCV..:H            QTR RCV.: H04-210L    FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1        RESP DUE:  WED  01-17-2007
ABSTRACT.: CMPLNS OF LACK OF RECREATION
STATUS DT: 01-16-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 12-22-2006
REMARKS..:


              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
SUN 01-07-2007     CORR SVC            12-22-2006      INV        01-16-2007
```

G0002        MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 434234-R1     SUB1: 16ZM SUB2:     DATE RCV:   12-18-2006
UNT  RCV..:H            QTR RCV.: H04-210L    FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L    FACL ORG: FLM
EVT FACL.: FLM   ACC LEV: FLM  1 NCR  1 BOP  2  RESP DUE: FRI  02-16-2007
ABSTRACT.: CMPLNS OF UNREASONABLE DELAY OF MAIL
STATUS DT: 01-23-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 12-22-2006
REMARKS..:


                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
SUN 01-07-2007    CORR PGM            12-22-2006     INV        01-23-2007




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 438578-F1     SUB1: 13ZM SUB2:     DATE RCV:   01-05-2007
UNT  RCV..:H            QTR RCV.: H04-210L    FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L    FACL ORG: FLM
EVT FACL.: FLM   ACC LEV: FLM  1 NCR  1 BOP  1  RESP DUE: THU  01-25-2007
ABSTRACT.: APPEALS SAMS RESTRICTIONS
STATUS DT: 01-16-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:  DATE ENTD: 01-05-2007
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL             QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 438578-R1     SUB1: 13ZM SUB2:      DATE RCV:  01-26-2007
UNT  RCV..:H             QTR RCV.: H04-210L    FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H04-210L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1  RESP DUE: SUN  02-25-2007
ABSTRACT.: APPEALS SAMS RESTRICTIONS
STATUS DT: 02-16-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:  DATE ENTD: 01-29-2007
REMARKS..:


              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
FRI 02-16-2007     CORR PGM           01-29-2007     INV       02-16-2007




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL             QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 441232-F1     SUB1: 21AM SUB2:      DATE RCV:  01-31-2007
UNT  RCV..:H             QTR RCV.: H04-210L    FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H04-210L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1             RESP DUE: MON  03-12-2007
ABSTRACT.: UDC APPEAL / CODE 307 / HEARING DATE 1/23/07
STATUS DT: 03-01-2007  STATUS CODE: CLO STATUS REASON: WDN
INCRPTNO.: 1558088  RCT: P EXT: P DATE ENTD: 01-31-2007
REMARKS..:
```

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 434234-A1      SUB1: 16ZM SUB2:      DATE RCV:   02-14-2007
UNT  RCV..:H             QTR RCV.: H04-210L      FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H04-210L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  2   RESP DUE:
ABSTRACT.: CMPLNS OF UNREASONABLE DELAY OF MAIL
STATUS DT: 02-20-2007  STATUS CODE: REJ STATUS REASON: OTH RSA
INCRPTNO.:          RCT:  EXT:  DATE ENTD: 02-20-2007
REMARKS..: EACH PAGE OF THE BP-11 FORM MUST BE LEGIBLE.  PAGE 4
           IS DIFFICULT TO READ.



REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 445846-F1      SUB1: 13ZM SUB2:      DATE RCV:   03-15-2007
UNT  RCV..:H             QTR RCV.: H04-210L      FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H04-210L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: WED  04-04-2007
ABSTRACT.: CMPLNS OF FBI REVIEW OF MAIL, ETC. (SAMS)
STATUS DT: 03-27-2007  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT:  DATE ENTD: 03-15-2007
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L    RCV OFC: BOP
REMEDY ID: 434234-A2      SUB1: 16ZM SUB2:      DATE RCV:   03-15-2007
UNT  RCV..:H            QTR RCV.: H04-210L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  2   RESP DUE:  MON  05-14-2007
ABSTRACT.: INCOMING MAIL DELAYED UNREASONABLY
STATUS DT: 05-14-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 03-16-2007
REMARKS..:


REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L    RCV OFC: BOP
REMEDY ID: 438578-A1      SUB1: 13ZM SUB2:      DATE RCV:   03-19-2007
UNT  RCV..:H            QTR RCV.: H04-210L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  FRI  05-18-2007
ABSTRACT.: APPEALS SAMS RESTRICTIONS
STATUS DT: 05-16-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 03-28-2007
REMARKS..:


G0002       MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 448127-F1     SUB1: 17AM SUB2:      DATE RCV:   04-05-2007
UNT  RCV..:H            QTR RCV.: H04-209L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  WED  04-25-2007
ABSTRACT.: WANTS PHONE CALLS TO EXTENDED FAMILY MEMBERS
STATUS DT: 04-11-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 04-05-2007
REMARKS..:




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 445846-R1     SUB1: 13ZM SUB2:      DATE RCV:   04-09-2007
UNT  RCV..:H            QTR RCV.: H04-209L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  WED  05-09-2007
ABSTRACT.: CMPLNS OF FBI REVIEW OF MAIL, ETC. (SAMS)
STATUS DT: 05-08-2007  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 04-09-2007
REMARKS..:


                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
SUN 04-29-2007    CORR PGM            04-09-2007     INV         05-08-2007




G0002        MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 449134-F1     SUB1: 25DM SUB2:     DATE RCV:   04-12-2007
UNT  RCV..:H            QTR RCV.: H04-209L    FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1              RESP DUE:  WED  05-02-2007
ABSTRACT.: WANTS WATCH RETURNED
STATUS DT: 05-03-2007  STATUS CODE: CLO STATUS REASON: WDN
INCRPTNO.:          RCT: P EXT:  DATE ENTD: 04-12-2007
REMARKS..:




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 448127-R1     SUB1: 17AM SUB2:     DATE RCV:   04-30-2007
UNT  RCV..:H            QTR RCV.: H04-209L    FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE:  FRI  06-29-2007
ABSTRACT.: WANTS PHONE CALLS TO EXTENDED FAMILY MEMBERS
STATUS DT: 05-31-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 05-02-2007
REMARKS..:


               CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
SUN 05-20-2007     CORR PGM           05-02-2007    INV         05-31-2007
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 445846-A1     SUB1: 16BM SUB2: 18ZM DATE RCV:   06-11-2007
UNT  RCV..:H             QTR RCV.: H04-209L     FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H04-210L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1   RESP DUE: FRI  08-10-2007
ABSTRACT.: CMPLNS OF SAM-FBI REVIEW OF MAIL,PHONE,VISITS
STATUS DT: 08-15-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 06-12-2007
REMARKS..:



REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 448127-A1     SUB1: 17AM SUB2:       DATE RCV:   06-29-2007
UNT  RCV..:H             QTR RCV.: H04-203L     FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H04-209L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1   RESP DUE: TUE  08-28-2007
ABSTRACT.: WANTS PHONE CALLS TO EXTENDED FAMILY MEMBERS
STATUS DT: 09-18-2007  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 06-29-2007
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 478988-F1     SUB1: 23YM SUB2:      DATE RCV:   01-08-2008
UNT  RCV..:H            QTR RCV.: H04-209L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  MON  01-28-2008
ABSTRACT.: CLMS FOOD IS X-RAYED - CAUSES HEALTH RISK
STATUS DT: 02-06-2008  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 01-14-2008
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 481333-F1     SUB1: 13ZM SUB2:      DATE RCV:   01-28-2008
UNT  RCV..:H            QTR RCV.: H04-209L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  SAT  03-08-2008
ABSTRACT.: SAMS RESTRICTION REMOVED
STATUS DT: 02-20-2008  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 02-01-2008
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 478988-R1     SUB1: 23YM SUB2:     DATE RCV:  02-19-2008
UNT  RCV..:H            QTR RCV.: H04-209L    FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE: THU  03-20-2008
ABSTRACT.: CLMS FOOD IS X-RAYED - CAUSES HEALTH RISK
STATUS DT: 03-14-2008  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:  DATE ENTD: 02-20-2008
REMARKS..:
```

```
               CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO   DATE ASSN    TRK TYPE    DATE RETURNED
MON 03-10-2008     MED SVC           02-20-2008     INV        03-14-2008
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 481333-R1     SUB1: 13ZM SUB2:     DATE RCV:  03-03-2008
UNT  RCV..:H            QTR RCV.: H04-209L    FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE: FRI  05-02-2008
ABSTRACT.: SAMS RESTRICTION REMOVED
STATUS DT: 04-11-2008  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 03-06-2008
REMARKS..:
```

```
               CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO   DATE ASSN    TRK TYPE    DATE RETURNED
SUN 03-23-2008     CORR PGM          03-06-2008     INV        04-11-2008
```

```
   G0002      MORE PAGES TO FOLLOW . . .
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 485657-F1     SUB1: 16BM SUB2:       DATE RCV:  03-03-2008
UNT  RCV..:H            QTR RCV.: H04-209L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  SUN  03-23-2008
ABSTRACT.: MAIL REJECTED
STATUS DT: 03-25-2008  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 03-11-2008
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 478988-A1     SUB1: 23YM SUB2:       DATE RCV:  04-03-2008
UNT  RCV..:H            QTR RCV.: H04-208L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  TUE  05-13-2008
ABSTRACT.: CLMS FOOD IS X-RAYED - CAUSES HEALTH RISK
STATUS DT: 05-01-2008  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 04-09-2008
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 485657-R1     SUB1: 16BM SUB2:       DATE RCV:  04-14-2008
UNT  RCV..:H            QTR RCV.: H04-208L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  WED  05-14-2008
ABSTRACT.: MAIL REJECTED
STATUS DT: 04-30-2008  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 04-16-2008
REMARKS..:


                   CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
SUN 05-04-2008     ISM                 04-16-2008     INV         04-30-2008
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 481333-A1     SUB1: 13ZM SUB2:       DATE RCV:  05-07-2008
UNT  RCV..:H            QTR RCV.: H04-208L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  MON  06-16-2008
ABSTRACT.: SAMS RESTRICTION REMOVED
STATUS DT: 06-10-2008  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 05-10-2008
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL           QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 485657-A1     SUB1: 16BM SUB2:    DATE RCV:  06-05-2008
UNT  RCV..:H           QTR RCV.: H04-208L    FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H04-209L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1   RESP DUE:  MON  08-04-2008
ABSTRACT.: OBJECTS TO REJECTION OF OUTGOING CORRESPONCE
STATUS DT: 07-31-2008  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 06-09-2008
REMARKS..:




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL           QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 499764-F1     SUB1: 16ZM SUB2:    DATE RCV:  06-17-2008
UNT  RCV..:H           QTR RCV.: H04-209L    FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H04-209L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                   RESP DUE:
ABSTRACT.: REJECTED MAIL /FBI
STATUS DT: 07-03-2008  STATUS CODE: REJ STATUS REASON: INF RSF
INCRPTNO.:          RCT:  EXT:  DATE ENTD: 07-03-2008
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 499764-F2     SUB1: 16ZM SUB2:      DATE RCV:   07-15-2008
UNT  RCV..:H            QTR RCV.: H04-209L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                     RESP DUE:
ABSTRACT.: REJECTED MAIL /FBI
STATUS DT: 07-23-2008  STATUS CODE: REJ STATUS REASON: SIG RSF
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 07-23-2008
REMARKS..: COMPLETE THE TOP PORTION OF THE FORM




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 501997-F1     SUB1: 16AM SUB2:      DATE RCV:   07-21-2008
UNT  RCV..:H            QTR RCV.: H04-209L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                     RESP DUE:
ABSTRACT.: APPEALS REJECTIONS OF BOOKS AND MAIL
STATUS DT: 07-24-2008  STATUS CODE: REJ STATUS REASON: UTF MLT RSF
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 07-24-2008
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 508209-F1     SUB1: 16ZM SUB2:      DATE RCV:   08-26-2008
UNT  RCV..:H             QTR RCV.: H04-209L    FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H04-209L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1         RESP DUE: SUN  10-05-2008
ABSTRACT.: COMPLAINT ON STANDARDS OF FBI FOR MAIL AND BOOK REFU
STATUS DT: 10-23-2008  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 09-12-2008
REMARKS..:




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 514973-F1     SUB1: 16AM SUB2:      DATE RCV:   10-27-2008
UNT  RCV..:H             QTR RCV.: H04-210L    FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H04-210L    FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                       RESP DUE:
ABSTRACT.: PUBLICATION REJECTION
STATUS DT: 11-06-2008  STATUS CODE: REJ STATUS REASON: UTF
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 11-06-2008
REMARKS..: PUBLICATION REJECTION;  REJECTION NOTICE DATED 9/19
```

```
   G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 517215-F1     SUB1: 16AM SUB2:       DATE RCV:   11-12-2008
UNT  RCV..:H            QTR RCV.: H04-210L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE:  MON  12-22-2008
ABSTRACT.: REJECTED PUBLICATION OF WASHIGNTON POST
STATUS DT: 01-06-2009  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 11-26-2008
REMARKS..:




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 508209-R1     SUB1: 16ZM SUB2:       DATE RCV:   11-18-2008
UNT  RCV..:H            QTR RCV.: H04-210L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-209L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1        RESP DUE:  SAT  01-17-2009
ABSTRACT.: COMPLAINT ON STANDARDS OF FBI FOR MAIL AND BOOK REFU
STATUS DT: 12-22-2008  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 11-24-2008
REMARKS..:


                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
TUE 12-09-2008     ISM                11-24-2008    INV         12-22-2008
```

G0002      MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 517215-R1     SUB1: 16AM SUB2:       DATE RCV:  01-26-2009
UNT  RCV..:H            QTR RCV.: H04-201L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE:  WED  02-25-2009
ABSTRACT.: REJECTED PUBLICATION OF WASHIGNTON POST
STATUS DT: 02-12-2009  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 01-30-2009
REMARKS..:


                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT    TO     DATE ASSN     TRK TYPE    DATE RETURNED
MON 02-16-2009     ISM                  01-30-2009      INV         02-12-2009




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 525380-F1     SUB1: 16BM SUB2:       DATE RCV:  01-30-2009
UNT  RCV..:H            QTR RCV.: H04-201L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-201L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  2  RESP DUE:  WED  03-11-2009
ABSTRACT.: APPEALS REJECTED CORRESPONDENCE
STATUS DT: 03-16-2009  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 02-05-2009
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 508209-A1     SUB1: 16ZM SUB2:     DATE RCV:   02-17-2009
UNT  RCV..:H           QTR RCV.: H04-201L     FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H04-209L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1        RESP DUE:
ABSTRACT.: COMPLAINT ON STANDARDS OF FBI FOR MAIL AND BOOK REFU
STATUS DT: 02-25-2009  STATUS CODE: REJ STATUS REASON: UTA IRQ RSA
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 02-25-2009
REMARKS..: YOU MUST PROVIDE STAFF VERIFICATION ON BOP
           LETTERHEAD DOCUMENTING THAT THE UNTIMELY
           FILING OF THIS APPEAL WAS NOT YOUR FAULT.


REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 529643-F1     SUB1: 15ZM SUB2:     DATE RCV:   03-09-2009
UNT  RCV..:H           QTR RCV.: H04-201L     FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H04-201L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE: SAT  04-18-2009
ABSTRACT.: REQUESTS TO PARTICIPATE IN STEP-DOWN PROGRAM
STATUS DT: 03-26-2009  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 03-11-2009
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 517215-A1     SUB1: 16AM SUB2:      DATE RCV:   03-16-2009
UNT  RCV..:H            QTR RCV.: H04-201L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  FRI  05-15-2009
ABSTRACT.: REJECTED PUBLICATION OF WASHIGNTON POST
STATUS DT: 06-05-2009  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 03-31-2009
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 531825-F1     SUB1: 16AM SUB2:      DATE RCV:   03-27-2009
UNT  RCV..:H            QTR RCV.: H04-201L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-201L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1          RESP DUE:  WED  05-06-2009
ABSTRACT.: CONTESTS PUBLICATION REJECTION
STATUS DT: 04-21-2009  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 03-27-2009
REMARKS..:
```

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 525380-R1     SUB1: 16BM SUB2:      DATE RCV:  03-27-2009
UNT  RCV..:H           QTR RCV.: H04-201L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H04-201L      FACL ORG: FLM
EVT FACL.: FLM   ACC LEV: FLM  1 NCR  1 BOP  2  RESP DUE: TUE  05-26-2009
ABSTRACT.: APPEALS REJECTED CORRESPONDENCE
STATUS DT: 04-30-2009  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 03-30-2009
REMARKS..:


              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
FRI 04-17-2009    ISM                03-30-2009    INV        04-30-2009




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 529643-R1     SUB1: 15ZM SUB2:      DATE RCV:  04-09-2009
UNT  RCV..:H           QTR RCV.: H04-202L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H04-201L      FACL ORG: FLM
EVT FACL.: FLM   ACC LEV: FLM  1 NCR  1 BOP  1  RESP DUE: MON  06-08-2009
ABSTRACT.: REQUESTS TO PARTICIPATE IN STEP-DOWN PROGRAM
STATUS DT: 05-13-2009  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 04-17-2009
REMARKS..:


              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
THU 04-30-2009    CORR PGM           04-17-2009    INV        05-13-2009

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL             QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 536420-F1     SUB1: 15ZM SUB2:      DATE RCV:  04-28-2009
UNT  RCV..:H           QTR RCV.: H04-202L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H04-202L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:                          RESP DUE:
ABSTRACT.: COMPLAINTS REGARDING SHOWERS AND GROUP PRAYER
STATUS DT: 04-28-2009   STATUS CODE: REJ STATUS REASON: MLT OTH RSF
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 04-28-2009
REMARKS..: STATE ONE COMPLAINT AND REQUESTED RESOLUTION RELATED
           TO COMPLAINT



REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL             QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 531825-R1     SUB1: 16AM SUB2:      DATE RCV:  05-04-2009
UNT  RCV..:H           QTR RCV.: H04-202L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H04-201L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1           RESP DUE: WED  06-03-2009
ABSTRACT.: CONTESTS PUBLICATION REJECTION
STATUS DT: 05-29-2009   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 05-06-2009
REMARKS..:


                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
MON 05-25-2009     ISM                05-06-2009     INV        05-29-2009
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 525380-A1     SUB1: 16BM SUB2:      DATE RCV:   05-21-2009
UNT  RCV..:H             QTR RCV.: H04-202L     FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H04-201L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  2   RESP DUE:
ABSTRACT.: APPEALS REJECTED CORRESPONDENCE
STATUS DT: 06-10-2009  STATUS CODE: REJ STATUS REASON: IRQ RSA
INCRPTNO.:             RCT:   EXT:   DATE ENTD: 06-10-2009
REMARKS..: PROVIDE THE BP-9 FORM FOR APPEAL# 525380-F1.



REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 529643-A1     SUB1: 15ZM SUB2:      DATE RCV:   06-09-2009
UNT  RCV..:H             QTR RCV.: H04-202L     FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H04-201L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE: SAT  08-08-2009
ABSTRACT.: REQUESTS TO PARTICIPATE IN STEP-DOWN PROGRAM
STATUS DT: 09-11-2009  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 06-18-2009
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L    RCV OFC: FLM
REMEDY ID: 544407-F1     SUB1: 16BM SUB2:       DATE RCV:   06-24-2009
UNT  RCV..:H             QTR RCV.: H04-202L      FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H04-202L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  2  RESP DUE:  TUE  07-14-2009
ABSTRACT.: CONTESTS REJECTED CORRESPONDENCE-SAMS
STATUS DT: 07-13-2009  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 06-24-2009
REMARKS..:



REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L    RCV OFC: FLM
REMEDY ID: 544414-F1     SUB1: 21AM SUB2:       DATE RCV:   06-24-2009
UNT  RCV..:H             QTR RCV.: H04-202L      FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H04-202L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1                RESP DUE:  TUE  07-14-2009
ABSTRACT.: APPEAL INCIDENT REPORT
STATUS DT: 07-13-2009  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 1879343   RCT: P EXT:   DATE ENTD: 06-24-2009
REMARKS..:
```

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 525380-A2     SUB1: 16BM SUB2:       DATE RCV:   07-01-2009
UNT  RCV..:H             QTR RCV.: H04-202L      FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H04-201L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  2   RESP DUE:  SUN  08-30-2009
ABSTRACT.: APPEALS REJECTED CORRESPONDENCE
STATUS DT: 11-03-2009  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 07-21-2009
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 544407-R1      SUB1: 16BM SUB2:       DATE RCV:   08-03-2009
UNT  RCV..:H             QTR RCV.: H04-203L      FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H04-202L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  2   RESP DUE:  WED  09-02-2009
ABSTRACT.: CONTESTS REJECTED CORRESPONDENCE-SAMS
STATUS DT: 08-31-2009  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 08-05-2009
REMARKS..:

                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
MON 08-24-2009     ISM                08-05-2009     INV         08-31-2009

G0002      MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 552074-F1     SUB1: 13ZM SUB2:     DATE RCV:   08-17-2009
UNT  RCV..:H          QTR RCV.: H04-203L      FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H04-203L      FACL ORG: FLM
EVT FACL.: FLM   ACC LEV: FLM 1 NCR 1 BOP 1   RESP DUE: SUN 09-06-2009
ABSTRACT.: CLAIMS SAMS VIOLATES CONDITIONS OF CONFINEMENT
STATUS DT: 08-28-2009  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:  DATE ENTD: 08-17-2009
REMARKS..:




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 553939-F1     SUB1: 13ZM SUB2:     DATE RCV:   08-31-2009
UNT  RCV..:H          QTR RCV.: H04-203L      FACL RCV: FLM
UNT  ORG..:H          QTR ORG.: H04-203L      FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  1             RESP DUE: SAT  10-10-2009
ABSTRACT.: ISSUE WITH IMPOSED SAMS
STATUS DT: 09-28-2009  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 08-31-2009
REMARKS..:
```

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 552074-R1     SUB1: 13ZM SUB2:        DATE RCV:   09-14-2009
UNT  RCV..:H            QTR RCV.: H04-203L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-203L      FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  WED  10-14-2009
ABSTRACT.: CLAIMS SAMS VIOLATES CONDITIONS OF CONFINEMENT
STATUS DT: 10-22-2009  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:  DATE ENTD: 09-18-2009
REMARKS..:


                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
THU 10-08-2009     CORR PGM            09-18-2009     INV         10-22-2009


REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 544407-A1     SUB1: 16BM SUB2:        DATE RCV:   09-28-2009
UNT  RCV..:H            QTR RCV.: H04-203L      FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-202L      FACL ORG: FLM
EVT FACL.: FLM   ACC LEV:  FLM  1 NCR  1 BOP  2   RESP DUE:
ABSTRACT.: CONTESTS REJECTED CORRESPONDENCE-SAMS
STATUS DT: 11-19-2009  STATUS CODE: REJ STATUS REASON: OTH RSA
INCRPTNO.:           RCT:   EXT:  DATE ENTD: 11-19-2009
REMARKS..: ALL FOUR PAGES OF THE BP-11 FORM MUST BE LEGIBLE.
           PAGE FOUR IS DIFFICULT TO READ.

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: NYM
REMEDY ID: 563252-F1     SUB1: 22AM SUB2:       DATE RCV:   11-03-2009
UNT  RCV..:9           QTR RCV.: Z07-004LAD    FACL RCV: NYM
UNT  ORG..:9           QTR ORG.: Z07-004LAD    FACL ORG: NYM
EVT FACL.: NYM    ACC LEV:                     RESP DUE:
ABSTRACT.: CONTESTS ADMINISTRATIVE DETENTION
STATUS DT: 11-04-2009  STATUS CODE: REJ STATUS REASON: INF
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 11-04-2009
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 544407-A2     SUB1: 16EM SUB2:       DATE RCV:   12-14-2009
UNT  RCV..:H           QTR RCV.: H04-204L      FACL RCV: FLM
UNT  ORG..:H           QTR ORG.: H04-202L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  2  RESP DUE: FRI  02-12-2010
ABSTRACT.: CONTESTS REJECTED CORRESPONDENCE-SAMS
STATUS DT: 04-21-2010  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 01-15-2010
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 552074-A1     SUB1: 28ZM SUB2:      DATE RCV:   12-14-2009
UNT  RCV..:H            QTR RCV.: H04-204L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-203L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  FRI  02-12-2010
ABSTRACT.: CLAIMS CONDITIONS OF CONFINEMENT  MENTAL HEALTH
STATUS DT: 04-23-2010  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 01-19-2010
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 577911-A1     SUB1: 13ZM SUB2:      DATE RCV:   01-22-2010
UNT  RCV..:H            QTR RCV.: H04-210L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  BOP  1                 RESP DUE:  TUE  03-23-2010
ABSTRACT.: OBJECT RD'S PLACEMENT AT ADX GEN POPULATION, SAMS
STATUS DT: 05-17-2010  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 02-23-2010
REMARKS..: ORDER RENDERS PROCEDURE INSUFFICIENT.
```

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L    RCV OFC: FLM
REMEDY ID: 576430-F1     SUB1: 16AM SUB2:      DATE RCV:   02-10-2010
UNT  RCV..:H            QTR RCV.: H04-210L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                 RESP DUE:  TUE  03-02-2010
ABSTRACT.: CONTESTS REJECTION OF RENINSCENS OF ANCIENT
STATUS DT: 03-08-2010  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 02-10-2010
REMARKS..:




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L    RCV OFC: FLM
REMEDY ID: 584567-F1     SUB1: 15GM SUB2:      DATE RCV:   04-08-2010
UNT  RCV..:H            QTR RCV.: H04-210L     FACL RCV: FLM
UNT  ORG..:H            QTR ORG.: H04-210L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1  RESP DUE:  WED  04-28-2010
ABSTRACT.: WANTS GROUP PRAYER
STATUS DT: 04-16-2010  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 04-08-2010
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L    RCV OFC: NCR
REMEDY ID: 584567-R1     SUB1: 15GM SUB2:      DATE RCV:   05-21-2010
UNT  RCV..:H             QTR RCV.: Z13-010L     FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H04-210L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  SUN  06-20-2010
ABSTRACT.: WANTS GROUP PRAYER
STATUS DT: 06-10-2010  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 05-28-2010
REMARKS..:


                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
SUN 06-13-2010    RLG SVC             05-28-2010     INV        06-10-2010




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L    RCV OFC: BOP
REMEDY ID: 584567-A1     SUB1: 15GM SUB2:      DATE RCV:   06-28-2010
UNT  RCV..:H             QTR RCV.: H04-209L     FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H04-210L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1 NCR  1 BOP  1   RESP DUE:  FRI  08-27-2010
ABSTRACT.: WANTS GROUP PRAYER
STATUS DT: 02-02-2011  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 07-13-2010
REMARKS..:


G0002        MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 610328-F1     SUB1: 25DM SUB2:     DATE RCV:   10-07-2010
UNT  RCV..:H             QTR RCV.: H04-206L   FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H04-206L   FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1                RESP DUE: TUE  11-16-2010
ABSTRACT.: WANT TV;NEWSPAPER;MAGAZINE;BOOK DURING HUNGER STRIKE
STATUS DT: 11-08-2010  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 10-07-2010
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 622217-F1     SUB1: 13ZM SUB2:     DATE RCV:   01-12-2011
UNT  RCV..:H             QTR RCV.: H03-104L   FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H03-104L   FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1  RESP DUE: TUE  02-01-2011
ABSTRACT.: CHALLENGING RENEWAL OF SAM
STATUS DT: 01-24-2011  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 01-12-2011
REMARKS..:
```

```
   G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 622217-R1     SUB1: 13ZM SUB2:       DATE RCV:   02-14-2011
UNT  RCV..:H             QTR RCV.: H03-104L     FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H03-104L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1  RESP DUE:  WED  03-16-2011
ABSTRACT.: CHALLENGING RENEWAL OF SAM
STATUS DT: 03-18-2011  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 02-25-2011
REMARKS..:


                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE             DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
SAT 03-05-2011     CORR PGM             02-25-2011     INV        03-18-2011




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 622217-A1     SUB1: 15ZM SUB2:       DATE RCV:   04-19-2011
UNT  RCV..:H             QTR RCV.: H03-105L     FACL RCV: FLM
UNT  ORG..:H             QTR ORG.: H03-104L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1 NCR  1 BOP  1  RESP DUE:  SAT  06-18-2011
ABSTRACT.: CHALLENGING RENEWAL OF SAM
STATUS DT: 06-07-2011  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 04-27-2011
REMARKS..:
```

```
   G0002        MORE PAGES TO FOLLOW . . .
```

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L    RCV OFC: FLM
REMEDY ID: 707244-F1       SUB1: 25CS SUB2:       DATE RCV:   09-19-2012
UNT  RCV..:H              QTR RCV.: Z13-030L       FACL RCV: FLM
UNT  ORG..:H              QTR ORG.: Z13-030L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                 RESP DUE:  MON  10-29-2012
ABSTRACT.: NO SHARPS, LAUNDRY, CELL SANITATION SUPPLIES
STATUS DT: 10-24-2012  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 10-03-2012
REMARKS..:


REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L    RCV OFC: FLM
REMEDY ID: 754395-F1       SUB1: 13ZM SUB2:       DATE RCV:   10-18-2013
UNT  RCV..:H              QTR RCV.: H03-304L       FACL RCV: FLM
UNT  ORG..:H              QTR ORG.: H03-304L       FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                 RESP DUE:  WED  11-27-2013
ABSTRACT.: CHALLENGE LEGAL COMMUNICATION/SAM UNCONSTITUTIONAL
STATUS DT: 12-30-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 10-22-2013
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL           QTR.: C01-124L    RCV OFC: FLM
REMEDY ID: 756046-F1      SUB1: 13ZM SUB2: 33FM DATE RCV:    10-29-2013
UNT RCV..:H           QTR RCV.: H03-304L      FACL RCV: FLM
UNT ORG..:H           QTR ORG.: H03-304L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM 1             RESP DUE: SUN 12-08-2013
ABSTRACT.: SAM ISSUE;CHALLENGE REJECT LEGAL MAIL/PUBLIC DEFENDE
STATUS DT: 01-29-2014   STATUS CODE: CLG STATUS REASON: GRT
INCRPTNO.:         RCT: P EXT: P DATE ENTD: 11-01-2013
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL           QTR.: C01-124L    RCV OFC: FLM
REMEDY ID: 779745-F1      SUB1: 15BM SUB2:      DATE RCV:    05-13-2014
UNT RCV..:F           QTR RCV.: F03-106L      FACL RCV: FLM
UNT ORG..:F           QTR ORG.: F03-106L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM 1             RESP DUE: SUN 06-22-2014
ABSTRACT.: WANTS GROUP PRAYER
STATUS DT: 06-25-2014   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:         RCT: P EXT: P DATE ENTD: 05-19-2014
REMARKS..:

G0002      MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL             QTR.: C01-124L    RCV OFC: MAR
REMEDY ID: 845841-F1      SUB1: 15HM SUB2: 15GM DATE RCV:   12-17-2015
UNT  RCV..:I             QTR RCV.: I04-005L      FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I04-005L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1                   RESP DUE:  WED  01-06-2016
ABSTRACT.: REQ. CONGREGATIONAL PRAYER
STATUS DT: 03-08-2016  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 12-17-2015
REMARKS..:




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL             QTR.: C01-124L    RCV OFC: NCR
REMEDY ID: 869309-R1      SUB1: 20DM SUB2:       DATE RCV:   07-15-2016
UNT  RCV..:I             QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  NCR  1                   RESP DUE:  TUE  09-13-2016
ABSTRACT.: APPEALING DHO CODE 299
STATUS DT: 08-11-2016  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: 2857971   RCT: P EXT: P DATE ENTD: 07-15-2016
REMARKS..:


                    CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT    TO     DATE ASSN     TRK TYPE    DATE RETURNED
TUE 08-30-2016     CORR SVC             07-15-2016     INV         08-08-2016
WED 08-31-2016     LGL SVC              08-08-2016     SIG         08-10-2016
TUE 09-13-2016     CEO                  08-10-2016     SIG         08-11-2016


G0002       MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 869309-A1     SUB1: 20DM SUB2:       DATE RCV:   09-19-2016
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV: NCR  1                   RESP DUE:
ABSTRACT.: APPEALING DHO CODE 299
STATUS DT: 10-18-2016  STATUS CODE: REJ STATUS REASON: RAP RSA
INCRPTNO.: 2857971   RCT:   EXT:   DATE ENTD: 10-18-2016
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 888209-R1     SUB1: 20DM SUB2: 26HM DATE RCV:   01-09-2017
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:                          RESP DUE:
ABSTRACT.: DHO APPEAL CODE 203
STATUS DT: 01-09-2017  STATUS CODE: REJ STATUS REASON: UTR OTH RSR
INCRPTNO.: 2857971   RCT:   EXT:   DATE ENTD: 01-10-2017
REMARKS..: DHO REPORT DELIVERED 12-14-16. YOU MUST PROVIDE
           STAFF VERIFICATION ON BOP LETTER HEAD THAT THE
           UNTIMELINESS IS NOT YOUR FAULT.
```

   NCRBI          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      03-17-2026
   PAGE 057 OF       *         FULL SCREEN FORMAT            *      10:02:12
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL               QTR.: C01-124L   RCV OFC: MAR
REMEDY ID: 904773-F1     SUB1: 28BM SUB2: 15HM DATE RCV:   06-08-2017
UNT  RCV..:I             QTR RCV.: I04-003L       FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I04-003L       FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  2 NCR  3 BOP  2   RESP DUE:
ABSTRACT.: DIAGNOSIS
STATUS DT: 06-08-2017  STATUS CODE: REJ STATUS REASON: SIG RSF
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 06-08-2017
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL               QTR.: C01-124L   RCV OFC: MAR
REMEDY ID: 904773-F2     SUB1: 28BM SUB2: 15HM DATE RCV:   06-15-2017
UNT  RCV..:I             QTR RCV.: I04-003L       FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I04-003L       FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  2 NCR  3 BOP  2   RESP DUE: WED  07-05-2017
ABSTRACT.: DIAGNOSIS
STATUS DT: 06-22-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 06-15-2017
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

     REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
     RSP OF...: BSY UNT/LOC/DST: 3 CHAL          QTR.: C01-124L   RCV OFC: NCR
     REMEDY ID: 904773-R1     SUB1: 28BM SUB2: 15HM DATE RCV:   07-07-2017
     UNT  RCV..:I           QTR RCV.: I04-003L      FACL RCV: MAR
     UNT  ORG..:I           QTR ORG.: I04-003L      FACL ORG: MAR
     EVT FACL.: MAR    ACC LEV:  MAR  2 NCR  3 BOP  2   RESP DUE:
     ABSTRACT.: DIAGNOSIS
     STATUS DT: 07-07-2017  STATUS CODE: REJ STATUS REASON: ONE RSR
     INCRPTNO.:           RCT:   EXT:   DATE ENTD: 07-07-2017
     REMARKS..:




     REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
     RSP OF...: BSY UNT/LOC/DST: 3 CHAL          QTR.: C01-124L   RCV OFC: MAR
     REMEDY ID: 909628-F1     SUB1: 15HM SUB2: 16ZM DATE RCV:   07-20-2017
     UNT  RCV..:I           QTR RCV.: I04-003L      FACL RCV: MAR
     UNT  ORG..:I           QTR ORG.: I04-003L      FACL ORG: MAR
     EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1        RESP DUE:  WED  08-09-2017
     ABSTRACT.: MAIL ISSUES
     STATUS DT: 08-03-2017  STATUS CODE: CLO STATUS REASON: XPL
     INCRPTNO.:           RCT: P EXT:   DATE ENTD: 07-20-2017
     REMARKS..:




     G0002       MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL               QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 904773-R2     SUB1: 28BM SUB2: 15HM DATE RCV:   07-21-2017
UNT  RCV..:I             QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  2 NCR  3 BOP  2   RESP DUE:
ABSTRACT.: DIAGNOSIS
STATUS DT: 07-21-2017  STATUS CODE: REJ STATUS REASON: ONE RSR OTH
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 07-21-2017
REMARKS..: FOLLOW DIRECTIONS PROVIDED. YOUR 3 PAGE STATEMENT IS
           NOT AN EXHIBIT.



REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL               QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 904773-R3     SUB1: 28BM SUB2: 15HM DATE RCV:   08-07-2017
UNT  RCV..:I             QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  2 NCR  3 BOP  2   RESP DUE: FRI  10-06-2017
ABSTRACT.: DIAGNOSIS
STATUS DT: 09-18-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 08-07-2017
REMARKS..:


               CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT    TO   DATE ASSN    TRK TYPE   DATE RETURNED
MON 08-28-2017     PSYCH SVC          08-07-2017     INV         09-18-2017
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 912548-R1     SUB1: 16AM SUB2:     DATE RCV:   08-17-2017
UNT  RCV..:I            QTR RCV.: I04-003L    FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:                    RESP DUE:
ABSTRACT.: PUBLICATION REJECTION
STATUS DT: 08-17-2017  STATUS CODE: REJ STATUS REASON: INS
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 08-18-2017
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 909628-R1     SUB1: 15HM SUB2: 16ZM DATE RCV:   08-17-2017
UNT  RCV..:I            QTR RCV.: I04-003L    FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1      RESP DUE: SAT  09-16-2017
ABSTRACT.: MAIL COMPLAINT
STATUS DT: 09-08-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 08-18-2017
REMARKS..:
```

```
                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
THU 09-07-2017     CORR PGM            08-17-2017     INV        09-08-2017
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L    RCV OFC: MAR
REMEDY ID: 914263-F1       SUB1: 15HM SUB2: 34AM DATE RCV:    09-01-2017
UNT  RCV..:I              QTR RCV.: I04-003L       FACL RCV: MAR
UNT  ORG..:I              QTR ORG.: I04-003L       FACL ORG: MAR
EVT FACL.: MAR     ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  THU  09-21-2017
ABSTRACT.: STAFF MISCONDUCT
STATUS DT: 09-21-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT:   DATE ENTD: 09-01-2017
REMARKS..:


REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L    RCV OFC: MAR
REMEDY ID: 914265-F1       SUB1: 15HM SUB2: 16AM DATE RCV:    09-01-2017
UNT  RCV..:I              QTR RCV.: I04-003L       FACL RCV: MAR
UNT  ORG..:I              QTR ORG.: I04-003L       FACL ORG: MAR
EVT FACL.: MAR     ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  WED  10-11-2017
ABSTRACT.: PUBLICATION REJECTION
STATUS DT: 09-25-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 09-01-2017
REMARKS..:
```

G0002        MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 912548-R2     SUB1: 16AM SUB2:     DATE RCV:   09-05-2017
UNT  RCV..:I           QTR RCV.: I04-003L     FACL RCV: MAR
UNT  ORG..:I           QTR ORG.: I04-003L     FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:                    RESP DUE:
ABSTRACT.: PUBLICATION REJECTION
STATUS DT: 09-05-2017  STATUS CODE: REJ STATUS REASON: INS OTH
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 09-06-2017
REMARKS..: FOLLOW DIRECTIONS PROVIDED. YOU HAVE NOT FOLLOWED
           ADMIN REMEDY POLICY - YOU HAVE NOT FILED A BP-9 AT
           INSTITUTION FOR WARDEN TO REPLY.


REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: MAR
REMEDY ID: 915397-F1     SUB1: 15HM SUB2: 25DM DATE RCV:   09-14-2017
UNT  RCV..:I           QTR RCV.: I04-003L     FACL RCV: MAR
UNT  ORG..:I           QTR ORG.: I04-003L     FACL ORG: MAR
EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  2  RESP DUE: WED  10-04-2017
ABSTRACT.: CONFISCATION OF PROPERTY
STATUS DT: 09-22-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 09-14-2017
REMARKS..:
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L    RCV OFC: MAR
REMEDY ID: 916874-F1      SUB1: 15HM SUB2: 16AM DATE RCV:    09-28-2017
UNT  RCV..:I          QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I          QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1   RESP DUE: TUE  11-07-2017
ABSTRACT.: REJECTED PUBLICATION
STATUS DT: 11-09-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 09-28-2017
REMARKS..:




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L    RCV OFC: NCR
REMEDY ID: 914265-R1      SUB1: 15HM SUB2: 16AM DATE RCV:    10-02-2017
UNT  RCV..:I          QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I          QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1   RESP DUE: WED  11-01-2017
ABSTRACT.: PUBLICATION REJECTION
STATUS DT: 10-26-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:  DATE ENTD: 10-02-2017
REMARKS..:


                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
MON 10-23-2017    CORR PGM           10-02-2017     INV        10-26-2017

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 914263-R1     SUB1: 15HM SUB2:     DATE RCV:   10-02-2017
UNT  RCV..:I             QTR RCV.: I04-003L     FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I04-003L     FACL ORG: MAR
EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1  RESP DUE: FRI  12-01-2017
ABSTRACT.: PUBLICATION CONFISCATION - PROMOTED VIOLENCE
STATUS DT: 11-03-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 10-02-2017
REMARKS..: REASSIGNED TO CORRECTIONAL SERVICES


              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
THU 11-23-2017    CORR SVC            10-02-2017     INV        11-03-2017




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 915397-R1     SUB1: 15HM SUB2: 25DM DATE RCV:   10-04-2017
UNT  RCV..:I             QTR RCV.: I04-003L     FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I04-003L     FACL ORG: MAR
EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  2  RESP DUE: FRI  11-03-2017
ABSTRACT.: PUBLICATION CONFISCATION
STATUS DT: 11-01-2017  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:  DATE ENTD: 10-04-2017
REMARKS..:


              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
WED 10-25-2017    CORR PGM            10-04-2017     INV        11-01-2017
```

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L    RCV OFC: BOP
REMEDY ID: 904773-A1      SUB1: 28BM SUB2: 15HM DATE RCV:   10-30-2017
UNT  RCV..:I             QTR RCV.: I04-003L        FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I04-003L        FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  2 NCR  3 BOP  2    RESP DUE:
ABSTRACT.: DIAGNOSIS
STATUS DT: 11-29-2017  STATUS CODE: REJ STATUS REASON: ATT RSA
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 11-29-2017
REMARKS..:




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L    RCV OFC: MAR
REMEDY ID: 921719-F1      SUB1: 15HM SUB2: 16CM DATE RCV:   11-15-2017
UNT  RCV..:I             QTR RCV.: I04-003L        FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I04-003L        FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  MON  12-25-2017
ABSTRACT.: INCOMING PUBLICATION DELAY
STATUS DT: 12-29-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 11-15-2017
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L   RCV OFC: MAR
REMEDY ID: 922019-F1      SUB1: 15HM SUB2: 16BM DATE RCV:   11-17-2017
UNT  RCV..:I            QTR RCV.: I04-003L       FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L       FACL ORG: MAR
EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1   RESP DUE: THU  12-07-2017
ABSTRACT.: PUBLICATION REJECTION
STATUS DT: 12-08-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:  DATE ENTD: 11-17-2017
REMARKS..:


REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 914265-A1      SUB1: 15HM SUB2: 16AM DATE RCV:   11-20-2017
UNT  RCV..:I            QTR RCV.: I04-003L       FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L       FACL ORG: MAR
EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1   RESP DUE: FRI  01-19-2018
ABSTRACT.: PUBLICATION REJECTION
STATUS DT: 01-22-2018  STATUS CODE: CLG STATUS REASON: GRT
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 11-29-2017
REMARKS..:


G0002      MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 915397-A1     SUB1: 15HM SUB2: 25DM DATE RCV:   11-21-2017
UNT  RCV..:I          QTR RCV.: I04-003L     FACL RCV: MAR
UNT  ORG..:I          QTR ORG.: I04-003L     FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  2   RESP DUE:
ABSTRACT.: PUBLICATION CONFISCATION
STATUS DT: 11-29-2017  STATUS CODE: REJ STATUS REASON: CPG RSA OTH
INCRPTNO.:           RCT:  EXT:   DATE ENTD: 11-29-2017
REMARKS..: PAGES 3 AND 4 OF YOUR CONTINUATION ARE NOT LEGIBLE.




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 916874-R1     SUB1: 15HM SUB2: 16AM DATE RCV:   11-27-2017
UNT  RCV..:I          QTR RCV.: I04-003L     FACL RCV: MAR
UNT  ORG..:I          QTR ORG.: I04-003L     FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE: WED  12-27-2017
ABSTRACT.: REJECTED PUBLICATION
STATUS DT: 12-21-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 11-28-2017
REMARKS..:


              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
MON 12-18-2017    CORR PGM           11-27-2017     INV       12-21-2017



G0002      MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 914263-A1     SUB1: 15HM SUB2: 34AM DATE RCV:   12-04-2017
UNT  RCV..:I             QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  FRI  02-02-2018
ABSTRACT.: STAFF MISCONDUCT
STATUS DT: 01-10-2018  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 12-20-2017
REMARKS..:




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 915397-A2     SUB1: 15HM SUB2: 25DM DATE RCV:   12-15-2017
UNT  RCV..:I             QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  2   RESP DUE:  TUE  02-13-2018
ABSTRACT.: PUBLICATION CONFISCATION
STATUS DT: 02-15-2018  STATUS CODE: CLG STATUS REASON: GRT
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 12-26-2017
REMARKS..:

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 904773-A2     SUB1: 28BM SUB2: 34AM DATE RCV:   12-15-2017
UNT  RCV..:I           QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I           QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  2 NCR  3 BOP  2   RESP DUE:  TUE  02-13-2018
ABSTRACT.: MENTAL HEALTH DIAGNOSIS AND TREATMENT/FALSE RECORDS
STATUS DT: 01-23-2018  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 12-26-2017
REMARKS..:


REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 922019-R1     SUB1: 15HM SUB2: 16BM DATE RCV:   12-18-2017
UNT  RCV..:I           QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I           QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  WED  01-17-2018
ABSTRACT.: PUBLICATION REJECTION
STATUS DT: 12-28-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:  DATE ENTD: 12-20-2017
REMARKS..:


              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
WED 01-10-2018    CORR PGM           12-20-2017     INV        12-28-2017

G0002       MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 921719-R1     SUB1: 15HM SUB2: 16CM DATE RCV:   01-16-2018
UNT  RCV..:I          QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I          QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  THU  02-15-2018
ABSTRACT.: INCOMING PUBLICATION DELAY
STATUS DT: 02-01-2018  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT:  DATE ENTD: 01-17-2018
REMARKS..:

                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT     TO    DATE ASSN    TRK TYPE    DATE RETURNED
TUE 02-06-2018     CORR PGM              01-16-2018     INV         02-01-2018

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 916874-A1     SUB1: 15HM SUB2: 16AM DATE RCV:   01-18-2018
UNT  RCV..:I          QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I          QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  MON  03-19-2018
ABSTRACT.: REJECTED PUBLICATION
STATUS DT: 02-07-2018  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 02-05-2018
REMARKS..:

G0002      MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 922019-A1     SUB1: 15HM SUB2: 16BM DATE RCV:   01-25-2018
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  MON  03-26-2018
ABSTRACT.: PUBLICATION REJECTION
STATUS DT: 10-22-2018  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 02-12-2018
REMARKS..: ISSUES AROUSE THAT REQUIRE A MULTI-DISCIPLINE
           REVIEW.



REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: MAR
REMEDY ID: 929282-F1     SUB1: 15HM SUB2: 24CM DATE RCV:   01-30-2018
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  SUN  03-11-2018
ABSTRACT.: HALAL DIET
STATUS DT: 02-21-2018  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 01-30-2018
REMARKS..:
```

```
   G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 929282-R1     SUB1: 15HM SUB2: 24CM DATE RCV:   03-05-2018
UNT  RCV..:I            QTR RCV.: I04-003L     FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L     FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  FRI  05-04-2018
ABSTRACT.: HALAL DIET
STATUS DT: 04-18-2018  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 03-05-2018
REMARKS..:
```

```
                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
MON 04-23-2018     RLG SVC             03-05-2018      INV       04-18-2018
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 921719-A1     SUB1: 15HM SUB2: 16CM DATE RCV:   03-12-2018
UNT  RCV..:I            QTR RCV.: I04-003L     FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L     FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  FRI  05-11-2018
ABSTRACT.: INCOMING PUBLICATION DELAY
STATUS DT: 04-03-2018  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 03-15-2018
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: MAR
REMEDY ID: 937191-F1     SUB1: 15HM SUB2: 25EM DATE RCV:   04-16-2018
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1                  RESP DUE:  SAT  05-26-2018
ABSTRACT.: HALAL MEALS
STATUS DT: 05-15-2018  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 04-16-2018
REMARKS..:




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: MAR
REMEDY ID: 937926-F1     SUB1: 15HM SUB2: 25EM DATE RCV:   04-23-2018
UNT  RCV..:I            QTR RCV.: I04-003L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1  RESP DUE:  SAT  06-02-2018
ABSTRACT.: COMMISSARY
STATUS DT: 05-11-2018  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 04-23-2018
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 929282-A1     SUB1: 15HM SUB2: 24CM DATE RCV:   05-21-2018
UNT  RCV..:I            QTR RCV.: I04-003L     FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L     FACL ORG: MAR
EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1   RESP DUE:  FRI  07-20-2018
ABSTRACT.: HALAL DIET
STATUS DT: 06-13-2018  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 06-01-2018
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: MAR
REMEDY ID: 941334-F1     SUB1: 15HM SUB2: 15GM DATE RCV:   05-22-2018
UNT  RCV..:I            QTR RCV.: I04-003L     FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I04-003L     FACL ORG: MAR
EVT FACL.: MAR    ACC LEV: MAR  1                RESP DUE:  MON  06-11-2018
ABSTRACT.: CEREMONIAL MEAL
STATUS DT: 06-06-2018  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 05-22-2018
REMARKS..:
```

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL          QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 937926-R1     SUB1: 15HM SUB2: 25EM DATE RCV:   05-29-2018
UNT  RCV..:I          QTR RCV.: I04-003L     FACL RCV: MAR
UNT  ORG..:I          QTR ORG.: I04-003L     FACL ORG: MAR
EVT FACL.: MAR   ACC LEV: MAR  1 NCR  1 BOP  1   RESP DUE: THU  06-28-2018
ABSTRACT.: COMMISSARY
STATUS DT: 06-29-2018  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 05-31-2018
REMARKS..:


                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
THU 06-21-2018     FIN MGT       TF    05-31-2018    INV         06-29-2018



REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL          QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 937926-A1     SUB1: 15HM SUB2: 25EM DATE RCV:   07-24-2018
UNT  RCV..:I          QTR RCV.: I04-003L     FACL RCV: MAR
UNT  ORG..:I          QTR ORG.: I04-003L     FACL ORG: MAR
EVT FACL.: MAR   ACC LEV: MAR  1 NCR  1 BOP  1   RESP DUE: SAT  09-22-2018
ABSTRACT.: COMMISSARY
STATUS DT: 09-14-2018  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 08-20-2018
REMARKS..:


G0002      MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L    RCV OFC: MAR
REMEDY ID: 1065563-F1     SUB1: 15HM SUB2: 13HM DATE RCV:    01-20-2021
UNT  RCV..:I             QTR RCV.: I02-012LAD    FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I02-012LAD    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1                  RESP DUE:  MON  03-01-2021
ABSTRACT.: CELL CHANGES
STATUS DT: 03-08-2021  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 01-20-2021
REMARKS..:


REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L    RCV OFC: NCR
REMEDY ID: 1082514-R1     SUB1: 20AM SUB2:       DATE RCV:    05-27-2021
UNT  RCV..:I             QTR RCV.: I02-010LAD    FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I02-010LAD    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  NCR  2                  RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 05-27-2021  STATUS CODE: REJ STATUS REASON: ONE OTH RSR
INCRPTNO.: 3471033  RCT:   EXT:  DATE ENTD: 05-27-2021
REMARKS..: RETURN WITH REJECTION NOTICE


G0002      MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 1082947-R1    SUB1: 20AM SUB2:      DATE RCV:   06-01-2021
UNT  RCV..:I             QTR RCV.: I02-010LAD  FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I02-010LAD  FACL ORG: MAR
EVT FACL.: MAR    ACC LEV: NCR  1                 RESP DUE:  SAT  07-31-2021
ABSTRACT.: DHO APPEAL
STATUS DT: 06-11-2021  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: 3464412   RCT: P EXT: P DATE ENTD: 06-01-2021
REMARKS..:


                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
TUE 06-22-2021     DHO                 06-01-2021     INV         06-09-2021
WED 06-23-2021     LGL SVC             06-09-2021     SIG         06-11-2021




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 1082514-R2    SUB1: 20AM SUB2:      DATE RCV:   07-13-2021
UNT  RCV..:I             QTR RCV.: I02-013LAD  FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I02-010LAD  FACL ORG: MAR
EVT FACL.: MAR    ACC LEV: NCR  2                 RESP DUE:  SAT  09-11-2021
ABSTRACT.: DHO APPEAL
STATUS DT: 07-21-2021  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: 3471033   RCT: P EXT: P DATE ENTD: 07-14-2021
REMARKS..:


                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
WED 08-04-2021     DHO                 07-14-2021     INV         07-20-2021
THU 08-05-2021     LGL SVC             07-20-2021     SIG         07-21-2021
```

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: MAR
REMEDY ID: 1087950-F1     SUB1: 15HM SUB2: 34AM DATE RCV:   07-15-2021
UNT  RCV..:I             QTR RCV.: I02-013LAD    FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I02-013LAD    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1              RESP DUE:  TUE  08-24-2021
ABSTRACT.: PUNISHMENT FOR RELIGIOUS BELIEFS
STATUS DT: 10-26-2021  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 07-15-2021
REMARKS..:




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: MAR
REMEDY ID: 1096088-F1     SUB1: 15HM SUB2: 26BM DATE RCV:   09-13-2021
UNT  RCV..:I             QTR RCV.: I02-014LAD    FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I02-014LAD    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1        RESP DUE:  SAT  10-23-2021
ABSTRACT.: MEDICAL CARE
STATUS DT: 11-08-2021  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 09-29-2021
REMARKS..:

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL             QTR.: C01-124L   RCV OFC: MAR
REMEDY ID: 1097444-F1     SUB1: 15HM SUB2: 20DM DATE RCV:   10-12-2021
UNT  RCV..:I            QTR RCV.: I02-013LAD    FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I02-013LAD    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:                      RESP DUE:
ABSTRACT.: DHO
STATUS DT: 10-12-2021  STATUS CODE: REJ STATUS REASON: WRL
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 10-12-2021
REMARKS..:



REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL             QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 1098196-R1     SUB1: 20AM SUB2:     DATE RCV:   10-18-2021
UNT  RCV..:I            QTR RCV.: I02-013LAD    FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I02-013LAD    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:                      RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 10-19-2021  STATUS CODE: REJ STATUS REASON: ONE RSR
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 10-19-2021
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 1098280-R1     SUB1: 20AM SUB2:     DATE RCV:   10-18-2021
UNT  RCV..:I           QTR RCV.: I02-013LAD   FACL RCV: MAR
UNT  ORG..:I           QTR ORG.: I02-013LAD   FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:                    RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 10-19-2021   STATUS CODE: REJ STATUS REASON: ONE OTH RSR
INCRPTNO.: 3464412   RCT:   EXT:   DATE ENTD: 10-19-2021
REMARKS..: RETURN WITH REJECTION NOTICE




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: SCR
REMEDY ID: 1100538-R1     SUB1: 13BM SUB2:     DATE RCV:   11-01-2021
UNT  RCV..:I           QTR RCV.: I02-014LAD   FACL RCV: MAR
UNT  ORG..:I           QTR ORG.: I02-014LAD   FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:                    RESP DUE:
ABSTRACT.: ADX GENERAL POPULATGION PLACEMENT DECISION
STATUS DT: 11-09-2021   STATUS CODE: REJ STATUS REASON: WRL INS INF OTH
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 11-09-2021
REMARKS..: YOU MUST FIRST ATTEMPT AN INFORMAL RESOLUTION AT THE
           INSTITUTION YOU ARE CURRENTLY ASSIGNED TO.
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 1098196-R2    SUB1: 20AM SUB2:     DATE RCV:   11-10-2021
UNT  RCV..:I           QTR RCV.: I02-014LAD   FACL RCV: MAR
UNT  ORG..:I           QTR ORG.: I02-013LAD   FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:                    RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 11-10-2021  STATUS CODE: REJ STATUS REASON: ONE OTH RSR
INCRPTNO.:          RCT:  EXT:   DATE ENTD: 11-10-2021
REMARKS..: PART B OF BP10 MUST BE BLANK.RETURN W/REJECTION NOTE



REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 1101297-R1    SUB1: 20AM SUB2:     DATE RCV:   11-15-2021
UNT  RCV..:I           QTR RCV.: I02-013LAD   FACL RCV: MAR
UNT  ORG..:I           QTR ORG.: I02-013LAD   FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:                    RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 11-16-2021  STATUS CODE: REJ STATUS REASON: ONE OTH RSR
INCRPTNO.: 3464412  RCT:  EXT:   DATE ENTD: 11-16-2021
REMARKS..: PART B OF BP10 MUST BE BLANK.RETURN W/REJECTION NOTE
```

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L    RCV OFC: MAR
REMEDY ID: 1103547-F1     SUB1: 15HM SUB2: 24CM DATE RCV:    11-30-2021
UNT  RCV..:I              QTR RCV.: I02-013LAD    FACL RCV: MAR
UNT  ORG..:I              QTR ORG.: I02-013LAD    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1   RESP DUE:  MON  12-20-2021
ABSTRACT.: HALAL MEAL SUBSTITUTIONS
STATUS DT: 12-22-2021  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT:  DATE ENTD: 12-09-2021
REMARKS..:




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L    RCV OFC: NCR
REMEDY ID: 1087950-R1     SUB1: 15HM SUB2: 34AM DATE RCV:    12-03-2021
UNT  RCV..:5F HOM         QTR RCV.: Z03-188LAD    FACL RCV: OKL
UNT  ORG..:I              QTR ORG.: I02-013LAD    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV: MAR  1                 RESP DUE:
ABSTRACT.: PUNISHMENT FOR RELIGIOUS BELIEFS
STATUS DT: 12-06-2021  STATUS CODE: REJ STATUS REASON: UTR
INCRPTNO.:             RCT:   EXT:  DATE ENTD: 12-06-2021
REMARKS..:


G0002      MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 1096088-R1    SUB1: 15HM SUB2: 26BM DATE RCV:   12-03-2021
UNT  RCV..:5F HOM      QTR RCV.: Z03-188LAD    FACL RCV: OKL
UNT  ORG..:I          QTR ORG.: I02-014LAD    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1        RESP DUE:  TUE  02-01-2022
ABSTRACT.: MEDICAL CARE
STATUS DT: 01-07-2022  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 12-06-2021
REMARKS..:


                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
MON 12-27-2021     MED SVC            12-06-2021    INV        01-07-2022




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 1098196-A1    SUB1: 20AM SUB2:     DATE RCV:   02-01-2022
UNT  RCV..:D          QTR RCV.: D03-108L      FACL RCV: FLM
UNT  ORG..:I          QTR ORG.: I02-013LAD    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:                     RESP DUE:
ABSTRACT.: DHO APPEAL , CODE 224 9/24/21
STATUS DT: 02-08-2022  STATUS CODE: REJ STATUS REASON: DIR
INCRPTNO.:          RCT:  EXT:  DATE ENTD: 02-08-2022
REMARKS..:
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 1101297-A1     SUB1: 20AM SUB2:        DATE RCV:   02-15-2022
UNT  RCV..:D            QTR RCV.: D03-108L      FACL RCV: FLM
UNT  ORG..:I            QTR ORG.: I02-013LAD    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:                             RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 03-20-2022  STATUS CODE: REJ STATUS REASON: DIR
INCRPTNO.: 3464412   RCT:   EXT:   DATE ENTD: 03-20-2022
REMARKS..:




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 1103547-R1     SUB1: 15HM SUB2: 24CM DATE RCV:   02-18-2022
UNT  RCV..:D            QTR RCV.: D03-108L      FACL RCV: FLM
UNT  ORG..:I            QTR ORG.: I02-013LAD    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1  RESP DUE: TUE  04-19-2022
ABSTRACT.: HALAL MEAL SUBSTITUTIONS
STATUS DT: 03-23-2022  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 02-23-2022
REMARKS..:


                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT   TO    DATE ASSN    TRK TYPE   DATE RETURNED
WED 03-16-2022     FOOD SVC            02-23-2022     INV        03-23-2022
```

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 1100538-A1     SUB1: 14GM SUB2:       DATE RCV:   02-23-2022
UNT  RCV..:D            QTR RCV.: D03-108L       FACL RCV: FLM
UNT  ORG..:I            QTR ORG.: I02-014LAD     FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:                           RESP DUE:
ABSTRACT.: ADX GENERAL POPULATION PLACEMENT DECISION
STATUS DT: 03-07-2022  STATUS CODE: REJ STATUS REASON: WRL OTH
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 03-07-2022
REMARKS..: SUBMIT YOUR BP10 TO DSCC, US ARMED FORCES RESERVE
           COMPLEX, 346 MARINE FORCES DRIVE, GRAND PRAIRIE, TX
           75051, AS INDICATED ON YOUR HEARING REPORT.


REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL            QTR.: C01-124L   RCV OFC: BOP
REMEDY ID: 1096088-A1     SUB1: 15HM SUB2: 26BM DATE RCV:   03-03-2022
UNT  RCV..:D            QTR RCV.: D03-108L       FACL RCV: FLM
UNT  ORG..:I            QTR ORG.: I02-014LAD     FACL ORG: MAR
EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1         RESP DUE:
ABSTRACT.: MEDICAL CARE
STATUS DT: 03-17-2022  STATUS CODE: REJ STATUS REASON: IRQ RSA
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 03-17-2022
REMARKS..:
```

G0002       MORE PAGES TO FOLLOW . . .

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L    RCV OFC: BOP
REMEDY ID: 1103547-A1     SUB1: 15HM SUB2: 24CM DATE RCV:    05-11-2022
UNT  RCV..:D              QTR RCV.: D03-109L      FACL RCV: FLM
UNT  ORG..:I              QTR ORG.: I02-013LAD    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1   RESP DUE: SUN  07-10-2022
ABSTRACT.: HALAL MEAL SUBSTITUTIONS
STATUS DT: 06-22-2022  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 06-02-2022
REMARKS..:


REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL                QTR.: C01-124L    RCV OFC: FLM
REMEDY ID: 1144502-F1     SUB1: 15AM SUB2:        DATE RCV:    12-12-2022
UNT  RCV..:F              QTR RCV.: F02-202L      FACL RCV: FLM
UNT  ORG..:F              QTR ORG.: F02-202L      FACL ORG: FLM
EVT FACL.: FLM    ACC LEV: FLM  1                 RESP DUE: SUN  01-01-2023
ABSTRACT.: CLAIMS DID NOT REFUSE FRP PAYMENTS TO BE ENCUMBERED
STATUS DT: 12-23-2022  STATUS CODE: CLO STATUS REASON: WDN
INCRPTNO.:          RCT: P EXT:  DATE ENTD: 12-12-2022
REMARKS..:


G0002       MORE PAGES TO FOLLOW . . .

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: FLM
REMEDY ID: 1145641-F1     SUB1: 16ZM SUB2:      DATE RCV:   12-20-2022
UNT  RCV..:F             QTR RCV.: F02-202L     FACL RCV: FLM
UNT  ORG..:F             QTR ORG.: F02-202L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                  RESP DUE:  MON  01-09-2023
ABSTRACT.: REQUESTING MAIL BE PROCESSED BY POLICY
STATUS DT: 01-09-2023  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:             RCT: P EXT:   DATE ENTD: 12-21-2022
REMARKS..:



REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 1145641-R1     SUB1: 16BM SUB2:      DATE RCV:   02-06-2023
UNT  RCV..:F             QTR RCV.: F02-203L     FACL RCV: FLM
UNT  ORG..:F             QTR ORG.: F02-202L     FACL ORG: FLM
EVT FACL.: FLM    ACC LEV:  FLM  1                  RESP DUE:
ABSTRACT.: CLAIM SIS HOLDING MAIL TO/FROM WIFE
STATUS DT: 02-06-2023  STATUS CODE: REJ STATUS REASON: UTR MEM RSR
INCRPTNO.:             RCT:   EXT:   DATE ENTD: 02-06-2023
REMARKS..: WARDEN'S RESPONSE IS DATED 01-06-2023. APPEAL WAS
           DUE BY 01-26-2023.
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L    RCV OFC: FLP
REMEDY ID: 1228529-F1     SUB1: 38EM SUB2:      DATE RCV:    02-10-2025
UNT  RCV..:1 STPD        QTR RCV.: B01-102L     FACL RCV: FLP
UNT  ORG..:1 STPD        QTR ORG.: B01-102L     FACL ORG: FLP
EVT FACL.: FLP    ACC LEV:  FLP  1 NCR  2         RESP DUE:  SUN  03-02-2025
ABSTRACT.: REQUESTS INCENTIVES FROM FSA CLASSES
STATUS DT: 02-19-2025  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 02-10-2025
REMARKS..:




REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL              QTR.: C01-124L    RCV OFC: NCR
REMEDY ID: 1228529-R1     SUB1: 38EM SUB2:      DATE RCV:    03-24-2025
UNT  RCV..:1 STPD        QTR RCV.: B01-102L     FACL RCV: FLP
UNT  ORG..:1 STPD        QTR ORG.: B01-102L     FACL ORG: FLP
EVT FACL.: FLP    ACC LEV:  FLP  1 NCR  2          RESP DUE:
ABSTRACT.: REQUESTS INCENTIVES FROM FSA CLASSES
STATUS DT: 03-25-2025  STATUS CODE: REJ STATUS REASON: UTR MEM RSR
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 03-25-2025
REMARKS..: WARDEN'S RESPONSE IS DATED 02/19/2025.
           APPEAL WAS DUE 03/11/2025.
           PLEASE RESOLVE ERRORS AND RESUBMIT.

```
REGNO: 42371-054 NAME: AL-OWHALI, MOHAMED
RSP OF...: BSY UNT/LOC/DST: 3 CHAL          QTR.: C01-124L   RCV OFC: NCR
REMEDY ID: 1228529-R2     SUB1: 38EM SUB2:     DATE RCV:   05-05-2025
UNT  RCV..:1 STPD        QTR RCV.: B01-102L    FACL RCV: FLP
UNT  ORG..:1 STPD        QTR ORG.: B01-102L    FACL ORG: FLP
EVT FACL.: FLP   ACC LEV: FLP  1 NCR  2        RESP DUE: FRI  07-04-2025
ABSTRACT.: REQUESTS INCENTIVES FROM FSA CLASSES
STATUS DT: 05-22-2025  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 05-05-2025
REMARKS..:


                 CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
THU 06-05-2025     CORR PGM            05-05-2025    INV         05-22-2025
```

```
              175 REMEDY SUBMISSION(S) SELECTED
   G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

# ATTACHMENT B

**Administrative Reedy Number**: 1096088-R1

This is in response to your Regional Administrative Remedy Appeal received on December 2, 2021. You allege your rights were violated when the Warden overruled the Clinical Director and ordered punitive, involuntary nasogastric tube feedings on three separate occasions. For relief, you request the Warden be disciplined.

We have reviewed the documentation related to your appeal. Based on this review, we concur with the manner in which the Warden addressed your concerns. In accordance with Clinical Practice Guidelines, *Medical Management of Inmates on Hunger Strike*, your condition was evaluated daily while on Hunger Strike Management Protocol. Specifically, you were evaluated by clinical staff on August 19, 25 and 26, 2021. Based on assessment of your clinical condition, the Clinical Director determined involuntary nasogastric feeding with nutritional supplement was necessary. Each day, prior to insertion of the nasogastric tube, you were offered to consume the supplement orally, which you refused. Nasogastric feeding was administered each day without incident. Given this, we shall defer diagnostic and treatment interventions to the Health Services staff at the local level. You are encouraged to report to sick call if you feel your condition requires further evaluation.

Furthermore, the Bureau of Prisons is committed to our mission of providing inmates essential health care and a safe and humane environment to live. All allegations of staff misconduct are taken seriously. Your allegations have been forwarded to the appropriate department for review. However, the results of the review are not releasable to you.

Based on these findings, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

01/07/2022
_____
Date

_____
Andre Matevousian, Regional Director

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: ___ALOWHALI, MOHAMMED R.___    ___42371-054___    ___I___    ___USP-MARION___
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL**

This is an appeal of the attached remedy # 1096088-F1.

On August 19, 25 and 26, al-Owhali had ~~spoken~~ spoke to Nurses Hughes, and/or, Moulton, who had received permission from Medical Director Dr. Pass to allow al-Owhali to drink Ensure voluntarily the night before so he could fast dawn to dusk on the ~~xxxxx~~ next days.

On August 19, 25 and 26, without medical necessity, Warden Daniel Sproul overruled Dr. Pass decision and ordered al-Owhali forcefed for punitive reasons.

Punitive forcefeeding is a violation of US Const. Amend VIII. It also violated al-Owhali's RFRA and US Const. Amend I rights to fast. And, this is part of a pattern of cruel and abusive behavior by Sproul to USP-Marion inmates.

Please respect al-Owhali's rights and discipline Sproul.

___11-26-2021___
    DATE

                                     SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
DEC 03 2021
REGIONAL DIRECTOR'S OFFICE
NORTH CENTRAL REGION

_____    _____
        DATE                                       REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                   CASE NUMBER: _____

**Part C - RECEIPT**
                                                CASE NUMBER: ___1096088 R1___

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

_____    _____
        DATE                               SIGNATURE, RECIPIENT OF REGIONAL APPEAL

FPI-PEPR              PRINTED ON RECYCLED PAPER                           BP-230(13)
                                                                  JUNE 2002

**Administrative Remedy Number: 1096088-F1**

This is in response to your Administrative Remedy receipted September 15, 2021, wherein you claim USP Marion staff have violated your religious rights to fast on various days. For relief, you request "end of violation, investigation, monetary compensation for RFRA violation."

A review of your medical file indicates you initiated a hunger strike on Thursday, June 10, 2021, during the breakfast meal. On June 17, 2021, you consumed more than your prescribed dosage of buspirone with the intent of self-harm. The number of buspirone 7.5mg tablets that were consumed was estimated between 15-20 tablets. Psychology staff and medical staff evaluated and treated you after this incident and you were immediately placed on suicide watch. All medications were discontinued at that time and you were observed until psychology staff deemed you stable and not suicidal.

On August 26, 2021, you voiced to medical staff you would like to try taking Zoloft as you had taken in the past and felt it helped. You stated you would be willing to drink Ensure voluntarily along with the Zoloft. The physician ordered the Zoloft to be administered concurrent with consumption of the Ensure. The physician felt due to absorption levels being unpredictable, as you were on a lengthy hunger strike with minimal caloric intake, that unless you had nutrition with the medication, an adverse or unpredictable reaction could occur. You agreed to consume the Ensure before receiving the medication due to the physiological concerns the medication could impact the body. If more than two offerings of Ensure were missed then the physician evaluated your medical condition and ordered involuntary feeding as necessary. As of September 23, 2021, during the evening meal, you ceased to be on hunger strike.

Accordingly, your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492

11/8/21
_____
Date

_____
D. Sproul, Warden

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** ALowhaeli Mohamed.R    42371054    I    USP Marion
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST** USP Marion steff violated My right to exracise my religion, guaranteed by the ("RFRA") when they prevented Me from fasting on 8-19, 8-23, 8-26. in the Religious Land Use and institutionalized person act, the state "sister" of the RFRA Congress defined the exercise of religion to include "any exercise of religion - whether or not compelled by, or central to, a system of religious belief" USP Marion staf violate Bureau Policy by ordring an involuntary feeding desplte the physican having authorized Me to drink two containers of Ensure on the Nights before the fasting day, so that I could skip the involuntary feeding on the fasting days PS.5562.05 mandates that "only the physican May order involuntary Medical treatment" I request the End of such violatin, invastigation, Monetary compensation for RFRA violation

9-13
DATE

SIGNATURE OF REQUESTER

**Part B- RESPONSE**

USP Marion
Received by Admin Remedy Clerk
Date! 9/13/21

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: 1096088-F1

CASE NUMBER: 1096088-F1

**Part C- RECEIPT**

Return to:
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: 13 NM, 26 BM

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR    PRINTED ON RECYCLED PAPER    BP-229(13)
APRIL 1982

8-19-21
(NS)
Force
Feeding

## Administrative Remedy - Informal Resolution
## Marion, Illinois

Inmate's Name _Al-Owhli_ Reg No _4237105H_ Unit _I_ Date _8-25_

NOTICE You are advised that prior to filing a Request for Administrative Remedy (BP-9), you MUST attempt to informally resolve your complaint through your counselor. Please follow the three (3) steps listed below

1 State your specific complaint _The force feeding at 8-19 and continue every Monday and Thursday is ilegal, do to the fact that ~~XXXX~~, there was no medical need For it, and that it was For the goal of violating my Fast as a mean to end My hanger strike_

2 State what efforts you have made to informally resolve your complaint _I comunicate with the warden ~~and A~~ who chose to enterlear with Medical dissision and talk to Health Service staff_

3 State what resolution you request _to end the practise of force feeding For no Medical reeison, and do the proper ivestegation, and legal requrse for the Matter, and Monetery compensation For RFRA_

Inmate's Signature _____ Date. _8-25-2021_

4 Correctional Counselor's Comments (Steps to Resolve) _You are being fed nasogastricly due to medical deeming you need nutrients based on your lab/bloodwork results after refusing to eat for a prolonged time._

Counselor's Signature. _N. Sipk_ Date: _9-8-21_

Unit Manager's Review: _____ Date: _____

|  | Received by Counselor from inmate | Attempted informal with inmate by Counselor | BP-9 given to inmate | BP-9 Delivered to Admin Remedy Clerk |
|---|---|---|---|---|
| Date | 8-25 | 9-8-21 | 9-9-21 |  |
| Time |  |  |  |  |
| Counselor | NS | NS | NS |  |

USP Marion
Received by Admin Remedy Clerk
Date: _9/15/21_

# ATTACHMENT C

**U.S. Department of Justice**
**Federal Bureau of Prisons**

**Administrative Remedy**
**Part B – Response**

---

**Administrative Remedy Number: 1087950-F1**

---

This is in response to your Administrative Remedy receipted July 15, 2021, wherein you claim, you are being subjected to a SMU referral as punishment for your religious beliefs and affiliation. For relief, you request "compensation in light of RFRA because I am being subjected to emotional damage and distress due to my religious affiliation and activities."

You were not the subject of a SMU referral due to your religious beliefs or affiliation. There are other inmates in your unit whom share your religious beliefs and affiliation that were not referred to a SMU. You were being recommended for a referral to a SMU based on your most recent assaults on another inmate and your past actions and continued disruptive behavior in the CMU. The reason for this referral was based on you meeting the criteria based on your own actions, however, the SMU referral has been removed and you are now designated to Florence Max USP, General Population.

Monetary damages may not be awarded via the administrative remedy process. If you wish to seek monetary compensation based on the negligence of staff, you must file your claim through the administrative procedures applicable to the basis of your claim (i.e., 31 U.S.C. & 3723 or the Federal Tort Claims Act).

Accordingly, your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

10/26/21
_____
Date

_____
D. Sproul, Warden

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Alowhali, Mohamed. R          4237/054          I          USP MAB

LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

## Part A- INMATE REQUEST

I am being subjected to a SMU referral as punishment for my religious beliefs & affiliation. The official basis for my referral are incident reports which portray me as being part of a gang. Indeed, Hill (who wrote them) has explicitly referred to Islam as "a gang." She considers my leading of ritual prayers to be gang activity. The bottom line is that my religious affiliation is being equated with gang affiliation, and this is being used as the reason for my SMU referral. I did NOT assault anyone. The incidents referred to in the BP-8 reply were fabricated / misleading / incident reports in which I did not assault anyone - as is clear from the video.

5-13-2021

DATE

SIGNATURE OF REQUESTER

## Part B- RESPONSE

5. 15

5. 19/15/21

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE

CASE NUMBER: 1087950-F1

CASE NUMBER: _____

## Part C- RECEIPT

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR                    PRINTED ON RECYCLED PAPER          BP-229(13)          APRIL 1982

# Administrative Remedy - Informal Resolution
## Marion, Illinois

Staff (NS)

Inmate's Name **Al-Owhali** Reg. No. **42371054** Unit **I** Date **4-29-21**

NOTICE  You are advised that prior to filing a Request for Administrative Remedy (BP-9), you MUST attempt to informally resolve your complaint through your counselor. Please follow the three (3) steps listed below

1  State your specific complaint  I am being subjected to a Smu referral as punishment for my religious beliefs & affiliation. The official basis for my referral are incident reports which portray me as being part of a gang, and indeed Hill, who wrote them, has explicitly referred to Islam as a gang. She considers my leading ritual prayers as gang activity. The bottom line is that my religious affiliation is being equated with gang affiliation, and this is being used as the reason I'm being referred to the Special Management Unit.

2  State what efforts you have made to informally resolve your complaint  I've spoken to staff and aired my concerns on paper.

3  State what resolution you request  I am requesting compensation in light of RFRA, because I'm being subjected to emotional damage & distress due to my religious affiliation & activities.

Inmate's Signature _____  Date. 5/10/21

4  Correctional Counselor's Comments (Steps to Resolve) See attached.

Counselor's Signature: _____  Date: 5-10-21

Unit Manager's Review. _____  Date: 5-10-21

| | Received by Counselor from inmate | Attempted informal with inmate by Counselor | BP-9 given to inmate | BP-9 Delivered to Admin Remedy Clerk |
|---|---|---|---|---|
| Date | 5-10-21 | 5-10-21 | 5-11-21 | 7/14/21 |
| Time | | | | |
| Counselor | NS | NS | NS | |

You are NOT being subjected for a SMU referral due to your religious beliefs. There are several other inmates in your unit whom share your religious beliefs that are not being referred to a SMU. You are being recommended for a referral to a SMU based on your most recent assaults on another inmate and your past actions and continued disruptive behavior. You also are not being subjected to emotional damage and distress due to your religious affiliation. There are several other inmates in your unit whom share your religious beliefs that are not in distress. The reason for your referral is that you meet the criteria based on your own actions.

# ATTACHMENT D

# UNITED STATES DISTRICT COURT
## Southern District of New York

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|

**V.**

MOHAMED RASHED DAOUD AL-'OWHALI,

a/k/a"Khalid Salim,Saleh Bin Rashed, Moath,etc.

(For Offenses Committed On or After November 1, 1987)

Case Number:     S(7) 98 Cr. 1023-04 (LBS)

FREDERICK H. COHN and DAVID P, BAUGH, Esqs.
Defendant's Attorney

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____ NOV 1 9 2001
   which was accepted by the court.

X was found guilty on count(s)  1,3,4,5,7,9,11 thru 223,235 thru 275, 276,280,281,282,284,285
   after a plea of not guilty.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| T-18 USC 2332(b); | Conspiracy to murder U.S. Nationals | 6/30/99 | 1 |
| T-18 USC 1114,1116, and 1117; | Conspiracy to murder officers and employees of the U.S. | 5/8/00 | 3 |
| T-18 USC 2332a(a)(1) and (a)(3); | Conspiracy to use weapons of mass destruction against nationals of the U.S. | 5/8/00 | 4 |
| T-18 USC 844(n); | Conspiracy to damage or destroy U.S. property; | 5/8/00 | 5 |

    The defendant is sentenced as provided in pages 2 through ___6___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

X Count(s) All Open Counts on All (S) Indictments ☐ is   X are  dismissed on the motion of the United States.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec.    None | OCTOBER 18,2001 |
| | Date of Imposition of Judgment |
| Defendant's Date of    (birth)01/18/77 | |
| Defendant's USM No.:    42371-054 | |
| | Signature of Judicial Officer |
| Defendant's Residence Address: | |
| UNDOMICILED | |
| | HON. LEONARD B. SAND  U.S.D.J. |
| SAUDI ARABIA | Name and Title of Judicial Officer |
| | |
| Defendant's Mailing Address: | Date |
| Undomiciled | |
| Saudi Arabia | |

cc: usm

DEFENDANT:      MOHAMED RASHED DAOUD AL-'OWHALI,a/k/a"Moath"etc.
CASE NUMBER:    S(7)98Cr.01023-04(LBS)

# ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| T-18 USC 844(f)(1), f(3) and 2; | Bombing of U.S. Embassy in Nairobi, Kenya resulting in more than 200 deaths;; | 8/7/98 | 7 |
| T-18 USC 2332a(a)(1) and (a)(3); | Use and attempted use of weapons of mass destruction against Nationals of the U.S. in Nairobi, Kenya; | 8/7/98 | 9 |
| T-18 USC 930(c), 1111 and 2; | Murders in Nairobi, Kenya; (as listed in Indictment) | 8/7/98 | 11 thru 223 |
| T-18 USC1111,1114, and 2; | Murder of employees of the U.S. in Nairobi,Kenya; (as listed in Indictment) | 8/7/98 | 235 thru 275 |
| T-18 USC 1111,1114 and 2; | Attempted murder of employees of the U.S. in Nairobi, Kenya; | 8/7/98 | 276 |
| T-18 USC 1111,1116 and 2; | Murder of Internationally protected persons in Nairobi, Kenya; | 8/7/98 | 280,281 |
| T-18 USC 1111,1116 and 2; | Attempted murder of Internationally protected persons in Nairobi, Kenya; | 8/7/98 | 282 |
| T-18 USC 844(h)(1), and 844(h)(2) and 2; | Using and carrying an explosive during commission of a felony; | 5/8/00 | 284 |
| T-18 USC 924(c) and 2; | Using and carrying a dangerous device during the bombing of the U.S. Embassy in Nairobi, Kenya; | 8/7/98 | 285 |

DEFENDANT:       MOHAMED RASHED DAOUD AL-'OWHALI,a/k/a"Khalid Salim Bin Rashed"etc.
CASE NUMBER:   S(7)98Cr.01023-04(LBS)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of LIFE IMPRISONMENT on counts 1,3,4,5,7,9,11 thru 223, 235 thru 275,276,280,281,282, to be followed by a mandatory  TEN(10)Years imprisonment on count 284 to be served CONSECUTIVELY to the above referenced counts, followed by a mandatory minimum of THIRTY(30) Years imprisonment on count 285 to be served CONSECUTIVELY to the above-referenced counts.
Defendant notified of right to appeal conviction and sentence.

☐    The court makes the following recommendations to the Bureau of Prisons:

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

☐    at _____   ☐   a.m.  ☐   p.m.    on   _____ .

as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on _____ .

☐    as notified by the United States Marshal.

☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered   _____12/14/01_____   to   __ADX Florence__

at   __Florence, CO__   , with a certified copy of this judgment.

_____Michael V. Pugh Warden_____
UNITED STATES MARSHAL

By   _____C. Fortes LTG_____
Deputy U.S. Marshal

DEFENDANT:         MOHAMED RASHED DAOUD AL-'OWHALI,a/k/a"Khalid Salim Saleh Bin Rashed"etc.
CASE NUMBER:    S(7)98Cr.01023-04(LBS)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of ____Five(5) Years____ .
on counts 1,3,4,5,7,9,11thru223,235thru275,276,280,281,282 and 285 and Three(3) years on count 284. All counts to run concurrently with each other. SPECIAL CONDITION OF SUPERVISED RELEASE: 1)defendant shall comply with directives of the Immigration and Naturalization Service and the immigration laws.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

X    The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X    The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:      MOHAMED RASHED DAOUD AL-'OWHALI,a/k/a"Khalid Salim Saleh Bin Rashed"etc.
CASE NUMBER:    S(7)98 Cr. 01023-04(LBS)

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | $ 26,600.00 | $ | $ 33,816,561.75 |

☐   If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . . . . . . .    $ _____

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of $    $_____ .

The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).  All of the options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐   The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

☐   The interest requirement is waived.

☐   The interest requirement is modified as follows:

## RESTITUTION

☐   The determination of restitution is deferred until _____ .  An Amended Judgment in a Criminal Case will be entered after such determination.

The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | *Total Amount of loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Victims family members | 7,516.561.75 | | |
| United States government | 26,300.000.00 | | |
| **Totals:** | 33,816,561.75 $ _____ | $ _____ | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:        MOHAMED RASHED DAOUD AL-'OWHALI,a/k/a"Khalid Salim SALEH Bin Rashed"etc.
CASE NUMBER:     S(7)98Cr.01023-04(LBS)

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A   X   In full immediately; or

B   ☐   $ _____ immediately, balance due (in accordance with C, D, or E); or

C   ☐   not later than _____ ; or

D   ☐   in installments to commence _____ days after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E   ☐   in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ year(s) to commence _____ days after the date of this judgment.

The defendant will be credited for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:
DEFENDANT TO MAKE RESTITUTION AS DIRECTED BY ORDER OF THIS COURT DATED 10/18/01

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States attorney.